UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>EX PARTE APPLICATION OF<br>GULF INVESTMENT CORPORATION FOR<br>AN ORDER TO OBTAIN DISCOVERY FOR<br>USE IN FOREIGN PROCEEDINGS<br>PURSUANT TO 28 U.S.C. §1782 | Case No. _____ |

### *EX PARTE* APPLICATION OF GULF INVESTMENT CORPORATION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

Gulf Investment Corporation ("**GIC**"), pursuant to 28 U.S.C. § 1782 and Federal Rules of Civil Procedure 26, 34, and 45, respectfully requests that this court grant an *ex parte* order in the form attached as **Exhibit Y** to the declaration of Kristin N. Tahler ("**Tahler Declaration**") authorizing GIC to obtain certain limited discovery[1] for use in a contemplated litigation in the Cayman Islands. In support of this Application, GIC submits a Memorandum of Law and attaches the sworn declarations with accompanying exhibits of (1) Kristin Tahler; (2) Anna Peccarino; and (3) Nicholas Bortman.

---

[1] *See* Tahler Declaration, attached hereto as Appendix A, at Exhibits M-X (Draft Subpoenas).

1

Dated:  December 26, 2019

Respectfully submitted,

/s/ Marc P. Hedrich
_____
QUINN EMANUEL URQUHART & SULLIVAN, LLP

Kristin N. Tahler, Esq.
  kristintahler@quinnemanuel.com
Marc P. Hedrich, Esq.
  marchedrich@quinnemanuel.com

865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: 213-443-3000

1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: 202-538-8000

*Attorneys for Applicant Gulf Investment Corporation*