**quinn emanuel** trial lawyers | washington, dc

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3615**

WRITER'S EMAIL ADDRESS
kristintahler@quinnemanuel.com

April 16, 2020

<u>VIA ELECTRONIC FILING</u>

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:   <u>*Ex Parte* Application of Gulf Investment Corporation: Case No. 1:19-mc-00593</u>

Dear Judge Broderick:

On March 6, 2020, this Court directed (ECF 19) Gulf Investment Corporation ("**GIC**"), petitioner in the above-captioned *ex parte* application pursuant to 28 U.S.C. § 1782 ("**Application**"), and The Port Fund L.P. and Port Link GP Ltd. (collectively, "**Port Fund Entities**"), the targets of the Application, to meet and confer on a briefing schedule for a consolidated Motion to Intervene and Opposition to the Application. On March 20, 2020, GIC sent a letter to the Court (ECF 20), which noted that the parties had met and conferred and agreed upon a briefing schedule in principle, but had yet to finalize specific dates and deadlines for such. The parties have now further met and conferred and agreed upon the following specific briefing schedule:

- The Port Fund Entities shall file their consolidated Motion to Intervene and Opposition to the Application by no later than May 15, 2020;

- GIC shall file its consolidated Response to the Motion to Intervene and Reply in support of the Application by no later than June 12, 2020; and

- The Port Fund Entities shall file their Reply in support of the Motion by not later than June 19, 2020.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

The Honorable Vernon S. Broderick
April 16, 2020

      Unless and until the Court directs otherwise, the parties will proceed to brief the Port Fund Entities' consolidated Motion to Intervene and Opposition to the Application on the above schedule.

      Thank you for your consideration.

Respectfully submitted,

*/s/ Kristin Tahler*

Kristin Tahler

cc.    Kathy Chin, Esq.
       Sarah Gilbert, Esq.
       Crowell & Moring LLP (via email)