27

## FUNDS TRANSFER FORM

English

| I / We wish to apply for : | Telegraphic Transfer / Internal Transfer | | Current Date : | 21/10/2012 |

### Account Holder's Details

| Name of Account : | The Port Fund LP | Contact Number : | 66656331 |

### Account Details

| Account Holding Country: | Kuwait | Debit Account Number : | 0 0 1 0 0 4 0 0 1 1 6 0 |
| Reference for your account : | Current Account | Currency of Debit Account: | USD |

### Payment Details

| Currency to be sent: | USD | Currency to be debited: | USD | Amount to be debited : | 1,000,000 |

| Amount in Words : | One Million US Dollars sent in US Dollars |

| Account to be debited on : | 22/10/2012 | DD/MM/YYYY | Funds Transfer Charges : | Debit account to pay local HSBC charges only |

| | | Purpose of Payment (For Regulatory Purposes) : | Other - please enter details in box below |

Investment

| Exchange Rate: | | Forward Deal / Exchange Contract Reference or Dealer Name : |

### Beneficiary Details

| Account Number / IBAN | 1924110739 | Beneficiary Bank Name: | BANK OF PHILIPPINES ISLANDS |
| Beneficiary's Full Name: | Global Gateway Development Corporat | Beneficiary Bank Address: | |
| Beneficiary's Address : | 17th Floor Marajo Tower 26th Street | | |
| | Bonifacio Global City Tauig City | Country: | Philippines |
| Country: | Philippines | Beneficiary Bank Code: | BOPIPHMM |
| Payment Details : | Investment | Bank Code Type: | SWIFT |
| | | Optional Intermediary Bank Code : | |
| | | Bank Code Type: | |

I / We accept that the Bank's General Terms and Conditions for the Operation of Accounts and Electronic Banking Services are applicable to the Funds Transfer together with any security specific conditions relating to funds transfer as notified on your local HSBC website or made available from your local HSBC representative. In this understand and fully accept that the Bank shall not process this funds transfer instruction as per the information registered in the instruction, and shall disregard any hand written amendment made to the printed form given to the Bank and/or any functions made to the form using any other software than Adobe.

Signature: *Senior*

Signature:

### Bank Use Only (V1F)

| ☐ PPC Completed | Call Back Yes / No | ☐ Signature Verified |

Stamp

Stamp

**HSBC** ◀X▶
The world's local bank

29

28

| FUNDS TRANSFER FORM | | English |
| --- | --- | --- |

We wish to apply for : Telegraphic Transfer / Internal Transfer | Current Date : | 24/10/2012

## Account Holder's Details

Name of Account : **The Port Fund LP** | Contact Number : **86858331**

## Account Details

Account Holding Country : **Kuwait** | Debit Account Number : **0 0 1 0 0 4 0 0 1 1 6 0**

Reference for your account : **Current Account** | Currency of Debit Account : **USD**

## Payment Details

Currency to be sent : **USD** | Currency to be debited : **USD** | Amount to be debited : **2,500,000**

Amount In Words : **Two Million Five Hundred Thousand US Dollars sent in US Dollars**

Account to be debited on : **31/10/2012** DD/MM/YYYY | Funds Transfer Charges : **Debit account to pay local HSBC charges only**

Purpose of Payment (For Regulatory Purposes) : **Other - please enter details in box below**

**Investment**

Exchange Rate : | Forward Deal / Exchange Contract Reference or Dealer Name :

## Beneficiary Details

Account Number / IBAN: **1924110739** | Beneficiary Bank Name: **BANK OF PHILIPPINES ISLANDS**

Beneficiary's Full Name: **Global Gateway Development Corporat** | Beneficiary Bank Address :

Beneficiary's Address: **17th Floor Marajo Tower 26th Street**

**Bonifacio Global City Tauig City** | Country: **Philippines**

Country: **Philippines** | Beneficiary Bank Code: **BOPIPHMM**

Payment Reference: **Investment** | Bank Code Type: **SWIFT**

Optional Intermediary Bank Code :

Bank Code Type :

☒ I/We accept that the Bank's General Terms and Conditions for the Operation of Accounts and Electronic Banking Services are applicable in the Funds Transfer together with any country specific conditions relating to funds transfer as notified on your local HSBC website or made available from your local HSBC representative. I/We understand and fully accept that the Bank shall only process this funds transfer instruction as per the information captured in the box her order, and shall disregard any hand written amendment made to the printed form given to the Bank and/or any hand written amendment made to the form using any other software than Adobe. | Signature   ~~Sone~~ | Signature

## Bank Use Only (V1F)

☐ PPC Completed | Call Back  Yes / No | ☐ Signature Verified

Stamp | Stamp

## HSBC ⟨X⟩

The world's local bank

29

## FUNDS TRANSFER FORM

English

| | | | | | |
|---|---|---|---|---|---|
| I / We wish to apply for : | Telegraphic Transfer / Internal Transfer | | | Current Date : | 17/12/2012 |

### Account Holder's Details

| | | | |
|---|---|---|---|
| Name of Account : | The Port Fund LP | Contact Number : | 66658331 |

### Account Details

| | | | |
|---|---|---|---|
| Account Holding Country : | Kuwait | Debit Account Number : | 0 0 1 3 3 6 6 1 1 0 0 |
| Reference for your account : | Current Account | Currency of Debit Account : | USD |

### Payment Details

| | | | | | |
|---|---|---|---|---|---|
| Currency to be sent : | USD | Currency to be debited : | USD | Amount to be debited : | 300,000 |

| | |
|---|---|
| Amount in Words | Three Hundred Thousand US Dollars sent in US Dollars |

| | | | |
|---|---|---|---|
| Account to be debited on | 18/12/2012   DD/MM/YYYY | Funds Transfer Charges : | Debit account to pay local HSBC charges only |
| | | Purpose of Payment (For Regulatory Purposes) : | Other - please enter details in box below |
| | | | Investment |
| Exchange Rate : | | Forward Deal / Exchange Contract Reference or Dealer Name : | |

### Beneficiary Details

| | | | |
|---|---|---|---|
| Account Number / IBAN : | 1924110739 | Beneficiary Bank Name: | BANK OF PHILIPPINES ISLANDS |
| Beneficiary's Full Name : | Global Gateway Development Corporat | Beneficiary Bank Address : | |
| Beneficiary's Address : | 17th Floor Marajo Tower 26th Street | | |
| | Bonifacio Global City Tauig City | Country : | Philippines |
| Country : | Philippines | Beneficiary Bank Code : | BOPIPHMM |
| Payment Reference : | Investment | Bank Code Type : | SWIFT |
| | | Optional Intermediary Bank Code | |
| | | Bank Code Type | |

I / We accept that the Bank's General Terms and Conditions for the Operation of Accounts and Electronic Banking Services are applicable to this Funds Transfer...

### Bank Use Only (V1F)

| | | |
|---|---|---|
| ☐ PPC Completed | ☐ Call Back  Yes / No | ☐ Signature Verified |

HSBC BANK KWT
SUS DELY/RV DEPT
Tu 18 DEC 2012 10:25

HSBC ◆X◆

The world's local bank



3○

001 E97    DD Transaction History Enquiry 25DEC12'  11:24 O006           KW36

Number KW BBME 001-004001-160                  Product CUA Currency USD
ustomer Number  RW BBME 001-004001     THE PORT FUND L.P.
Start Date    01112012                 End Date

Date      Transaction Narrative          Xact Amount     Ledger Balance   Value
                                                                          PAGE 010
          GK12353185502560
          TT SFT370169MNYN
          GLOBAL GATEWAY DEVELOPMENT CORPORAT
          /1924110739
          INVESTMENT
          YHEA-07308 12:10:17            300,000.00-      12,450.20
          CHARGES
          CURRENT ACCOUNT
          GK12353185502560
          TT SFT370169MNYN                                            +

Roll Up/Down-To display more/previous items
F1-Exit  F2-VAT Hist F4-A/C Info F5-A/C Bal F6-Facility F7-NON-HUB A/C F13-Fax
F' Int Rate Hist F9-Stmt Copy F10-CQ Book F11-Stop CQ F12-W/D Instr
                                                                   Next . . . . . .

Choose a random combination of numbers for your PIN Do not keep your Card and PIN together
HSBC Bank Middle East Limited



*pv/01/01/13*
*31*

Branch: 001

THE PORT FUND L.P.
PO BOX 24565, SAFAT 13106
KUWAIT
C/O HSBC, KUWAIT, MAIL BOX NO 23

Composite Statement

Branch Name: KUWAIT BRANCH   ☐
Page 2 of 3

**Statement Details**

| Statement Details | |
|---|---|
| STATEMENT DATE | 31JAN2013 |
| CUSTOMER NUMBER | 001-004001 |
| SEQUENCE NUMBER | 4 |

| CURRENT ACCOUNT | 001-004001-160 | IBAN - KW06HBME00000000000001004001160 | | |
|---|---|---|---|---|
| Date | Transaction Details | Deposits | Withdrawals | Balance (DR=Debit) |
| | | | | USD |
| 31Dec2012 | BALANCE BROUGHT FORWARD | | | 9,560.43 |
| 09Jan2013 | BR07002013000290 | | | |
| | COMMISSION USD 7.08 | | | |
| | REF YIR0-07723 | | 7.08 | 9,553.35 |
| | BR07002013000290 | | | |
| | KGL INVESTMENT CO. KSCC | | | |
| | PD06 | | | |
| | REF YIR0-07723 | 400,000.00 | | 409,553.35 |
| 10Jan2013 | CURRENT ACCOUNT | | | |
| | GK13010161507986 | | | |
| | TT SFT378104MNYN | | | |
| | GLOBAL GATEWAY DEVELOPMENT CORPORAT | | | |
| | /1924110739 | | | |
| | REF YHEA-07744 | | 400,000.00 | 9,553.35 |
| | CURRENT ACCOUNT | | | |
| | GK13010161507986 | | | |
| | TT SFT378104MNYN | | | |
| | CABLE     USD 28.29 | | | |
| | REF YHEA-07744 | | 28.29 | 9,525.06 |
| 14Jan2013 | CURRENT ACCOUNT | | | |
| | GK13014160002766 | | | |
| | TT SFT378524MNYN | | | |
| | THE PORT FUND L.P. | | | |
| | /KW88BKME00000000000000011581420 | | | |
| | REF YHEA-01155 | | 9,300.00 | 225.06 |
| | CURRENT ACCOUNT | | | |
| | GK13014160002766 | | | |
| | TT SFT378524MNYN | | | |
| | CABLE     USD 28.40 | | | |
| | REF YHEA-01155 | | 28.40 | 196.66 |
| 16Jan2013 | CURRENT ACCOUNT | | | |
| | GK13016141518146 | | | |
| | BALANCE CARRIED FORWARD | | | 196.66 |

Choose a random combination of numbers for your PIN. Do not keep your Card and PIN together

HSBC Bank Middle East Limited

بنك إتش إس بي سى الشرق الأوسط المحدود



*pv/05/01/13*

*32*

Branch: 001

**THE PORT FUND L.P.**
PO BOX 24565, SAFAT 13106
KUWAIT
C/O HSBC, KUWAIT, MAIL BOX NO 23

Composite Statement

Branch Name: KUWAIT BRANCH   ☐
Page 3 of 3

| Statement Details | |
|---|---|
| STATEMENT DATE | 31JAN2013 |
| CUSTOMER NUMBER | 001-004001 |
| SEQUENCE NUMBER | 4 |

| CURRENT ACCOUNT | 001-004001-160 | IBAN – KW06HBME00000000000001004001160 | | |
|---|---|---|---|---|
| Date | Transaction Details | Deposits | Withdrawals | Balance (DR=Debit) |
| | BALANCE BROUGHT FORWARD | | | 196.66 ✓ |
| | TT SFT379175MNYN | | | |
| | GLOBAL GATEWAY DEVELOPMENT CORPORAT | | | |
| | /1924110739 | | | |
| | INVESTMENT | | | |
| | REF YHEA-03905 | | 300,000.00 | 299,803.34DR |
| | CURRENT ACCOUNT | | | |
| | GK1301614151B146 | | | |
| | TT SFT379175MNYN | | | |
| | CABLE    USD 28.38 | | | |
| | REF YHEA-03905 | | 28.38 | 299,831.72DR |
| 17Jan2013 | BR07002013000867 | | | |
| | COMMISSION USD 7.09 | | | |
| | REF YIR0-00235 | | 7.09 | 299,838.81DR |
| | BR07002013000867 | | | |
| | KGL INVESTMENT CO. KSCC | | | |
| | PD06 | | | |
| | REF YIR0-00235 | 300,000.00 | | 161.19 |
| 20Jan2013 | STANDING INSTRUCTION 001 | | | |
| | MONTHLY CHARGES FOR | | | |
| | MAILBOX NO.23 | | | |
| | REF ZAFD-00110 | | 17.78 | 143.41 |
| 27Jan2013 | DEBIT INTEREST | | | |
| | REF ZDD4-90004 | | 166.57 | 23.16DR |
| | CLOSING BALANCE | | | 23.16DR |
| | Transaction Summary | 700,000.00 | 709,583.59 | |
| | Transaction Count | 2 | 10 | |

**Choose a random combination of numbers for your PIN. Do not keep your Card and PIN together**

HSBC Bank Middle East Limited

بنك إتش إس بي سي الشرق الأوسط المحدود

34

33

البنك الأهلي المتحد

SWIFT Ref : H.117 0119074

**ahli united bank**

Date/Time:   17/01/2013 12:55:19

Name      :   THE PORT FUND L.P
Address   :   P.O. Box:24565 SAFAT-13106 - KUWAIT
              KUWAIT
Telephone:   22246444

REF NO : H.O/42315-0116

Account : 11581420

TR.REF NO :  99

Amount Remitted   : USD**200000.00**   @

Charges        :   USD 28.58
Total          :   USD 200028.58
Payment Details :   ON BEHALF OF THE PORT FUND L.P         REF:PV/04/01/13

We Pay To     :   1924110739
                  GLOBAL GATEWAY DEVELOPMENT      BANK OF PHILIPPINES ISLANDS
Through       :   CITIBANK, NEWYORK, USA
                                                 Value Date  :     20130117

525      Computer generated advice.No signature is required.              هذا الإشعار صادر عن الكمبيوتر و لايحتاج التوقيع من البنك



34

البنك الأهلي المتحد
ahli united bank

Date/Time:   21/01/2013  10:12:43

Name        :  THE PORT FUND L.P
Address     :  P.O. Box:24565 SAFAT-13106 - KUWAIT
                  KUWAIT
Telephone:  22246444

SWIFT  Ref : TT 11210113026

REF NO : H.O/42501-0023

Account : 11581420

TR.REF NO :  999

Amount Remitted    : USD**500000.00**    @

Charges          :      USD 28.57
Total            :      USD 500028.57
Payment Details :   TO TRANSFER FOR INVESTMENT PURPOSES

We Pay To      :     1924110739
                        GLOBAL GATEWAY DEVELOPMENT          BANK OF PHILIPPINES ISLAND

Through        :     CITIBANK, NEWYORK, USA          Value Date :        20130121

525     Computer generated advice.No signature is required.          هذا الإشعار صادر عن الكمبيوتر و لايحتاج لتوقيع من البنك

35
TPF - PV/07/04/13

OUTWARD REMITTANCE VOUCHER                حوالة خارجية

| Ref BR07002013007386 | مرجعنا | VALUE حق 17/04/2013 | BRANCH الفرع Central Retail S | DATE 17/04/2013 |

BY DEBIT << NOSTRO ACCOUNT >> NO.      من حسابنا طرفهم رقم         BY CREDIT << VOSTRO ACCOUNT >> NO     لى حسابهم طرفنا رقم

THROUGH / TO                                      SWIFT   نظام سويفت            إلى

CORRESPONDENT BANK                                          راسل

JPMorgan Chase Bank, N.A.
4 Chase Metrotech Center,
Brooklyn, New York, NY 11245,
U.S.A.

AMOUNT IN WORDS              المبلغ بالحروف    | CCY العملة | AMOUNT المبلغ |
US Dollars Five Million.Only.               | USD | *5,000,000.00 |

DISBURSEMENT INSTRUCTIONS        تفاصيل التحويل          *0.2835500000

BENEFICIARY'S NAME/ADDRESS  GLOBAL GATEWAY DEVELOPMENT   المستفيد    RATE
                            CORPORATION
                                                    EQUIVALENT المعادل  *5,000,000.00
BENY'S A/C NO.  1924110739              حسابهم رقم - ادى   SWIFT CHARGES س. سويفت  *24.69
                BANK OF PHILIPPINES ISLANDS              COMMISSION عمولة
                                                        OTHER CHARGES م. اخرى

ABA / SWIFT / SORT CODE                رمز البنك          المجموع  5,000,024.69
        BOPIPHMM

            INVESTMENT
PAYMENT INSTRUCTION            تفاصيل الدفع          CASH          نقدا    X
                                                  DEBIT A/C NO. من الحساب
            PD06                                  0603-493283-001

It is understood that the Bank declines all responsibility   من المتفق عليه أن البنك غير مسؤول من التأخير أو الخطأ الذي يحصل في الارسال
for any delay or errors that may occur in transmission

            البنك الأهلي الكويتي ش.م.ك.      CUSTOMER NAME / ADDRESS         عنوان العميل
            AL AHLI BANK OF KUWAIT K.S.C.    THE PORT FUND LP
                    KUWAIT الكويت             P.O.BOX NO. 903,DASMAN
ABK IBAN: KW33 ABKK 0000 0000 0040 3493 2830 01   15460,DASMAN,KUWAIT

USER0202 On 17/04/2013 At 11:21 00029  PD06J P
JZ-PD20  X-PD20
         Pro1035      CUSTOMER COPY          R.P. 08/12                    R.D. 0911

[signature]
Authorized Signatory

Corporate Banking
Trading
RECEIVED

Tel: +965 22246444 - Fax: +965 22246424 - P.O.Box 24565 Safat 13106 Kuwait - Email: info@kglinvest.com - info@portfund.com
www.kglinvest.com - www.portfund.com

*OUTWARD REMITTANCE VOUCHER*   اشعار حوالة خارجية

3L

| | | VALUE   حق | BRANCH   الفرع | DATE   التاريخ |
|---|---|---|---|---|
| Ref BR07002013007827   مرجعنا | | 25/04/2013 | Central Retail B | 25/04/2013 |

BY DEBIT << NOSTRO ACCOUNT >> NO.   من حسابنا لطرفهم رقم

BY CREDIT << VOSTRO ACCOUNT >> NO   بالإضافة إلى حسابهم لطرفنا رقم

THROUGH / TO   بواسطة / إلى

SWIFT   سويفت   كلام

CORRESPONDENT BANK   البنك المراسل

JPMorgan Chase Bank, N.A.
4 Chase Metrotech Center,
Brooklyn, New York, NY 11245,
U.S.A.

| AMOUNT IN WORDS   المبلغ بالحروف | | CCY   العملة | AMOUNT   مبلغ التحويل |
|---|---|---|---|
| US Dollars Ten Million Five Hundred Fifty-Thousand Only | | USD | *10,550,000.00 |

DISBURSEMENT INSTRUCTIONS   تفاصيل التحويل

| | | RATE   سعر | *0.2843000000 |
|---|---|---|---|
| BENEFICIARY'S NAME/ADDRESS   المستفيد | GLOBAL GATEWAY DEVELOPMENT CORPORATION | EQUIVALENT   المقابل | 10,550,000.00 |
| | | SWIFT CHARGES   م. سويفت | *24.62 |
| BENY'S A/C NO.   لحسابهم رقم - ادى   1121410789 | BANK OF PHILIPPINES ISLANDS | COMMISSION   عمولة | |
| | | OTHER CHARGES   م. أخرى | |
| ABA / SWIFT / SORT CODE   رمز البنك | BOPIPHMM | Tot USD   مبلغ | 10,550,024.62 |
| | INVESTMENT | CASH | |
| PAYMENT INSTRUCTION   تفاصيل الدفع | | DEBIT A/C NO. | X |
| | PD39 | | 0603-493283-001 |

It is understood that the Bank declines all responsibility for any delay or errors that may occur in transmission
من المتفق عليه أن البنك يخلي غير مسئول من التأخير أو الخطأ الذي يحصل في الإرسال

البنك الأهلي الكويتي ش.م.ك.   عن   AL AHLI BANK OF KUWAIT K.S.C.
الكويت   KUWAIT

CUSTOMER NAME / ADDRESS   اسم وعنوان العميل

THE PORT FUND LP
P.O.BOX NO. 903,DASMAN
5460,DASMAN,KUWAIT

ABK IBAN: KW33 ABKK 0000 0000 0060 3493 2830 01

PRO1y4 On 23/04/2013 At 12:24 00016   PD39J P
*PD20 3=PD20
FR01035   CUSTOMER COPY   R P. 08/12   R.O. 09/11

**Authorized Signatory**

Tel.: +965 22462444 - Fax : +965 22461633 - P.O.Box 903

اشعار حوالة خارجية

**OUTWARD REMITTANCE VOUCHER**

Ref BR07002014010560  مرجعنا

| VALUE | BRANCH الفرع | DATE التاريخ |
|---|---|---|
| 16/05/2014 | Central Retail S | 14/05/2014 |

BY DEBIT << NOSTRO ACCOUNT >> NO.  من حسابنا طرفكم رقم

BY CREDIT << VOSTRO ACCOUNT >> NO  بالاضافة إلى حسابهم طرفنا رقم

THROUGH / TO  بواسطة / إلى

SWIFT  نظام سويفت  ☒

CORRESPONDENT BANK  البنك المراسل

```
JPMorgan Chase Bank, N.A.
4 Chase Metrotech Center,
Brooklyn, New York, NY 11245,
U.S.A.
```

AMOUNT IN WORDS  المبلغ بالحروف

US Dollars Two Million Only.

| | CCY العملة | AMOUNT مبلغ التحويل |
|---|---|---|
| | USD | *2,000,000.00 |

DISBURSEMENT INSTRUCTIONS  تفاصيل التحويل   *0.2809000000

BENEFICIARY'S NAME / ADDRESS  المستفيد
```
GLOBAL GATEWAY DEVELOPMENT .
CORPORATION. 17FLR..MARAJO TOWER,
312, 26 ST. WEST,BONIFACIO GLOBAL
```

RATE

BENY'S A/C NO.  لحسابهم رقم - لدى
```
1924110739
BANK OF PHILIPPINES ISLANDS
BONIFACIO GLOBAL CITY BRANCH
G F NET, ONE CENTER, BONIFACIO CITY
```

EQUIVALENT المعادل   *2,000,000.00

SWIFT CHARGES   *24.92

COMMISSION

OTHER CHARGES

ABA / SWIFT / SORT CODE  رمز البنك
BOPIPHMM

Total USD المجموع   *2,000,024.92

PAYMENT INSTRUCTION  تفاصيل الدفع
SHORT TERM ADVANCE

CASH  نقداً ☐
DEBIT A/C NO. من الحساب  X ☐

0603-479663-001

It is understood that the Bank declines all responsibility for any delay or errors that may occur in transmission
من المتفق عليه أن البنك غير مسئول عن التأخير أو الخطأ الذي يحصل في الارسال

البنك الأهلي الكويتي ش.م.ك.
AL AHLI BANK OF KUWAIT K.S.C.
الكويت  KUWAIT

عن  Sayed

CUSTOMER NAME / ADDRESS  اسم وعنوان العميل
```
GL PETROLEUM CO.
P.O.BOX NO. 903,DASMAN
15460,DASMAN,KUWAIT
```

IBAN: KW35 ABKK 0000 0000 0060 3479 6630 01

SER0212 On 14/05/2014 At 11:57 00037   PD25J P
Z=PD2U  3=PD2U
FR01039

CUSTOMER COPY

R.P 07/13

39

99

*KS(P· 04|07|14*

اشعار حوالة خارجية **38**   *OUTWARD REMITTANCE VOUCHER*

| | VALUE حل | BRANCH فرع | DATE التاريخ |
|---|---|---|---|
| Ref BR07002014015902 مرجعنا | 17/07/2014 | Central Retail S | 17/07/2014 |

BY DEBIT << NOSTRO ACCOUNT >> NO. من حسابنا طرفهم رقم | BY CREDIT << VOSTRO ACCOUNT >> NO بالاضافة إلى حسابهم طرفنا رقم

THROUGH / TO | SWIFT نظام سويفت ☒ | بواسطة / إلى

CORRESPONDENT BANK البنك المراسل

JPMorgan Chase Bank, N.A.
4 Chase Metrotech Center,
Brooklyn, New York, NY 11245,
U.S.A.

AMOUNT IN WORDS   المبلغ بالحروف

US Dollars One Million Only.

| | CCY العملة | AMOUNT المبلغ |
|---|---|---|
| | USD | *1,000,000.00 |

DISBURSEMENT INSTRUCTIONS   تفاصيل التحويل   | RATE سعر التحويل *0.2818000000

BENEFICIARY'S NAME/ADDRESS المستفيد GLOBAL GATEWAY DEVELOPMENT CORPORATION
17TH FLOOR, MARAJO TOWER, 312
16TH STREET WEST, BONIFACIO GLOBAL

| EQUIVALENT المعادل | *1,000,000.00 |
|---|---|
| SWIFT CHARGES م. سويفت | *24.84 |
| COMMISSION عمولة | |
| OTHER CHARGES م. اخرى | |

BENY'S A/C NO 4724110101 لحسابهم رقم – لدى
BANK OF PHILIPPINES ISLANDS
BONIFACIO GLOBAL CITY BRANCH
G/F NET ONE CENTER, BONIFACIO CITY

ABA / SWIFT / SORT CODE رمز البنك
BOPIPHMM

| TOT USD المجموع | *1,000,024.84 |
|---|---|

PAYMENT INSTRUCTION تفاصيل الدفع   SHORT TERM ADVANCE

| CASH نقدا | ☐ |
|---|---|
| DEBIT A/C NO من الحساب | ☐ |
| | 0603-479663-001 |

It is understood that the Bank declines all responsibility
for any delay, or errors that may occur in transmission   من المتفق عليه أن البنك غير مسئول من التأخير أو الخطأ الذي يحصل في الارسال

البنك الأهلي الكويتي ش.م.ك
AL AHLI BANK OF KUWAIT K.S.C
KUWAIT

CUSTOMER NAME / ADDRESS اسم وعنوان العميل

AGL PETROLEUM CO.
P.O.BOX NO. 903,DASMAN
15460,DASMAN,KUWAIT

ABK IBAN: KW35 ABKK 0000 0000 0060 3479 6630 01

SER0159 On 17/07/2014 At 12:35 00038  PD33J P
2-PD20 X-PD20   PRD1000/20
CUSTOMER COPY | R.P. 01/14 | R.D 09/11

40

100

اشعار حوالة خارجية     *OUTWARD REMITTANCE VOUCHER*

39

| | | | |
|---|---|---|---|
| Ref BRO7002014016722 مرجعنا | VALUE حق 04/08/2014 | BRANCH الفرع Central Retail S | DATE التاريخ 27/07/2014 |

BY DEBIT << NOSTRO ACCOUNT >> NO.   من حسابنا طرفهم رقم    `١`    BY CREDIT << VOSTRO ACCOUNT >> NO بالاضافة الى حسابهم طرفنا رقم

THROUGH / TO بواسطة / إلى     SWIFT نظام سويفت

CORRESPONDENT BANK    البنك المراسل

> JPMorgan Chase Bank, N.A.
> 4 Chase Metrotech Center,
> Brooklyn, New York, NY 11245,
> U.S.A.

| AMOUNT IN WORDS المبلغ بالحروف | CCY العملة | AMOUNT مبلغ التحويل |
|---|---|---|
| US Dollars One Million Only | USD | *1,000,000.00 |

DISBURSEMENT INSTRUCTIONS   تفاصيل التمويل

| | RATE | *0.2844000000 |
|---|---|---|
| BENEFICIARY'S NAME/ADDRESS GLOBAL GATEWAY DEVELOPMENT | | |
| CORPORATION | EQUIVALENT المقابل | *284,400.000 |
| MARAJO TOWER, BONIFACIO GLOBAL CITY | | |
| BENY'S A/C NO. 1924110739 | SWIFT CHARGES نفقات سويفت | *7.000 |
| BANK OF PHILIPPINES ISLAND | COMMISSION عمولة | |
| BONIFACIO GLOBAL CITY BRANCH | | |
| G/F NET, ONE CENTER, BONIFACIO CITY | OTHER CHARGES اخرى | |
| ABA / SWIFT / SORT CODE رمز البنك | TOTAL KWD المجموع | *284,407.000 |
| BOPIPHMM | | |

PAYMENT INSTRUCTION تفاصيل الدفع
SHORT TERM ADVANCE

CASH نقدا ☐
DEBIT A/C NO. من الحساب ☐   0603-479663-201

It is understood that the Bank declines all responsibility for any delay or errors that may occur in transmission
من المتفق عليه أن البنك غير مسؤول عن التأخير أو الخطأ الذي يحصل في الارسال

البنك الأهلي الكويتي ش.م.ك.
AL AHLI BANK OF KUWAIT K.S.C.
KUWAIT الكويت

| CUSTOMER NAME / ADDRESS اسم وعنوان العميل |
|---|
| KGL PETROLEUM CO. |
| P.O.BOX NO. 903,DASMAN |
| 15460,DASMAN,KUWAIT |

IBAN: KW67 ABKK 0000 0000 0060 3479 6632 01

USER0159 On 27/07/2014 At 12:27 00026   PD33J P
f2-PD20   PD20     CUSTOMER COPY     R.P. 01/14

41

KOAN - 0418114

**OUTWARD REMITTANCE VOUCHER** 40   اشعار حوالة خارجية

| مرجعنا | VALUE حق | BRANCH الفرع | DATE التاريخ |
|---|---|---|---|
| Ref BR07002014018131 | 18/08/2014 | Central Retail S | 8/08/2014 |

BY DEBIT << NOSTRO ACCOUNT >> NO.   رقم طرفنا بحسابنا          BY CREDIT << VOSTRO ACCOUNT >> NO   بالإضافة إلى حسابهم طرفنا رقم

THROUGH / TO                                                  بواسطة / إلى

SWIFT    نظام سويفت   X

CORRESPONDENT BANK    البنك المراسل

JPMorgan Chase Bank, N.A.
4 Chase Metrotech Center,
Brooklyn, New York, NY 11245,
U.S.A.

AMOUNT IN WORDS   المبلغ بالحروف     CCY العملة    AMOUNT مبلغ التحويل

US Dollars Five Hundred Thousand Only   USD   *500,000.00

DISBURSEMENT INSTRUCTIONS   تفاصيل التحويل

RATE   سعر    *0.2829000000

BENEFICIARY'S NAME/ADDRESS   المستفيد   GLOBAL GATEWAY DEVELOPMENT CORP.
17 FLR., MARAJO TOWER,312,26 ST.
WEST BONIFACIO GLOBAL CITY 1634

EQUIVALENT المعادل   *500,000.00

BENY'S A/C NO.   لحسابهم رقم - ادى   1974110759 ;
BANK OF PHILIPINES ISLANDS
BONIFACIO GLOBAL CITY BRANCH
PHILIPPINES

SWIFT CHARGES   م. سويفت   *24.74

COMMISSION   عمولة

OTHER CHARGES   م. اخرى

ABA / SWIFT / SORT CODE   رمز البنك   BOPIPHMM  /

TOTAL USD   الإجمالي   *500,024.74

PAYMENT INSTRUCTION   تفاصيل الدفع   SHORT TERM ADVANCE

CASH     □
DEBIT A/C NO   من الحساب   X □

0603-479663-001

من المتفق عليه أن البنك غير مسئول عن التأخير أو الخطأ الذي يحصل في الارسال
It is understood that the Bank declines all responsibility
for any delay or errors that may occur in transmission

البنك الاهلي الكويتي ش.م.ك.
AL AHLI BANK OF KUWAIT K.S.C.
KUWAIT   الكويت

CUSTOMER NAME / ADDRESS   اسم وعنوان العميل

KGL PETROLEUM CO.
P.O.BOX NO. 903,DASMAN
15460,DASMAN,KUWAIT

IBAN: KW35 ABKK 0000 0000 0060 3479 6630 01

USER0212 On 18/08/2014 At 13:30 00028   PD25J P
2-PD26 3-PD26   FR01/14   CUSTOMER COPY   P.P 01/14

اشعار حوالة خارجية

**OUTWARD REMITTANCE VOUCHER**

Ref BR07002014018461

| VALUE حق | BRANCH الفرع | DATE التاريخ |
|---|---|---|
| 21/08/2014 | Central Retail S | 21/08/2014 |

BY DEBIT << NOSTRO ACCOUNT >> NO. من حسابنا طرفهم رقم

BY CREDIT << VOSTRO ACCOUNT >> NO بالاضافة الى حسابهم طرفنا رقم

THROUGH / TO بواسطة / إلى

SWIFT سويفت سوئفت  X

CORRESPONDENT BANK البنك المراسل

JPMorgan Chase Bank, N.A.
4 Chase Metrotech Center,
Brooklyn, New York, NY 11245,
U.S.A.

AMOUNT IN WORDS المبلغ بالحروف

US Dollars One Million Only.

DISBURSEMENT INSTRUCTIONS تفاصيل التحويل

BENEFICIARY'S NAME/ADDRESS المستفيد GLOBAL GATEWAY DEVELOPMENT
CORPORATION., MARAJAN TOWER,312,26
ST. WEST,TAGUIG CITY,PHILIPPINES

BENY'S A/C NO. 1924110739
BANK OF PHILIPPINES ISLANDS
BONIFACIO GLOBAL CITY BRANCH
PHILIPPINES

ABA / SWIFT / SORT CODE رمز البنك
BOPIPHMM

PAYMENT INSTRUCTION تفاصيل الدفع SHORT TERM ADVANCE

SHA

It is understood that the Bank declines all responsibility for any delay or errors that may occur in transmission
من المفهم علية أن البنك غير مسئول عن التأخير أو الخطأ الذي يحصل في الارسال

| CCY العملة | AMOUNT مبلغ التحويل |
|---|---|
| USD | *1,000,000.00 |

RATE السعر *0.2836500000

| | |
|---|---|
| EQUIVALENT المعادل | *1,000,000.00 |
| SWIFT CHARGES مصاريف سويفت | *24.68 |
| COMMISSION عمولة | |
| OTHER CHARGES اخرى | |
| TOTAL USD الجموع | *1,000,024.68 |

CASH نقدا ☐
DEBIT A/C NO من الحساب رقم ☒

0603-479663-001

عن/ البنك الاهلي الكويتي ضمانة
AL AHLI BANK OF KUWAIT K.S.C.
KUWAIT الكويت

CUSTOMER NAME / ADDRESS اسم وعنوان العميل
KGL PETROLEUM CO.
P.O.BOX NO. 903,DASMAN
15480,DASMAN,KUWAIT

IBAN : KW35 ABKK 0000 0000 0060 3479 6630 01

ER0212 On 21/08/2014 At 12:32 00027  PD25J P
-PD26 from PD26                                    CUSTOMER COPY                    R-P-01/14                              R.D 09/11

43

103

*OUTWARD REMITTANCE VOUCHER*

اشعار حوالة خارجية

| | VALUE حق | BRANCH الفرع | DATE التاريخ |
|---|---|---|---|
| Ref  BR07002014021767 مرجعنا | 01/10/2014 | Central Retail S | 01/10/2014 , |

BY DEBIT << NOSTRO ACCOUNT >> NO. — من حسابنا طرفهم رقم

BY CREDIT << VOSTRO ACCOUNT >> NO — بالإشارة إلى حسابهم طرفنا رقم

THROUGH / TO

SWIFT نظام سويفت — X — بواسطة / إلى

CORRESPONDENT BANK — البنك المراسل

> JPMorgan Chase Bank, N.A.
> 4 Chase Metrotech Center,
> Brooklyn, New York, NY 11245,
> U.S.A.

| AMOUNT IN WORDS المبلغ بالحروف | CCY العملة | AMOUNT مبلغ التحويل |
|---|---|---|
| US Dollars One Million Only. | USD | *1,000,000.00* |

DISBURSEMENT INSTRUCTIONS تفاصيل التحويل

RATE *0.2879000000

BENEFICIARY'S NAME/ADDRESS المستفيد
GLOBAL GATEWAY DEVELOPMENT
CORPORATION
MARAJO TOWER, 312, 16TH ST. WEST

EQUIVANT المعادل *1,000,000.00

BENY'S A/C NO. لحسابهم رقم - ادي
1924110739
BANK OF PHILIPPINES ISLANDS
BONIFACIO GLOBAL CITY BRANCH
G/F NET ONE CENTER, BONIFACIO CITY

SWIFT CHARGES م. سويفت *24.31

COMMISSION عمولة

OTHER CHARGES م. اخرى

ABA / SWIFT / SORT CODE رمز البنك
BOPIPHMM

TOTAL USD الصرف *1,000,024.31

PAYMENT INSTRUCTION تفاصيل الدفع
SHORT TERM ADVANCE

CASH

DEBIT A/C NO. من الحساب — X

SHA

0603-479663-001

It is understood that the Bank declines all responsibility for any delay or errors that may occur in transmission
من المتفق عليه أن البنك غير مسؤول عن التأخير أو الخطأ الذي يحصل في الارسال

البنك الأهلي الكويتي ش.م.ك. من /
AL AHLI BANK OF KUWAIT K.S.C.
KUWAIT الكويت

CUSTOMER NAME / ADDRESS اسم وعنوان العميل
KGL PETROLEUM CO.
P.O.BOX NO. 903,DASMAN
15460,DASMAN,KUWAIT

K IBAN: KW35 ABKK 0000 0000 0060 3479 6630 01

USER0159 On 01/10/2014 At 11:57 00053  PD33J P
JZ=PD20 S=PD20 S=PD31
FR01035

CUSTOMER COPY                    R.P 01/14

44

104

**ABK** اشعار حوالة خارجية

**OUTWARD REMITTANCE VOUCHER** 43

| | | |
|---|---|---|
| Ref BR07002014021774   مرجعنا | **VALUE** حق 01/10/2014 | **BRANCH** الفرع Central Retail S | **DATE** التاريخ 01/10/2014 |

BY DEBIT << NOSTRO ACCOUNT >> NO.   من حسابنا طرفهم رقم

BY CREDIT << VOSTRO ACCOUNT >> NO   بالإضافة إلى حسابهم طرفنا رقم

THROUGH / TO   بواسطة / الى

SWIFT   نظام سويفت  X

**CORRESPONDENT BANK**   البنك المراسل

JPMorgan Chase Bank, N.A.
4 Chase Metrotech Center.
Brooklyn, New York, NY 11245.
U.S.A.

AMOUNT IN WORDS   المبلغ بالحروف

US Dollars One Million Only.

| | CCY العملة | AMOUNT مبلغ التحويل |
|---|---|---|
| | USD | *1,000,000.00 |

DISBURSEMENT INSTRUCTIONS   تفاصيل التحويل

RATE   *0.2879000000

BENEFICIARY'S NAME/ADDRESS   المستفيد
GLOBAL GATEWAY DEVELOPMENT
CORPORATIONMARAJO TOWER, 26TH ST.
WEST, BONIFACIO GLOBAL CITY 1634

EQUIVALENT المقابل  *1,000,000.00
SWIFT CHARGES م. سويفت  *24.31

BENYS A/C NO.   1924110739
BANK OF PHILIPPINES ISLANDS
BONIFACIO GLOBAL CITY BRANCH
G/F NET, ONE CENTER, BONIFACIO CITY

COMMISSION عمولة
OTHER CHARGES م. أخرى

ABA / SWIFT / SORT CODE   رمز البنك
BOPIPHMM

TOTAL USD الجمالي  *1,000,024.31

CASH النقد
DEBIT A/C NO من الحساب  X   0603-479663-001

PAYMENT INSTRUCTION   تفاصيل الدفع

SHORT TERM ADVANCE

SHA

It is understood that the Bank declines all responsibility for any delay or errors that may occur in transmission.   من المتفق عليه أن البنك غير مسئول عن التأخير أو الخطأ الذي و حصل في الارسال

البنك الاهلي الكويتي ش.م.ك.   عن/
AL AHLI BANK OF KUWAIT K.S.C.
KUWAIT   الكويت

ABK IBAN: KW35 ABKK 0000 0000 0060 3479 6630 01

SER0159 On 01/10/2014 At 12:22 00054   PD33J P
P PD20 3 PD20 3 PD31 6 PD04

CUSTOMER NAME/ADDRESS   اسم وعنوان العميل
KGL PETROLEUM CO.
P.O.BOX NO. 903,DASMAN
15460,DASMAN,KUWAIT

CUSTOMER COPY

R.P. 01/14

45

105

اشعار حوالة خارجية   KSP-03/u/14

**OUTWARD REMITTANCE VOUCHER**

|  | BRANCH الفرع | DATE التاريخ |
|---|---|---|
| Ref BR07002014025439 | VALUE حق | |
| | 27/11/2014 | Central Retail S | 25/11/2014 |

BY DEBIT << NOSTRO ACCOUNT >> NO. من حسابنا طرفهم رقم

BY CREDIT << VOSTRO ACCOUNT >> NO بالإضافة إلى حسابهم طرفنا رقم

THROUGH / TO بواسطة / إلى

SWIFT نظام سويفت

CORRESPONDENT BANK المراسل

JPMorgan Chase Bank, N.A.
4 Chase Metrotech Center,
Brooklyn, New York, NY 11245,
U.S.A.

AMOUNT IN WORDS المبلغ بالحروف

US Dollars Five Hundred Thousand Only

| CCY العملة | AMOUNT مبلغ التحويل |
|---|---|
| USD | *500,000.00 |

DISBURSEMENT INSTRUCTIONS تفاصيل التحويل

BENEFICIARY'S NAME/ADDRESS المستفيد GLOBAL GATEWAY DEVELOPMENT .
CORPORATION., 17TH FLOOR, MARAJO
TOWER, 312, 26TH STREET WEST,

BENY'S A/C NO. 1924110759 حسابهم رقم - لدى
BANK OF PHILIPPINES ISLANDS
BONAFACIO CITY BRANCH, G F NET ONE
CENTER, BONIFACIO CITY TAGUIG

ABA / SWIFT / SORT CODE رمز البنك
BOPIPHMM .

| RATE | *0.2906500000 | بسعر |
|---|---|---|
| EQUIVALENT الدينار | *500,000.00 | |
| SWIFT CHARGES م. سويفت | *24.08 | |
| COMMISSION عمولة | | |
| OTHER CHARGES م. أخرى | | |

PAYMENT INSTRUCTION تفاصيل الدفع
SHORT TERM ADVANCE

| TOT USD المجموع | *500,024.08 |
|---|---|

CASH نقدا ☐
DEBIT A/C NO. من الحساب ☑ X

0603-479663-001

It is understood that the Bank declines all responsibility for any delay or errors that may occur in transmission.
من المتفق عليه أن البنك غير مسؤول عن التأخير أو الخطأ الذي يحصل في الإرسال

البنك الأهلي الكويتي ش.م.ك.
AL AHLI BANK OF KUWAIT K.S.C.
الكويت KUWAIT

IBAN: KW35 ABKK 0000 0000 0060 3479 6630 01

CUSTOMER NAME / ADDRESS اسم وعنوان العميل
KGL PETROLEUM CO.
P.O.BOX NO. 903,DASMAN
15460,DASMAN,KUWAIT

USER0214 On 25/11/2014 At 08:21 00001   PD27J P
2-PD26   FR01820

CUSTOMER COPY

R.P. 01/14

*KeuLP – 02/12/14*

**OUTWARD REMITTANCE VOUCHER**

اشعار حوالة خارجية

| | | | | | |
|---|---|---|---|---|---|
| **BK** | Ref BR07002014026536 مرجعنا | **VALUE** 11/12/2014 | **BRANCH** General Retail الفرع | **DATE** التاريخ | |

BY DEBIT << NOSTRO ACCOUNT >> NO.   من حسابنا طرفهم رقم

BY CREDIT << VOSTRO ACCOUNT >> NO   بالإضافة إلى حسابهم طرفنا رقم

THROUGH / TO

SWIFT   نظام سويفت

بواسطة / إلى .

CORRESPONDENT BANK   البنك المرسل

JPMorgan Chase Bank, N.A.
4 Chase Metrotech Center
Brooklyn, New York 11245 01
U.S.A.

| AMOUNT IN WORDS | المبلغ بالحروف | CCY العملة | AMOUNT مبلغ التحويل |
|---|---|---|---|
| US Dollars Five Hundred Thousand Only | | USD | |

**DISBURSEMENT INSTRUCTIONS**   تفاصيل التحويل

RATE

| | |
|---|---|
| BENEFICIARY'S NAME/ADDRESS GLOBAL GATEWAY DEVELOPMENT CORPORATION المستفيد MARAJO TOWER, 312. 26TH ST. WEST | EQUIVALENT المعادل |
| BENY'S A/C NO. 1924110739 BANK OF PHILIPPINES BONIFACIO GLOBAL CITY BRANCH PHILIPPINES | SWIFT CHARGES م. سويفت |
| | COMMISSION عمولة |
| ABA/ SWIFT / SORT CODE BOPIPHMM رمز البنك | OTHER CHARGES م. أخرى |
| SHORT TERM ADVANCE | TOTAL المجموع |
| PAYMENT INSTRUCTION تفاصيل الدفع | |
| SHA | CASH نقدا |
| | DEBIT A/C NO. من الحساب |

It is understood that the Bank declines all responsibility for any delay or errors that may occur in transmission   من المنقول عليه أن البنك غير مسئول عن التأخير أو الخطأ الذي يحصل في الإرسال

البنك الأهلي الكويتي ش.م.ك.
AL AHLI BANK OF KUWAIT K.S.C.
HUNDRED هنداد

IBAN: KW35 ABKK 0000 0000 0060 3472 6650 01

**CUSTOMER NAME / ADDRESS**   اسم وعنوان العميل

KGL PETROLEUM CO.
P.O.BOX NO. 905, DASMAN
15460, DASMAN, KUWAIT

FR0159 On 09/12/2014 At 10:32 00009  PD33J P
PD20 25 PD20   FR01002

**CUSTOMER COPY**

R.P. 01/14

47

107

**ABK**

*OUTWARD REMITTANCE VOUCHER*                 اشعار حوالة خارجية

| | | VALUE حق | BRANCH الفرع | DATE التاريخ |
|---|---|---|---|---|
| | مرجعنا Ref BRO7002015002831 | 11/02/2015 | Central Retail S | 09/02/2015 |

BY DEBIT << NOSTRO ACCOUNT > NO.          من حساباننا طرفهم رقم         BY CREDIT << VOSTRO ACCOUNT > NO   بالإضافة إلى بيان حسابهم طرفنا رقم

THROUGH / TO                                   SWIFT      X نظام سويفت        بواسطه / إلى

CORRESPONDENT BANK                                               البنك المراسل

JPMorgan Chase Bank, N.A.
4 Chase Metrotech Center,
Brooklyn, New York, NY 11245,
U.S.A.

| AMOUNT IN WORDS   المبلغ بالحروف | CCY العملة | AMOUNT مبلغ التحويل |
|---|---|---|
| US Dollars Fifty Thousand Only. | | *50,000.00 |

DISBURSEMENT INSTRUCTIONS   تفاصيل التحويل

| | RATE سعر | *0.2948000000 |
|---|---|---|

| BENEFICIARY'S NAME/ADDRESS | GLOBAL GATEWAY DEVELOPMENT CORPORATION ~ 17TH FLOOR, MARAJO TOWER, 312, 26TH STREET, WEST | المستفيد | | |
|---|---|---|---|---|
| | | EQUIVALENT المعادل | *50,000.00 | |
| | | SWIFT CHARGES م. سويفت | *23.74 | |
| BENY'S A/C NO. | 1924110739 | COMMISSION عمولة لحسابهم رقم - لدى | | |
| | BANK OF PHILIPPINES ISLANDS BONIFACIO GLOBAL CITY BRANCH G F NET ONE CENTER, BONIFACIO CITY | OTHER CHARGES م. أخرى | | |
| ABA / SWIFT / SORT CODE | BOPIPHMM | رمز لبنك | | |
| | | TOTAL USD الجملي | *50,023.74 | |

PAYMENT INSTRUCTION   SHORT TERM ADVANCE   تفاصيل الدفع

| | CASH نقداً | ☐ |
|---|---|---|
| | DEBIT A/C NO. من الحساب رقم | X ☐ |

SHA

0603=479663=001

It is understood that the Bank declines all responsibility for any delay or errors that may occur in transmission.

من المفهوم عليه أن البنك غير مسئول عن التأخير أو الخطأ الذي يحصل في الإرسال

البنك الأهلي الكويتي ش.م.ك.ع   عن/by
AL AHLI BANK OF KUWAIT K.S.C.P
الكويت   KUWAIT

CUSTOMER NAME / ADDRESS                               اسم وعنوان العميل

KGL PETROLEUM CO.
P.O.BOX NO. 903,DASMAN
15460,DASMAN,KUWAIT

A/C IBAN: KW35 ABKK 0000 0000 0060 3479 6630 01

SFB0214 On 09/02/2015 At 15:18 00083   PD27J P
2-PD20 Serial 820

CUSTOMER COPY          R.P. 09/14          R.D. 09/14

48

47   KMP - 02/03/15

اشعار حوالة خارجية   **OUTWARD REMITTANCE VOUCHER**

| | VALUE حق | BRANCH الفرع | DATE التاريخ |
|---|---|---|---|
| مرجعنا Ref BR07002015004562 | 06/03/2015 | Central Retail 11 | 06/03/2015 |

BY DEBIT << NOSTRO ACCOUNT >> NO.   من حسابنا طرفهم رقم

BY CREDIT << VOSTRO ACCOUNT >> NO   بالإضافة إلى حسابهم طرفنا رقم

THROUGH / TO   بواسطة / إلى

SWIFT   نظام سويفت

CORRESPONDENT BANK   البنك المراسل

JPMorgan Chase Bank, N.A.
4 Chase Metrotech Center,
Brooklyn, New York, NY 11245.
U.S.A.

| AMOUNT IN WORDS   المبلغ بالحروف | CCY العملة | AMOUNT   مبلغ التحويل |
|---|---|---|
| US Dollars Forty Thousand Only. | USD | *40,000.00 |

DISBURSEMENT INSTRUCTIONS   تفاصيل التحويل

BENEFICIARY'S NAME/ADDRESS GLOBAL GATEWAY DEVELOPMENT , المستفيد
CORPORATION., 17TH FLOOR, MARAJO
TOWER, 312 26TH STREET, WEST

| | RATE *0.2960500000 | بسعر |
|---|---|---|

BENY'S A/C NO   1924110739
BANK OF PHILIPPINES ISLANDS
BONIFACIO GLOBAL CITY BRANCH,
G F NET, ONE CENTER, BONIFACIO CITY

لحسابهم رقم - لدى

| EQUIVALENT   المعادل | *40,000.00 |
|---|---|
| SWIFT CHARGES   مصاريف سويفت | *23.64 |
| COMMISSION   عمولة | |
| OTHER CHARGES   م. أخرى | |

ABA / SWIFT / SORT CODE   رمز البنك
BOPIPHMM

| TOTAL   الجملة | USD | *40,023.64 |
|---|---|---|

PAYMENT INSTRUCTION SHORT TERM ADVANCE   تفاصيل الدفع

| CASH   نقداً | |
|---|---|
| DEBIT A/C NO.   من الحساب رقم | 0603-479663-001 |

It is understood that the Bank declines all responsibility
for any delay or errors that may occur in transmission
من النقل عليه أن البنك غير مسئول عن التأخير أو الخطأ الذي يحصل في الإرسال

SHA

البنك الأهلي الكويتي ش.م.ك.ع
AL AHLI BANK OF KUWAIT K.S.C.P.
الكويت KUWAIT

CUSTOMER NAME / ADDRESS   اسم وعنوان العميل

GL PETROLEUM CO.
P.O.BOX NO. 903,DASMAN
15460,DASMAN,KUWAIT

AP  IBAN: KW35 ABKK 0000 0000 0060 3470 6630 01

BR0214 On 06/03/2015 At 11:54 0002A BR027JP P
PD20 O-RR020   CUSTOMER COPY   R.P. 09/14   R.D. 09/14

49

109





48

## Funds Transfer Form

ORIGINAL

Transfer details (please complete in BLOCK LETTERS)

Date |2|8|0|9|2|0|1|4|

Please tick transfer type: | : Wire transfer | : Demand draft | : Pay order | : Account to Account transfer

Debit my/our A/C no. |1|9|1|0|0|0|6|5|1|3|3| | |

Account name C |L|A|R|K| |G|A|T|E|W|A|Y| |I|N|V|E|S|T|M|N|T| |G|R|O|U|P| |L|P| |

### Senders address details

Landmark : **Opposite Banking Complex** / Flat no. | Floor : 10 | Building **Mubarak Al Kabeer**

Street **Sharq Area** | Emirate / City **Kuwait City** | Country **Kuwait**
(Please provide your street address and not your PO Box address)

Currency of transfer : USD | Amount of transfer (in figures) |500,000 | or AED equivalent amount :

Amount of transfer (in words) : **US Dollar Five Hundred Thousand Only**

Exchange rate : | Deal rate/reference, if any |

### Beneficiary's Account details

Correspondent bank details (optional) : JP MORGAN CHASE BANK

Beneficiary's bank name (Wire Transfer only) : **Bank of Philippines Islands** | | | | | | | | | | | | |

SWIFT code / IFSC **BOPIPHMM** | | | | | | | |

Bank branch : **Bonifacio Global City** City / Town **Bonifacio City Taguig** | Country **Philippines** | | | | | |
(In Bank branch providing IFSC (for India), SORT (for UK), FedWire No./ABA No. (for USA), Transit (for Canada) and IBAN (for EU), will expedite payment)

Beneficiary's full name **Global Gateway Development Corporation** | | | | | | | | | |

A/C no. / IBAN no. (Wire Transfer only) : 1924110739 | | | | | | | | | | | | | | | | | |
(IBAN is mandatory for payments wherever applicable, not providing this information may result in delayed payment to wrong Account and additional charges)

### Purpose of Payment

For AED payments please tick the appropriate Transaction Type Code (find details overleaf)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐SAL | ☐BON | ☐COP | ☐LAS | ☐TXT | ☐CCP | ☐CHC | ☐RBC | ☐SAA | ☐CIN |
| ☐ALW | ☐COM | ☐EOS | ☐OVT | ☐ACM | ☐CRP | ☐INV | ☐ROC | ☐PIN | ☐EMI |
| ☐LNC | ☐FAM | ☐EDU | ☐RNT | ☐UTL | ☐PEN | ☐AES | ☐DCP | ☐MCR | ☐REM |

(Please note that in case this is left blank REM will be selected as the default Transaction Type Code)

For Non-AED payments please tick 'Specific Purpose of Payment' (For Wire Transfer/DD only)

| : Gift | : Family Support | : Children Education | : Loan Settlement |

**Specific Purpose of Payment **Short Term Advance for Investment**

**Invoice no | | **Goods Involved |
**This is MANDATORY information – just mentioning an invoice number is NOT a Purpose of Payment. The goods on the invoice must also be mentioned.
Example – Purchase of Iron Rods against Inv No: XXX/ Loan Repayment/Advance Payment/ Investment etc.

### Other details (please tick)

Charges (Wire Transfer only): | ✓ Shared | : OUR | : Beneficiary (BEN) |
| | (Local charges to be borne by sender and overseas charges by Beneficiary) | (All local and overseas charges to be borne by Sender) | (All local and overseas charges to be borne by Beneficiary) |

✓ I authorise the Bank to freeze the amount required in my Account for payment of transfer request

✓ I/We acknowledge that this request is governed by the Bank's terms and conditions and agree to abide with it

Authorised/Customer signatures |
(I agree that this transfer will be made subject to the conditions set out on the reverse)

Please note that we will process your Funds Transfer Request on the same day provided the form is completed with all relevant data, subject to availability of funds and is submitted before specific currency cut off time show overleaf.

### For Bank use

Branch official 1 | | Branch official 2 |
Staff ID & Signature | Staff ID & Signature | Branch Stamp

Mashreq Al Islami – Islamic Banking Division of Mashreqbank psc

المشرق الإسلامي – قسم الخدمات المصرفية الإسلامية في بنك المشرق ش.م.خ

50

110

```
------------------------Instance Type and Transmission------------------------
Original Received from Application - Outgoing Draft
Priority/Delivery      : Normal
--------------------------------Message Header--------------------------------
Swift Input          : FIN 103 Single Customer Credit Transfer
Sender Swift address     : BOMLAEADXXX
Receiver Swift address   : MSHQUS33XXX
-----------------------------------User Header-----------------------------------
Message-User-Reference    : 033MSOG142740IQR
-----------------------------------Message Text-----------------------------------
```

:20: Sender's Reference
      033OWFR142740672
:23B: Bank Operation Code
      CRED
:32A: Value Date/Currency/Interbank Settled Amount
      141001USD500000,
:50K: Ordering Customer
      /AE950330000019100065133
      CLARK GATEWAY INVESTMENT GROUP LP N
      MUBARAK AL KABEER BLDG, FLOOR NO 10
      SHARQ AREA, OPP BANKING COMPLEX, PO
:52A: Ordering Institution
      BOMLAEADXXX
:56A: Intermediary Institution
      CHASUS33
:57A: Account With Institution
      BOPIPHMM
:59: Beneficiary Customer
      /1924110739
      GLOBAL GATEWAY DEVELOPMENT
      CORPORATION
:70: Remittance Information
      SHORT TERM ADVANCE FOR INVEST
      MENT
:71A: Details of Charges
      SHA

19   D.1

To:                                                    September 28, 2014
ABN AMRO Private Bank N.V
DIFC, Dubai
UAE

Subject: TRANSFER

Please DEBIT

Debit account name              : Clark Gateway Investment Group LP
Debit Account no / Currency     : 6030769/001-000-840 / USD
Amount (in figures)             : USD 500,000
Amount (in words)               : United States Dollars Five Hundred Thousands Only

And transfer to beneficiary details as provided below:

Beneficiary A/c Holder's Name   : Global Gateway Development Corporation
Beneficiary Address             : 17th Floor, Marajo Tower, 312, 26th Street
                                  West, Bonifacio Global City 1634
                                  Taguig City, Philippines

Bank Name                       : Bank of Philippines Islands
                                  Bonifacio Global City Branch, G/F Net
                                  One Center, Bonifacio City Taguig
Bank  SWIFT CODE                : BOPIPHMM
Account No                      : 1924110739

Details of Payment              : Short term advance for Investment

    Correspondent bank details  : JP Morgan Chase Bank


All Charges: OUR [____]  BEN [____]  SHA [✓]   Please tick as applicable
( OUR: for account of Remitter; BEN: for account of Beneficiary; SHA: borne by remitter and Beneficiary)

Thanking you,

*Sonor*

**Authorized Signatory**

```
--------------------- Instance Type and Transmission --------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status  : Network Ack
Priority/Delivery        : Normal
Message Input Reference  : 1318 141001ABNAAEAAAIPC0300150410
-------------------------- Message Header -------------------------
Swift Input  : FIN 103 Single Customer Credt Transfer
Sender    : ABNAAEAAIPC
            ABN AMRO BANK N.V
            INTERNATIONAL PRIVATE CLIENTS DEPARTMENT
            DUBAI AE
Receiver : BOFAUS3NXXX
            BANK OF AMERICA, N.A.
            NEW YORK,NY US
MUR : 00602600600071AA
-------------------------- Message Text ---------------------------
 20: Sender's Reference
     22000000897007P
23B: Bank Operation Code
     CRED
32A: Val Dte/Curr/Interbnk Settld Amt
     Date             : 01 October 2014
     Currency         : USD (US DOLLAR)
     Amount           :              #500,000,#
33B: Currency/Instructed Amount
     Currency         : USD (US DOLLAR)
     Amount           :              #500,000,#
50K: Ordering Customer-Name & Address
     /603076900100840
     CLARK GATEWAY INVESTMENT GROUP LP
     GRAND CAYMAN, CAYMAN ISLANDS
     CERTIFICATE OF INCORPORATION NO.
     WK 74331
56A: Intermediary Institution - FI BIC
     CHASUS33XXX
     JPMORGAN CHASE BANK, N.A.
     NEW YORK,NY US
57A: Account With Institution - FI BIC
     BOPIPHMMXXX
     BANK OF THE PHILIPPINE ISLANDS
     MANILA  PH
 59: Beneficiary Customer-Name & Addr
     /1924110739
     GLOBAL GATEWAY DEVELOPMENT
     CORPORATION. ADD 17TH FLR MARAJO
     TOWER 312,26TH ST WEST,BONIFACIO
 70: Remittance Information
     SHORT TERM ADVANCE FOR
     INVESTMENT
71A: Details of Charges
     SHA
 72: Sender to Receiver Information
     /CONT/FIELD 59 GLOBAL CITY 1634
     //TAGUIG CITY, PHILIPPINES
-------------------------- Message Trailer ------------------------
(CHK:69E2ED34DEDC)
```

SO   D.4

**mashreq al islami** المشرق الإسلامي

**mashreq** المشرق

## Funds Transfer Form

ORIGINAL

Transfer details (please complete in BLOCK LETTERS)

Date 2 6 0 1 2 0 1 5

| Please tick transfer type: | Wire transfer | Demand draft | Pay order | Account to Account transfer |

Debit my/our A/C no. 1 9 1 1 0 0 0 6 5 1 3 3 1

Account name C L A R K G A T E W A Y I N V E S T M N T G R O U P L P

### Senders address details

Landmark **OPPOSITE BANKING COMLEX** Office / Flat no. | Floor 10 | Building **MUBARAK AL KABEER**

Street **SHARQ AREA** | Emirate / City **KUWAIT CITY** | Country **KUWAIT**
(Please provide your street address and not your PO Box address)

Currency of transfer USD | Amount of transfer (in figures) 225,000/- | or AED equivalent amount

Amount of transfer (in words) US DOLLARS TWO HUNDRED TWENTY FIVE THOUSAND ONLY

Exchange rate | Deal rate/reference, if any

### Beneficiary's Account details

Correspondent bank details (optional) JP MORGAN CHASE BANK

Beneficiary's bank name (Wire Transfer only) Bank of Philippines Islands
SWIFT code / IFSC BDPIPHMM

Bank branch Bonifacio Global City | City / Town Bonifacio City Taguig | Country Philippines
(In Bank branch providing IFSC (for India), SORT (for UK), Fed/Wire No./ABA No. (for USA), Transit (for Canada) and IBAN (for EU), will expedite payment)

Beneficiary's full name Glotial Gateway Development Corporation

A/C no. / IBAN no. (Wire Transfer only) 1924110739
(IBAN is mandatory for payments wherever applicable, not providing this information may result in delayed payment to wrong Account and additional charges)

### Purpose of Payment

For AED payments please tick the appropriate Transaction Type Code (find details overleaf)

| ☐SAL | ☐BON | ☐COP | ☐LAS | ☐TKT | ☐CCP | ☐CHC | ☐RBC | ☐SAA | ☐ICN |
| ☐ALW | ☐COM | ☐EOS | ☐OVT | ☐ACM | ☐CRP | ☐INV | ☐ROC | ☐PIN | ☐EMI |
| ☐LNC | ☐FAM | ☐EDU | ☐RNT | ☐UTL | ☐PEN | ☐AES | ☐DCP | ☐MCR | ☐REM |

(Please note that in case this is left blank REM will be selected as the default Transaction Type Code)

For Non-AED payments please tick 'Specific Purpose of Payment' (For Wire Transfer/DD only)

| Gift | Family Support | Children Education | Loan Settlement |

**Specific Purpose of Payment **Short Term Advance for Investment

**Invoice no | **Goods Involved

**This is MANDATORY information – Just mentioning an invoice number is NOT a Purpose of Payment. The goods on the invoice must also be mentioned.
Example – Purchase of Iron Rods against Inv No: XXX/ Loan Repayment/Advance Payment/ Investment etc.

### Other details (please tick)

| Charges (Wire Transfer only): | ✓ Shared | OUR | Beneficiary (BEN) |
| | (Local charges to be borne by sender and overseas charges by Beneficiary) | (All local and overseas charges to be borne by Sender) | (All local and overseas charges to be borne by Beneficiary) |

✓ I authorise the Bank to freeze the amount required in my Account for payment of transfer request

✓ I/We acknowledge that this request is governed by the Bank's terms and conditions and agree to abide with it

Authorised/Customer signatures
(I agree that this transfer will be made subject to the conditions set out on the reverse)

Please note that we will process your Funds Transfer Request on the same day provided the form is completed with all relevant data, subject to availability of funds and is submitted before specific currency cut off time show overleaf.

### For Bank use

| Branch official 1 | Branch official 2 | |
| Staff ID & Signature | Staff ID & Signature | Branch Stamp |

Mashreq Al Islami – Islamic Banking Division of Mashreqbank psc

المشرق الإسلامي – قسم الخدمات المصرفية الإسلامية في بنك المشرق ش.م.خ

54

51 D.3

To:                                                                26 January 2015
ABN AMRO Private Bank N.V DIFC
Dubai
UAE

Subject: TRANSFER

Please DEBIT

Debit account name              : Clark Gateway Investment Group LP
Debit Account no / Currency     : 6030769/001-000-840 / USD
Amount (in figures)             : USD 225,000
Amount (in words)               : US Dollars Two Hundred Twenty Five Thousands Only


And transfer to beneficiary details as provided below:

Beneficiary A/c Holder's Name   : Global Gateway Development Corporation
Beneficiary Address             : 17th Floor, Marajo Tower, 312, 26th Street
                                  West, Bonifacio Global City 1634
                                  Taguig City, Philippines


Bank Name                       : Bank of Philippines Islands
                                  Bonifacio Global City Branch, G/F Net
                                  One Center, Bonifacio City Taguig

Bank  SWIFT CODE                : BOPIPHMM
Account No                      : 1924110739

Details of Payment              : Short term advance for Investment

        Correspondent bank details   : JP Morgan Chase Bank



All Charges: OUR [___]  BEN [___]  SHA [✓]   Please tick as applicable
(OUR: for account of Remitter; BEN: for account of Beneficiary; SHA: borne by remitter and Beneficiary)


Thanking you,



_Sorab_
_____
**Authorized Signatory**

55





حـولـة الـمـويــن
مؤسسة الموانئ الكويتية
مكـتـب الـمـديـر الـعـام
**STATE OF KUWAIT**
**KUWAIT PORTS AUTHORITY**
**DIRECTOR GENERAL OFFICE**

NEWKUWAIT

Ref: الرقم م ك ١/١       سري للغاية       Date:-       التاريخ :- ٢ أسً ٢٠١٩

**الأخ الفاضل المستشار/ ضرار علي المسعوسي**   المحترم
**النـــــائب الـعـــــام**
تحية طيبة وبعد ،،،

**الموضـــوع: طلب إتخاذ الإجراءات القانونية ضد من يحرض**
**على المساس بأمن دولة الكويت**

تهـدي مؤسسـة المـوانئ الكويتيـة سـيادتكم أطيـب تحياتهـا، متمنيـة لكـم وللسـادة
اعضاء النيابة والعاملين بها موفور الصحة والتوفيق والسداد.

إيمـاءً إلـى الموضـوع المبين عاليـه، إيمـاءً إلـى الموضـوع المبين عاليـه، والحاقـاً لكتابنـا
رقـم م م ك 6019/1 بتـاريخ 2019/10/2 (مرفـق 1) والمتضـمن اقتـراف شـركة كـي
جـي ال للاسـتثمار أفعـال بالاتفـاق مـع جهـات اجنبيـة لغـرض الإسـاءة للدولـة وحكومتهـا
ونظامهـا القضـائي والاقتصـادي والاجتمـاعي والتحـريض علـى عـدم الاستثمار بهـا وتوقيـع
العقوبات الدولية على بعض مسئوليها الحكوميين وقطع العلاقات مع حلفائها

نرسـل رفـق كتابنـا صـورة مـن افـادة التسـجيل المقـدم مـن إحـدى الشـركات الأجنبيـة
بالولايـات المتحـدة الأمريكيـة والـذي قامـت الشـركة المشـكو فـي حقهـا بالتعاقـد معهـا وذلـك
لتنظيـم حملـة إعلاميـة موجهـة هـدفها تشـويه صـورة الدولـة والإسـاءة إليهـا داخـل الولايـات
المتحدة الأمريكية (مرفق 2) وذلك لضمها للشكوى الواردة بكتابنا سالف البيان

للتفضـل بـالاطلاع مـن معـاليكم واتخـاذ مـا تـرونـه مناسـباً مـن إجـراءات بشـأن الشـكوى
الماثلة حفاظاً على الامن الوطني للبلاد .

وافر التقدير والاحترام،،،

**يوسف عبدالله صباح الناصر الصباح**
**مدير عام المؤسسة**

المدير العام
مؤسسة الموانئ الكويتية

نسخة إ
المستشار العمومي بحسب سجيل السر،

الموقع الإلكتروني : www.kpa.gov.kw - تلفون: 24812622 - 24812774 - فاكس: 24819714 - 3874.للمصلاة 13039 الكـويت
Website: www.kpa.gov.kw - Tel.: 24812622 - 24812774 - Fax: 24819714 - P.O. Box: 3874 Safat 13039 Kuwait







كويت جديدة
NEWKUWAIT

دولــة الكــويــت
مؤسسة الموانئ الكويتيـة
مكتـب المـديـر العـام
STATE OF KUWAIT
KUWAIT PORTS AUTHORITY
DIRECTOR GENERAL OFFICE

Ref: ٦٠١٩ / ١١ / م م ك الرجاء

Date: ٢٠١٩ مايو ٢ التاريخ،

**سري للغاية**

**الأخ الفاضل المستشار/ ضرار علي العسعوسي**      المحترم

**النائب العام**

تحية طيبة وبعـد ،،،

<u>الموضــــوع: طلب إتخاذ الإجراءات القانونية ضد من يحرض</u>

<u>على المساس بأمن دولة الكويت</u>

تهدي مؤسسة الموانئ الكويتية سيادتكم أطيب تحياتهـا متمنيـة لكـم وللسـادةُ اعضـاء النيابة والعاملين بها موفور الصحة والتوفيق والسداد.

إيماءً إلى الموضوع المبين عاليه،

<u>نود عرض الأتي</u>

شــركة كي جي إل للإسـتثمار(ش.م.ك.م) هي شــركة كويتية مؤسـسـة وفقاً للقانون الكويتي ومقيدة لدى إدارة السـجل التجاري بوزارة التجارة والصـناعة وتعمل تحت مظله القوانين والنظم واللوائح السـائدة بدولة الكويت وتمارس العديد من الأنشـطة داخل الدولة  وتتمتع بكافة المزايا والحقوق المقررة للشركات الكويتية .

ومع ذلك فإن القائمين على إدارة الشـركة لم يثمنوا للدولة التي ينتمون إليها فضـلـها عليهم وقـاموا بمخـالفـة القوانين واللوائح السـائـدة بهـا وعندمـا تصـدت الجهـات المعنية لهـذه الخروقات الصـادرة من الشـركة ، ومنها على سـبيل المثال لا الحصر الاتهام الموجه الى ممثلها في الجناية رقم 1496 لسـنة 2012 نيابة الأموال المتداولة حالياً أمام محكمة الجنايات والجناية رقم 1942 لسـنة 2015 نيابة الأموال المتداولة حالياً أمام محكمة الجنايات. بعدة اسـتئنافيه ، وعقدوا العزم على مواجهة وطنهم والتشـهيربه في المحافل الدولية من خلال بيع

1

3

118


NEWKUWAIT


دولـــة الكـــويــت
مؤسسـة المواني الكويتيـة
مكتـب المـديـر العـام
STATE OF KUWAIT
KUWAIT PORTS AUTHORITY
DIRECTOR GENERAL OFFICE



Ref: _____   Date: _____

أخبار كاذبة واشـاعات مغرضـة تنال من الدولة ونظامها الاجتماعي والاقتصـادي بشـكل عـام بزعم أن القوانين المطبقة بـالـدولة والمعمول بها لا توفر للمسـتثمرين بيئـة أمنـة وملائمـة للاسـتثمار وجذب رؤوس الأموال وأن الاسـتثمار داخل دولة الكويت في ضـوء الإجراءات القانونية التي تقوم بها الدولة ضد الشـركة المشكو في حقها تؤكد مزاعمهم بمخاطر الاستثمار داخل الكويت.

### حيث قامت الشركة المشكو في حقها بالقتراف الأفعال التالية:

• استخدام علاقاتها بالشركات الدولية في تشويه صورة دولة الكويت أمام المجتمع الدولي بصفة عامة والولايات المتحدة الأمريكية بصفة خاصة من خلال ما يلي:

1- قامت الشركة المشكو في حقها بالتعاقد مع مكاتب محاماة دولية ومؤسسات إعلامية وشركات متخصصة في توجيه الرأي العام لغرض محدد هو تسليط الضوء على ما قامت بتسميته الإجراءات غير المبررة التي اتخذتها دولة الكويت ضدها بما في ذلك الإجراءات التي قامت بإتخاذها مؤسسة الموانئ الكويتية ضد شركة KGL والمديرين التنفيذيين بالشركة ، وقد شمل هذا الأمر شأن خطير وهو إثارة التساؤلات حول ما إذا كانت الكويت مكاناً أمناً للاستثمار، وذلك بغرض تشكيك المستثمرين والشركات العالمية وحثهم على عدم الاستثمار في الكويت. (مرفق1)

2- قامت الشركة المشكو في حقها بالتعاقد مع إحدى الشركات الأجنبية بالولايات المتحدة الأمريكية وذلك لتنظيم حملة إعلامية موجهة هدفها تشويه صورة الدولة والإساءة إليها داخل الولايات المتحدة الأمريكية وذلك من خلال محامي الشركة المشكو في حقها مكتب ( & Crowell Moring) والذي قام بدوره بالتعاقد – نيابة عن الشركة المشكو في حقها - مع شركة ( مارثون للاستراتيجيات) وقد تضمن هذا العقد صراحة أن الشركة المشكو في حقها "كي جي إل للاستثمار ش.م.ك.م" هي "العميل" وأن المكتب قام بالتوقيع على العقد بصفته وكيلاً عنها وقد تم النص ضمن هذا العقد صراحة على أن من سيتولى سداد الرسوم والأتعاب مكتب ( & Crowell Moring) وكيل الشركة المشكو في حقها من الأموال المستلمة من كي جي إل أو أن هذه الأخيرة سوف تقوم بسدادها مباشرة وترتب على قيام الشركة المشكو في حقها كي جي إل بهذه التعاقدات

2

4

119





مؤسسـة المـوانئ؛ الكـويتيـة
مكتــب المــديـر العــام
STATE OF KUWAIT
KUWAIT PORTS AUTHORITY
DIRECTOR GENERAL OFFICE

Ref -
Date:
لتشيه مع المحامين والشركات الأجنبية وجماعات الضغط بالولايات المتحدة الأمريكية أن قام
محاميو الشركة المشكو في حقها والمستشارين التابعون لها بتناول الأحكام والقرارات الصادرة من
السلطة القضائية وسلطة التحقيق بدولة الكويت وكذلك عدد من مسئولي الدولة رفيعي المستوى
من صميم المستشار النائب العام بالنقد والاعتراض وقد تضمن هذا النقد والاعتراض توجبه
إهانات شديدة للسلطة القضائية والمسئولين سالفي الذكر (مرفق2)

• كما قامت الشركة المذكورة بممارسة الضغط على القائمين على السلطة
التشريعية داخل الولايات المتحدة الأمريكية لغرض إصدار قوانين تؤثر سلباً على
العلاقات والروابط الاقتصادية بين دولة الكويت والولايات المتحدة الأمريكية وذلك
على النحو التالي:

(1) قام مستشاري الشركة المشكو في حقها ومحاميها بتوجيه رسائل إلى القائمين على السلطة
التشريعية داخل الولايات المتحدة الأمريكية تضمنت وقائع مكذوبة على دولة الكويت بغرض الترويج
لصورة سلبية عن الدولة وحكومها ونظامها القضائي داخل الولايات المتحدة الأمريكية

(2) قامت الشركة المشكو في حقها بتعيين وتوكيل بعض الجهات والمؤسسات داخل الولايات
المتحدة الأمريكية لممارسة ضغوط إعلامية وسياسية على مجلس الشيوخ الأمريكي لإخضاع عدد من
المسئولين الحكوميين الكويتين من المشهود لهم بالسمعة الطيبة على الصعيد الداخلي والدولي لعقوبات
جنائية استناداً إلى أحكام قانون ماغنتسكي الأمريكي

(3) تمت الحملة الإعلامية التي تعاقدت عليها الشركة المشكو في حقها لتمارها السلبية. حيث تم
النشر بتاريخ 2019/7/19 على موقع

https://www.forbes.com/sites/dominicdudley/2019/07/19/congre
ss-magnitsky-kuwait/#18e2c0bb121g المقال التالي.

الكونجرس الأمريكي يثير تهديدات بفرض عقوبات بموجب قانون ماغنيتسكي ضد
المسؤولين الكويتيين بسبب قضية الاحتيال.



3



دجشـدـيب الــوطيـــو العـــام
**STATE OF KUWAIT**
**KUWAIT PORTS AUTHORITY**
**DIRECTOR GENERAL OFFICE**



Ref: ـــــــــــــ     الترجمة     Date: ـــــــــــــ

حيث دعا ثلاثة أعضاء على الأقل من الكونجرس إلى إجراء تحقيق في ما إذا كان بلدفي فرض عقوبات

على عيد من المسؤولين الكويتيين لمشاركتهم في قضية احتمال طال أمدها .

(4)   وقد على محامور المدعوه / ماريتا لإزارينا المهمة الرئيسية في العناية رقم 1942 لسنة 2015
نيابة الأموال العامة والجناية رقم 1496 لسنة 2012 نيابة الأموال العامة  إحدى محفوظي شركة كي مي
إل أنهم يأملون إقناع أعضاء آخرين في مجلس الشيوخ الأمريكي، من أجل إجراء اتصالات مماثلة لإضافة
المزيد من الضغط على حكيمة دولة الكويت.

(5)   نجحت ممارسات للضغط الإعلامي والسياسي التي قامت بها الشركة المذكو في حقها من
خلال مستشاريها والجهات التي قامت بالتعاقد، معها لهذا الغرض في إقناع ثلاثة، من أعضاء مجلس الشيوخ
الأمريكي إلى إرسال خطابات إلى وزير الخزانة في الولايات المتحدة الأمريكية يطلب فرض عقوبات على ستة
من المسؤولين الحكوميين رفيعي المستوى بدولة الكويت من ضمنهم معالي المستقشار النائب العام، وذلك
بعد توجيه بيانات، وكنوية تتضمن التشهير بهؤلاء المسؤولين والإساءة إليهم (مرفق 3)

(6)   ورغم أن الحملة الإعلامية ومن ضمنها المقال المذشور على موقع فوربس يشير إلى أن الضغط
الإعلامي والسياسي يبدو وكأن من ورائه الشركات والكيانات التي تعمل لصالح ماريشا لإزارينا إلا أن الثابت
بالمستندات أن المذركة المشكو في حقها والشركات الزميلة لها والشركة الأم "كي جي إل اوجستيك" هي من
وراء هذه الحملة وفقاً للثابت من المبالغ المدفوعة من الشركة المشكو في حقها والشركة الأم لها "كي جي إل
لوجستنكت "وصندوق الموانئ "لهذه الجهات، (مرفق 4)

(7)   الإساءة للمتعمدة عبر تغريدات لسيدي صاحب السمو أمير البلاد المفدي ومحاولة التدخل في
سلطاته المقررة بموجب الدستور والقانون، والنيل المتعمد من استغلال السلطة القضائية وإقحام قضية
البدون للتنويه صورة دولة الكويت أمام المجتمع الدولي على الرغم من عدم ارتباط موضوعات هذه
التغريدات يالتهم المنسوبة آل القائمين على شركات KGL (مرفق 5)

*   وما من شك أن الأفعال التي قامت بها الشركة المذكو في حقها باعتبارها شركة كويتية يعد تهديداً للأمن
الاقتصادي والاجتماعي للدولة وابتزازاً لها بغرض عرقلة الإجراءات القضائية وأن ما قامت به الشركة
المذكو في حقها والشركة الأم لها كي جي إل لوجستيك بالإساءة لسمعة الكويت داخل

4

6

121



دولــة الـكـويـت
NEWKUWAIT

مؤسسة الموانئ الكويتية
مكتب المدير العام
STATE OF KUWAIT
KUWAIT PORTS AUTHORITY
DIRECTOR GENERAL OFFICE



Ref: _____   التاريخ، Date: _____   المرجع،

الأمريكية ومحاولة الإضرار بعلاقتها القوية مع الولايات المتحدة الأمريكية كان بغرض الضغط على حكومة

دولة الكويت وابتزازها لوقف اجراءات التحقيق والمحاكمة الجارية مع الشركة ومسئوليها ، وأن العقد المبرم

بين شركة كي جي إل المشكو في حقها من خلال محاميها مع شركة مارئون للاستراتيجيات يؤكد صراحة على

تعمد الشركة المشكو في حقها الإساءة لدولة الكويت وتشويه صورتها أمام المجتمع الدولي والأمريكي من

خلال دفع مبالغ لبعض الجهات الأجنبية للقيام بذلك.

- وتنص المادة الخامسة من القانون رقم 31 لسنة 1970 بتعديل بعض أحكام قانون الجزاء

على أنه :

" كل من طلب لنفسه أو لغيره أو قبل أو أخذ ولو بالوساطة من دولة أجنبية أو من أحد

ممن يعملون لمصلحتها نقوداً أو أية منفعة أو وعد بشئ من ذلك بقصد ارتكاب عمل ضار

بمصلحة قومية للبلاد يعاقب بالحبس المؤقت لمدة لا تقل عن خمس سنوات وبغرامة لا تقل

عن الفي دينار ولا تزيد على ما أعطي أو وعد به .

وإذا كان الجاني موظفاً عاماً أو مكلفاً بخدمة عامة أو ذا صفة نيابية عامة أو إذا ارتكب

الجريمة في زمن حرب فتكون العقوبة الحبس المؤبد وغرامة لا تقل عن الفي دينار ولا تزيد على

ضعف ما أعطي أو وعد به .

ويعاقب على الوجه المبين بالفقرتين السابقتين من أعطى أو عرض أو وعد بشئ مما ذكر

بقصد ارتكاب عمل ضار بمصلحة قومية للبلاد.

كما يعاقب على هذا الوجه من توسط في ارتكاب جريمة من الجرائم السابقة.

وإذا كان الطلب أو القبول أو العرض أو الوعد أو التوسط كتابة فأن الجريمة تتم بمجرد

تصدير الكتاب "

- وتنص المادة (15) من ذات القانون على أنه:

"يعاقب بالحبس المؤقت الذي لا تقل مدته عن ثلاث سنوات كل كويتي أو مستوطن في

الكويت أذاع عمداً في الخارج أخباراً أو بيانات أو اشاعات كاذبة أو مغرضة حول الأوضاع

5

 

مؤسسة الموانئ الكويتية
مكتــب المـديــر العـــام
**STATE OF KUWAIT**
**KUWAIT PORTS AUTHORITY**
**DIRECTOR GENERAL OFFICE**

كويت جديدة
**NEWKUWAIT**

Ref: ــــــــ التاريخ، المرجع، Date: ــــــــ

الداخلية للبلاد وكان من شأن ذلك إضعاف الثقة المالية بالدولة أو هيبتها واعتبارها أو باشر بأية طريقة كانت من شأنه الأضرار بالمصالح القومية للبلاد"

لما كان ذلك، وكان ما قام به القائمين على الشركة المشكو في حقها من اتفاق جنائي مع جهات أجنبية لغرض الإساءة للدولة وحكومتها ونظامها القضائي والإقتصادي والإجتماعي والتحريض على عدم الاستثمار بها وتوقيع العقوبات الدولية على بعض مسئوليها الحكوميين وقطع العلاقات مع حلفائها يرتب في حقهم الجرائم المؤثمة بموجب نص المادتين (5، 15) سالفي الذكر، وحيث أن التبليغ عن الجرائم يعد التزام قانوني ويعاقب الامتناع عن القيام به وفقاً لأحكام قانون الجزاء فإن مؤسسة الموانئ التزاماً منها بهذا الواجب القانوني تتقدم بهذه الشكوى ورائدها في ذلك تحقيق الصالح العام.

للتفضل بالاطلاع من معاليكم واتخاذ ما ترونه مناسباً من إجراءات بشأن الشكوى الماثلة حفاظاً على الامن الوطني للبلاد.

وتفضلوا بقبول وافر التقدير والاحترام،،،



يوسف عبدالله صباح الناصر الصباح
**مدير عام المؤسسة**



يوسف عبدالله بن صباح الناصر الصباح
المدير العام
مؤسسة الموانئ الكويتية

6

الموقع الإلكتروني، www.kpa.gov.kw - تلفون، 24812622 - 24812774 - فاكس، 24819714 - ص.ب، 3874 الصفاة 13039 الكويت
Website: www.kpa.gov.kw - Tel.: 24812622 - 24812774 - Fax: 24819714 - P.O. Box: 3874 Safat 13039 Kuwait





مؤسسة الموانئ الكويتية
**KUWAIT PORTS AUTHORITY**

Ref , .......................... المرجع :

Date , .......................... التاريخ : ...........................

حافظـــة مستنـــدات

مقدمه من:

مؤسسة الموانئ الكويتية

| م | تاريخ المستند | عدد الأوراق | بيان المستند |
|---|---|---|---|
| 1 | 2019/5/1 | 4 | صــورة ضــوئية عن الاتفاقية المبرمة بين الســادة مكتب كرويل أند مورنييج ذ.م.م وشـــركة مارثون للاســـتراتيجيات ذ.م.م والتي قام بإبرامها مكتب كرويل اند مورنييج ذ.م.م بصـفته وكيلاً عن الشركة المشـكو في حقها وذلك للقيام بتوفير حملة إعلامية لمصــلحة كي جي إل ضـــد دولة الكويت بغرض الإســـاءة للدولة وإظهارها بأنها مكان غير آمن أو ملائم للاستثمار . |
| 2 | تواريخ متعددة | — | صورة ضوئية من المقالات التي تم نشرها من خلال وسائل الاعلام والمواقع الإلكترونية داخل الولايات المتحدة الأمريكية لغرض توجيه الرأي العام ضــد دولة الكويت والتأثير على الســـلطة التشـــريعية (الكونجرس) لإصدار قوانين ضد دولة الكويت ومسئوليها . |
| 3 | 2019/4/29 | 2 | صورة ضوئية من الكتاب الموجه من ثلاث من أعضاء الكونجرس الأمريكي إلى وزير الخزانـة الأمريكي بطلب فرض عقوبـات على |

الكويت ١٣٠٣٩ الصفاة ٣٨٧٤ ص.ب، – ٢٤٨١٩٧١٤، فاكس، ٢٤٨١٧٧٧٤ / ٢٤٨١٢٦٢٢ تلفون:
Tel:24812622/24812774 - Fax:24819714 - P.o.Box:3874 Safat 13039 Kuwait
www.kpa.gov.kw - www ..........



مؤسسة الموانئ الكويتية
**KUWAIT PORTS AUTHORITY**

| التاريخ | Date | | الرقم | Ref |
|---|---|---|---|---|
| | | دولة الكويت وذلك نتيجة الضـغط الإعلامي الذي مارسـته الجهات التي تعاقدت معها المشكو في حقها. | | |
| 4 | ـــــــ | صـورة ضـوئية من المبالغ التي تم سدادها للجهات التي تم التعاقد معها لممارسة الضغط الإعلامي ضد دولة الكويت. | 1 | |
| 5 | 2019/7/30 | صـورة ضـوئية من النموذج الذي قامت الشـركة المشكو في حقها بتعبئته بوزارة العدل الأمريكية لاسـتلامها أموال من جهة حكومية وفقاً للقانون الأمريكي (الأتعاب التي تحصـلت عليها من الشـركة المشكو في حقها) | 4 | |
| 6 | | صـورة مترجمة من التغريدات التي تنال من صـاحب السـمو أمير البلاد والسلطة القضائية . | | |



تلفون: ٢٤٨١٢٦٢٢/٢٤٨١٢٧٧٤ - فاكس: ٢٤٨١٩٧١٤ – ص.ب: ٣٨٧٤ الصفاة ١٣٠٣٩ الكويت
Tel:24812622/24812774 - Fax:24819714 - P.o.Box:3874 Safat 13039 Kuwait
www.kpa.gov.kw - www.newkuwait.gov.kw

  

State of Kuwait
Kuwait Ports Authority
Director General Office

New Kuwait

Date: 12 [illegible] 2019

Reference: MMK/1/6561

[In Arabic letters: 6561/1/ك م]

**Highly Confidential**



**Dear Mr. Dirar Ali Al-Asousi**

**Attorney-General**

**Greetings and more,**

Subject: <u>**Request to Take Legal Measures Against Who Incites Breaching the Security of the State of Kuwait.**</u>

**The Kuwait Ports Authority wishes you and the members of the Public Prosecution and its employees all the best.**

With reference to the above subject and following our letter number MK/1/6019 dated 2/10/2019 (Annex1) which includes acts perpetrated by KGL investment in agreement with foreign parties to harm the state, its government, its judicial economic and social system. It includes as well incitement not to invest in the country and the imposition of international sanctions against some of its government officials and cutting ties with its allies.

We attach to this letter a copy of the registration statement submitted by a foreign company in the United States, which the complainant has contracted with, in order to organize a targeted media campaign aimed at distorting the image of the State and defaming it from within the United States Annex (2), to be included in the aforementioned complaint in our previous letter.

We kindly request your Excellency to review and take any action you deem appropriate regarding the complaint in order to preserve the country's national security.

Please, accept the assurances of our highest consideration

Yours sincerely,

[**STAMP**: KUWAIT PORTS AUTHORITY, General Administration]

Copy
Counselor [illegible]

**Youssef Abdallah Sabbah Al-Nasser Al-Sabbah**
**General Director of the Authority**

Abdallah Sabbah Al-Nasser Al-Sabbah
General Director
Kuwait Ports Authority

Tel. : 2222722 / 2221557, Fax : 2283678, P.O.Box : 7794, Dubai - U.A.E. Mob : 050-8254853   Email : mahmoudsubhin@hotmail.com / diyar-translation@hotmail.com



**KUWAIT PORTS AUTHORITY**

**ANNEX**
**(1)**

Tel. : 2222722 / 2221557, Fax : 2283678, P.O.Box : 7794, Dubai - U.A.E.
Mob : 050-8284883       Email : mahmoudsubhin@hotmail.com / diyar-translation@hotmail.com

  

State of Kuwait
Kuwait Ports Authority
Director General Office

New Kuwait

Date: 2 October 2019                                 Reference: MMK/1/6019

[In Arabic letters: 6019/1/م م]

**Highly Confidential**



**Dear Mr. Dirar Ali Al-Asousi**

**Attorney-General**

**Greetings and more,**

> **Subject: Request to Take Legal Measures Against Who Incites Breaching the Security of the State of Kuwait.**

**The Kuwait Ports Authority wishes you and the members of the Public Prosecution and its employees all the best.**

**In reference to the above subject, we would like to present the following:**

KGL Investments Company K.S.C.C. is a Kuwaiti company incorporated under Kuwaiti law and registered in the commercial record of the Ministry of Commerce and Industry, and operates under the laws, regulations, and ordinances in effect in the state of Kuwait, and it carries out many activities inside the state and possesses all benefits and rights granted to Kuwaiti companies.

Despite that, the ones in charge of managing the company did not give any credit to the state to which they belong and violated the laws and regulations in effect, and that is when the relevant authorities addressed such violations by the company. As one of many examples to that is the accusation against its representatives in Criminal Case No. 1496 Year 2012 Funds Prosecution, currently before the Criminal Court, and Criminal Case No. 1942 Year 2015 Fund Prosecution, currently before the Criminal Court of Appeal. They were determined to challenge their country and to defame it in international forums by spreading false news and malicious rumors which undermine the state and it's social and economic system in general by claiming

Tel. : 2222722 / 2221557, Fax : 2283678, P.O.Box : 7794, Dubai - U.A.E. ، ص.ب : ٧٧٩٤ ، دبي - أ.ع.م : ١٢٨٤٥٧، فاكس : ٢٢٨٣٦٧٨ / ٢٢٢١٥٥٧، هاتف : ٢٢٢٢٧٢٢
Mob : 050-8284883          Email : mahmoudsubhin@hotmail.com / diyar-translation@hotmail.com          ١٠٠٩٩٨٢٨١٣ : متحرك



State of Kuwait
Kuwait Ports Authority
Director General Office

New Kuwait

that the laws in effect applied in the state to do not provide the investors a safe and convenient environment to invest and attract capitals, and that investment within Kuwait in light of the legal proceedings carried out by the state against the defendant company confirm their allegations of the danger in investing in Kuwait.

Whereas the defendant company committed the following acts:

- Using its connection with international companies to tarnish the image Kuwait before the international community in general and the U.S. in specific, through the following:

1. The defendant company contracted with international law firms and media institutions and companies specialized in directing public opinion for a specific purpose of shedding light on what they call as unjustified measures which were carried out by the state of Kuwait against it, including the measures carried out by KPA against KGL and the executives in the company, and this included a very serious matter, which is whether Kuwait is a safe place for investment, aiming to make the investors and international companies have doubts and urge them to refrain from investing in Kuwait. (Attachment 1).

2. The defendant company contracted with one of the foreign companies in the U.S.A. to organize a media campaign aimed for tarnishing the state's image and to defame it within the U.S.A. through the defendant's lawyer (Crowell & Moring), which, in its turn, contracted on behalf of the defendant with Marathon Strategies, and the contract explicitly states that the defendant "KGL Investments K.S.C.C." is the "Client" and that the law firm signed the contract in its capacity as its attorney. The contract also explicitly states that Crowell & Moring will pay the fees and charges from the money received from KGL, or the latter will pay it directly. As a result of the defendant entering into such shameful contracts with the foreign companies and lawyers and the lobbyists in the U.S.A., the lawyers and consultants of the defendant company criticized and challenged the decisions and judgements issued by the judicial authority and investigative authority in Kuwait, as well as a number of high-ranked officials, including the Attorney-General. The criticism and challenge included grave insults to the judicial authority and said officials (Attachment 2).

- **<u>Said company also lobbied the legislative authority in the U.S. for the purpose of passing laws that would negatively affect the relations and economic ties between the U.S. and Kuwait, as follows:</u>**



1. The consultants of the defendant company and its lawyers addressed a letter to the legislative authority in the U.S.A. which included false facts about Kuwait for the purpose of promoting a negative image of the State, its government, and its judicial system inside the U.S.A.

Tel.: 2222722 / 2221557, Fax : 2283678, P.O.Box : 7794, Dubai - U.A.E.   هاتف : ۲۲۲۱٥٥۷/ ۲۲۲۲۷۲۲ ، فاكس : ۲۲۸۳٦۷۸ ، ص.ب.: ۷۷۹٤ ، دبي - أ.ع.م.
Mob : 050-8254853   Email : mahmoudsubhin@hotmail.com / diyar-translation@hotmail.com   متحرك : ۰٥۰۸۲٥٤۸٥۳

14

  

State of Kuwait
Kuwait Ports Authority
Director General Office

New Kuwait

2. The defendant company appointed and assigned some parties and institutions in the U.S.A. for media and political lobbying of the United States Senate to impose criminal sanctions upon a number of locally and internationally well-respected Kuwaiti officials, in accordance with the American Magnitsky Act.

3. The media campaign which the defendant company contracted for brought negative results, as there was a publication dated 19 July 2019 on the following website: (https://www.forbes.com/sites/dominicdudley/2019/07/19/congress-magnitsky-kuwait/#144a7800121c), with an article titled "**U.S. Congress Raises Threat of Magnitsky Act Sanctions Against Kuwaiti Officials Over Fraud Case",** where at least three members of the Congress called for conducting an investigation on whether sanctions should be imposed against a number of Kuwaiti officials for taking part in a protracted fraud case.

4. The counsels of Marsha Lazareva, one of the executives of KGL, and the main defendant in criminal case No. 1942 Year 2015 Public Fund Prosecution and criminal case No. 1496 Years 2012 Public Funds Prosecution, commented that they are hopeful of persuading other members of Congress to make similar calls to add to the pressure on the government of Kuwait.

5. The media and political lobbying attempts carried out by the defendant company through its consultants and the parties it contracted with for that purpose were successful in persuading three members of the United States Senate to send letter to the U.S. Secretary of Treasury requesting the imposition of sanctions against six high-ranked officials in Kuwait, including HE the Attorney-General, and that is after they directed false information, including some that are defamatory and offensive to said officials. (Attachment 3)

6. Despite that the media campaign, including the article published on Forbes website, show that it seems that the companies and parties working for Marsha Lazareva are behind the media and political pressure, however, it is established within the documents that the defendant company, its sister companies, and its mother company, are the ones behind this campaign, and this is according to the established amounts paid by the defendant company and its mother company "KGL Logistics" and "The Port Fund" to such parties. (Attachment 4).

Tel. : 2222722 / 2221557, Fax : 2283678, P.O.Box : 7794, Dubai - U.A.E.   Email : mahmoudsubhin@hotmail.com / diyar-translation@hotmail.com   Mob: 050-8264883





7.  The intentional insult through tweets to His Highness the Emir of Kuwait, and the attempt to interfere with his powers set forth in the constitution

State of Kuwait
Kuwait Ports Authority
Director General Office

New Kuwait

and the law, and the intentional undermining of the judiciary's independence, and involving the Bidoon's case in order to tarnish the image of Kuwait before the international community, although the subjects of such tweets are unrelated to the accusations against the executives of KGL. (Attachment 5)

- There is no doubt that the actions taken by the defendant company, being a Kuwaiti company, are deemed a threat to the economic and social security of the State, and blackmailing it for the purpose of obstructing judicial proceedings. There is also no doubt that what the defendant company and its mother company KGL Logistics have done with respect to tarnishing Kuwait's reputation inside the U.S.A., and the attempt to damage its strong relationship with the U.S.A., was for the purpose of pressuring the Kuwaiti government and blackmailing it to stop the ongoing investigation and case with the company and its directors, and the contract signed between KGL, through its attorney, with Marathon Strategies, explicitly confirms that the defendant company intended to harm Kuwait and to tarnish its image before the international and American community by paying amounts to foreign parties to carry out the task.

- **Article 5 of the Law No. 31 for the Year 1970 for amending some provisions of the Penal Code states that:**

"*Whoever requests for himself or for another, or accepts or takes, even through an intermediary, from a foreign country or anyone that works for it, money or any benefit, or was promised any of such, for the purpose of committing an act that harms the national interest of the state, shall be sentenced with temporary imprisonment for no less than five years and a fine no less than two thousand dinars and no more than what was given or promised to him.*

*If the offender is a public employee, assigned with a public service or has a public prosecutor's capacity, or has committed the crime in the time of war, the punishment is imprisonment for life and a fine no less than two thousand dinars and no more than what was given or promised to him.*

*The same punishment applies to any intermediary in the commission of the above crimes.*

*Further, if the request, acceptance, offer, promise, or intermediation was in writing, the crime is committed upon dispatch of the letter.î*

- **Article (15) of the same law states that:**

  

*ì A temporary imprisonment of no less than three years shall be applied to any Kuwaiti or resident of Kuwait who intentionally spreads abroad any news, documents, or false or malicious rumors with respect to the internal affairs of the state, and in doing so,*

State of Kuwait
Kuwait Ports Authority
Director General Office

New Kuwait

*undermines the trust in the stateís financial situation or its prestige, or its standing, or acted in any manner which would damage the national interests of the state.î*

Based on the above, and the criminal conspiracy between the executives of the defendant company and the foreign parties for the purpose harming the state and its government and judicial, economic, and social system, and the incitement for not investing in the state, and applying international sanctions to some of its governmental officials, and cutting ties with its allies, renders them guilty of the crimes stated under the above articles (5, 15). Whereas, reporting the crimes is a legal obligation which whoever fails to perform is punished under the provisions of the Penal Code. KPA provides this complaint in compliance with this legal duty and its will in achieving public interest.

Kindly review and take the necessary measures you deem fit with respect to this complaint in order to preserve the state's national security.

Best regards,

Yousef Abdullah Sabah Al-Naser Al-Sabah

General Director of the KPA

Yours sincerely,

**Youssef Abdallah Sabbah Al-Nasser Al-Sabbah**
**General Director of the Authority**

[**STAMP**: KUWAIT PORTS
AUTHORITY, General Administration]
Abdallah Sabbah Al-Naser Al-Sabbah
General Director
Kuwait Ports Authority

Copy
Counselor [illegible]



Tel. : 2222722 / 2221557, Fax : 2283678, P.O.Box : 7794, Dubai - U.A.E.
Mob : 050-8264883          Email : mahmoudsubhin@hotmail.com / diyar-translation@hotmail.com

17

  

State of Kuwait
Kuwait Ports Authority
Director General Office

New Kuwait



### Document Index Submitted by KPA

| No. | Date | Number of Pages | Document |
| --- | --- | --- | --- |
| 1 | 1 May 2019 | 4 | Copy of the agreement signed between Crowell & Moring LLP, in its capacity as an attorney to the defendant company, and Marathon Strategies LLC |
| 2 | Several Dates | - | Copy of articles published through media outlets and websites inside the U.S.A. for the purpose of directing the public opinion against Kuwait and to lobby the legislative authority (The Congress) to pass laws against Kuwait and its officials. |
| 3 | 29 April 2019 | 2 | Copy of a letter addressed from three members of the U.S. Congress to the U.S. Secretary of the Treasury requesting to impose sanctions upon the State of Kuwait, as a result of the media pressure exercised by the parties the defendant contracted with. |
| 4 | ----------- | 1 | Copy of the amounts paid to the parties contracted with for exercising media pressure against the State of Kuwait. |
| 5 | 30 July 2019 | 4 | Copy of the form filled by the defendant company in the U.S. Department of Justice for receiving money from a governmental body, in accordance with the U.S. law (the fees it collected from the defendant company) |
| 6 | | | Copy of the translation of the tweets which undermine His Royal Highness the Emir of Kuwait and the judicial authority. |

Tel. : 2222722 / 2221557, Fax : 2283678, P.O.Box : 7794, Dubai - U.A.E.   هاتف : ٢٢٢١٥٥٧، ٢٢٢٢٧٢٢، فاكس : ٢٢٨٣٦٧٨، ص.ب : ٧٧٩٤، دبي - أ.ع.م.
Mob : 050-8264883   Email : mahmoudsubhin@hotmail.com / diyar-translation@hotmail.com   موبايل : ٠٥٠٨٢٦٤٨٨٣

September 5, 2019

BY FIRST CLASS AND ELECTRONIC MAIL

The Honorable Steven T. Mnuchin
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

**Re: Global Magnitsky Human Rights and Accountability Act Submission**

Dear Secretary Mnuchin:

I write on behalf of In Defense of Christians to ask the U.S. Treasury Department to conduct an investigation under the Global Magnitsky Human Rights and Accountability Act[1] (Global Magnitsky Act or GMA) of those individuals believed to be responsible for human rights violations and corruption in Kuwait resulting in the wrongful prosecution and arbitrary detention of Maria (Marsha) Lazareva by the Kuwaiti government.[2]  If the Treasury Department determines these individuals are responsible for human rights violations or corruption, IDC respectfully requests that GMA sanctions be imposed on them until such time as the human rights violations and corruption are resolved, Ms. Lazareva and her Co-Defendant are freed and all charges against them are dropped.

I.       <u>Introduction</u>

In Defense of Christians (IDC) is a non-profit and non-partisan human rights and advocacy organization based in Washington, D.C., that advocates for a Middle East in which the rights of every person are protected and respected regardless of religious creed and in which the diverse Christian and other religious minorities are allowed to thrive peacefully.

---

[1] P.L. 114-328, Title XII, Subtitle F; codified at 22 U.S.C. 2656 note.
[2] Ms. Lazareva's co-defendant is a Kuwaiti national, a prominent businessman, and the head of a prominent Shia family in Kuwait (a religious minority).  The human rights abuses perpetrated against Ms. Lazareva also apply to her co-defendant (who remains arbitrarily imprisoned).  However, the Kuwait Port Authority, a major player in the alleged human rights abuses and corruption discussed herein, issued a press release on 17 August 2019 (discussed further below) threatening any Kuwaiti with criminal prosecution for a "crime against the State" and with "treason" for engaging in any effort to sanction Kuwait government officials in connection with this matter.  For that reason, Ms. Lazareva's co-defendant has played no role in IDC's involvement in this matter.  However, because the treatment of Ms. Lazareva is believed to be a direct consequence of a scheme to harm the co-defendant and his family's business, which provides competing logistics services to the U.S. Department of Defense in the Gulf Region, the "Co-Defendant" is referenced herein for the purpose of explaining the context in which the human rights abuses of Ms. Lazareva have occurred.

1