IDC works with Members of Congress and the Executive Branch to ensure government leaders are aware of what Christians are experiencing on the ground in the Middle East.  We recently engaged with Members of Congress to support enactment of the 2018 Iraq and Syria Genocide Relief and Accountability Act, with Vice President Pence to secure humanitarian aid for Christians in Iraq and Syria, and with the State Department to support the Lebanese army and programs that provide security for Christian communities in that country.

## II.     Global Magnitsky Human Rights and Accountability Act

Under the GMA, the President may impose sanctions on any foreign person who, based on credible evidence, the President determines:

1) is responsible for gross violation of international human rights committed against individuals in a foreign country who seek to expose illegal activity by government officials or defend, exercise or promote internationally recognized human rights such as the right to a fair trial or freedoms of religion, expression, or assembly; or

2) is a government official that is responsible for acts of significant corruption, including the expropriation of private or public assets for personal gain, corruption related to government contracts, bribery, or the facilitation of corruption.[3]

Foreign individuals sanctioned under the Global Magnitsky Act would be ineligible to receive a visa to enter the United States and their financial transactions involving the United States, including those involving the use of the U.S. banking system, would be blocked in accordance with the International Emergency Economic Powers Act (50 U.S.C. 1701).

In determining whether to impose GMA sanctions, the President is required to consider information provided jointly by the chairperson and ranking member of certain Congressional committees as well as "credible information obtained by other countries and nongovernmental organizations that monitor violations of human rights."[4]

Pursuant to Executive Order 13818, the Secretary of the Treasury is authorized to determine that a foreign person is responsible for or complicit in "serious human rights abuse" or that a current or former government official or a person acting on their behalf is responsible for or complicit in "corruption, including expropriation of private assets for personal gain, corruption related to government contracts … or bribery."

This request for a GMA investigation and possible sanctions is being made by IDC, an internationally recognized human rights organization, and is based on credible information obtained from public sources, news media accounts, and a review of relevant legal documents.  The individuals described in this complaint are alleged to have engaged in serious human rights abuses and corruption related to government contracts and expropriation of private assets that have resulted in the wrongful prosecution, imprisonment, and arbitrary detention of two innocent individuals.

---

[3] Section 1263(a) of P.L. 114-328, Title XII, Subtitle F.
[4] Section 1263(c)(3) of P.L. 114-328, Title XII, Subtitle F.

### III.   Alleged Perpetrators To Be Investigated for Human Rights Violations and Corruption

1)   **Name:** Sheikh Yousef Abdullah Al-Sabah
**Nationality:** Kuwait
**Position:** General Manager of the Kuwait Port Authority (KPA)
**Age:** 44 or 45 years old
**Address:** Jabriya, Block 10, Street 22, House 22 Kuwait
**Summary of Allegations:** Sheikh Yousef has participated in a scheme to deny human rights and the right to a fair trial, leading to the wrongful prosecution, imprisonment, and ongoing arbitrary detention of Ms. Lazareva and her Co-Defendant.  He has made criminal accusations against Ms. Lazareva and her Co-Defendant that have independently found to be false, and he reportedly continues to seek their prosecution despite evidence that they are innocent.  He has reportedly used his government position to interfere with a logistics contractor for the U.S. Department of Defense that is operated by the Co-Defendant's family, allegedly to benefit a different Kuwaiti contractor that is partly owned by the Kuwaiti government.  Most recently, in a transparent attempt at intimidation, the KPA under this leadership issued a press release on 17 August 2019 threatening the international lawyers and other members of Ms. Lazareva' defense team with criminal prosecution and any Kuwaiti national with criminal prosecution and "treason" for engaging in any conduct that supports sanctioning Kuwait officials.

2)   **Name:** Sheikh Khaled Abdullah S. N. Al-Sabah
**Nationality:** Kuwait
**Position:** Chief of Amir Protocol and Chamberlain
**Age:** Unknown
**Address:** Unknown
**Summary of Allegations:** Assisted his brother, Sheikh Yousef, in the campaign to deny Ms. Lazareva and her Co-Defendant their human rights and right to a fair trial, resulting in their wrongful prosecution, imprisonment, and ongoing arbitrary detention.  Given his role, Sheikh Khaled controls the flow of information and access to the Amir and is allegedly responsible for false and misleading statements made to the Amir regarding the facts and status of the relevant criminal legal proceedings in order to prevent the Amir from knowing what is happening and correcting the human rights abuse.

3)   **Name:** Dherar Ali Al-Asousi
**Nationality:** Kuwait
**Position:** Kuwait Attorney General
**Age:** Unknown
**Address:** Unknown
**Summary of Allegations:** Mr. Al-Asousi has overseen the prosecution and the continued detention of Ms. Lazareva and the Co-Defendant despite evidence of their innocence.  He has reportedly resisted implementing a 2 June 2019 appeals court order for the release of Ms. Lazareva and the Co-Defendant on bail after their convictions were nullified.  The original

3

conviction, which occurred without the trial court allowing any opportunity to present a defense, is believed to be part of a scheme to expropriate $496 million in proceeds from a legitimate business transaction involving the investment fund operated by Ms. Lazareva.  Mr. Al-Asousi was responsible for freezing those funds in Dubai.  Three days after the conviction of Ms. Lazareva and her Co-Defendant on charges unrelated to those funds, Mr. Al-Asousi sent a letter to Dubai requesting that $400 million of the frozen funds be sent to Kuwait in in an apparent attempt to expropriate those funds rather than allow them to be returned to their rightful owner.

4)  **Name:** Hamad Al-Alyan
**Nationality:** Kuwait
**Position:** Former Head of the Economic and Service Organizations Department for the State Audit Bureau of Kuwait
**Age:** 54 or 55 years old
**Address:** Al Rehab, Block 2, Street 18, House 3 Kuwait.
**Summary of Allegations:** He reportedly participated in the scheme to deny Ms. Lazareva and the Co-Defendant a fair trial.  Although he had previously overseen public audits of Ms. Lazareva's investment fund without finding any irregularities, it is believed that he later was personally selected by Attorney General Al-Asousi as an expert in the cases against Ms. Lazareva and the Co-Defendant and accused Ms. Lazareva of submitting false invoices in order to embezzle money from the KPA.  He was himself later convicted by a separate Kuwaiti court on charges that he had forged the documents used as evidence in both his audit report and at Ms. Lazareva and her Co-Defendant's trial.  He fled Kuwait on the day he was sentenced to six months in prison.  In a clear display of preferential treatment, he was allowed to returned to Kuwait approximately 30 days later without immediate arrest and attended a hearing on his appeal in which the court violated Kuwait law by both holding a hearing before the appeal time expired and staying his sentence.

5)  **Name:** Homood Al-Shamy
**Nationality:** Kuwait
**Position:** Kuwaiti Public Prosecutor
**Age:** Unknown
**Address:** Unknown
**Summary of Allegations:** He reportedly participated in the scheme to deny Ms. Lazareva and the Co-Defendant a fair trial by prosecuting them based on false evidence and by withholding evidence that would later prove the defendants' innocence.

6)  **Name:** Metab Al-Aradi
**Nationality:** Kuwait
**Position:** Kuwaiti Trial Court Judge
**Age:** Unknown
**Address:** Unknown

4

**Summary of Allegations:** He reportedly participated in the scheme to deny Ms. Lazareva and the Co-Defendant a fair trial by denying the defendants' requests to examine evidence and question witnesses. He summarily convicted Ms. Lazareva and the Co-Defendant without providing an opportunity to present a legal defense in violation of Kuwait law. One judge in Kuwait purportedly stated in private that the Judge Al-Aradi was paid to convict them.

7)    **Name:** Mohammed Bin Naji
      **Nationality:** Kuwait
      **Position:** Head of the Kuwait Appeals Court
      **Age:** Unknown
      **Address:** Unknown
      **Summary of Allegations:** He reportedly continues to seek the prosecution of Ms. Lazareva and her Co-Defendant despite evidence of their innocence. He has reportedly routinely interfered with the legal proceedings to improperly influence the judges to take adverse action against Ms. Lazareva and her Co-Defendant or to take no action on their pending requests for bail. He has not recused himself from the legal proceedings notwithstanding he is by marriage related to Tarek Sultan, the CEO of Agility, the company that competes with the Kuwaiti company operated by the Co-Defendant's family for U.S. military contracts in Kuwait and the Gulf Region.

8)    **Name:** Tarek Sultan Al Essa
      **Nationality:** Kuwait
      **Position:** Chief Executive Officer and Vice Chairman of the Board for Agility
      **Age:** Unknown
      **Address:** Unknown
      **Summary of Allegations:** Agility was indicted in 2009 for defrauding the U.S. government by inflating costs charged under a multi-billion dollar Department of Defense contract to deliver food to military locations in the Gulf Region. Agility settled with the U.S. government in 2017 by agreeing to pay $95 million to resolve civil fraud charges and to forgo $249 million in claims for additional payments. Mr. Sultan is allegedly a major player in the scheme to falsely charge and imprison the Co-Defendant, who was the CEO of Agility's competitor at the time the first criminal charges were filed. It is reported to be an open secret in Kuwait that Tarek Sultan is behind the charges in an effort to destroy the Co-Defendant and his family company to lessen competition for U.S. government contracts.

IV.    <u>**Overview of Kuwait Human Rights Record**</u>

Kuwait is an important strategic ally of the United States and, in 1991 under President George H.W. Bush, the United States led an international coalition to liberate the country after the invasion by Iraq. The U.S. continues to maintain a military presence in the country, including at Camp Arifjan Army Base. President Trump has described Kuwait as a "great partner" and praised the Amir for his friendship to the United States.[5]

---

[5] Remarks by President Trump before September 5, 2018, bilateral meeting with Amir Sheikh Sabah Al-Ahmed Al-Jaber Al-Sabah of the State of Kuwait; available at: https://www.whitehouse.gov/briefings-statements/remarks-president-trump-amir-sheikh-sabah-al-ahmed-al-jaber-al-sabah-state-kuwait-bilateral-meeting/.

Ms. Lazareva and her Co-Defendant are both religious minorities in Kuwait, and their cases should be viewed through that lens.

The Kuwaiti constitution establishes Islam as the official religion of the state and that the freedom to practice religion is absolute.[6]  Further, the constitution declares the Amir must be Muslim – the ruling Al Sabah family are Sunni Muslims.[7]  The Kuwait Public Authority for Civil Information (PACI) estimates the total population is 4.7 million, with only 1.4 million being citizens of Kuwait.[8]  PACI also estimates that 70 percent of citizens are Sunni Muslims, whereas the remaining 30 percent are minority Shia Muslims.[9] The U.S. government estimates that about 18 percent of those people living in Kuwait are Christians, whereas PACI estimates the non-citizen population is 26 percent Christian.[10]

According to the U.S. State Department, religious groups must receive a license from the government, and there are seven officially licensed and registered Christian churches: National Evangelical Church of Kuwait (NECK) (Protestant); Roman Catholic; Greek Catholic (Melkite); Coptic Orthodox; Armenian Orthodox; Greek Orthodox; and Anglican.[11]  Russian Orthodox is not an officially recognized Christian church in Kuwait.

The State Department's 2018 International Religious Freedom Report for Kuwait notes that out of the more than 1,600 mosques in Kuwait, only 51 were Shia, and that "Shia community members reported a continued lack of facilities for worship and difficulties obtaining permission to construct new facilities, caused by the government's delay in approving repairs to existing mosques or constructing new ones."[12]  While the government funds Sunni religious institutions, including salaries for Sunni imams, the Shia community generally does not receive government funding.[13]  In 2015, ISIS bombed a

---

[6] 2018 International Religious Freedom Report for Kuwait, U.S. State Department; available at: https://www.state.gov/wp-content/uploads/2019/05/KUWAIT-2018-INTERNATIONAL-RELIGIOUS-FREEDOM-REPORT.pdf.

[7] 2018 International Religious Freedom Report for Kuwait, U.S. State Department; available at: https://www.state.gov/wp-content/uploads/2019/05/KUWAIT-2018-INTERNATIONAL-RELIGIOUS-FREEDOM-REPORT.pdf.

[8] 2018 International Religious Freedom Report for Kuwait, U.S. State Department; available at: https://www.state.gov/wp-content/uploads/2019/05/KUWAIT-2018-INTERNATIONAL-RELIGIOUS-FREEDOM-REPORT.pdf.

[9] 2018 International Religious Freedom Report for Kuwait, U.S. State Department; available at: https://www.state.gov/wp-content/uploads/2019/05/KUWAIT-2018-INTERNATIONAL-RELIGIOUS-FREEDOM-REPORT.pdf.

[10] 2018 International Religious Freedom Report for Kuwait, U.S. State Department; available at: https://www.state.gov/wp-content/uploads/2019/05/KUWAIT-2018-INTERNATIONAL-RELIGIOUS-FREEDOM-REPORT.pdf.

[11] 2018 International Religious Freedom Report for Kuwait, U.S. State Department; available at: https://www.state.gov/wp-content/uploads/2019/05/KUWAIT-2018-INTERNATIONAL-RELIGIOUS-FREEDOM-REPORT.pdf.

[12] 2018 International Religious Freedom Report for Kuwait, U.S. State Department; available at: https://www.state.gov/wp-content/uploads/2019/05/KUWAIT-2018-INTERNATIONAL-RELIGIOUS-FREEDOM-REPORT.pdf.

[13] 2018 International Religious Freedom Report for Kuwait, U.S. State Department; available at: https://www.state.gov/wp-content/uploads/2019/05/KUWAIT-2018-INTERNATIONAL-RELIGIOUS-FREEDOM-REPORT.pdf.

(Continued...)

Shia mosque, killing 27 people, which resulted in increased restrictions on public worship and security at Shia masques.  Some Shia have also reported discrimination in public sector jobs.[14]

The State Department's 2018 Human Rights Report for Kuwait describes a country where, despite constitutional protections, human rights for those accused of crimes are known to be violated. Although the report did not find instances of arbitrary or unlawful killings or disappearances by government authorities, it notes "reports of mistreatment by police and security forces against detained members of minority groups and noncitizens."[15]  The State Department report also described that "the prisons lacked the minimum standards of cleanliness and sanitation, were over-crowded, and suffered from widespread corruption in management"[16] and that "overcrowding continued to be a significant problem."[17]

Although the State Department Human Rights report noted that Kuwaiti law prohibits arbitrary arrest and detention, it nonetheless highlighted multiple concerns with the judicial system, including examples where police arrested foreign nationals without a warrant, where defendants did not allow counsel to have contact with their clients, and where courts sentenced defendants in their absence.[18] The State Department report also describes how "[d]etainees were routinely denied access to their lawyers and translators in advance of hearings. Defendants who do not speak or understand Arabic often learned of charges against them after the trial, as they did not have access to a translator when the charges were pressed against them."[19]  Ms. Lazareva faced similar hardship in her trials, as the Kuwait government did not provide a competent translator to translate documents used to charge her or as evidence at her trials and she does not speak Arabic and was not able to review documents or understand oral statements made by the prosecution and judiciary in Arabic.

Noncitizens involved in legal disputes with citizens reported judicial bias against them, and numerous examples of the judiciary denying defendants a fair trial were also described in the State Department's Human Rights report.  The State Department report also noted, "Observers believed officials engaged in corrupt practices with impunity.  There were numerous reports of government corruption during the year."[20]

## V.    Summary of Conduct  Warranting Global Magnitsky Act Investigations

---

[14] 2018 International Religious Freedom Report for Kuwait, U.S. State Department; available at: https://www.state.gov/wp-content/uploads/2019/05/KUWAIT-2018-INTERNATIONAL-RELIGIOUS-FREEDOM-REPORT.pdf.

[15] 2018 Human Rights Report for Kuwait, U.S. State Department, page 2; available at: https://www.state.gov/wp-content/uploads/2019/03/KUWAIT-2018.pdf

[16] 2018 Human Rights Report for Kuwait, U.S. State Department, page 2; available at: https://www.state.gov/wp-content/uploads/2019/03/KUWAIT-2018.pdf

[17] 2018 Human Rights Report for Kuwait, U.S. State Department, page 3; available at: https://www.state.gov/wp-content/uploads/2019/03/KUWAIT-2018.pdf

[18] 2018 Human Rights Report for Kuwait, U.S. State Department, page 5; available at: https://www.state.gov/wp-content/uploads/2019/03/KUWAIT-2018.pdf

[19] 2018 Human Rights Report for Kuwait, U.S. State Department, page 5; available at: https://www.state.gov/wp-content/uploads/2019/03/KUWAIT-2018.pdf

[20] 2018 Human Rights Report for Kuwait, U.S. State Department, page 19: available at: https://www.state.gov/wp-content/uploads/2019/03/KUWAIT-2018.pdf

(Continued...)

The initiation of a Global Magnitsky Act in this case is warranted for numerous reasons.  The core scheme, as described in a recent Philadelphia Inquirer[21] article, is that Ms. Lazareva and her Co-Defendant appear to be victims of a scheme by Kuwait government officials and their allies who are using fabricated charges and abusing the criminal judicial system to punish them for their ties to a logistics company that has been competing for U.S. government contracts against another logistics company that is partly owned by the Kuwaiti government.

Since this campaign began, both Ms. Lazareva and her Co-Defendant have been subjected to lengthy periods of arbitrary detention, have had extraordinary bail amounts imposed as a condition of their release while the cases against them remain pending, have regularly been subjected to demonstrably false accusations, have repeatedly been denied the opportunity confront their accusers and to review evidence necessary to put on a proper defense, and have been wrongfully convicted on charges that are demonstrably false.  Ms. Lazareva was separated from her 4-year-old son and mother, who are both American citizens, while being imprisoned for more than 470 days before being released temporarily on bail while her Co-Defendant has remained in prison for more than 500 days while the charges remain pending.

A 2003 graduate of the Wharton School of Business at the University of Pennsylvania, Ms. Lazareva operates KGL Investment Company K.S.S.C. (KGL Investment), a private equity and investment fund based in Kuwait.[22]  Before founding KGL Investment in 2006, Ms. Lazareva worked for Kuwait & Gulf Link Transportation Company K.S.S.C. (KGL), a logistics and transportation company based in Kuwait that was founded by her Co-Defendant's family.

Although she has lived in Kuwait off and on for more than a decade, Ms. Lazareva has strong ties to the United States and the Philadelphia area.  Ms. Lazareva is a former U.S. Green Card holder (she was unable to renew the Green Card due to multiple travel bans imposed by Kuwait) and is the mother of a 4-year-old son who was born in Pennsylvania and is an American citizen.  She owns a home in Bryn Mawr, Pennsylvania, where her mother, a naturalized U.S. citizen, has resided until forced to live in Kuwait to raise her grandson while Ms. Lazareva was arbitrarily imprisoned.  Ms. Lazareva was baptized as a Russian Orthodox Christian as a child and is a member of St. Andrew's Russian Orthodox Cathedral in Philadelphia.  Her mother recently returned from Kuwait to Pennsylvania to undergo treatment for liver cancer.

Ms. Lazareva's Co-Defendant is member of a prominent Shia family and was a longtime executive with KGL, which was founded by his father in the 1950s.  He also served for a period of time as a director of KGL Investments, which was spun-off from KGL in 2006 as a separate, independent company from KGL.  KGL provided logistics and transportation services to the United States and coalition forces during Operation Iraqi Freedom and currently holds multiple Department of Defense contracts.

---

[21] "How did a Russian entrepreneur who got a Wharton MBA and lived on the Main Line end up on trial in Kuwait?," Philadelphia Inquirer, August 18, 2019; available at: https://www.inquirer.com/columnists/marsha-lazareva-russian-kuwait-us-lobbying-wharton-pennsylvania-20190818.html.

[22] "How did a Russian entrepreneur who got a Wharton MBA and lived on the Main Line end up on trial in Kuwait?," Philadelphia Inquirer, August 18, 2019; available at: https://www.inquirer.com/columnists/marsha-lazareva-russian-kuwait-us-lobbying-wharton-pennsylvania-20190818.html.

Beginning in 2007, KGL Investment started an investment vehicle called the Port Fund, which attracted investment from private investors as well as the Kuwait Public Institution for Social Security and later the Kuwait Port Authority.  In 2008, the Port Fund invested in a project in the Philippines to develop part of the former Clark Air Force Base into a logistics and warehouse center.  The project was sold in November 2017, leading to a significant windfall for investors, according to news reports.

The two business executives were subject to several years of harassment by Kuwait legal authorities, with Ms. Lazareva being brought in for multiple interrogation sessions reportedly lasting up to eight hours each time without breaks to eat, drink water, or use bathroom facilities.  In April 2017, Ms. Lazareva and her Co-Defendant were charged with misusing government funds intended for the Port Fund and that the Port Fund's investment in the Philippines project had been illegally transferred to the Co-Defendant.  That case remains pending, even though the Port Fund sold its investment in the Philippines project in November 2017 and investors were repaid in full plus a significant profit.

In November 2017, Ms. Lazareva informed the court hearing the Port Fund charges that the Port Fund successfully exited the project in the Philippines and all investors would be repaid in full plus a significant profit, thus disproving the charges.  Within 36 hours of that testimony, the two were arrested for "questioning" and three weeks later new and separate charges were filed alleging they had billed the Kuwait Port Authority for consulting services that the Kuwaiti government said were not performed.  It has since become clear that these charges made by the Managing Director of the Kuwait Port Authority were false and based on evidence fabricated by a Kuwait Audit Bureau official (Mr. Hamad Al-Alyan, who, as described above, was convicted on charges that he forged the documents used as evidence in Ms. Lazareva's trial).  The two were detained from November 28, 2017 until February 7, 2018 when they were released on a record-setting $36 million cash bail.

They were then quickly convicted on May 6, 2018 after not being allowed to present a defense or review the government's evidence – a clear violation of their human right to a fair trial.  Ms. Lazareva was sentenced to 10 years hard labor imprisonment, and her Co-Defendant was sentenced to 15 years.  They were jointly ordered to pay 33 million Kuwaiti dinar ("KWD") amounting to $108 million in fines and restitution.

After being imprisoned for a year, the Appeals Court issued an opinion on May 5, 2019 that nullified the trial court conviction of Ms. Lazareva and her Co-Defendant on the grounds that the trial court had denied their rights to a fair trial.  However, the Appeals Court apparently took an extraordinary step by retaining jurisdiction and not ordering their immediate release after vacating their convictions.  Apparently contrary to Kuwait law, the Appeals Court continued to order Ms. Lazareva and her Co-Defendant to be imprisoned until they paid extraordinary bail in the amount of $66 million each – an incredible amount especially considering the $33 million in bail they had already paid during the lower court proceedings.  These irregularities suggest more than simple judicial error is to blame.

After the judge who issued that order stepped down, a new judge issued a new order on 2 June 2019 directing Ms. Lazareva's release on 1 million KWD ($3.3 million) and her Co-Defendant's release on 10 million KWD ($33 million), for a total of 11 million KWD ($36.3 million), an amount already deposited with the court as bail in February 2018.

However, we understand that the Kuwait Attorney General refused to comply with the order and instead demanded that the two pay an *additional* 11 million KWD.  Ms. Lazareva was able to borrow her *additional* 1 million KWD and was released on 12 June 2019, but not until the Kuwait Attorney

9

General imposed a new, extra-judicial requirement that her local lawyer personally sign a document guaranteeing Ms. Lazareva's appearance at future hearings under penalty of the lawyer paying any future court verdict against her.

Even after being released from jail, Ms. Lazareva is under constant surveillance by Kuwaiti security forces, apparently without a required court order approving this infringement of her liberty. She also remains the subject of multiple travel bans, and in effect is under house arrest.  She is unable to return home to Philadelphia with her son so that he may be baptized at St. Andrew's Orthodox Cathedral and enrolled in pre-school with other American children his age and be reunited with Ms. Lazareva's mother, who was recently diagnosed with liver cancer and has returned to the United States for treatment.

According to the Philadelphia Inquirer article, Ms. Lazareva and her Co-Defendant believe their wrongful prosecution, imprisonment, and arbitrary detention at the hands of Kuwaiti government officials can be traced back to commercial disputes between KGL Investment and the Kuwait Port Authority over the Port Fund's investment in the Philippines logistics center and business rivalries between KGL and Agility, a logistics contractor partly owned by the Kuwait government that had previously been suspended over fraud involving lucrative U.S. government contracts.[23]

It is also believed that Ms. Lazareva's faith as a Russian Orthodox Christian and her Co-Defendant's as a Shia Muslim have been factors in the harsh conditions they have faced during their imprisonment and the government's ongoing prosecution despite evidence of their innocence.

As the Main Line Times newspaper reported in June 18, 2019,[24] Ms. Lazareva regularly had her religious freedoms violated by Kuwaiti government officials while she was imprisoned.  For example, she was required to wear Islamic garb including a burqa while in custody and was allowed to wear western clothes only for court hearings.  She reportedly also was not allowed to publicly display a crucifix which she hid while in custody and was told that her chances of receiving a pardon would increase if she converted to Islam.

However, according to the Philadelphia Inquirer article, Agility's supporters dispute that the case is about anything *other than business*. If true, these Kuwait government officials and their allies have imprisoned two innocent people over lucrative U.S. military contracts requiring access to the Kuwait ports under Sheikh Yousef's control apparently in order to benefit another logistics company, Agility, which is partly owned by the Kuwait government.  Agility was suspended from U.S. government contracts after being indicted by a federal grand jury in 2009 for fraud involving a multi-billion dollar contract to deliver food to U.S. military bases.  News reports indicate the suspension cost Agility around 40 percent of its revenue.

---

[23] In November 2009, a federal grand jury indicted Agility Public Warehousing Co. KSG (Agility) and Tarek Sultan, its CEO, on charges that Agility had overbilled the U.S. military under the prime vendor food services contract beginning in 2003.  Agility , Tarek Sultan, and other Agility executives who were indicted were suspended from U.S. government contracting due to the criminal indictment.

[24] "Bryn Mawr businesswoman free in Kuwait after conviction on false charges overturned," Main Line Times, June 28, 2019; available at: http://www.mainlinemedianews.com/mainlinetimes/bryn-mawr-businesswoman-free-in-kuwait-after-conviction-on-false/article_591f9474-9201-11e9-8e08-c7c94994350c.html.

According to multiple news accounts, Louis Freeh, the former Director of the Federal Bureau of Investigation, and others have reviewed these cases and found no evidence to support these charges by Kuwaiti government officials. The government's key witness has also reportedly been convicted of forging documents used as evidence against Ms. Lazareva, and a separate Kuwaiti commercial court found that Ms. Lazareva's investment company did in fact have a consulting contract and was owed more than $2 million in unpaid fees. These developments raise serious questions about the actions taken by the Director General of the KPA against Ms. Lazareva and her Co-Defendant and whether such conduct has been based on improper and corrupt influence.

The harsh and arbitrary treatment of Ms. Lazareva has caused her supporters to file an Urgent Appeal with the United Nation's Working Group on Arbitrary Detention on May 23, 2019 and an Urgent Appeal with the United Nations Special Rapporteur on the Independence of Judges and Lawyers on June 12, 2019. Those filings contain additional facts and information regarding multiple violations of Kuwait law and other "irregularities" in legal procedures that have plagued her cases. The number of errors and unexplainable conduct by Kuwait officials suggest that the conduct here is not merely actions by incompetent government actors, but actions that warrant an investigation under the Global Magnitsky Act and, if confirmed that the root cause of the human rights abuses inflicted on Ms. Lazareva and the Co-Defendant were for the apparent private financial gain of others, then appropriate sanctions should be levied against those involved.

## VI.   <u>Conclusion</u>

As described in this letter and the documents outlined in Appendix A, it appears that Ms. Lazareva and her Co-Defendant are the victims of a scheme perpetrated by several members of the Kuwaiti government and their allies who have made false allegations and brought politically motivated prosecutions against them as apparent retribution over business disputes involving U.S. government contracts. It is important that these actions be fully investigated and, if warranted, sanctions be imposed against those involved in these human rights violations and corruption under the Global Magnitsky Act. IDC greatly appreciates the U.S. Treasury Department's attention on this matter and believes that the U.S. Government must take all reasonable steps possible to persuade the Kuwait Government to stop the alleged corruption and human rights violations at issue in this case and to have the Kuwait Government dismiss all charges, release Ms. Lazareva and allow her and her 4-year-old son, Yvan, to return to the United States to be reunited with her mother, Lidia Lazareva, so that they can come together as a family to address Lidia Lazareva's medical issues and practice their Russian Orthodox religion in peace.

Sincerely,

In Defense of Christians

Staff Point of Contact,
Peter Burns
(618) 606-5480
peter@indefenseofchristians.org

11

**Appendix A**

**List of Source Material**

<u>News Articles</u>

"How did a Russian entrepreneur who got a Wharton MBA and lived on the Main Line end up on trial in Kuwait?," Philadelphia Inquirer, August 18, 2019; available at:
https://www.inquirer.com/columnists/marsha-lazareva-russian-kuwait-us-lobbying-wharton-pennsylvania-20190818.html.

"Marsha Lazareva case: The inside story," ArabianBusiness.com, June 30, 2019; available at:
https://www.arabianbusiness.com/banking-finance/423106-the-marsha-lazareva-case-the-inside-story.

"Free in Kuwait: Russian Prisoner Marsha Lazareva Released after 470 Days in Jail," Forbes, June 12, 2019; available at: https://www.forbes.com/sites/andrewcave/2019/06/12/free-in-kuwait-russian-prisoner-marsha-lazareva-released-after-470-days-in-jail/#3575d3113275.

"International Counsel for Marsha Lazareva Takes her Case to the United Nations," Yahoo Finance, May 23, 2019; available at: https://finance.yahoo.com/news/international-counsel-marsha-lazareva-takes-144600983.html.

"Kuwaiti Court Dismisses Guilty Verdict in Port Fraud Case, Then Raises Defendants' Bail to $168M," Forbes, May 10, 2019; available at: https://www.forbes.com/sites/dominicdudley/2019/05/10/kuwait-court-bail-kpa-fraud/#482a359a7b95.

"Kuwaiti Judge Rejects Testimony on Behalf of Imprisoned Female CEO," Newsmax, April 29, 2019; available at: https://www.newsmax.com/world/globaltalk/marsha-lazareva-neil-bush-kuwait-female-ceo/2019/04/29/id/913782/.

"Fate of Female CEO Imprisoned in Kuwait Hinges on Sunday Hearing," Newsmax, April 27, 2019; available at: https://www.newsmax.com/newsfront/kuwait-female-ceo-hearing/2019/04/27/id/913566/.

"Confusion in Court as US Heavyweights Fight for Christian Businesswoman's Release from Kuwaiti Prison," The Daily Caller, April 25, 2019; available at: https://dailycaller.com/2019/04/25/marsha-lazareva-kuwait-saeed-2/

"Christian Business Woman Imprisoned in Kuwait Hopes She'll See Freedom on Easter Sunday," CBN News, April 19, 2019; available at: https://www1.cbn.com/cbnnews/world/2019/april/christian-business-woman-imprisoned-in-kuwait-hopes-shell-see-freedom-on-easter-sunday.

"A Christian Businesswoman Says She Has Been Wrongly Imprisoned in Kuwait Since 2018.  Easter Sunday Could Be Her Chance to Get Out," The Daily Caller, April 17, 2019; available at: https://dailycaller.com/2019/04/17/marsha-lazareva-kuwait-saeed/.

"All The Presidents' Relatives: The Famous Political Families Fighting To Free Russian Prisoner," Forbes, April 16, 2019; available at: https://www.forbes.com/sites/andrewcave/2019/04/16/all-the-presidents-relatives-the-famous-political-families-fighting-to-free-russian-prisoner/#395be5d328d9.

"Neil Bush to Newsmax TV: Kuwait Wrong in Detaining Mother of Young US Son," Newsmax, April 12, 2019; available at: https://www.newsmax.com/newsmax-tv/neilbush-kuwait/2019/04/12/id/911527/.

"Incarcerated in Kuwait: The alarming case of Marsha Lazareva," The New Arab, April 11, 2019; available at: https://www.alaraby.co.uk/english/comment/2019/4/11/incarcerated-in-kuwait-the-alarming-case-of-marsha-lazareva.

"Dubai Finally Unlocks $500M in Frozen Funds, Ending $15-Month Dispute With Kuwaiti Investment Firm," Forbes, February 5, 2019; available at: https://www.forbes.com/sites/dominicdudley/2019/02/05/dubai-finally-unlocks-500m-in-frozen-funds-ending-15-month-dispute-with-kuwaiti-investment-firm/#2400fad03ae5.

"UAE releases $496 million frozen funds, ending Kuwait dispute," Reuters, February 5, 2019; available at: https://www.reuters.com/article/us-emirates-kuwait-funds/uae-releases-496-million-frozen-funds-ending-kuwait-dispute-idUSKCN1PU20Y.

"Kuwait reiterates request to Dubai to release $496 million in frozen funds," Reuters, January 6, 2019; available at: https://www.reuters.com/article/us-emirates-kuwait-funds/kuwait-reiterates-request-to-dubai-to-release-496-million-frozen-funds-idUSKCN1P0098.

"Contractor With Checkered Past in Crosshairs as Democrats Take Control of House," InsideSources, January 3, 2019; available at: https://www.insidesources.com/contractor-firm-with-checkered-past-in-crosshairs-as-democrats-take-control-of-house/.

"Dispute Over $500M Frozen In Dubai Inches Towards Resolution, As Kuwaiti Emir Watches from Sidelines," Forbes, January 2, 2019; available at: https://www.forbes.com/sites/dominicdudley/2019/01/02/500m-frozen-in-dubai-resolution/#23f1148b3e37.

"Forgeries & False Convictions: The Case of a Missing Half-Billion Dollars in Dubai," Inside Sources, December 18, 2018; available at: https://www.insidesources.com/forgeries-false-convictions-the-case-of-a-missing-half-billion-dollars-in-dubai/.

"Dubai's ruler snubs Kuwait request to release frozen funds: letter," Reuters, December 5, 2018; available at: https://www.reuters.com/article/us-emirates-kuwait-probe/dubais-ruler-snubs-kuwait-request-to-release-frozen-funds-letter-idUSKBN1O41JV.

"Dubai Authorities Come Under Fresh Pressure Over $500M Frozen In Bank Account For More Than A Year," Forbes, November 20, 2018; available at: https://www.forbes.com/sites/dominicdudley/2018/11/20/dubai-authorities-come-under-fresh-pressure-over-500m-frozen-in-bank-account-for-more-than-a-year/#7379d061640a.

"When Leaders Land in Jail Part Two: The Russian Prisoner and President Bush's Brother," Forbes, October 31, 2018; available at: https://www.forbes.com/sites/andrewcave/2018/10/31/when-leaders-land-in-jail-part-two-the-russian-prisoner-and-president-bushs-brother/#5feec0ce9fbd.

"Kuwait Investment Fund Raises Alarm Over Alleged Attempt To Seize $500M Frozen in Dubai Bank," Forbes, October 12, 2018: available at: https://www.forbes.com/sites/dominicdudley/2018/10/12/kuwait-investment-fund-alarm-funds-frozen-dubai/#69039d92367a.

"Gulf Countries May Offer Enticing Investment Environment, but Risks Run High," Inside Sources, October 3, 2018: available at: https://www.insidesources.com/gulf-countries-may-offer-enticing-investment-environment-but-risks-run-high/.

"Is The Kuwait Government Corrupt?," The Daily Caller, September 6, 2018; available at: https://dailycaller.com/2018/09/06/is-the-kuwait-government-corrupt/.

"Kuwait Government Faces International Tribunal Over Jailing Of Russian Businesswoman," Forbes, August 9, 2018; available at: https://www.forbes.com/sites/dominicdudley/2018/08/09/kuwait-government-faces-international-tribunal-over-jailing-of-russian-businesswoman/#7145b3b976dc.

"Kuwait Hit With $100M Claim By Russian Businesswoman," Law360, July 17, 2018; available at: https://www.law360.com/articles/1063939/kuwait-hit-with-100m-claim-by-russian-businesswoman.

"Imprisoned Russian businesswoman brings claim against Kuwait," Global Arbitration Review, July 17, 2018; available at: https://globalarbitrationreview.com/article/1172043/imprisoned-russian-businesswoman-brings-claim-against-kuwait.

"Further international litigation takes aim at #Kuwait over repeated abuses of Marsha Lazareva business investments," EU Reporter, July 17, 2018; available at: https://www.eureporter.co/politics/2018/07/17/further-international-litigation-takes-aim-at-kuwait-over-repeated-abuses-of-marsha-lazareva-business-investments/.

"David Martin Calls on Commission to investigate human rights abuses in Kuwait," The Parliament Magazine, June 4, 2018; available at: https://www.theparliamentmagazine.eu/articles/news/david-martin-calls-commission-investigate-human-rights-abuses-kuwait.

"#Kuwait faces criticism over Marsha Lazareva Case," EU Reporter, May 18, 2018; available at: https://www.eureporter.co/frontpage/2018/05/18/prominent-russian-businesswoman-marsha-lazareva-was-sentenced-this-month-to-ten-years-hard-labour-in-kuwait-after-a-conviction-for-misusing-public-funds-she-denies-all-of-the-charges-and-has-confirm/.

"When Leaders Land in Jail: Prominent Gulf Businesswoman Gets Ten Years, Vows To Appeal," Forbes, May 16, 2018; available at: https://www.forbes.com/sites/andrewcave/2018/05/16/when-leaders-land-up-in-jail-prominent-gulf-businesswoman-gets-ten-years-vows-to-appeal/#7912d4a49718.

"The Port Fund achieves success despite challenges," Kuwait Times, November 29, 2017; available at: https://news.kuwaittimes.net/website/port-fund-achieves-success-despite-challenges/.

"Agility expects settlement of US criminal case to help earnings," The National, August 5, 2017; available at: https://www.thenational.ae/business/kuwait-s-agility-expects-settlement-of-us-criminal-case-to-help-earnings-1.617090.

14

"Defense contractor resolves Atlanta case," The Atlanta Journal-Constitution, May 29, 2017; available at: https://www.ajc.com/news/local/defense-contractor-resolves-atlanta-case-with-plea-million/ZmcZNPTpmtsK8iSsfdTU5H/.

"Kuwait logistics firm Agility says settled U.S. criminal case," Business Insider, May 24, 2017; available at: https://www.businessinsider.com/r-update-1-kuwait-logistics-firm-agility-says-settles-us-criminal-case-2017-5.

"Agility Attempts to Vault Fraud Charges," CorpWatch, February 1, 2010; available at: https://corpwatch.org/article/agility-attempts-vault-fraud-charges.

"How Iraq Conflict Rewards A Kuwaiti Merchant Family," Wall Street Journal, December 17, 2007; available at: https://www.wsj.com/articles/SB119785868811632829.

**U.S. Government Resources**

Global Magnitsky Human Rights and Accountability Act, P.L. 114-328, Title XII, Subtitle F; codified at 22 U.S.C. 2656 note; available at: https://www.treasury.gov/resource-center/sanctions/Programs/Documents/glomag_pl_114-328.pdf.

Remarks by President Trump before September 5, 2018, bilateral meeting with Amir Sheikh Sabah Al-Ahmed Al-Jaber Al-Sabah of the State of Kuwait; available at: https://www.whitehouse.gov/briefings-statements/remarks-president-trump-amir-sheikh-sabah-al-ahmed-al-jaber-al-sabah-state-kuwait-bilateral-meeting/.

"Defense Contractor Resolves Criminal, Civil and Administrative Liability Related to Food Contracts," U.S. Department of Justice, May 26, 2017; available at: https://www.justice.gov/opa/pr/defense-contractor-resolves-criminal-civil-and-administrative-liability-related-food.

2018 Human Rights Report for Kuwait, U.S. State Department: available at: https://www.state.gov/wp-content/uploads/2019/03/KUWAIT-2018.pdf

2018 International Religious Freedom Report for Kuwait, U.S. State Department; available at: https://www.state.gov/wp-content/uploads/2019/05/KUWAIT-2018-INTERNATIONAL-RELIGIOUS-FREEDOM-REPORT.pdf.

The World Fact Book, Kuwait, Central Intelligence Agency; available at: https://www.cia.gov/library/publications/the-world-factbook/geos/ku.html.

United States v. Public Warehousing Company K.S.C., 2011 U.S. Dist. LEXIS 32658 (N.D. Ga. 2011).

**Other**

Communication to United Nations Special Rapporteur on the Independence of Judges and Lawyers, In the Matter of Maria Lazareva v. Government of State of Kuwait.

Petition to the United Nations Working group on Arbitrary Detention, In the Matter of Maria Lazareva v. Government of the State of Kuwait.

51271722_1.docx

16

16

149

**MADELEINE DEAN**
4TH DISTRICT, PENNSYLVANIA

COMMITTEE:
JUDICIARY COMMITTEE

FINANCIAL SERVICES
COMMITTEE

WOMEN'S BIPARTISAN CAUCUS
VICE-CHAIR

## Congress of the United States
### House of Representatives
### Washington, DC 20515—3804

WASHINGTON OFFICE:
129 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
202-225-4731

DISTRICT OFFICES:
115 EAST GLENSIDE AVENUE, SUITE 1
GLENSIDE, PA 19038
215-884-4300

101 EAST MAIN STREET, SUITE A
NORRISTOWN, PA 19401
610-382-1250

June 28 2019

The Honorable Steven T. Mnuchin
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, D.C.  20220

      Re:    Request to Initiate a Global Magnitsky Act Inquiry into Kuwait
              Officials for the Human Rights Abuses of Ms. Maria Lazareva

Dear Secretary Mnuchin:

I write to urge you to initiate a Global Magnitsky Act (GMA) investigation into the following senior
Kuwait officials for detaining business executive Maria (Marsha) Lazareva, on erroneous charges:

      Sheikh Khaled Abdullah S. N. Al-Sabah, Chief of Amir Protocol and Chamberlain
      Sheikh Youssef Al-Sabah, General Manager of the Kuwait Port Authority
      Dherar Ali Al-Asousi, Kuwait Attorney General
      Homood Al-Shamy, Kuwait Prosecutor
      Hamad Al-Allayan, Kuwait State Audit Bureau
      Metab Al-Ardi, Kuwait Judge

This detention has separated Ms. Lazareva from her four-year-old son, Yvan Lazareva--a United
States citizen, and constituent of the Fourth Congressional District.

Senior Department of State officials, including the U.S. Ambassador in Kuwait, have engaged
Kuwait officials on the wrongful detention of Ms. Lazareva for the past year in Kuwait. However,
the Kuwaiti government has made false statements about the matter and violated international
human rights, warranting a GMA investigation.

Additionally, Louis, Freeh, former Director of the Federal Bureau of Investigation and a former
U.S. district court judge, has examined the charges against Ms. Lazareva and found them to be
false. Mr. Freeh has traveled to Kuwait for a March 24, 2019 hearing against the accused and
witnessed abuses of recognized rights of due process and justice. The Kuwait government has failed
to address these matters and the United States should not tolerate this behavior.

I do not make this request lightly, but understand that the Kuwait government has failed to address
this situation despite multiple trips to Kuwait by former senior U.S. government officials and
individuals—including Neil Bush, the son of the U.S. president who liberated Kuwait.

PRINTED ON RECYCLED PAPER

The United State of America should do everything possible to reunite Ms. Lazareva with her son so that they can return to his home in Bryn Mawr, Pennsylvania from his current residence in Kuwait City. I urge you to initiate a GMA investigation into these officials as soon as possible.

Sincerely,

Madeleine Dean

Madeleine Dean
Member of Congress
Pennsylvania Fourth Congressional District

18

ROGER F. WICKER
MISSISSIPPI

ARMED SERVICES
COMMERCE, SCIENCE, AND TRANSPORTATION
ENVIRONMENT AND PUBLIC WORKS
RULES AND ADMINISTRATION
COMMISSION ON SECURITY
AND COOPERATION IN EUROPE

## United States Senate
WASHINGTON, DC 20510

SUITE 555
DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-6253
www.wicker.senate.gov

April 25, 2019

The Honorable Steven T. Mnuchin
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, D.C.  20220

> Re:   Request to Initiate a Global Magnitsky Act Inquiry into Kuwaiti
> Officials for the Human Rights Abuses of Ms. Maria Lazareva

Dear Secretary Mnuchin:

We write to request that you initiate a Global Magnitsky Act (GMA) investigation into the following senior Kuwaiti officials for detaining business executive Maria (Marsha) Lazareva on false charges, also thereby separating her from her four-year-old son, Yvan Lazareva, who is a U.S. citizen:

> Sheikh Khaled Abdullah S. N. Al-Sabah, Chief of Amir Protocol and Chamberlain
> Sheikh Youssef Al-Sabah, General Manager of the Kuwait Port Authority
> Dherar Ali Al-Asousi, Kuwait Attorney General
> Homood Al-Shamy, Kuwaiti Prosecutor
> Hamad Al-Allayan, State Audit Bureau of Kuwait
> Metab Al-Ardi, Kuwaiti Judge

Senior Department of State officials, including the U.S. Ambassador in Kuwait, have engaged Kuwaiti officials on the wrongful detention of Ms. Lazareva for the past year in Kuwait. However, the Kuwaiti government has made false statements about the matter while violating international human rights, further necessitating a GMA investigation. Additionally, Louis Freeh, the former Director of the Federal Bureau of Investigation and a former U.S. district court judge, has examined the charges against Ms. Lazareva and found them to be false. Mr. Freeh traveled to Kuwait for a March 24, 2019, hearing against the accused and witnessed abuses of recognized rights to due process and justice. The Kuwait government has failed to address these matters and the United States of America should not tolerate this behavior from a trusted ally.

Neil Bush -- the son of the U.S. president who liberated Kuwait -- has also traveled to Kuwait on three separate occasions to discuss this situation.  He was denied a meeting with Amir Sabah Ahmad al-Sabah each time.

The U.S. government needs to do everything possible to reunite Ms. Lazareva with her son so that he can return to his home in Bryn Mawr, Pennsylvania from his current residence in Kuwait City.  We request that you initiate a GMA investigation into these officials as soon as possible and that either you or your staff brief us on that investigation's progress.

Sincerely,

19

Roger F. Wicker
United States Senator

Steve J. Chabot
United States Representative

**The Port Fund L.P**
**Analysis of KGL Investment Company - Current Account**
All Figures in USD                                                                                    **USD**

| | | |
|---|---|---:|
| **Capital Commitment** | | **20,000,000** |
| **Less: Repayment of Capital** | | |
| **Through Bank Transfers of KGL Investment Company** | | |
| 6-May-08 | KGL Investment Company | (7,835,848) |
| 20-Dec-11 | KGL Investment Company | (2,000,000) |
| 12-Aug-12 | KGL Investment Company | (200,000) |
| 12-Aug-12 | KGL Investment Company | (500,000) |
| 7-Jan-13 | KGL Investment Company | (400,000) |
| 18-Nov-14 | KGL Investment Company | (500,000) |
| 8-Dec-14 | KGL Investment Company | (400,000) |
| 23-Jun-15 | KGL Investment Company | (25,000) |
| 13-Dec-15 | KGL Investment Company | (600,000) |
| 23-Dec-15 | KGL Investment Company | (100,000) |
| 23-Dec-15 | KGL Investment Company | (250,000) |
| 23-Dec-15 | KGL Investment Company | (150,000) |
| 9-Jul-15 | KGL Investment Company | (16,530) |
| | **Total** | **(12,977,378)** |
| | | |
| **Through Bank Transfers of KGL Investment Companys subsidiary** | | |
| 24-May-10 | Direct transfer to GGDC on behalf of TPF from Capital Link Holding | (700,000) |
| 7-Jun-10 | Direct transfer to GGDC on behalf of TPF from Capital Link Holding | (75,000) |
| | | **(775,000)** |
| **Deduction from Management fees** | | |
| | For 2008 | (2,721,963) |
| | For 2009 | (1,857,040) |
| | For 2010 | (714,260) |
| | | **(5,293,263)** |
| **Through direct deduction from port fund ist distribution** | | |
| 10-Oct-16 | Deduction from 1st Distrbution of Port Fund (Negros Navigation) | **(690,785)** |
| | | |
| **Net of other expenses paid by KGL Investment on behalf of Port Fund (Since inception to date)** | | **(962,135)** |
| | | |
| **Current Account Balance as of 31 December 2016 before accrued interest on Capital Commitment** | | **(698,560)** |
| | | |
| Accrued interest on Outstanding capital commitment over 2008 to 2015 | | 2,861,194 |
| | | |
| KGL Investment Current Account balance as of 31 December 2016 | | **2,162,633** |
| **(As per Audited FS as of 31 December 2016)** | | |



**INVESTMENT CO.**

*INNOVATION IN INVESTMENT*

Date : May 05, 2008
Ref : INV/215 -04/08

Mr. Hussain Khalefa
Unit Head
Corporate Banking Division
BKME

Dear Mr. Khalefa,

Kindly arrange to transfer the amount of **US$ 7,835,855/-**  (US Dollars Seven Million Eight Thousand Thirty Five and Eight Hundred Fifty Five Only) to the following account number:-

| | | |
|---|---|---|
| Bank Name | : | HSBC Bank New York USA |
| Swift | : | MRMDUS33 |
| CHIPS UID | : | 418300 |
| Account No. | : | 000-14613-7 |
| **Credited to** | | |
| Beneficiary Name | : | The Port Fund LP |
| Account No. | : | 000-004001-160 |
| Bank | : | HSBC Middle East LTd, Kuwait |
| Swift | : | HPMEKWKW |

Kindly debit our account No. 11578810 with you.

Thanking you & Best Regards,

On behalf of KGL Investment Company

*Lazareva Maria*
**Managing Director**

1

155



```
                    FX  DEAL  CONFIRMATION
                    ----------------------

                              DATE      : 05-MAY-2008
                              DEAL REF. : 011FXCC081260091
                              INTERNAL NO : 1081260082100
                              ARRANGED BY :
                              FOREIGN  EXCHANGE  DEAL


     MAIL TO
     شركة كي جي ال للاستثمار
     ص.ب. : 24565 الصفاة
     الكويت - 13106


WE CONFIRM OUR AGREEMENT WHEREBY

-----------------------------------------------------------------------
|     WE HAVE BOUGHT FROM YOU      |       WE HAVE SOLD YOU            |
-----------------------------------------------------------------------
|CURRENCY        AMOUNT           |CURRENCY           AMOUNT          |
|                VALUE DATE       |                   VALUE DATE      |
-----------------------------------------------------------------------
|KWD          2,094,132.249 |USD                 7,835,855.00 |
|             05-MAY-2008   |                    05-MAY-2008   |
-----------------------------------------------------------------------

AT RATE .26725


A  VALUE,

     WE DEBIT ACCOUNT       : 11578810
     WE PAY TO              : HBMEKWKW
     THROUGH                : CITIBANK N.Y.
WE AWAIT YOUR CONFIRMATION

          THIS IS A COMPUTER GENERATED CONFIRMATION
             NO SIGNATURE REQUIRED
```

بنك الكويت والشرق الأوسط ش.م.ك. – تأسس في فبراير ١٩٧١ – رأس المال المصرح به والمدفوع / ٦٠٠ / ٧٠٣٩٣٩٠٠ د.ك. كما في نهاية ديسمبر ١٩٩٨ – سجل تجاري ٤٢٩

المقر الرئيسي : دوارة العبد الرزاق – ص.ب ٧١ الصفاة ١٢١٦٨ الكويت – هاتف: ٨٠٢٠٠٠ – تلكس : ٢٢٠٤٥ برقياً : بنكويت – فاكس: ٢٤٦١٤٣٠

The Bank of Kuwait & the Middle East K.S.C - Established in February 1971 - Authorized & Paid up Capital K.D/ 70,393,900 / 600 as at end of December 1998 - C.R. 429

Head Office : Darwazat Al-Abdul Razzak - P.O. Box 71 Safat, 12168 Kuwait - Tel : 802000 - Telex : 22045 BKME KT. Cable : Bankuwait - Fax : 2461430

O.27841



INVESTMENT CO.

INNOVATION IN INVESTMENT

**Date: December 18, 2011**
**Ref  : PV/29/12/11**

**Unit Head**
**Corporate Banking Group**
**Al Ahli Bank of Kuwait**
**Kuwait**

**Dear Sir,**

Kindly arrange to transfer the amount of **USD 2,000,000/- (U S Dollars Two Millions Only)**
to the following account Details:-

| | | |
|---|---|---|
| Bank Name | : | HSBC Middle East |
| Branch Name | : | Main Office , Kuwait |
| Beneficiary Name | : | The Port Fund LP |
| IBAN | : | KW06 HBME 0000 0000 0000 1004 0011 60 |
| Account No | : | 001 004001 160 |

Kindly debit our USD  account No. 0603 723549 002 with you................

**Thanking you & Best Regards,**

*On behalf of KGL Investment Co.*

*Authorised Signatory*

RECORDED
2 1 DEC 2011
FCD:..............

PAID
2 1 DEC 2011
FCD:.............................

P.Box 24565 , Al-Safat 13106, Kuwait . Tel: +965 22246444 . Fax: +965 22246424      www.kglinvest.com   +965 22246424   +965 22246444
Registered Name: KGL Investment Co. N.S.C (Closed) C.R. 117642 Paid Up Capital KD 17,000,000

3

**ABK** الأهلي

*OUTWARD REMITTANCE VOUCHER*   اشعار حوالة خارجية

| REF NO. مرجعنا | VALUE حق | BRANCH الفرع | DATE التاريخ |
|---|---|---|---|
| R-for BRD7000201I025202 | 20/12/2011 | Central Retail S | 18/12/2011 |

BY DEBIT<< NOSTRO ACCOUNT>> NO. من حسابنا طرفهم رقم

BY CREDIT<< VOSTRO ACCOUNT>> NO. بالإضافة إلى حسابهم طرفنا رقم

THROUGH / TO   بواسطة / إلى     TELEX نظام تلكس     SWIFT نظام سويفت     البنك المرسل

BANK TO BANK INSTRUCTIONS   تعليمات من البنك

CORRESPONDENT BANK   البنك المراسل

JPMorgan Chase Bank, N.A.
4 Chase Metrotech Center,
Brooklyn, New York, NY 11245.
U.S.A.

| AMOUNT IN WARDS المبلغ بالحروف | CCY العملية | AMOUNT مبلغ التحويل |
|---|---|---|
| US Dollars Two Million Only. | USD | *2,000,000.00 |

DISBURSEMENT INSTRUCTIONS   تفاصيل التحويل

| | RATE سعر | |
|---|---|---|
| BENEFICIARY'S NAME/ADDRESS THE PORT FUND LP   المستفيد | EQUIVALENT المعادل | 2,000,000.00 |
| | TELEX CHARGES م. تلكس | *25.23 |
| BENY'S A/C NO. KW06HBME0000000000001004001160   لحسابهم رقم - لدى | COMMISSION عمولة | |
| HSBC MIDDLE EAST | OTHER CHARGES م. أخرى | |
| MAIN OFFICE | | |
| HBMEKWKW | | |
| ABA / SWIFT / SORT CODE   عنوان المستفيد | TOTAL المجموع USD | ,000,025.23 |
| | | |
| PAYMENT INSTRUCTION THROUGH MRMDUS33   تفاصيل الدفع | CASH نقدا | |
| OURREF PD37 | DEBIT A/C NO. من الحساب X | |
| | 0603-723549-002 | |

It is understood that the Bank declines all responsibility for any delay or errors that may occur in transmission

من المتفق عليه أن البنك غير مسؤول عن التأخير أو الخطأ الذي يحصل في الإرسال

BADER H   البنك الأهلي الكويتي عن /
AL AHLI BANK OF KUWAIT
KUWAIT   الكويت

CUSTOMER NAME / ADDRESS   اسم وعنوان العميل

NGL INVESTMENT CO. KSCC
AL AHLI BANK OF KUWAIT
P.O.BOX NO. 1387,SAFAT
13014,SAFAT,KUWAIT

APW IBAN: KW26 ABKK 0000 0000 0060 3723 5490 02

USERO181 On 18/12/2011 At 11:50 00045  PD37J P

FRD 038 26   CUSTOMER COPY   R.P. 02/11   R.D. 01/08



INNOVATION IN INVESTMENT

Date: August 08, 2012
Ref   : PV/15/08/012

Unit Head
Corporate Banking Division
Al Ahli Bank of Kuwait
Head Office
Kuwait



Dear Sir,

Kindly arrange to transfer the amount of **USD 200,000.00** (US Dollars Two Hundred Thousand Only) to the following account details:-

| | | |
|---|---|---|
| Beneficiary Name | : | The Port Fund L.P. |
| Bank Name | : | HSBC, Kuwait |
| Bank Address | : | Main Office |
| Account No. | : | 001-004001-160 |
| Swift Code | : | HBMEKWKW |
| IBAN NO. | : | KW06 HBME 0000 0000 0000 1004 0011 60 |

Kindly debit our USD account No. 0603 723549 002 with you.

*Thanking you & Best Regards,*

*On behalf of KGL Investment Co.*

*Authorized Signatory*

P.O.Box 24565 - Al-Safat 13106, Kuwait - Tel.: +965.22246444 - Fax: +965.22246424    www.kglinvest.com    +965.22246424 هاتف - +965.22246444 فاكس - الكويت 13106 الصفاة 24565 صندوق بريد
الاسم التجاري: شركة كي جي ال للاستثمار ش م ك س م سجل تجاري رقم 117642 - رأس المال المدفوع 17,000,000 د.ك.
Registered Name: KGL Investment Co. K.S.C (Closed) C.R. 117642 Paid Up Capital KD 17,000,000

5

159

**ABK الأهلي**

OUTWARD REMITTANCE VOUCHER          اشعار حوالة خارجية

Ref BR97002012016160   مرجعنا

| VALUE حق | BRANCH الفرع | DATE التاريخ |
|---|---|---|
| 10/08/2012 | Central Retail B | 08/08/2012 |

BY DEBIT << NOSTRO ACCOUNT >> NO.   من حساباً طرفهم رقم

BY CREDIT << VOSTRO ACCOUNT >> NO   بالإضافة إلى حسابهم طرفنا رقم

THROUGH / TO

SWIFT   نظام سويفت          بواسطة / إلى

CORRESPONDENT BANK          البنك المراسل

JPMorgan Chase Bank, N.A.
4 Chase Metrotech Center,
Brooklyn, New York, NY 11245,
U.S.A.

| AMOUNT IN WORDS المبلغ بالحروف | CCY العملة | AMOUNT مبلغ التحويل |
|---|---|---|
| Dollars Two Hundred Thousand Only. | USD | *200,000.00 |

DISBURSEMENT INSTRUCTIONS   تفاصيل التحويل

THE PORT FUND LP

RATE   سعر          *0.2810000000

BENEFICIARY'S NAME/ADDRESS          المستفيد

KW06NBKE0000000000001004601140

| | EQUIVALENT المعادل | *200,000.00 |
|---|---|---|
| | SWIFT CHARGES م. سويفت | *28.47 |

BENY'S A/C NO.   HSBC
KUWAIT
NBMEKWKW          لحسابهم رقم – لدى

| COMMISSION عمولة | |
|---|---|
| OTHER CHARGES م. اخرى | |

ABA / SWIFT / SORT CODE          رمز البنك

PD05

TOTAL الجميع   *200,028.47

PAYMENT INSTRUCTION          تفاصيل الدفع

| CASH نقدا | |
|---|---|
| DEBIT A/C NO. من الحساب | 0603-723549-002 |

It is understood that the Bank declines all responsibility
for any delay or errors that may occur in transmission
من المتفق عليه أن البنك غير مسؤول عن التأخير أو الخطأ الذي يحصل في الإرسال

AL AHLI BANK OF KUWAIT K.S.C.   البنك الأهلي الكويتي ش.م.ك.   عن /
KUWAIT   الكويت

ABK TRAN: KW26 ABKK 0000 0000 0060 3703 5490 02

FR0193 On 08/08/2012 At 12:59 00048  PD05J P
PD20 3-PD20

CUSTOMER NAME / ADDRESS          اسم وعنوان العميل

KGL INVESTMENT CO. KSCC
AL AHLI BANK OF KUWAIT
P.O.BOX NO. 1387.SAFAT
13014.SAFAT.KUWAIT

FR01035          CUSTOMER COPY          R.P. 09/11          R.D. 09/11

ANY ALTERATIONS WILL VOID THIS VOUCHER



INNOVATION IN INVESTMENT

Date: August 08, 2012
Ref  : PV/02/08/012



**Unit Head**
**Corporate Banking Division**
**Al Ahli Bank of Kuwait**
**Head Office**
**Kuwait**

Dear Sir,

Kindly arrange to transfer the amount of **USD 500,000.00** (US Dollars Five Hundred Thousand Only) to the following account details:-

| | | |
|---|---|---|
| Beneficiary Name | : | The Port Fund L.P. |
| Bank Name | : | HSBC, Kuwait |
| Bank Address | : | Main Office |
| Account No. | : | 001-004001-160 |
| Swift Code | : | HBMEKWKW |
| IBAN NO. | : | KW06 HBME 0000 0000 0000 1004 0011 60 |

Kindly debit our USD account No. 0603 723549 002 with you.

*Thanking you & Best Regards,*

*On behalf of KGL Investment Co.*

*Authorized Signatory*



P.O.Box 24565 - Al-Safat 13106, Kuwait - Tel.: +965 22246444 - Fax: +965 22246424   www.kglinvest.com   +965 22246424 هاتف: - +965 22246444 فاكس: - الكويت 13106 الصفاة، 24565 ت.ب صندوق
الاسم التجاري: شركة كي جي ال للاستثمار ش.م.ك.م سجل تجاري رقم 117642   رأس المال المدفوع 17,000,000 د.ك
Registered Name: KGL Investment Co. K.S.C (Closed) C.R. 117642 Paid Up Capital KD 17,000,000

**ABK** الأهلي

OUTWARD REMITTANCE VOUCHER          اشعار حوالة خارجية

| | | | |
|---|---|---|---|
| مرجعنا   Ref BR07002012016158 | VALUE حق  10/08/2012 | BRANCH الفرع  Central Retail | DATE التاريخ  08/08/2012 |

BY DEBIT << NOSTRO ACCOUNT >> NO.     من حسابنا طرفهم رقم

BY CREDIT << VOSTRO ACCOUNT >> NO     بالاضافة إلى حسابهم طرفنا رقم

THROUGH / TO                                   SWIFT  نظام سويفت                          بواسطة / إلى

CORRESPONDENT BANK                                                 البنك المراسل

JPMorgan Chase Bank, N.A.
4 Chase Metrotech Center,
Brooklyn, New York, NY 11245.
U.S.A.

| AMOUNT IN WORDS          المبلغ بالحروف | CCY العملة | AMOUNT مبلغ التحويل |
|---|---|---|
| 4 Dollars Five Hundred Thousand Only | USD | *500,000.00 |

DISBURSEMENT INSTRUCTIONS          تفاصيل التحويل

| | RATE السعر | |
|---|---|---|
| BENEFICIARY'S NAME/ADDRESS THE PORT FUND LP      المستفيد | | *0.2810000000 |
| | EQUIVALENT المعادل | *500,000.00 |
| | SWIFT CHARGES م. سويفت | *28.47 |
| BENY'S A/C NO. KW0GHENE000000000000I004001160  لحسابهم رقم - لدى  HSBC  KUWAIT  HBMEKWKW | COMMISSION عمولة | |
| | OTHER CHARGES م. اخرى | |
| ABA / SWIFT / SORT CODE                رمز البنك | TOTAL USD المجموع | *500,028.47 |

PD05

PAYMENT INSTRUCTION            تفاصيل الدفع

CASH نقدا ☐

DEBIT A/C NO. من الحساب ☐   X

0603-723549-002

It is understood that the Bank declines all responsibility for any delay or errors that may occur in transmission     من المتفق عليه أن البنك غير مسؤول عن التأخير أو الخطأ الذي يحصل في الارسال

البنك الأهلي الكويتي ش.م.ك. عن / AL AHLI BANK OF KUWAIT K.S.C.  الكويت  KUWAIT

CUSTOMER NAME / ADDRESS          اسم وعنوان العميل

KGL INVESTMENT CO. KSCC
AL AHLI BANK OF KUWAIT
P.O.BOX NO. 1387,SAFAT
13014,SAFAT,KUWAIT

ABK IBAN: KW26 ABKK 0000 0000 0060 37 5490 02

JSERD193 On 08/08/2012 At 12:56 00047  PD05J P
J2-PC20 FR01035        CUSTOMER COPY            R.P. 09/11            R.D. 09/11

ANY ALTERATIONS WILL VOID THIS VOUCHER

8

162



## INVESTMENT CO.

INNOVATION IN INVESTMENT

Date: January 07, 2013
Ref   : PV# 06/01/2013



**Unit Head**
**Corporate Banking Division**
**Al-Ahli Bank - Kuwait**
**Kuwait**

**Dear Sir,**

Kindly arrange to transfer the amount of **USD 400,000/-** (US Dollar Four Hundred Thousand Only)
to the following account details:-

| | | |
|---|---|---|
| Beneficiary Name | : | The Port Fund L.P |
| Bank Name | : | HSBC Bank |
| Account Number | : | 001-004001-160 |
| IBAN No. | : | KW06 HBME 0000 0000 0000 1004 0011 60 |
| Swift Code | : | HBMEKWKW |

Kindly debit our **USD** account No. 0603 723549 002 with you.

*Thanking you & Best Regards,*

*On behalf of KGL Investment Co.*



*Authorized Signatory*

P.O.Box 903 , Dasman 15460, Kuwait - Tel.: +965 22462444 - Fax: +965 22461633      www.kglinvest.com    +965 22461633 كاكس – +965 22462444 +965 22462444 – هاتف، الكويت، 15460 دسمان، 903 دريت صندوق
الاسم التجاري: شركة كي، جي، إل للاستثمار ش.م.ك.م سجل تجاري رقم 117642 – رأس المال المدفوع 17,000,000 د.ك
Registered Name: KGL Investment Co. K.S.C (Closed) C.R. 117642 Paid Up Capital KD 17,000,000

9

163





INVESTMENT CO.

INNOVATION IN INVESTMENT

Date: November 17, 2014
Ref  : PV/11/11/2014



Unit Head
Corporate Banking Division
Al-Ahli Bank of Kuwait
Head Office
Kuwait

**Dear Sir,**

Kindly arrange to transfer the amount of **USD 500,000/-** (US Dollar Five Hundred Thousand Only) to the following account details:-

| | | |
|---|---|---|
| Beneficiary Name | : | The Port Fund L.P |
| Bank Name | : | Al-Ahli Bank of Kuwait |
| Branch Name | : | Head Office, Kuwait |
| Account Number | : | 0603-493283-001 |
| Swift Code | : | ABKKKWKW |
| IBAN No. | : | KW33 ABKK 0000 0000 0060 3493 2830 01 |
| Reference | : | Intercompany transfer – November 2014 |

Kindly debit our USD account No. 0603 723549 002 with you.

*Thanking you & Best Regards,*

*On behalf of KGL Investment Co.*

--------------------------------
**Authorized Signatory**

P.O.Box 903, Dasman 15460, Kuwait • Tel.: +965 22462444 - Fax: +965 22461633     www.kglinvest.com     +965 22461633 فاكس - 22462444 +965 هاتف - الكويت 15460 دسمان 903 مريد صندوق
الاسم التجاري: شركة كي جي ال للاستثمار ش.م.ك.م سجل تجاري رقم 117642 - رأس المال المدفوع 17,000,000 د.ك
Registered Name: KGL Investment Co. K.S.C (Closed) C.R. 117642 Paid Up Capital KD 17,000,000

KBK -11/11/2014

**ABK** الأهلي
Head Office

Customer Name: _____

A/C No.: _____   Date 18/11/2014   التاريخ

TRANSFER ADVICE

KBL INVESTMENT CO. KSCC
P.O.Box No. 903,DASMAN
15460,DASMAN,KUWAIT
.

THE PORT FUND LP
ALAHLI BANK OF KUWAIT
MAIL BOX 514
.

From Ac : 0603-723549-002 USD          To Ac : 0603-493283-001 USD
IBAN    : KW26 ABKK 0000 0000 0060 3723 5490 02  IBAN : KW33 ABKK 0000 0000 0060 3493 2830 01
Debit Amount  :        *500,000.00 USD
Commission    :        *1.72 USD

**USD***500,000.00**ONLY**
US Dollars Five Hundred Thousand Only.

D Value Date: 18/11/2014          Cr Value Date: 18/11/2014

Description : To Ac 0603-493283-001      COMPANY LETTER

           From Ac 0603-723549-002      COMPANY LETTER

"BANK RESERVES THE RIGHT TO RECTIFY ANY ERRONEOUS CREDIT TO CUSTOMER'S ACCOUNT WITHOUT PRE-ADVICE
TO THE CUSTOMER"

USER0230 On 18/11/2014 At 11:42 00039  HO91J P
HO1027  Customer Signature   RP 01/14        RD 01/12        Authorized Signature
12-HO45



# INVESTMENT CO.

INNOVATION IN INVESTMENT

Date: December 03, 2014
Ref   : PV/11/12/2014



Unit Head
Corporate Banking Division
Al-Ahli Bank of Kuwait
Head Office
Kuwait

Dear Sir,

Kindly arrange to transfer the amount of **USD 400,000/-** (US Dollar Four Hundred Thousand Only) to the following account details:-

| | | |
|---|---|---|
| Beneficiary Name | : | The Port Fund L.P |
| Bank Name | : | Al-Ahli Bank of Kuwait |
| Branch Name | : | Head Office, Kuwait |
| Account Number | : | 0603-493283-001 |
| Swift Code | : | ABKKKWKW |
| IBAN No. | : | KW33 ABKK 0000 0000 0060 3493 2830 01 |
| Reference | : | Intercompany transfer – December 2014 |

Kindly debit our USD account No. 0603 723549 002 with you.

*Thanking you & Best Regards,*

*On behalf of KGL Investment Co.*



--------------------------------
*Authorized Signatory*

P.O.Box 903, Dasman 15460, Kuwait - Tel.: +965 22462444 - Fax: +965 22461633      www.kglinvest.com      +965 22461633 فاكس – +965 22462444 هاتف – الكويت ، 15460 دسمان ، 903 صندوق بريد
الاسم التجاري: شركة ك. ج. ل للاستثمار ش.م.ك.م سجل تجاري رقم 117642   رأس المال المدفوع 17,000,000 د.ك
Registered Name: KGL Investment Co. K.S.C (Closed) C.R. 117642 Paid Up Capital KD 17,000,000

*KGH - 11/12/2014*

**aBK** الأهلي
Head Office

Customer Name: _____

A/C No.: _____   Date 08/12/2014   التاريخ

TRANSFER ADVICE

KGL INVESTMENT CO. KSCC
P.O.Box No. 903.DASMAN
15460.DASMAN.KUWAIT
.

THE PORT FUND LP
ALAHLI BANK OF KUWAIT
MAIL BOX 514
.

From Ac : 0603-723549-002 USD          To Ac : 0603-493283-001 USD
IBAN    : KW26 ABKK 0000 0000 0060 3723 5490 02 IBAN  : KW33 ABKK 0000 0000 0060 3493 2830 01
Debit Amount  :      *400.000.00 USD
Commission    :         *1.71 USD

**USD***400,000.00***ONLY**
US Dollars Four Hundred Thousand Only.

Dr Value Date: 08/12/2014          Cr Value Date: 08/12/2014

Description : To Ac 0603-493283-001     COMPANY LETTER

          From Ac 0603-723549-002     COMPANY LETTER

'BANK RESERVES THE RIGHT TO RECTIFY ANY ERRONEOUS CREDIT TO CUSTOMER'S ACCOUNT WITHOUT PRE-ADVICE
TO THE CUSTOMER'

USER0230 On 08/12/2014 At 12:44 00053  HO91J P        التوقيع المعتمد
Customer Signature                                    Authorized Signature
FR01072-HO45          RP 05/14              RD 01/12



# KGL
## INVESTMENT CO.

INNOVATION IN INVESTMENT

Date: June 22, 2015
Ref   : PV/42/06/2015



Unit Head
Corporate Banking Division
Al Ahli Bank of Kuwait
Head Office
Kuwait

**Dear Sir,**

Kindly arrange to transfer the amount of **USD 25,000/-** (US Dollar Twenty Five Thousand Only) to the following account details:-

| | | |
|---|---|---|
| Beneficiary Name | : | The Port Fund L.P |
| Bank Name | : | Al Ahli Bank of Kuwait |
| Bank Address | : | Head Office, Kuwait |
| Account No. | : | 0603-493283-001 |
| Swift Code | : | ABKKKWKW |
| IBAN No. | : | KW33 ABKK 0000 0000 0060 3493 2830 01 |
| Reference | : | Intercompany transfer – June 2015 |

Kindly debit our USD account No. 0603-723549-002 with you.

*Thanking you & Best Regards,*

*On behalf of KGL Investment Co.*

*Authorized Signatory*



P.O.Box 903, Dasman 15460, Kuwait - Tel.: +965 22462444 - Fax: +965 22461633   www.kglinvest.com   +965 22461633 فاكس   +965 22462444 هاتف   الكويت ، 15460 دسمان ، 903 صندوق بريد
الأسم التجاري: شركة كي جي إل للاستثمار ش.م.ك.م سجل تجاري رقم 117642   رأس المال المدفوع 17,000,000 د.ك
Registered Name: KGL Investment Co. K.S.C (Closed) C.R. 117642 Paid Up Capital KD 17,000,000

42106115

**aBK** Main Branch

Customer Name: _____

A/C No.: _____

Date   23/06/2015   التاريخ

TRANSFER ADVICE

Kgl Investment Co. Kscc
P.O.Box No. 903,Dasman
15460,Dasman,Kuwait
.

The Port Fund Lp
Alahli Bank of Kuwait
Mail Box 514
.

From Ac : 0603-723549-002                    To Ac  : 0603-493283-001
IBAN     : KW26 ABKK 0000 0000 0060 3723 5490 02 IBAN  : KW33 ABKK 0000 0000 0060 3493 2830
Debit Amount  :        25,000.00 USD
Commission    :         1.66 USD
USD**25,000.00**ONLY

Us Dollars Twenty Five Thousand Only.

Dr Value Date : 23/06/2015                    Cr Value Date : 23/06/2015

Description : To Ac 0603-493283-001           company letter,i.company tr.for june2015

              From Ac 0603-723549-002         company letter,i.company tr.for june2015

Bank copy

?BANK RESERVES THE RIGHT TO RECTIFY ANY ERRONEOUS CREDIT TO CUSTOMER?S ACCOUNT WITHOUT PRE-ADV
TO THE CUSTOMER?
   haidar    On 23/06/2015 at 11:41 AAA99713 HO92  P
   J 2 CRO  Customer Signature          RP 12/14                         التوقيـــع المعتـــــد
FR01027                                                    RD 01/12      Authorized Signature

16

170



## KGL INVESTMENT CO.

INNOVATION IN INVESTMENT

Date: December 13, 2015
Ref   : PV/26/12/2015

Unit Head
Corporate Banking Division
Al Ahli Bank of Kuwait
Head Office
Kuwait

**Dear Sir**,

Kindly arrange to transfer the amount of **USD 600,000/-** (US Dollar Six Hundred Thousand Only) to the following account details:-

| | | |
|---|---|---|
| Beneficiary name | : | The Port Fund L.P |
| Bank Name | : | Al Ahli Bank of Kuwait |
| Bank Address | : | Head Office, Kuwait |
| KWD Account No. | : | 0603 493283 001 |
| Swift Code | : | ABKKKWKW |
| IBAN | : | KW33 ABKK 0000 0000 0060 3493 2830 01 |
| Reference | : | Intercompany transfer – December 2015 |

Kindly debit our USD account No. 0603 723549 002 with you.

*Thanking you & Best Regards,*

*On behalf of KGL Investment Co.*

*Authorized Signatory*

O.Box 903, Dasman 15460, Kuwait - Tel.: +965 22462444 - Fax: +965 22461633    www.kglinvest.com    +965 22461633 :فاكس - +965 22462444 :هاتف   الكويت ، 15460 دسمان ، 903 مصندوق بريد
الاسم التجاري: شركة كى جى ال للاستثمار ش.م.ك.م سجل تجاري رقم 117642 – رأس المال المدفوع 17,000,000 د.ك
Registered Name: KGL Investment Co. K.S.C (Closed) C.R. 117642 Paid Up Capital KD 17,000,000

17

16/12/15

**aBk** Central Retail Services

Customer Name: _____

A/C No.: _____

Date   13/12/2015   التاريخ

TRANSFER ADVICE

Kgl Investment Co. Kscc
P.O.Box No. 903,Dasman
15460,Dasman,Kuwait
.

The Port Fund Lp
Alahli Bank of Kuwait
Mail Box 514
.

From Ac : 0603-723549-002          To Ac  : 0603-493283-001
IBAN    : KW26 ABKK 0000 0000 0060 3723 5490 02   IBAN   : KW33 ABKK 0000 0000 0060 3493 2830
Debit Amount  :    600,000.00 USD
Commission    :          1.65 USD
USD**600,000.00**ONLY

Us Dollars Six Hundred Thousand Only.

Dr Value Date : 13/12/2015          Cr Value Date : 13/12/2015

Description : To Ac 0603-493283-001     REF PV/26/12/2015 DTD13/12/2015

        B/O KGL INVESTMENT CO      REF PV/26/12/2015 DTD13/12/2015

Bank Copy

?BANK RESERVES THE RIGHT TO RECTIFY ANY ERRONEOUS CREDIT TO CUSTOMER?S ACCOUNT WITHOUT PRE-ADV
TO THE CUSTOMER?
    suresh   on 13/12/2015 at 13:56 AAG00906-808  P
FR01027   J 2 CR25 Customer Signature CR25     RP 07/15          RD 01/12

التوقيع المعتمد
Authorized Signature



# KGL
## INVESTMENT CO.
INNOVATION IN INVESTMENT

Date: December 21, 2015
Ref   : PV# 56/12/2015



**Unit Head**
**Corporate Banking Division**
**Al Ahli Bank of Kuwait**
**Head Office**
**Kuwait**

**Dear Sir,**

Kindly arrange to transfer the **USD 100,000** (US Dollars One Hundred Thousand Only) to the following account details:-

| | | |
|---|---|---|
| Beneficiary Name | : | The Port Fund L.P |
| Bank Name | : | Al Ahli Bank of Kuwait |
| Bank Address | : | Head Office, Kuwait |
| Account Number | : | 0603-493283-001 |
| IBAN No. | : | KW33 ABKK 0000 0000 0060 3493 2830 01 |
| Swift Code | : | ABKKKWKW |
| Reference | : | Intercompany transfer – December 2015 |

Kindly debit our **USD** account No. 0603 723549 002 with you.

*Thanking you & Best Regards,*

*On behalf of KGL Investment Co.*

*Authorized Signatory*

19

173

ABK الأهلي

Central Retail Services

Customer Name: _____

A/C No.: _____      Date      التاريخ

TRANSFER ADVICE                     23/12/2015

| | |
|---|---|
| Kgl Investment Co. Kscc<br>P.O.Box No. 903,Dasman<br>15460,Dasman,Kuwait<br>. | The Port Fund Lp<br>Alahli Bank of Kuwait<br>Mail Box 514<br>. |

From Ac : 0603-723549-002                    To Ac  : 0603-493283-001
IBAN    : KW26 ABKK 0000 0000 0060 3723 5490 02  IBAN   : KW33 ABKK 0000 0000 0060'3493 2830
Debit Amount  :    100,000.00 USD
Commission    :        1.65 USD
USD**100,000.00**ONLY

Us Dollars One Hundred Thousand Only.

Dr Value Date : 23/12/2015          Cr Value Date : 23/12/2015

Description : To Ac 0603-493283-001      REF PV#56/12/2015 DTD 21/12/2015

            B/O KGL INVESTMENT CO       REF PV#56/12/2015 DTD 21/12/2015

Bank Copy

?BANK RESERVES THE RIGHT TO RECTIFY ANY ERRONEOUS CREDIT TO CUSTOMER?S ACCOUNT WITHOUT PRE-ADV
TO THE CUSTOMER?

sureshu  on 23/12/2015 at 11:46 AAG33373 CR08  P

FR01027    J 2 CR10Customer Signature       RP 07/15                RD 01/12        التوقيــع المعتمــد
                                                                                Authorized Signature



INNOVATION IN INVESTMENT

Date: December 28, 2015
Ref  : PV/62/12/2015

Unit Head
Corporate Banking Division
Al Ahli Bank of Kuwait
Head Office
Kuwait

**Dear Sir,**

Kindly arrange to transfer the amount of **USD 250,000/-** (US Dollar Two Hundred Fifty Thousand Only) to the following account details:-

| | | |
|---|---|---|
| Beneficiary name | : | The Port Fund L.P |
| Bank Name | : | Al Ahli Bank of Kuwait |
| Bank Address | : | Head Office, Kuwait |
| KWD Account No. | : | 0603 493283 001 |
| Swift Code | : | ABKKKWKW |
| IBAN | : | KW33 ABKK 0000 0000 0060 3493 2830 01 |
| Reference | : | Intercompany transfer – December 2015 |

Kindly debit our USD account No. 0603 723549 002 with you.

*Thanking you & Best Regards,*

*On behalf of KGL Investment Co.*

aBK
2 8 DEC 2015
Corporate Banking
Trading
**RECEIVED**

*Authorized Signatory*

O.Box 903, Dasman 15460, Kuwait - Tel: +965 22462444 - Fax: +965 22461633     www.kglinvest.com    +965 22461633 هاتف - +965 22462444 هاتف - الكويت، 15460 دسمان، 903 شريف صندوق
الاسم التجاري: شركة كي جي ال للاستشمار.ش.م.ك.م، سجل تجاري رقم 117642 - رأس المال المدفوع 17,000,000 د.ك
Registered Name: KGL Investment Co. K.S.C (Closed) C.R. 117642 Paid Up Capital KD 17,000,000

21

**ABK** الأهلي
Central Retail Services

Customer Name: _____

A/C No.: _____          Date          التاريخ

TRANSFER ADVICE                    29/12/2015

Kgl Investment Co. Kscc
P.O.Box No. 903,Dasman
15460,Dasman,Kuwait
.

The Port Fund Lp
Alahli Bank of Kuwait
Mail Box 514
.

From Ac : 0603-723549-002          To Ac  : 0603-493283-001
IBAN    : KW26 ABKK 0000 0000 0060 3723 5490 02   IBAN  : KW33 ABKK 0000 0000 0060 3493 2830
Debit Amount  :       250,000.00 USD
Commission    :           1.65 USD
USD**250,000.00**ONLY

Us Dollars Two Hundred Fifty Thousand Only.

Dr Value Date : 29/12/2015              Cr Value Date : 29/12/2015

Description : To Ac 0603-493283-001      REF PV/62/12/15 DTD28/12/2015

         B/O KGL INVESTMENT CO         INTERCOMPANY TRANSFER DECEMBER 2015

Bank Copy

?BANK RESERVES THE RIGHT TO RECTIFY ANY ERRONEOUS CREDIT TO CUSTOMER?S ACCOUNT WITHOUT PRE-ADVI
TO THE CUSTOMER?
   sureshg  On 02/12/2015 at 10:29 AACR478/8 CRO8  P
   J 2 CR19 Customer Signature         RP 07/15              RD 01/12

التوقيع المعتمد
Authorized Signature

FR01027

22



**INVESTMENT CO.**

INNOVATION IN INVESTMENT

Date: December 30, 2015
Ref   : PV/73/12/2015

Unit Head
Corporate Banking Division
Al Ahli Bank of Kuwait
Head Office
Kuwait

**Dear Sir**,

Kindly arrange to transfer the amount of **USD 150,000/-** (US Dollar One Hundred Fifty Thousand Only) to the following account details:-

| | | |
|---|---|---|
| Beneficiary name | : | The Port Fund L.P |
| Bank Name | : | Al Ahli Bank of Kuwait |
| Bank Address | : | Head Office, Kuwait |
| KWD Account No. | : | 0603 493283 001 |
| Swift Code | : | ABKKKWKW |
| IBAN | : | KW33 ABKK 0000 0000 0060 3493 2830 01 |
| Reference | : | Intercompany transfer – December 2015 |

Kindly debit our USD account No. 0603 723549 002 with you.

*Thanking you & Best Regards,*

*On behalf of KGL Investment Co.*

*Authorized Signatory*

P.O.Box 903, Dasman 15460, Kuwait - Tel.: +965 22462444 - Fax: +965 22461633     www.kglinvest.com     +965 22461633 - فاكس - +965 22462444 - هاتف - الكويت، 15460 دسمان، 903 ص.ب
الأسم التجاري: شركة كي جي ال للاستثمار ش.م.ك.م سجل تجاري رقم 117642 - رأس المال المدفوع 17,000,000 د.ك.
Registered Name: KGL Investment Co. K.S.C (Closed) C.R. 117642, Paid Up Capital KD 17,000,000

23

7 3/12/15

**ABK** الأهلي
Central Retail Services

Customer Name: _____

A/C No.: _____   Date   التاريخ

TRANSFER ADVICE                    30/12/2015

Kgl Investment Co. Kscc
P.O.Box No. 903,Dasman
15460,Dasman,Kuwait
.

The Port Fund Lp
Alahli Bank of Kuwait
Mail Box 514
.

From Ac : 0603-723549-002              To Ac  : 0603-493283-001
IBAN    : KW26 ABKK 0000 0000 0060 3723 5490 02 IBAN  : KW33 ABKK 0000 0000 0060 3493 2830
Debit Amount  :      150,000.00 USD
Commission    :          1.65 USD
USD**150,000.00**ONLY

Us Dollars One Hundred Fifty Thousand Only.

Dr Value Date : 30/12/2015            Cr Value Date : 30/12/2015

Description : To Ac 0603-493283-001    REF PV/73/12/2015 DTD30/12/2015

            B/O KGL INVESTMENT CO      INTERCOMPANY TRANSFER DECEMBER.2015

Bank Copy

?BANK RESERVES THE RIGHT TO RECTIFY ANY ERRONEOUS CREDIT TO CUSTOMER?S ACCOUNT WITHOUT PRE-ADV
  TO THE CUSTOMER?
      suresh  Qudu/12/2015 at 11:08 AAG517          p          التوقيــع المعتمــد
FR01027   J 2 CR Customer Signature      RP 07/15              RD 01/12   Authorized Signature

24



INNOVATION IN INVESTMENT

Date: July 09, 2015
Ref   : PV/25/07/2015



Unit Head
Corporate Banking Division
Al Ahli Bank of Kuwait
Head Office
Kuwait

**Dear Sir,**

Kindly arrange to transfer the amount of **KWD 5,000/-** (KWD Five Thousand Only) to the following account details:-

|  |  |  |
|---|---|---|
| Beneficiary Name | : | The Port Fund L.P |
| Bank Name | : | Al Ahli Bank of Kuwait |
| Bank Address | : | Head Office, Kuwait |
| Account No. | : | 0603-493283-002 |
| Swift Code | : | ABKKKWKW |
| IBAN No. | : | KW06 ABKK 0000 0000 0060 3493 2830 02 |
| Reference | : | Intercompany transfer – July 2015 |

Kindly debit our KWD account No. 0603-723549-201 with you.

*Thanking you & Best Regards,*

*On behalf of KGL Investment Co.*



**Authorized Signatory**

O.Box 903, Dasman 15460, Kuwait – Tel: +965 22462444 – Fax: +965 22461633      www.kglinvest.com  +965 22461633 :فاكس – +965 22462444 :هاتف   الكويت، 15460 دسمان، 903 .ب.ص صندوق
الاسم التجاري: شركة كي جي ال للاستثمار.ش.م.ك.ش مقفل سجل تجاري رقم 117642 – رأس المال المدفوع 17,000,000 د.ك
Registered Name: KGL Investment Co. K.S.C (Closed) C.R. 117642 Paid Up Capital KD 17,000,000

25

*Kah - 28/03/15*

**abk**
Main Branch

Customer Name: _____

A/C No.: _____

Date 09/07/2015   التاريخ

TRANSFER ADVICE

Kgl Investment Co. Kscc
P.O.Box No. 24565,Safat
13106,Safat,Kuwait
.

The Port Fund Lp
Alahli Bank of Kuwait
Mail Box 514
.

From Ac : 0603-723549-201
IBAN    : KW85 ABKK 0000 0000 0060 3723 5492 01
Debit Amount  :      5,000.000 KWD
Commission    :        0.500 KWD
KWD**5,000.000**ONLY

To Ac  : 0603-493283-002
IBAN   : KW06 ABKK 0000 0000 0060 3493 2830

Kuwaiti Dinar Five Thousand Only.

Dr Value Date : 09/07/2015                Cr Value Date : 09/07/2015

Description : To Ac 0603-493283-002        intercompany transfer- July 2015

              From Ac 0603-723549-201       intercompany transfer- July 2015

Bank copy

?BANK RESERVES THE RIGHT TO RECTIFY ANY ERRONEOUS CREDIT TO CUSTOMER?S ACCOUNT WITHOUT PRE-ADV
TO THE CUSTOMER?
     haidar   On 09/07/2015 at 12:36 AAB49611 HO92  P

FR01027    J 2 CRO Customer Signature       RP 12/14                    RD 01/12    التوقيـــع المعتمـــد
                                                                                    Authorized Signature



تليفون: 2242 6999 965+
فاكس: 2240 1666 965+
www.bdointernational.com

بـرج الشهيد، الـدور السـادس
شارع خالد بن الوليد، شرق
ص.ب: 25578، الصفاة 13116
الكويت

التاريخ: 31 مارس 2016

السيدة/ لازاريفا      المحترمة
مدير
صندوق الموانئ (شراكة محدودة)

**الموضوع: الإلتزامات الرأسمالية لشركة كي جي إل للاستثمار ش.م.ك.م**

نحن بي دي أو (النصف وشركاه) ، مراقب الحسابات الخارجي لصندوق الموانئ (شركة توصية) ("الصندوق") للسنه المنتهية في 31 ديسمبر 2015 .

تم تأسيس الصندوق في 21 مارس 2007 كشراكة محدودة في جزر الكايمان وهو خاضع لقوانين جزر الكايمان ولأحكام نشرة الاكتتاب الخاص.

استناداً إلى تدقيقنا للبيانات المالية للصندوق، نؤكد بأن رصيد الإلتزامات الرأسمالية مع الفائدة المستحقة المحتسبة قد تم تسجيلهم بالشكل الصحيح في دفاتر حسابات الصندوق، كما تم الإفصاح عنهم في البيانات المالية المدققة للصندوق كجزء من المبالغ المستحقة من شركة كي جي إل للاستثمار ش.م.ك.م.

إن إجمالي مبلغ الإلتزامات الرأسمالية لشركة كي جي إل للاستثمار في صندوق الموانئ كان 20,000,000 دولار امريكي.

وقد دفعت شركة كي جي إل للاستثمار لصندوق الموانئ مبلغ 19,309,215 دولار امريكي عن الإلتزامات الرأسمالية.

هذا الكتاب صـادر بناء على طلب مدير الصندوق، لذلك، لا يتحمل مكتب BDO (النصف وشركاه) وموظفوه أي دعاوي او اي مطالبات أوتكاليف أو مصاريف تتعلق بخدماتنا بموجب هذا الكتاب.

وتفضلوا بقبول فائق الاحترام،،

قيس محمد النصف
مراقب حسابات مرخص رقم 38 فئة (أ)
BDO النصف وشركاه

BDO النصف وشركاه عضو ﻓﻲ BDO الدولية المحدودة، شركة محدودة ﻓﻲ المملكة المتحدة، وتشكل جزءاً من الشبكة الدولية لشركات BDO المستقلة.

**صفحة 1 من 1**



Tel:  +965 2242 6999
Fax: +965 2240 1666
www.bdointernational.com

Al Shaheed Tower, 6th Floor
Khaled Ben Al Waleed Street, Sharq
P.O. Box 25578, Safat 13116
Kuwait

31 March 2016,

**Ms. Maria Lazareva,**
**Director,**
**Port Link GP Ltd on behalf of The Port Fund L.P.**

<u>**Subject: Capital Commitments of KGL Investment Company KSCC**</u>

Dear Ms. Lazareva,

We, BDO (Al Nisf & Partners) are the External Auditors of The Port Fund L.P (the "Fund") for the year ended 31 December 2015.

The Fund was established on 21 March 2007 and registered as an exempt limited partnership in the Cayman Islands and is governed under the Cayman Laws and in accordance with the terms of the Private Placement Memorandum.

Based on our Audit of Financial Statements of the Fund, we confirm that the Capital commitment balance with the accrued interest charged has been properly recorded in the books of accounts of the Fund and disclosed in the statement of financial position and the note to the Audited Financial Statements of the Fund as part of Due from KGL Investment Company.

The total capital commitment of KGL Investment Co. in the Port Fund L.P. was USD 20,000,000.

KGL Investment Co. has paid USD 19,309,215 to Port Fund for capital commitment.

This letter is issued at the request of the Fund Manager. Therefore, BDO (Al Nisf & Partners) and its personnel shall not be liable to any claims, liabilities, costs, and expenses relating to our services under this letter.

Yours faithfully

**Qais M. Al-Nisf**
**License No. 38-A**
**BDO Al Nisf & Partners**

BDO Al Nisf & Partners is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

2



تيلفون : 6999 2242 965+
فاكس: 1666 2240 965+
www.bdointernational.com

برج الشهيد، الدور السادس
شارع خالد بن الوليد، شرق
ص.ب: 25578، الصفاة 13116
الكويت

31 مارس 2016

السيدة/ ماريا لازاريفا          المحترمة
مدير تنفيذي
الموضوع: بورت لنك جي بي المحدودة نيابة عن صندوق الموانئ- شركة توصية

<u>الموضوع: الالتزامات الرأسمالية لشركة كي جي ال للاستثمار ش.م.ك.م.</u>

تحية طيبة وبعد،

نحن، BDO (النصف وشركاه) مراقب الحسابات الخارجي لصندوق الموانئ- شركة توصية ("الصندوق") للسنة المنتهية في 31 ديسمبر 2015.

تأسس الصندوق في 21 مارس 2007 كشركة توصية محدودة معفاة في جزر كايمان خاضعة لأحكام قوانين جزر كايمان ووفقا لشروط مذكرة الاكتتاب الخاص.

بناء على تدقيقنا للبيانات المالية للصندوق، فإننا نؤكد أن رصيد الالتزامات الرأسمالية مع الفوائد المستحقة المحملة تم تسجيلها بشكل صحيح في دفاتر الصندوق والإفصاح عنها في البيانات المالية المدققة للصندوق كجزء من المستحق من شركة كي جي ال للاستثمار:

| | المبلغ<br>دولار أمريكي |
|---|---|
| الالتزامات الرأسمالية لشركة كي جي ال للاستثمار : | 20,000,000 |
| التزامات رأسمالية مستحقة: | 690,785 |
| فائدة مستحقة: | 2,861,194 |
| الرصيد المستحق من شركة كي جي ال للاستثمار كما في 31 ديسمبر 2015: | 3,551,979 |

هذا الكتاب صادر بناء على طلب مدير الصندوق. لذلك، لا يتحمل مكتب BDO (النصف وشركاه) وموظفوه أي دعاوى أو مطالبات أو تكاليف أو مصروفات تتعلق بخدماتنا بموجب هذا الكتاب.

وتفضلوا بقبول فائق الاحترام والتقدير،،،



قيس محمد النصف
الشريك التنفيذي

BDO النصف وشركاه عضو في BDO الدولية المحدودة، شركة محدودة بضمان مسجلة في المملكة المتحدة، وتشكل جزءاً من الشبكة الدولية لشركات BDO المستقلة.



| | | |
|---|---|---|
| Tel:  +965 2242 6999<br>Fax: +965 2240 1666<br>www.bdointernational.com | Al Shaheed Tower, 6th Floor<br>Khaled Ben Al Waleed Street, Sharq<br>P.O. Box 25578, Safat 13116<br>Kuwait | |

31 March 2016,

**Ms. Maria Lazareva,**
**Director,**
**Port Link GP Ltd on behalf of The Port Fund L.P.**

### Subject: Capital Commitments of KGL Investment Company KSCC

Dear Ms. Lazareva,

We, BDO (Al Nisf & Partners) are the External Auditors of The Port Fund L.P (the "Fund") for the year ended 31 December 2015.

The Fund was established on 21 March 2007 and registered as an exempt limited partnership in the Cayman Islands and is governed under the Cayman Laws and in accordance with the terms of the Private Placement Memorandum.

Based on our Audit of Financial Statements of the Fund, we confirm that the Capital commitment balance with the accrued interest charged has been properly recorded in the books of accounts of the Fund and disclosed in the statement of financial position and the note to the Audited Financial Statements of the Fund as part of Due from KGL Investment Company:

| | Amount in USD |
|---|---|
| Capital Commitment of KGL Investment Company : | 20,000,000 |
| Outstanding Capital Commitment : | 690,785 |
| Accrued Interest : | 2,861,194 |
| Balance due from KGL Investment Company as at 31 December 2015: | 3,551,979 |

This letter is issued at the request of the Fund Manager. Therefore, BDO (Al Nisf & Partners) and its personnel shall not be liable to any claims, liabilities, costs, and expenses relating to our services under this letter.

Yours faithfully

........................................
**Qais M. Al-Nisf**
**Managing partner**

BDO Al Nisf & Partners is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

4



Tel: +965 2242 6999
Fax: +965 2240 1666
www.bdointernational.com

Al Shaheed Tower, 6th Floor
Khaled Ben Al Waleed Street, Sharq
P.O. Box 25578, Safat 13116
Kuwait

31 March 2016,

**Ms. Maria Lazareva,**
**Director,**
**Port Link GP Ltd on behalf of The Port Fund L.P.**

### Subject: Capital Commitments of KGL Investment Company KSCC

Dear Ms. Lazareva,

We, BDO (Al Nisf & Partners) are the External Auditors of The Port Fund L.P (the "Fund") for the year ended 31 December 2015.

The Fund was established on 21 March 2007 and registered as an exempt limited partnership in the Cayman Islands and is governed under the Cayman Laws and in accordance with the terms of the Private Placement Memorandum.

Based on our Audit of Financial Statements of the Fund, we confirm that the Capital commitment balance with the accrued interest charged has been properly recorded in the books of accounts of the Fund and disclosed in the statement of financial position and the note to the Audited Financial Statements of the Fund as part of Due from KGL Investment Company.

The total capital commitment of KGL Investment Co. in the Port Fund L.P. was USD 20,000,000.

KGL Investment Co. has paid USD 19,309,215 to Port Fund for capital commitment.

The balance capital commitment outstanding as of 31 December 2015 is USD 690,785.

Port Fund charged to KGL Investment Co. USD 2,861,194 as interest on outstanding capital up to 31 December 2015.

This letter is issued at the request of the Fund Manager. Therefore, BDO (Al Nisf & Partners) and its personnel shall not be liable to any claims, liabilities, costs, and expenses relating to our services under this letter.

Yours faithfully

**Qais M. Al-Nisf**
**License No. 38-A**
**BDO Al Nisf & Partners**

BDO Al Nisf & Partners is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

5



| | |
|---|---|
| تليفون: 6999 2242 965+ | بـرج الشهيد، الـدور الـسـادس |
| فاكس: 1666 2240 965+ | شارع خالد بن الوليد، شرق |
| www.bdointernational.com | ص.ب.: 25578، الصفاة 13116 |
| | الكويت |

التاريخ: 31 مارس 2016

السيدة/ لازارينا     المحترمة
مدير
صندوق الموانئ (شراكة محدودة)

<u>**الموضوع: الإلتزامات الرأسمالية لشركة كي جي إل للاستثمار ش.م.ك.م**</u>

نحن بي دي أو (النصف وشركاه) ، مراقب الحسابات الخارجي لصندوق الموانئ (شركة توصية) ("الصندوق") للسنه المنتهية في 31 ديسمبر 2015 .

تم تأسيس الصندوق في 21 مارس 2007 كشراكة محدودة في جزر الكايمان وهو خاضع لقوانين جزر الكايمان ولأحكام نشرة الاكتتاب الخاص.

استناداً إلى تدقيقنا للبيانات المالية للصندوق، نؤكد بأن رصيد الإلتزامات الرأسمالية مع الفائدة المستحقة المحتسبة قد تم تسجيلهم بالشكل الصحيح في دفاتر حسابات الصندوق، كما تم الإفصاح عنهم في البيانات المالية المدققة للصندوق كجزء من المبالغ المستحقة من شركة كي جي إل للاستثمار ش.م.ك.م.

إن إجمالي مبلغ الإلتزامات الرأسمالية لشركة كي جي إل للاستثمار في صندوق الموانئ كان 20,000,000 دولار امريكي.

وقد دفعت شركة كي جي إل للاستثمار لصندوق الموانئ مبلغ 19,309,215 دولار امريكي عن الإلتزامات الرأسمالية.

والرصيد المستحق عن الإلتزامات الرأسمالية كما في 31 ديسمبر 2015 هو 690,785 دولار امريكي.

وقد حمل صندوق الموانئ شركة كي جي إل للاستثمار مبلغ 2,861,194 دولار امريكي كفائدة عن رأس المال المستحق حتى 31 ديسمبر 2015.

هذا الكتاب صادر بناء على طلب مدير الصندوق، لذلك، لا يتحمل مكتب BDO (النصف وشركاه) وموظفوه أي دعاوي او اي مطالبات أوتكاليف أو مصاريف تتعلق بخدماتنا بموجب هذا الكتاب.

وتفضلوا بقبول فائق الاحترام،،



**قيس محمد النصف**
**مراقب حسابات مرخص رقم 38 فئة (أ)**
**BDO النصف وشركاه**

BDO النصف وشركاه عضو في BDO الدولية المحدودة، شركة محدودة بضمان في المملكة المتحدة، وتشكل جزءاً من الشبكة الدولية لشركات BDO المستقلة.

**صفحة 1 من 2**

**KGL INVESTMENT CAYMAN LTD.**
Walkers Corporate Limited, Cayman Corporate Centre
27 Hospital Road, George Town, Grand Cayman KTI-9008, Cayman Islands

June 16, 2018

Port Link GP Ltd
The Port Fund L.P.
c/o Walkers Corporate Limited
Cayman Corporate Center, 27 Hospital Road
Georgetown, Grand Cayman KY1-9008
CAYMAN ISLANDS

     Re:  DEMAND NOTICE

Dear Sirs:

     KGL Investment Cayman Ltd. ("KGLI Cayman") is the Investment Manager (all capitalized terms are the same as used in the LPA, as defined herein) under the July 14, 2008 Amended and Restated Limited Partnership Agreement ("LPA") of The Port Fund L.P. (the "Partnership").  Section 4.3(b)(iv) of the LPA requires the Partnership to pay Carry to KGLI Cayman as the Investment Manager of the Partnership.  Under the LPA, the Carry is 20 percent of Distributions from exited Fund Investments.

     The Partnership exited all Fund Investments in late 2017 and informed KGLI Cayman that it would be wiring $45,462,000 in Carry to KGLI Cayman's account.  KGLI Cayman understands that BDO Unibank, Inc. of the Philippines on November 14, 2017 wired US$496,429,777 to Port Link's account at Noor Bank in Dubai, a portion of which would have been used to pay KGLI Cayman the Carry.  It has been over seven months since that time and Port Link has failed to pay KGLI Cayman its $45,462,000 in Carry.

     KGLI Cayman hereby demands that Port Link, as the General Partner of the Partnership, pay the above Carry amount by not later than 10:00 AM Dubai time on Monday, June 18, 2008 or it will institute immediate legal action to against Port Link and the Partnership to recovery the Carry, including seeking an order to enjoin Port Link and the Partnership from dissipating or disposing of any asset available to satisfy a judgment in the amount of the Carry plus interest and other damages.

                Sincerely,

                KGL Investment Cayman Ltd.



Ground Level, Building 4
The Gate District
Dubai International
Financial Centre
PO Box 211724,
Dubai UAE

Tel  +971 4 427 3333
Fax  +971 4 427 3330
www.difccourts.ae

# Admission

**Issued Date:07/11/18**

## Case Information (as appears on the claim form)

| | | |
|---|---|---|
| **Case No.** | : | CFI-050-2018 |
| **Case Title** | : | Emerging Markets PE Management Limited vs Port Link GP, Ltd |

## Party Filing (as appears on the claim form)

| | | |
|---|---|---|
| **Party Type** | : | Defendant |
| **Defendant's Name** | : | Port Link GP, Ltd, The Port Fund LP |

## Details

| | | |
|---|---|---|
| **Admission** | : | The Defendant admits liability for the whole of the claim in respect to a specified amount of money. |
| **Currency Type** | : | USD |
| **Specified amount** | : | 56,808,005.00 |

## Statement of Truth

**Our Client believes that the facts stated in this claim form are true.**

| | | |
|---|---|---|
| **Full Name** | : | Sharon Lakhan |
| **Signature** | : | *Sharon Lakhan* |

## Who is Submitting this Document

| | | |
|---|---|---|
| **Firm/Name** | : | Global Advocacy and Legal Counsel |
| **Court Registration No.** | : | 958A |
| **Address** | : | 21st Floor Rolex Tower Sheikh Zayed Road P.O. Box 93443 |
| **Email** | : | ali@globaladvocates.net;ali@globaladvocates.net; sharon.lakhan@globaladvocates.net |
| **Telephone No.** | : | +971 4 327 7772 |

2

Once this form and attachment have been submitted successfully, you will receive a confirmation message. If your submission is unsuccessful you will receive a message explaining the error and how to rectify it.

If you have any problems filling out the form or need further assistance please contact us on +97144273333 or by email on registry@difccourts.ae.

The courts at the DIFC are open between 10am and 4pm, Sunday to Thursday. Please address all correspondence with the court to the Registry (registry@difccourts.ae) and quote the case number.

3



# تقرير

## صندوق الموانئ

**(The Port Fund)**

مقدم إلى
### صنـــدوق المـوانـــئ

إعداد
### شركة الشال للاستشارات

أكتوبر 2009



شركة الثمال للاستشارات

# تقرير عن صندوق الموانئ

## فهرس المحتويات

| البنــــد | الصفحة |
|---|---|
| أولاً: مقدمة | 2 |
| ثانياً: الحقائق الأساسية حول الصندوق | 2 |
| ثالثاً: جدول الشروط | 3 |
| رابعاً: خبرة الإدارة | 5 |
| أ– مؤهلات الإدارة | 5 |
| ب– تدفق الفرص الاستثمارية | 5 |
| خامساً: إستراتيجية وعملية الاستثمار | 5 |
| أ– معايير الاستثمار | 5 |
| ب– عملية الاستثمار | 5 |
| سادساً: أداء الصندوق حتى تاريخه | 6 |
| أ– الأداء المالي للاستثمارات الرئيسية | 6 |
| ب– الأداء المالي العام للصندوق | 10 |
| ج– هيكل الأصول لسنة 2009 | 10 |
| سابعاً: الاستثمارات الجديدة | 11 |
| ثامناً: رأي إدارة صندوق الموانئ بخصوص تخفيف المخاطر | 12 |
| أ– تخفيف المخاطر التشغيلية | 12 |
| ب– مبادئ الإدارة الرشيدة (الحوكمة) وتخفيف المخاطر | 13 |
| ج– تخفيف مخاطر الائتمان | 13 |

الملاحق
الملحق (أ): قائمة شاملة من التقارير التي تم استعراضها
الملحق (ب): قائمة بالمستثمرين الحاليين
الملحق (ج): البيانات المالية لصندوق الموانئ



<div align="right">شركة الشال للاستشارات</div>

## صندوق الموانئ "الصندوق"

### أولاً: مقدمة

شركة كي جي ال للاستثمار (ويشار إليها فيما بعد باسم "الشركة")، هي شركة استثمار وتطوير كويتية متخصصة في مجال الاستشارات البديلة، يبلغ رأسمالها 15 مليون دينار كويتي، وتخضع لرقابة بنك الكويت المركزي. وقامت "الشركة" بإنشاء صندوق الموانئ ("الصندوق") بتاريخ 21 مـــارس 2007 كشركة محدودة معفاة في جزر كايمان، برأسمال 142.85 مليون دولار أمريكي مدفوع منـــه 92.85 مليون دولار أمريكي.

ويسعى الصندوق حاليا إلى زيادة رأسماله بمقدار 50–100 مليون دولار أمريكي من خلال اكتتـــاب خاص، وقام بإعداد نشرة اكتتاب خاص في أغسطس 2009 لـــذلك الغـــرض. وقـــد طلـــب بعـــض المستثمرين المرتقبين من إدارة الصندوق تقريراً موجزا حول الصندوق، معداً من قبل طرف مستقل. وعليه، قام الصندوق بتكليف شركة الشال للاستشارات (ويشار إليها فيما بعد باسم "الشال") بتلخـــيص أداء الصندوق منذ إنشائه ووضعه الحالي وأهم الوقائع عن الاكتتاب الخاص. وحتى يتســـنى ذلـــك، قامت الشال بمراجعة مستندات عديدة متعلقة بالصندوق، مثل نشـــرة الاكتتـــاب الخـــاص الأصـــلية والجديدة، والبيانات المالية المدققة للصندوق لسنة 2008، وموجز عن بيانـــات الأداء للـــربعين الأول والثاني من سنة 2009، واللذين قام صندوق الموانئ بإعدادهما.

وبناءً على ذلك، يتضمن هذا التقرير والمعد من قبل الشال ملخص للاســـتثمار والوقـــائع الأساســـية للصندوق، وشروطه، واستثماراته الحالية والمستقبلية، ورأي إدارة الصندوق بشأن تخفيف أو تجنـــب المخاطر. ويستند هذا التقرير حصراً على المعلومات التي وفرتها إدارة الصندوق للشال والمبينة فـــي ملحق (أ) ولا تقدم الشال أي رأي بخصوص ما راجعته ولكن تقدمه كما هو، إضافة لم تقـــم الشـــال بإجراء أية مراجعة تحقق نافية للجهالة مستقلة للتحقق من صحة أو دقة أو اكتمال المعلومات المقدمـــة حول فرصة الاستثمار.

ولا بد من التنويه أن أي مستثمر أو مستثمرين يجب أن لا يعتمدوا فقط على هذه الوثيقة فـــي اتخـــاذ قرارهم الاستثماري، وأن يقوموا بإجراء مراجعة تحقق نافية للجهالة خاصة بهم وتقييم الاستثمار مـــن جانبهم. ولا يجوز إعادة نسخ هذا التقرير أو استخدامه، كلياً أو جزئيا، لأي غرض آخر غير الغرض الذي أعد من أجله، وأي متلقي لهذا التقرير يجب أن يتعامل معه كوثيقة بالغة السرية وأن لا يفصـــح عنه لأي طرف آخر دون موافقة كتابية مسبقة من الصندوق والشال.

### ثانياً: الحقائق الأساسية حول الصندوق

تم عرض هذا الصندوق أول مرة من قبل "شركة كي جي ال للاستثمار" في إبريل 2007 للاســـتثمار في إدارة وعمليات الموانئ، والأعمال المرتبطة بها، وكذلك في القطاعات الأخـــرى المتوافقـــة مـــع الهدف الاستثماري للصندوق، ويشمل ذلك – على سبيل المثال لا الحصر – الخـــدمات اللوجســـتية، وقطاعات التقنية والشحن. ويدار الصندوق من قبل الشركة من خلال شركة مملوكة لها بالكامل تسمى "شركة كي جي ال للاستثمار – جزر كايمان".

---

<div align="left">2</div>

<div align="right">صندوق الموانئ</div>



<div dir="rtl">

شركة الشمال للاستشارات

وشركة كي جي ال للاستثمار" تملك نسبة 21.45% علما أن ملحق (ب) يحتوي على لائحة كاملــة بأسماء المستثمرين.

ويسعى الصندوق حاليا إلى حشد رأسمال إضافي يتراوح ما بين 50–100 مليون دولار أمريكي مــن مستثمرين حاليين و/أو جدد لتوفير الإلتزامات الحالية للصندوق والناتجة عن عجز الصــندوق عــن الإقتراض والناتج بدوره عن الوضع الحالي للاقتصاد العالمي، وللإفادة من فرص سانحة كشفت عنها الأزمة المالية التي يمر بها الاقتصاد العالمي. وتستهدف الإلتزامات المالية الجديدة والأموال الملتــزم بها سابقاً من مستثمرين حاليين تعزيز مشروع جلوبال جيتوي للخدمات اللوجيستية بنحو 14 مليــون دولار أمريكي واستثمارات جديدة، فمن المتوقع تخصيص 30 مليون دولار أمريكي لمشروع "فاسكو" و20 مليون دولار أمريكي لمشروع "سكوبا" و30 مليون دولار أمريكي لمشــروع "مينــاء العقبــة" (للتفاصيل عن الاستثمارات الجديدة الرجاء مراجعة فقرة "سابعاً").

وقد حصل الصندوق على تنازل من جميــع الشــركاء المحــدودين (Limited Partners)، يســمح للصندوق بتمديد تاريخ الإقفال بغرض حشد أموال جديدة، والتنازل عن القيود المتعلقة بالحد الأقصى للتركز الجغرافي البالغ نسبته 30%، والحد الأقصى لتركز الأصول، وكذلك لوضع تفاصيل التســعير التي سيتم بموجبها إدخال شركاء محدودين إضافيين إلى الصندوق.

وقد قام المستشارون القانونيون للصندوق "والكرز" بإعداد تقرير يخص رأيهم القــانوني بالصــندوق، ذكروا فيه أن الصندوق يتمتع بوضع جيد وليست هناك أي إجراءات قانونية معلقة لصالحه أو ضده.

## ثالثاً: جدول الشروط

| | |
|---|---|
| راعي الصندوق | شركة كي جي ال للاستثمار. |
| المنسق الإداري | موريتس إنترناشيونال فاينانس أدمينستريشن ("موريتس"). |
| المستشار القانوني | ووكرز (دبي) إل إل بي لقوانين كايمان أيلاند والعشان والخلف (محلياً). |
| الأصول المستهدفة | إدارة وعمليات الموانئ، والأعمال المرتبطة بها مثـل الخـدمات اللوجسـتية، وقطاعي التقنية والشحن. |
| الحجم الحالي للصندوق | رأسمال بقيمة 92.58 مليون دولار أمريكي. |
| الأموال المطلوب حشدها | رأسمال إضافي بمبلغ 50–100 مليون دولار أمريكي. |
| التزام راعي الصندوق حتى تاريخه | 21.5% من رأس المال، لغاية 20 مليون دولار أمريكي. |
| أجل الصندوق | 5 سنوات خيار تمديد سنة واحدة مرتين. |
| تاريخ الإقفال | 21 ديسمبر 2009. |
| العائد المستهدف | معدل عائد داخلي يتــراوح مــا بــين 15–20% (بعـد اسـتقطاع الرسـوم والمصروفات على مستوى الصندوق). |
| الهيكل القانوني | شركة محدودة معفاة تأسست وتم تسجيلها في كايمان أيلاند. |
| رسوم الاكتتاب | لا توجد رسوم اكتتاب. |
| رسوم إدارة الأصول | تبلغ رسوم إدارة الأصول 2.0% سنوياً على رأس المال الملتزم به. وفي حالــة تمديد أجل الصندوق لأية فترة أخرى اختيارية تبلغ سنة، يتم خفض هذه الرسوم إلى 1.5% عن تلك الفترة. |
| أتعاب تشجيعية | عندما يتم التخارج من أي استثمار ستوزع حصيلة البيــع أولاً إلــى الشــركاء المحدودين لغاية استرجاع الشركاء المحدودين لرأسمالهم في تلـك الاسـتثمار بالإضافة إلى 8% عائد على رأس المال، ثم إلـى مـدير الاسـتثمار كأتعـاب تشجيعية لغاية حصوله على 20% من الأموال المحصلة من الشركاء المحدودين |

3

صندوق الموانئ

</div>



<div align="right">شركة الشمال للاستشارات</div>

| | |
|---|---|
| | وبعد ذلك 80% من المتبقي ستذهب إلى الشركاء المحدودين و20% إلى مـدير الاستثمار. <br> والـ 20% التي يتقاضاها مدير الاستثمار سـتعدل صـعودا وهبوطـا سـنويا بالاعتماد على أداء الصندوق، بحيث يتقاضى مدير الاستثمار نصيبه من الأرباح فقط عندما يتم التخارج من استثمار ما وتوزع النقد على الشركاء المحدودين. إضافة، عند التخارج من استثمار ما نحو 10% من الأتعاب التشجيعية لمـدير الاستثمار سوف تحتجز لضمان إمكانية استرداد جزء من الأتعاب التشجيعية في حال انخفاض أداء الاستثمارات المتبقية في الصندوق. |
| لجنة الاستثمار | (1)   مارشا لازاريفا – رئيس مجلس إدارة لجنة للاستثمار، وعضو مجلس الموانئ، ونائب رئيس مجلس الإدارة والعضو المنتـدب لشـركة كـي جـي ال للاستثمار. <br> (2)   د. مهدي الجزاف – عضو مجلس إدارة كي جي ال للاستثمار. <br> (3)   مارك ويليامز – مدير الاستثمار –الملكية الخاصة في صندوق الموانئ. <br> (4)   مانيش رائي – المدير المالي لشركة كي جي ال للاستثمار. |
| الاستثمارات حتى تاريخه | (1) شركة دمياط الدولية للموانئ: <br> – امتياز على أساس البناء والتشغيل وتحويل الملكية مع هيئة موانئ دمياط. <br> – المبلغ الملتزم به 20 مليون دولار أمريكي. <br> – معدل العائد الداخلي المستهدف على حقوق الملكية 15%+/-. <br><br> (2) إم بي سي جلوبل للفرص البحرية: <br> – صندوق يملك ويقوم بتشغيل بواخر شحن. <br> – المبلغ الملتزم به 25 مليون دولار أمريكي. <br><br> (3) جلوبل جيتواي للخدمات اللوجستية: <br> – عقار متعدد الاستخدامات في الفلبين. <br> – المبلغ الملتزم به لغاية 30 مليون دولار أمريكي. <br> – معدل العائد الداخلي المستهدف على حقوق الملكية 25%+/-. <br><br> (4) نيجروس للملاحة (نيجروس): <br> – شركة نقل وشحن وإدارة الموانئ. <br> – المبلغ الملتزم به والمسدد 27.5 مليون دولار أمريكي. <br> – معدل العائد الداخلي المستهدف على حقوق الملكية 40%. |
| التسعير للشركاء المحدودين الإضافيين | الخيار 1: إما بناءً على أساس إعادة تقييم الشركة وأصولها، وفي هذه الحالـة، لن يتم تقاضي أي رسوم جزائية على الشريك المحدود الإضافي، الذي يتم تحديد حصته النسبية من الأرباح أو الخسائر المستقبلية للصندوق بعـد 31 ديسـمبر 2008 بتقسيم مساهمته في رأس المال على إجمـالي صـافي قيمـة الأصـول للصندوق (والمساهمات الرأسمالية لجميع الشركاء المحدودين الإضافيين، بمـن فيهم الشريك نفسه بتاريخ 31 ديسمبر 2008)، أو <br> الخيار 2: سيكون مطلوباً من الشركاء المحدودين الجدد المساهمة (بالإضافة إلى التزامهم الرأسمالي) بمبلغ يعادل 8% سنوياً بالإضافة إلى التزامهم الرأسـمالي، ويحتسب من تاريخ الإقفال الأولي للصندوق ولغاية تـاريخ اكتتـاب الشـريك المحدود الجديد (رسوم السداد المتأخر"). وفي أعقاب إدخال الشركاء المحدودين الجدد مباشرة، تتم إضافة رسوم السداد المتأخر بالتناسب مع كل مـن حسـابات رأس المال للشركاء المحدودين الحاليين، بعد الأخذ بعين الاعتبار أية مساهمات رأسمالية إضافية للشركاء المحدودين المساهمين بموجب الاتفاقية. وفـي هـذه الحالة، سوف يعتبر ويعامل الشريك المحدود الجديد كشريك محدود حـالي فـي الصندوق من تاريخ الإقفال الأولي (باستثناء ما يخص برسوم السداد المتأخر). |

<div align="center">4</div>

<div align="right">صندوق الموانئ</div>



<div dir="rtl">

شركة الشمال للاستشارات

## رابعاً: خبرة الإدارة

### أ– مؤهلات الإدارة

وردت تفاصيل السير الذاتية لأعضاء لجنة الاستثمار وأعضاء مجلس الإدارة فـي كــل مــن نشــرة الاكتتاب الخاص القديمة والجديدة. وعلمت الشمال أن الإدارة تتمتع بخبرة تراكمية ملحوظة في مجـال الخدمات اللوجستية وإدارة الموانئ، وإعادة هيكلة الشركات، وشركات الملكية الخاصة.

### ب– تدفق الفرص الاستثمارية

شهد الصندوق منذ إنشائه، تدفقاً مستمراً للفرص الاستثمارية. وقد قام الصندوق بمراجعة 58 صــفقة، وأجرى 13 مراجعة تحقق نافية للجهالة، واعتمد 7 صفقات للمفاوضات النهائية، ومن تلك الصـــفقات، أجرى صندوق الموانئ 4 استثمارات ولديه 3 فرص استثمارية سانحة.

تتأتى الكثير من الفرص من مجموعة الرابطة من خلال شركة كي جي ال للاستثمار أو من مكاتــب شركة رابطة الكويت والخليج للنقل[1] في كل من الكويت، وروتردام، والفلبين. فعلــى ســبيل المثــال، قامت شركة رابطة الكويت والخليج القابضة بجلب مشروع دمياط، وتم تقديم صــندوق إم بــي ســي جلوبل للفرص البحرية من خلال علاقة شخصية في مورجان ستانلي في نيويــورك، أمــا مشــروع نيجروس فكان من خلال مكتب روتردام. كذلك يتم الحصول على الفرص من أطراف خارجية مثــل مؤسسات استشارية وجهات تشغيل في القطاع، وممولين ومصرفيين، ووزارات ومؤسسات حكومية.

## خامساً: استراتيجية وعملية الاستثمار

### أ– معايير الاستثمار

حددت نشرة الاكتتاب الخاصة أن السوق المستهدف بشكل أساسي هو آسيا وأفريقيا والشرق الأوسط، بحيث سعى الصندوق إلى الاستثمار في:

✓ مشاريع أو شركات قائمة لديها إدارة عالية الكفاءة تستطيع تحقيق أهداف الصندوق.
✓ مشروعات وليدة أو قائمة ذات نمو مرتفع.

وقد التزم مدير الصندوق بالمعايير المحددة في نشرة الاكتتاب الخاص، مع التركيز على التواجد فــي أسواق يعرفها إما من خلال تواجد مكتب أو أي شكل آخر من أشكال التمثيل (الشــروق الأوســط – الكويت ومصر، آسيا – مانيلا، الفلبين، أوروبا – روتردام، هولندا).

### ب– عملية الاستثمار

تستخدم إدارة الصندوق الأسلوب التقليدي والمتعارف عليه لصندوق متخصص فــي أســهم شــركات الملكية الخاصة. ويتولى مدير الاستثمار مسؤولية تواجد تدفق جيد للفرص الاستثمارية، وتحليــل، وهيكلة، وإدارة الاستثمار، وتحديد إستراتيجية التخارج.

وقد قامت الشمال بمراجعة عينة من المستندات المتعلقة بالفرص المعتمــدة والمرفوضــة للصــندوق، ولاحظت الالتزام بشكل عام بالعملية الموثقة في نشرة الاكتتاب الخاص الأصلية. كما اتخذ الصندوق،

---

[1] شركة رابطة الكويت والخليج للنقل وشركة كي جي ال للاستثمار هما شركتان منفصلتان ولكل منها كيانه القانوني.

---

صندوق الموانئ

</div>

شركة الشمال للاستثمارات

عند حيازة فرصة استثمارية، أسلوباً إدارياً فعالاً يركز فيه على العمليــات ويتطلـــب حصـــة مـــؤثرة ومتابعة ورقابة مستمرة.

1. شركة دمياط الدولية للموانئ – للصندوق عضوان في مجلس الإدارة، من أصل 10 أعضاء، بينما تمتلك شركة كي جي ال للموانئ مقعدين آخرين، بحيث يكون لمجموعـــة الرابطـــة مـــا مجموعه 4 أعضاء مع حق الاعتراض على قرارات مجلس الإدارة وإيقافها.

2. جلوبال جيتواي للخدمات اللوجستية (جي جي دي سي) – جميع أعضـــاء مجلـــس الإدارة (3 أعضاء)، إذ إن صندوق الموانئ يملك الشركة كاملة.

3. صندوق إم بي سي جلوبل للفرص البحرية – لصندوق الموانئ وضعية المراقب فـــي لجنـــة الاستثمار ويحضر اجتماعاتها بهذه الصفة.

4. نيجروس للملاحة – لدى الصندوق عضوين في مجلس الإدارة وصلاحية ترشيح عضو ثالث من أصل خمسة أعضاء في مجلس الإدارة، بحيث يكون لصندوق الموانئ أغلبية مسيطرة.

## سادساً: أداء الصندوق حتى تاريخه

### أ– الأداء المالي للاستثمارات الرئيسية

استثمر صندوق الموانئ خلال عام 2008 في أربع فرص استثمارية نورد تفصيلها فيما يلي:

### 1. شركة نيجروز للملاحة

في شهر مارس 2008، استحوذ صندوق الموانئ على حصة اقتصادية بلغـــت 80% فـــي شـــركة نيجروز للملاحة (نيجروز) وهي شركة شحن فلبينية تمارس بشكل أساسي عمليات محلية. وللصندوق عضوين في مجلس الإدارة مع إمكانية تعيين عضو ثالث من خلال "شركة كي جي ال – إن إم" والتي تمتلك بدورها حصة بنسبة 99.04% من الأسهم في نيجروز (أي أن الصندوق يمتلك 79.23%).

التزم صندوق الموانئ بالإستثمار في "شركة كي جي ال – إن إم" بحـــد أقصـــى 30 مليـــون دولار أمريكي في صورة أسهم تفضيلية (ممتازة) تراكمية قابلة للاسترداد من الفئة أ بمعدل عائد يبلغ 30% سنوياً للسنوات الأربع الأولى. وفي نهاية 2008، بلغت المساهمة الممولة لصـــندوق المـــوانئ فـــي نيجروز ما قيمته 18.89 مليون دولار أمريكي، علما أن المعدل العائد الداخلي المتوقع لهذا الاستثمار يبلغ نحو 40%.

تم تقييم نيجروز في 31 ديسمبر 2008 من قبل السادة/ بونوجبايان آند أروالو[2] بقيمة 52.3 مليـــون دولار أمريكي أي أن قيمة حصة الصندوق كانت 33.96 مليون دولار أمريكي (بعـــد التعـــديلات). وهذه القيمة تم إدراجها في البيانات المالية المدققة للصندوق لعام 2008، مسجلة بذلك أرباحـــا غيـــر محققة بلغت 15.06 مليون دولار أمريكي وهو الأمر الذي منح الصندوق مكاسب بلغـــت 79.75% على هذا الاستثمار.

وفي عام 2009، قام صندوق الموانئ بتمويل الإستثمار بحيث بلغ المبلغ الإجمالي نحو 28.6 مليون دولار أمريكي وهذا يشكل الإلتزام الكلي للإستثمار بما فيها الالتزامات الرأسمالية و تم استخدام جـــزء كبير من هذا الاستثمار في سداد ديون قائمة مما جعل شركة نيجروز شركة حرة من الدين. وقد حققت

---

[2] عضو جرانت ثورنتون في الفلبين

صندوق الموانئ



شركة الشلال للاستشارات

نيجروز في عام 2008 أرباحاً قبل الفوائد والضرائب والإهلاك والإطفاء بلغــت 8 مليــون دولار أمريكي وذلك بسبب جهود إعادة الهيكلة خلال عامي 2006–2007 وما تبــع ذلــك مـــن توســـيع لأسطولها.

وخلال النصف الأول من عام 2009، حققت نيجروز إيرادات بلغت 26.3 مليون دولار أمريكـــي [3] وأرباح قبل الفوائد والضرائب والإهلاك والإطفاء بلغت 7.9 مليون دولار أمريكي ما يمثل زيادة في الإيرادات بنسبة 6.5% وزيادة في الأرباح قبل الفوائد والضرائب والإهلاك والإطفـــاء نســـبة 47% مقارنة بنتائج النصف الأول من عام 2008. ومن المتوقع أن تحقق نيجـــروز 11.5 مليــون دولار أمريكي كأرباح قبل الفوائد والضرائب والإهلاك والإطفاء خلال عام 2009.

تتوقع إدارة الصندوق أن يكون أسلوب التخارج من هذا الاستثمار من خلال اكتتاب عام في الفلبين في عام 2012.

*2. مدينة جلوبل جيتواي للخدمات اللوجستية*

مدينة جلوبل جيتواي للخدمات اللوجستية عبارة عن مشـــروع عقـــاري عـــالي المســتوى ومتعـــدد الاستخدامات ويركز على الخدمات اللوجستية في الفلبين يغطي مساحة 177 هكتار متاخمة للمطــار الدولي. وهذا المشروع ملك شركة جلوبل جيتواي للتطوير والتي حصلت على الأرض مـــن خـــلال امتياز/عقد إيجار لمدة 50 سنة مع شرط خيار التجديد لمدة 25 سنة مـــع شـــركة كـــلارك للمطـــار الدولي [4].

وخلال الربع الثالث من عام 2008، استحوذ صندوق الموانئ على حصة 100% في شركة جلوبــل جيتواي للتطوير، وبذلك تمكن من شغل المقاعد الثلاثة في مجلس الإدارة. وفي تاريخ الاستثمار بلـــغ العائد الداخلي المتوقع للمشروع بنسبة تفوق 25%.

وقد وافق صندوق الموانئ على خطة لاستثمار نحو 30 مليون دولار أمريكي كحقوق الملكية خــلال السنوات الثلاث القادمة.

- مع نهاية 2008 كان صندوق الموانئ قد ساهم بمبلغ 10 مليون دولار أمريكي فـــي جلوبـــل جيتواي للتطوير، حيث تم تقييم المشروع (مدينة جلوبل جيتواي للخدمات اللوجستية) من قبـــل سي بي ريتشاردز إليز بقيمة 35.56 مليون دولار أمريكي. وقد تم اعتماد هذه القيمـــة فـــي البيانات المالية المدققة للصندوق لسنة 2008 ليسجل الصندوق بذلك أرباحاً غير محققة بلغت 25.5 مليون دولار أمريكي أي بزيادة قدرها 255.55%.

- وبحلول أكتوبر 2009 قام الصندوق بتحويل مبلغ 6 مليون دولار أمريكي لتصل بذلك المبالغ المحولة المتراكمة إلى 16 مليون دولار أمريكي. وكان مبلغ 6 مليون دولار أمريكي مقابـــل مصاريف التصميم الأولي والأعمال الهندسية. ومبلــغ 14 مليــون دولار أمريكـــي البــاقي مخصص لضخ سيولة نقدية مخططة وغير ملزمة.

---

[3] سعر الصرف المستخدم 1 دولار أمريكي = 48 بيزو فلبيني
[4] شركة مطار كلارك الدولي شركة تملكها وتسيطر عليها حكومة الفلبين تتولى إدارة مطار كلارك الدولي وهو المطار الرئيسي الذي يخدم منطقة كلارك الاقتصادية حيث يقع مقر الشركة.

صندوق الموانئ



شركة الشمال للاستشارات

في عام 2009 وافقت شركة كلارك للمطار الدولي على المخطط الهيكلي لمشـروع مدينـــة جلوبـــل جيتواي للخدمات اللوجستية، ومن المتوقع البدء بأعمال الإنشاء في الربع الرابع من عام 2009.

وقدرت إدارة الصندوق قيمة الاستثمار بنحو 59 مليون دولار أمريكي حتى سبتمبر 2009، وقد تــم في الوقت الحالي الانتهاء من إعداد مذكرة الاكتتاب الخاص بصيغتها النهائية وتعميمهـــا علـــى عــدد محدود من الجهات الراغبة من أجل جمع مزيد من رأس المال لأعمال التطوير.

يتوقع إدارة الصندوق أن أسلوب التخارج لهذا الاستثمار سيكون اكتتاب عام من خلال REIT في عام 2012.

*3. شركة دمياط الدولية للموانئ*
شركة دمياط الدولية للموانئ عبارة عن كيان متخصص لتطوير وبناء وتشغيل ميناء تقع غرب مدخل قناة السويس إلى البحر المتوسط، تم تأسيسها برأسمال قدره 200 مليون دولار أمريكي، والميناء حاليًا قيد الإنشاء ومن المتوقع أن يباشر أعماله في نوفمبر 2010.

وقد استثمر صندوق الموانئ مبلغ 20 مليون دولار أمريكي بطريقة غير مباشرة في شـــركة دميـــاط الدولية للموانئ من خلال قرض مقدم إلى شركة كي جي ال الدولية للموانئ، والقرض يحمـــل فائـــدة قدرها 28% سنويًا ويسري لمدة 5 سنوات يكون للصندوق خلالها الخيـــار بالاحتفـــاظ بـــالقرض أو تحويله إلى حصة ملكية بنسبة 10% في رأس المال الأولى لشركة دمياط الدولية للمـــوانئ. ومـــن الناحية الأخرى لدى شركة كي جي ال الدولية للموانئ الخيار في سداد الدين مع الفوائد بعـــد السـنة الثانية من مدة القرض.

وبينت إدارة الصندوق أن شركة دمياط الدولية للموانئ في نهاية عام 2008 كانت تواجه العديد مـــن المشكلات أخرت المشروع بناء ميناء دمياط بنحو 9 أشهر بسبب إختلاف في تفسير اتفاقية الإمتياز ما بين وزارة المواصلات و شركة دمياط الدولية للموانئ وتسبب التأخير في زيادة المصاريف و أعـــاق عملية سحب دفعات الدين مما أدى إلى نفاذ أموال المشروع بحلول الربع الأول من عام 2009. وفي عام 2009 قام كلا الطرفين بمعالجة هذه المشكلات عن طريق تعيين إدارة وفرق تشغيل جديدة، وقد التزم مجلس إدارة شركة دمياط للموانئ بزيادة إضافية في رأس المال تبلغ 115 مليون دولار أمريكي في صورة نقد وخطابات إعتماد وسندات. وفي شهر يوليو 2009، تم التوصل إلى اتفاق بين شـــركة دمياط للموانئ والمقاولين والموردين للسير قدمًا بالمشروع لضمان حجز 2.5 مليون وحـــدة مكافئـــة لعشرين قدم[5]عندما يبدأ الميناء بالعمل خلال عام 2010.

وتتوقع إدارة صندوق الموانئ أن يكتسب المشروع قيمته الحقيقية في الربع الخير لعام 2010 عنـــدما تبدأ العمليات، والتي ستبلور من خلال إلتزام بعض مؤسسي شركة دمياط الدولية للموانئ –شـــركات شحن عالمية– للنقل من خلال الميناء من بداية عمليات الميناء.

وقد أبدت بعض الجهات رغبة في شراء حصة صندوق الموانئ في شركة دمياط الدولية للموانئ، غير أن صندوق الموانئ ليس بصدد المفاوضات في الوقت الحالي لأنه يعتقد بأن قيمة شركة دمياط الدولية

---

[5] وحدة قياس للحاويات (Twenty Foot Equivalent Unit)

صندوق الموانئ



<div dir="rtl">

شركة الشال للاستشارات

للموانئ سوف تكون أعلى بكثير عندما تبدأ العمليات في عام 2010. وقد بلغت القيمة الدفترية لشركة دمياط الدولية للموانئ 20 مليون دولار أمريكي زائدا الفوائد المتراكمة والبالغة نحـو 11.7 مليـون دولار كما في سبتمبر 2009.

ولا تتوقع إدارة الصندوق أن شركة كي جي ال الدولية للموانئ ستسدد القرض قبل موعـد اسـتحقاقه وعليه من المتوقع أن يحول القرض إلى نسبة ملكية في شركة دمياط الدولية للموانئ وعليه سـيكون التخارج من خلال بيع لمستثمر.

### 4. صندوق إم بي سي جلوبل للفرص البحرية
تم تأسيس صندوق إم بي سي جلوبل للفرص البحرية في لوكسمبورغ بتـاريخ 7 أغسـطس 2007 بالتزام رأسمالي قدره 228.06 مليون دولار أمريكي، والغرض من الصندوق هو الاسـتثمار فـي فرص الشحن.

في أكتوبر 2007، التزم صندوق الموانئ مبلغ 25 مليون دولار أمريكي في صندوق إم بـي سـي جلوبل للفرص البحرية ويمثل ذلك حصة 10.96% تم سداد منها حتى تاريخـه 8.8 مليـون دولار أمريكي. وتم إجراء استدعاءات إضافية لرأس المال في شـهري أغسـطس وسـبتمبر 2009 إلا أن صندوق الموانئ رفض سداد الأقساط المطلوبة منه لأن صندوق إم بي سي جلوبل للفـرص البحريـة أخل بشروط نشرة الاكتتاب الخاص الأصلية بشأن تمويل البواخر حيث تم تمويلها فعليا على أسـاس حق الرجوع بدل عدم حق الرجوع[6] حسب شروط نشرة الإكتتاب.

وقد تكبد صندوق إم بي سي جلوبل للفرص البحرية خسائر بلغت 2.7 مليون دولار أمريكي خـلال عام 2008 بسبب الأزمة الاقتصادية العالمية. وتم تقييم هذا الصندوق كما في 31 ديسـمبر 2008 بقيمة بلغت 22.3 مليون دولار أمريكي أي أن قيمة حصة صندوق الموانئ كانت 2.4 مليون دولار أمريكي والتي تم إدراجها في البيانات المالية للصندوق لعام 2008 مسجلة بذلك انخفاضا في القيمـة بلغ 72.1% في الجزء الممول من الاستثمار و25% من القيمة الملتزم بها.

وخلال النصف الأول من عام 2009 حقق صندوق إم بي سي جلوبل للفرص البحرية إيرادات بلغت 8.1 مليون دولار أمريكي وخسائر صافية بلغت 5.1 مليون دولار أمريكي. وفي ضـوء الظـروف السائدة في السوق، قام مجلس الإدارة بإجراء بعض التعديلات لتقوية مركز صندوق إم بي سي جلوبل للفرص البحرية من خلال خفض عدد الموظفين وإلغاء طلبات البواخر بخسارة. إلا أن صندوق إم بي سي جلوبل للفرص البحرية لا يتوقع حصول انتعاش حتى عام 2011. وقد بلغت قيمة الصندوق كما في 30 يونيو 2009 ما قيمته 21.76 مليون دولار أمريكي أي أن قيمة حصة صـندوق المـوانئ بلغت 2.38 مليون دولار أمريكي.

### 5. أصول والتزامات أخرى
تضمنت الأصول الأخرى لصندوق الموانئ كما في 31 ديسمبر 2008 من النقد وشبه النقد بمبلغ 21 مليون دولار أمريكي ومستحق من أطراف ذات صلة بقيمة 6.98 مليون دولار أمريكي. ولا توجـد

---

[6] صدر كتاب عن صندوق الموانئ وموقع من مساهمين اثنين آخرين (مونتريكا للاستثمار وجولدمان ساكس) يتضمن توضيحيا لعملية تمويل البواخر ووضوح كل باخرة والخطوات التي تم اتخاذها من قبل صندوق إم بي سي جلوبل للفرص البحرية من أجل تعظيم قيمة استثمارات المساهمين.

صندوق الموانئ
</div>

9

شركة الشمال للاستشارات

على الصندوق أي قروض وتبلغ قدرته الإقتراضية نحو 30% من رأس المال وقد يتم استخدامها عند تحسن أوضاع أسواق التمويل.

## ب– الأداء المالي العام للصندوق

بلغ رأس مال الصندوق الممول في عام 2008 نحو 92.8 مليون دولار أمريكي تم استثمار 57.6 مليون دولار أمريكي منه في الفرص التي تم تفصيلها آنفا والاحتفاظ بمبلغ 21.08 مليون دولار أمريكي نقدا. وفي 31 ديسمبر 2008، جرت إعادة تقييم ثلاث استثمارات هي نيجيروز للملاحة ومدينة جلوبل جيتواي للخدمات اللوجستية وإم بي سي وتسجيلها بقيمتها العادلة مما أدى إلى أرباح صافية غير محققة بلغت 34.3 مليون دولار أمريكي. وعموما فإن الصندوق حقق أرباحا إجمالية في حدود 59.5% من مركزه الابتدائي. ويوضح الجدول التالي القيمة الأصلية والقيمة العادلة والربح أو الخسارة غير المحققة لكل استثمار من استثمارات الصندوق:

| نسبة ربح (خسارة) عن 2008 | القيمة العادلة 2009 | القيمة الممولة في أكتوبر 2009 | نسبة ربح (خسارة) | القيمة العادلة 2008 | القيمة الأصلية للاستثمار | الاستثمار |
|---|---|---|---|---|---|---|
| 114.8% | 59,800,000 [7] | 27,837,501 | 79.7% | 33,958,935 | 18,892,659 | نيجيروز للملاحة |
| 268.7% | 79,450,000 [8] | 16,000,430 | 225.5% | 35,556,650 | 10,000,430 | مدينة جلوبل جيتواي للخدمات اللوجستية |
| –72.8% | 2,385,764 [9] | 8,761,842 | –72.1% | 2,443,870 | 8,761,842 | صندوق إم بي سي |
| – | 20,000,000 | 20,000,000 | – | 20,000,000 | 20,000,000 | دمياط |
| 94.5% | 141,185,764 | 72,559,773 | 59.5% | 91,959,455 | 57,654,931 | الإجمالي |

حقق الصندوق دخلا من الفوائد بمبلغ 8 مليون دولار أمريكي إضافة إلى الأرباح غير المحققة بحيث بلغ إجمالي دخله نحو 42.3 مليون دولار أمريكي. وبلغ إجمالي المصروفات 6.9 مليون دولار أمريكي تضمنت 4.2 مليون دولار أمريكي كمصروفات عامة وإدارية و2.7 مليون دولار أمريكي كرسوم إدارة.

وخلال عام 2008، حقق الصندوق ربحا صافيا بلغ 35.38 مليون دولار أمريكي. وحسب شروط الصندوق، فإن مبلغ 7.08 مليون دولار أمريكي مستحق الدفع إلى مدير الاستثمار كمشاركة في الأرباح ومبلغ 28.30 مليون دولار أمريكي إلى الشركاء المحدودين، أي ما يمثل 30.5% من إجمالي رأس مال الصندوق.

وقد بلغ صافي قيمة أصول صندوق الموانئ كما في 31 ديسمبر 2008 مبلغ 121.16 مليون دولار أمريكي.

## ج– هيكل الأصول لسنة 2009

بلغ المركز النقدي للصندوق نحو 4.7 مليون دولار أمريكي وذلك بسبب استثمار إضافي بمبلغ 8.9 مليون دولار أمريكي في نيجروز ومبلغ 6 مليون دولار أمريكي في مدينة جلوبل جيتواي للخدمات

---

[7] القيمة معدة محتسبة من قبل إدارة الصندوق بناء الأرباح قبل الفوائد والضرائب والأملاك نسبة إلى التقييم السابق والمعد من قبل  بونوجبايان آند أرواتل

[8] قدرت إدارة الصندوق أن قيمة المشروع هو 59 مليون دولار أمريكي بناء على القيمة الدنيا المبينة في التقرير الصادر عن سي بي سي ريتشاردز إليس بتاريخ 30 يونيو 2009 إضافة إلى تكلفة الإنشاءات في تاريخه.

[9] بناء على تقييم قيمة صافي الأصول كما في 30 يونيو 2009 والمعدة من قبل صندوق إم بي سي

شركة الشمال للاستشارات

اللوجستية. وارتفعت الفوائد المستحقة من دمياط بمبلغ 4.2 مليون دولار أمريكي لتصل إلـــى 11.7 مليون دولار أمريكي في سبتمبر 2009.

يوضح الجدول أدناه أصول الصندوق مع التغيرات الرئيسية بـــين عـــام 2008 وســـبتمبر 2009. وللحصول على البيانات المالية التفصيلية للصندوق، الرجاء الاطلاع على الملحق (ج).

| الأصول | ديسمبر 2008 | سبتمبر 2009* |
|---|---|---|
| نيجروز للملاحة | 33,958,935 | 42,903,777 |
| مدينة جلوبل جيتواي للخدمات اللوجستية | 35,556,650 | 41,556,650 |
| أم بي سي | 2,443,870 | 2,443,870 |
| دمياط | 20,000,000 | 20,350,000 |
| الفوائد المستحقة من دمياط | 7,774,896 | 11,774,896 |
| النقد | 21,083,673 | 4,704,855 |
| مستحق لأطراف ذات صلة | 6,980,212 | 6,893,918 |

*حسب المركز المالي غير المدقق لسبتمبر 2009

### سابعاً: الاستثمارات الجديدة

إن الأموال الجديدة المستهدفة إضافة إلى الأموال الملتزم بها سابقا تبلغ ما بـــين 50 مليـــون و100 مليون دولار أمريكي يخصص جزء منها يبلغ 70 مليون دولار أمريكي لاستثمارات جديدة مـــذكورة في السرد التالي و14 مليون دولار أمريكي لمدينة جلوبل جيتواي للخدمات اللوجســـتية و15 مليـــون دولار أمريكي لصروفات الصندوق ومن أجل الاحتفاظ بسيولة كافية فيه.

#### 1. شركة فاسكو-أباتيز ترانسبورت سيستم (إي تي إس)

تعتبر شركة إي تي إس المدرجة في سوق الفلبين للأوراق المالية أكبر مقدم لحلول النقل والخـــدمات اللوجستية المتكاملة في الفلبين من خلال 17 باخرة عاملة. كما تعتبر الشركة أكبر منافس لنيجـــروز (مملوكة للصندوق). والاستحواذ على الاثنين سيكون أمرًا مفيدًا للغاية حيث سيصبح الكيـــان المـــدمج الشركة الرائدة في السوق في مجال الشحن والخـــدمات اللوجســـتية مـــع تحســـين كفـــاءة البـــواخر واستخدامها. وفيما يلي بعض التفاصيل حول هذا المشروع:

- الأموال المخصصة للمشروع يتوقع أن تصل لغاية 30 مليون دولار أمريكي
- طريقة التخارج المحتملة تكون من خلال إعادة الإدراج أو البيع لمشـــتر مـــالي أو مســـتثمر استراتيجي.
- وقعت إدارة الصندوق مذكرة تفاهم مع شركة إي تي إس ولكن انقضت صلاحيتها وهـــي الآن قيد المفاوضات.
- في سبتمبر 2009: أبدى البائع رغبة مستمرة في الصفقة كما تـــم تحديـــد مجموعـــة مـــن المؤسسات المالية المهتمة. ويعقد صندوق الموانئ مناقشات استيضاحية بشأن إمكانية ترتيـــب تمويل خارجي من أجل الاستحواذ المحتمل.

#### 2. مشروع سكوريا

- يعقد صندوق الموانئ حاليًا ومن خلال مجموعة تقودها شركة كي جي ال للاستثمار مناقشات مع الشركة المستهدفة من أجل الاستحواذ على نسبة 98% من أسهمها والتي تتـــولى مناولـــة حوالي ثلث الحاويات في بلد الشركة المستهدفة في الخليج العربي وهي منطقة تتمتـــع بنمـــو

صندوق الموانئ

11

*شركة الشال للاستشارات*

قوي. وقد نمت إيراداتها بمعدل نمو سنوي مركب بلغــت نســبته 12% للســنوات الــثلاث الماضية، في حين أثبت فريق الشركة الإداري خبرة في مجــال تشـغيل وتطـوير أصـول الموانئ. وتخطط الحكومة المعنية لتوظيف استثمارات كبيرة في البنية التحتية بعد سنوات من قلة الاستثمار وبما يقابل النمو السكاني الكبير، الأمر الذي سيسهم أكثر فــي نمــو الشــركة المستهدفة.

- الأموال المخصصة لها يتوقع أن تصل إلى 20 مليون دولار أمريكي.
- طريقة التخارج المحتملة هي البيع أو طرح اكتتاب عام أولي.
- عقدت المفاوضات منذ أبريل 2008 مع بعض الجهات والتي تتحت بسبب الأحوال المالية.
- أغسطس وسبتمبر 2009: أعربت جهات جديدة عن رغبتها في المشــاركة مـع صــندوق الموانئ ويعتزم الصندوق إتمام هذه المفاوضات بشأن مشروع سكوبا. ويواصــل المشـروع المستهدف أداءه التشغيلي الجيد.

### 3. *ميناء العقبة الجديد*

في شهر أغسطس قامت هيئة تطوير العقبة باختيار شركة كي جي ال للاستثمار وشركائها كمنــاقص فائز لمشروع الامتياز على أساس البناء والتشغيل والتحويل والخاص بنقل الميناء الرئيسي إلى الموقع الجديد الذي يغطي مساحة 130 هكتار والمتاخم للحدود السعودية. وسوف تتولى شركة كي جـي ال للاستثمار تصميم وبناء وتمويل وتشغيل الشحن العام ومحطة الرافعــات الــدوارة المتنقلــة ومحطــة الحبوب ومحطة العبّارات مع حقوق حصرية في تشغيل محطة العبّارات الموجودة عند إنجازها.

ويرغب الصندوق في الالتزام بحد أقصى 30 مليون دولار أمريكي حيث أن العائد المتوقع على رأس المال يفوق 20%. وتبلغ فترة الاستثمار المتوقعة 4 سنوات، وأن يكون التخارج من خــلال اكتتــاب عام.

### 4. *مشروع مدينة جابل جيتواي للتطوير (جي جي دي سي)*

- قد تقوم إدارة الصندوق بزيادة الاستثمارات في مؤسسة جابل جيتواي للتطوير (جي جي دي سي) بمبلغ 15 مليون دولار أمريكي، ولكن في المرحلة الحالية يركز على تحديد شركاء جدد لديهم القدرة على دفع المشروع قدماً.

### ثامناً: رأي إدارة صندوق الموانئ بخصوص تخفيف المخاطر

#### أ- تخفيف المخاطر التشغيلية

يتبع فريق إدارة صندوق الموانئ إستراتيجية إدارة تركز على الإدارة المباشرة والتشغيل والعمليات. إذ تمتلك شركة كي جي ال للاستثمار مكاتب في كل من المناطق الجغرافية التي استثمر فيهـا صــندوق الموانئ (الشرق الأوسط (الكويت والأردن)، أوروبا (هولندا)، آسيا (الفلبين). والصندوق يديره فريــق من المتخصصين المتمرسين الذين يتمتعون بخبرة في القطاع والعمليات فضلاً عن الخبــرات الماليــة والتي تشمل هيكلة الصفقات ومراقبة الاستثمارات والتخارج منها.



شركة الشمال للاستشارات

**ب– مبادئ الإدارة الرشيدة (الحوكمة) وتخفيف المخاطر**

جميع الاستثمارات التي تم توظيفها تنطوي على مستوى من الإدارة والرقابة من قبل فريق صـــندوق الموانئ وذلك على النحو التالي:

1. شركة دمياط – عضوان في مجلس الإدارة وجزء من التحالف مـــع حـــق إيقـــاف قـــرارات المجلس.
2. شركة جلوبل جيتواي للتطوير – ملكية بنسبة 100% وجميع أعضاء مجلس الإدارة.
3. إم بي سي – مركز استشاري في لجنة الاستثمار.
4. نيجروز للملاحة – تملك حصة الأغلبية وسيطرة الأغلبية في مجلس الإدارة.

وتتم عملية الرقابة بعد الاستحواذ من خلال التمثيل في مجلس الإدارة ولجان الإدارة العليـــا واللجـــان الخاصة الأخرى في كل شركة. وهذه العملية تشمل التقارير المالية الفصلية وتقارير الأداء والحسابات المدققة السنوية والزيارات الدورية للشركات والاجتماعات المنتظمة والاتصالات المتكررة مع الإدارة العليا.

**ج– تخفيف مخاطر الائتمان**

تتمثل مطلوبات الصندوق في المصاريف المستحقة والمعتادة التي يتم دفعها، وليس لديه أي قـــروض، إضافة يسعى صندوق الموانئ إلى تخفيض الدين على مستوى الشركات المستثمر فيها.

ومن خلال التدقيق التشغيلي وتطبيق ممارسات متحفظة في الاستثمار واختيار استثمارات منخفضـــة الدين استطاع الصندوق أن يجتاز بنجاح فترة عصيبة على مدى 18 شهر.

شركة الشمال للاستشارات

# الملاحـــق

- الملحق (أ): قائمة شاملة من التقارير التي تم استعراضها
- الملحق (ب): قائمة بالمستثمرين الحاليين
- الملحق (ج): البيانات المالية لصندوق الموانئ

<u>الملحق (أ): قائمة شاملة من التقارير التي تم استعراضها</u>

1. نشرة الاكتتاب الخاص الأساسية المؤرخة في أبريل 2007، ونشرة الاكتتاب الخاص الجديدة والمؤرخة – أغسطس 2009.



2. أداء الربع الأول والربع الثاني من عام 2009 والمعد من قبل صندوق الموانئ .

3. البيانات المالية المدققة وتقرير مراقبي الحسابات للفترة ما بين 21 مارس و31 ديسمبر 2008 والمعد من قبل شركة مور ستيفانز الدولية.

4. سياسات و إجراءات وطريقة الاستثمار لصندوق الموانئ والتي أعدها مدير الاستثمار في شركة "كي جي إل للاستثمار"، جزر الكايمن.

5. جدول أعمال لجنة الاستثمار في صندوق الموانئ–أكتوبر 2009.

6. السيرة الذاتية للساده مارك ويليامز، ايفان ماكبرايد، هنريك ستيفانز، ومانيش راتهي.

7. رسالة اتفاق التنازل لشركة الأهلية للتأمين

8. دراسة عن سوق النقل البحري التي أعدها بناغيبان وأرولو .

9. اتفاق الشراكة المحدودة المعدل لصندوق الموانئ لعام 2007.

10. عرض اللجنة التنفيذية لشركة "كي جي إل للاستثمار"– أغسطس 2009.

11. تحديث توصية الاستثمار وتحليل جهود التحقق النافية للجهالة العناية أعدتها الشركة "كي جي إل للاستثمار", شركة جلوبال جيتواي للخدمات اللوجستية – مارس 2008.

12. تقرير توصية الاستثمار لشركة جلوبال جيتواي للخدمات اللوجستية التي أعدتها الشركة "كي جي إل للاستثمار" – ديسمبر 2007.

13. استخدام لفرع من هيئة منشأة بموجب قوانين جزر كايمان التي أعدتها إرنست أند يونغ.

14. عرض توصية الاستثمار شركة جلوبال جيتواي للخدمات اللوجستية المقدم من شركة "كي جي إل للاستثمار" – يوليو 2008.

15. دراسة الجدوى لمشروع متعدد الاستخدامات لشركة جلوبال جيتواي للخدمات اللوجستية التي أعدتها سي بي ريتشاردز إليز العالمية للأبحاث والاستشارات – مارس 2008.

16. نموذج التقييم لتأجير أراضي شركة جلوبال جيتواي للخدمات اللوجستية والذي أعدته سي بي ريتشاردز إليز العالمية للأبحاث والاستشارات – فبراير 2009.

17. نموذج التقييم لتأجير أراضي شركة جلوبال جيتواي للخدمات اللوجستية والذي أعدته سي بي ريتشاردز إليز العالمية للأبحاث والاستشارات – يونيو 2009.



شركة الشال للاستشارات

18. مسودة مشروع اتفاق الإيجار بين شركة جلوبال جيتواي للخدمات اللوجستية وشركة كلارك للمطار الدولي

19. تقرير الصفقة النهائي وطلب التمويل شركة جلوبال جيتواي للخدمات اللوجستية – 15 يونيو 2008.

20. خطة عمل شركة جلوبال جيتواي للخدمات اللوجستية التي أعدتها "كي جي إل للاستشار" – أبريل 2008

21. نموذج عمل تقييم استثمار شركة جلوبال جيتواي للخدمات اللوجستية والمعدة من قبل صندوق الموانئ – مارس 2009.

22. تلخيص الخطة الخمسية عن شركة جلوبال جيتواي للخدمات اللوجستية والمعدة من قبل صندوق الموانئ.

23. اتفاقية الخطة الخمسية للتأجير شركة جلوبال جيتواي للخدمات اللوجستية وشركة مطار كلارك الدولية في 11 مايو من عام 2008.

24. الاتفاق المبدئي بين "شركة كلارك للمطار الدولي" و شركة جلوبال جيتواي للخدمات اللوجستية – 16 يوليو 2008.

25. الحوافز الضريبية المتاحة لـ"كي جي ال كلارك" الذي أعده SGV وشركاه – 12 مارس 2008.

26. عرض التوصية للاستثمار في شركة نيجروس للملاحة التي قدمتها شركة "كي جي ال للاستشار" – شهر يوليو 2008.

27. مشروع نيجروس– تقرير المسائل المادية الذي أعدته شركة كويسومبينغ توريس (عضو لجنة بيكر وماكنزي الدولية للمحاماة) – مايو 2008.

28. توصية الاستثمار الخاصة بشركة نيجروس للملاحة و تحديث وتحليل مراجعة التحقق النافية للجهالة المعدة من قبل شركة "كي جي ال للاستشار" – مارس 2008.

29. تقرير توصية الاستثمار في شركة نيجروس للملاحة والتي أعدتها شركة "كي جي ال للاستشار" – ديسمبر 2007.

30. اتفاقية الاستثمار بين شركة نيجروس للملاحة وشركة "كي جي ال للاستشار" – مايو 2008.

صندوق الموانئ
16

17

206



شركة الشمال للاستشارات

31. التقرير النهائي حول صفقة شركة نيجروس للملاحة المعد من قبل صندوق الموانئ– مايو 2008.

32. نموذج تقييم شركة نيجروس للملاحة، المعد من قبل صندوق الموانئ– ديسمبر 2008.

33. ورقة المعلومات المتعلقة بشركة نيجروس للملاحة المعد من قبل صندوق الموانئ.

34. تقرير الدولي لصفقة شركة نيجروس للملاحة المعد من قبل صندوق الموانئ – ديسمبر 2007.

35. عرض عن شركة نيجروس للملاحة مقدم لشركة "كي جي ال  للاستثمار" المعد من قبل صندوق الموانئ – نوفمبر 2007.

36. رسالة اهتمام من شركة "كي جي ال للاستثمار" إلى شركة نيجروس للملاحة – ديسمبر 2007.

37. تقويم شركة نيجروس للملاحة المعد من قبل صندوق الموانئ – 2007.

38. قائمة الدخل لشركة نيجروس للملاحة – ديسمبر 2007.

39. تحليل مقارنة الشركات لشركة نيجروس للملاحة المعد من قبل صندوق الموانئ.

40. لمحة عن سفن الملاحة المملوكة لشركة نيجروس للملاحة – يناير 2007.

41. البيانات المالية الغير مدققة كما في 30 يونيو 2009 لصندوق إم بي سي جلوبل للفرص البحرية.

42. تقرير تحديث الصفقة الخاصة بصندوق إم بي سي جلوبل للفرص البحرية – يوليو 2009.

43. قرار لجنة استثمار صندوق إم بي سي جلوبل للفرص البحرية – 28 أغسطس 2009.

44. مذكرة استثمار صندوق الموانئ ء  في إم بي سي جلوبل للفرص البحرية التي أعدها السادة / كريمر وكليفورد تشانس – يوليو 2009.

45. رسالة إلى صندوق "إم بي سي جلوبل للفرص البحرية" بشأن مخالفات حدثت وغايرت شروط نشرة الإكتتاب الخاص موقع من قبل صندوق الموانئ ء – 15 سبتمبر 2009.



شركة الشمال للاستشارات

46. رسالة إلى صندوق "إم بي سي جلوبل للفرص البحرية" بشأن مخالفات حدثت وغايرت شروط نشرة الإكتتاب الخاص موقع من السادة / غولدمان ساكس ومونتريكا – 23 سبتمبر 2009.

47. البيانات المالية المدققة لعام 2008 لشركة "كي ال للاستثمار".

48. عقد ما بين هيئة الموانئ الكويتية وشركة "كي جي ال للاستثمار" عن الالتزام الخاص بالهيئة والبالغ 50 مليون دولار أمريكي.

49. مثال عن عقد تعيين عضو في المجلس الإستشاري للصندوق.

50. العقد ما بين صندوق الموانئ وشركة كي ال الدولية للموانئ بقيمة 20 مليون دولار أمريكي.

<u>الملحق (ب): قائمة بالمستثمرين الحاليين</u>

| مجموع الالتزامات | نسب الملكية | الشركاء |
|---|---|---|

صندوق الموانئ
18

19

208



شركة الشال للاستشارات

| | | |
|---|---|---|
| الهيئة العامة للتقاعد والمعاشات - قطر | 10.61% | 9,852,000 |
| مؤسسة الخليج للاستثمار | 10.77% | 10,000,000 |
| شركة بهبهاني للاستثمار | 1.08% | 1,000,000 |
| المؤسسة العامة للتأمينات الاجتماعية | 43.08% | 40,000,000 |
| السيد يعقوب بهبهاني | 1.08% | 1,000,000 |
| شركة الأهلية القابضة | 3.23% | 3,000,000 |
| شركة إعادة التأمين الكويتية | 2.15% | 2,000,000 |
| الشركة الأهلية للتأمين | 3.23% | 3,000,000 |
| السيد محمد علي النقي | 3.23% | 3,000,000 |
| شركة كي جي إل للاستثمار | 21.54% | 20,000,000 |
| الإجمالي | 100% | 92,852,000 |

الملحق (ج): البيانات المالية لصندوق الموانئ

بيان الميزانية العمومية للسنوات المالية 2007/03/31 ولغاية 2008/12/31 و 2009/09/30

| الميزانية العمومية | 2008 | الميزانية العمومية غير المدققة |
|---|---|---|

صندوق الموانئ
19



<div dir="rtl">

شركة الشمال للاستثمارات

| لغاية 2009/09/30 (بالدولار الأمريكي) | (بالدولار الأمريكي) | |
|---|---|---|
| | | الموجودات |
| 4,704,855 | 21,083,673 | النقد وشبه النقد |
| 87,504,297 | 72,559,455 | الأصول المالية بالقيمة العادلة من خلال بيان الدخل |
| 20,350,000 | 20,000,000 | القروض والمستحقات |
| 11,774,896 | 7,774,896 | الفائدة المتراكمة |
| 6,893,918 | 6,980,812 | مستحق لأطراف ذات صلة |
| 131,427,966 | 128,398,836 | إجمالي الموجودات |
| | | المطلوبات وحقوق المساهمين |
| - | 165,009 | المصروفات المستحقة نظرا لمدير الاستثمار |
| 7,076,366 | 7,076,366 | مستحق لمدير الاستثمار |
| 7,076,366 | 7,241,375 | إجمالي المطلوبات |
| 92,852,000 | 92,852,000 | رأسمال الصندوق |
| 31,499,600 | 28,305,461 | أرباح محتجزة |
| 124,351,600 | 121,157,461 | إجمالي حقوق المساهمين |
| 131,427,966 | 128,398,836 | إجمالي المطلوبات وحقوق المساهمين |

### بيان الأرباح والخسائر للسنوات المالية 2007/03/31 ولغاية 2008/12/31

| 2008 (بالدولار الأمريكي) | بيان الأرباح والخسائر |
|---|---|
| | الإيرادات |
| 34,304,524 | أرباح غير محققة من استثمارات بالقيمة العادلة من خلال بيان الدخل |
| 8,007,777 | إيرادات الفوائد |
| 19,719 | أرباح فروقات العملات الأجنبية |
| 42,332,020 | إجمالي الإيرادات |
| | المصروفات |
| -2,721,963 | رسوم الإدارة |
| -4,228,230 | المصروفات العمومية والإدارية |
| -6,950,193 | إجمالي المصروفات |
| 35,381,827 | صافي أرباح الفترة |
| 7,076,366 | نسبته إلى مدير الاستثمار |
| 28,305,461 | نسبته إلى الشركاء |

صندوق الموانئ

20

</div>



# The Port Fund Report

Prepared for

# The Port Fund

Prepared by

# AlShall Consulting Company

# October 2009



*Al Shall Consulting Company*

# **Table of Contents**

| | |
|---|---|
| I– Introduction | 3 |
| II – Key Facts about the Fund | 3 |
| III– Term Sheet | 4 |
| IV– Management Expertise | 6 |
|    A – Management Qualifications | 6 |
|    B – Deal     So    u    rcin    g | 6 |
| V– Investment Strategy and Process | 6 |
|    A – Investment Parameters | 6 |
|    B – Investment Process | 6 |
| VI – Performance to Date | 7 |
|    A – Financial Performance of Main Investments | 7 |
|       1. Negros Navigation Company | 7 |
|       2. Global Gateways Logistics City | 8 |
|       3. Damietta International Ports Company | 8 |
|       4. MPC Global Maritime Opportunities | 9 |
|       5. Other Assets | 10 |
|    B – Overall Financial Performance of the Fund | 10 |
| VII – New Investments | 11 |
|       1. Project Vasco- Aboitiz Transport Systems | 11 |
|       2. Project Scuba | 12 |
|       3. New Port of Aqaba | 12 |
|       4. Project City (GGDC) | 12 |
| VIII –Risks and Port Fund Opinion Regarding Risk Mitigation | 12 |

Appendix A -  Comprehensive List of Reports Reviewed
Appendix B -  List of Current Investors
Appendix C -  Financial Statements of Port Fund



*Al Shall Consulting Company*

---

# The Port Fund ("Fund")

## I.    Introduction

KGL Investment Company KSCC referred to later as "KGLI", is a Kuwaiti alternative investment and development company with a capital of KD 15 million and regulated by the Central Bank of Kuwait. KGLI established the Port Fund ("Fund") on 21st March 2007 as an exempted limited partnership in the Cayman Islands with a committed capital of USD 142.85 million and funded capital of USD 92.85 million and.

Currently the Fund is seeking to increase its capital by USD 50-100 million through a private placement, and has prepared a PPM dated August 2009 for that purpose. Some potential investors have requested from the Port Fund Management a brief report about the Fund, prepared by an independent party. Accordingly, the Fund has assigned AlShall Consulting Company (referred to later as "AlShall") to summarize the performance of the Fund since inception, its current status, and the key facts of the offering. In order to do so AlShall has read and reviewed extensive documents related to the Fund such as the original and new PPMs; Fund's audited financial statements for 2008; and, performance update for 1st and 2nd quarters of 2009 as prepared by the Port Fund.

Accordingly, this brief investment summary is prepared by AlShall, incorporates facts, terms, current and potential investments and the Fund Management's opinion regarding risk mitigation. This report is based solely on the information AlShall was provided with by the Fund which is listed in the appendix A. AlShall expresses no opinion regarding its findings but present them as they are . Further, AlShall did not carry out any independent due diligence to verify the information submitted about this investment opportunity.

It should be clearly understood that any investor(s) should not rely solely on this document in making its investment decision and should do its own due diligence and investment assessment. This report may not be reproduced or used in whole or in part for any purpose other than the purpose it was prepared for. The receiver of this report should treat it as highly confidential and thus it may not be disclosed to any third party without the prior written consent of the Fund and AlShall.

## II.    Key Facts About The Fund

The Port Fund was first presented by KGLI on April 2007 to invest in port management, operations and related businesses as well as in other sectors compatible with the Fund's investment objective, including but not limited to logistics, technology and shipping sectors. It is managed by KGLI through a wholly owned Cayman Island Subsidiary called KGL Investment Cayman Ltd. KGLI has a 21.45% ownership in the Port Fund. A full investors list is presented in appendix B.

The Fund is currently seeking to raise additional capital of USD50-USD 100 million from existing and/or new investors to support existing Fund commitments as a result of the inability to leverage the Port Fund due to current financial markets as well as to take an advantage of new discounted investment opportunities presented by the crisis. The new funds, along with the unfunded existing commitments from current investors, are intended to be

*THE PORT FUND* [3]

directed to meet funding requirements of existing investments like USD 14 million for GGDC; and for investments in a limited number of new investments including up to: USD 30 million for Project Vasco, USD 20 million for Project Scuba, and USD 30 million to Project Aqaba. For more information regarding the new investments please refer to section VII.

The Fund has obtained a waiver from all existing limited partners that allows the Fund to extend its closing date to solicit new funds, to waive restrictions regarding the maximum geographic concentration of 30%, and maximum asset concentration, as well as to detail the pricing at which the additional limited partners are to be admitted to the Fund.

The legal advisors of the Fund "Walkers" prepared a legal opinion report dated 13th October, 2009 whereby they stated that the Fund is in good standing with no legal actions pending for or against it.

### III.  Term Sheet

| | |
|---|---|
| **Sponsor** | KGL Investment Company |
| **Administrator** | Mourant International Finance Administration ("Mourant") |
| **Legal Counsel** | Walkers (Dubai) LLP for Cayman Island Laws<br>Al Othman & Khalaf (local ) |
| **Main Assets Class** | Port management, operations and related businesses as such as logistics, technology and shipping sectors. |
| **Current Fund Size** | USD 92.58 million equity |
| **Funds To Be Raised** | USD100 million in equity |
| **Sponsor Commitment To Date** | 21.5% of equity, up to USD 20 million |
| **Fund Life** | 5 years + two one year extension periods |
| **Closing Date** | 31st Dec  2009 |
| **Target Return** | 15-20%+ IRR (net of fees and Fund level expenses) |
| **Legal Structure** | Exempted limited partnership organized and registered in Cayman Islands |
| **Placement Fees** | No placement fee |
| **Asset Management fees** | 2% annual asset management fees on committed capital. If term is extended for any one year option period, this fee will be reduced to 1.5% for such period. |
| **Profit Sharing** | As each investments is exited, proceeds will be distributed to the Limited Partners (LP) up to the capital employed in that investment, then the remaining proceeds will be distributed to the LP  up to a 8% preferred return on capital; then the Investment Manager will receive a 'Performance Fee" comprised of a catch-up payment of 20% and finally 80%of the remainder will go to LP and 20% of the remainder to the Investment Manager.<br>The 20% paid to the Investment Manager is adjusted upwards and downwards each year depending on performance of the Fund. The Investment Manager only realizes a payout when an investment is exited and cash is distributed to the LPs and the payout is limited to the investment exited; furthermore, on each investment that is exited, 10% of the Investment Manager's payout is held back against future exits to assure that in the event of the |



*Al Shall Consulting Company*

| | |
|---|---|
| | write down of remaining investments, a reserve account remains to "claw back" monies paid to the Investment Manager. |
| **Investment Committee** | (1) Marsha Lazareva – Chairman of The Port Fund Investment Committee, Vice Chairman & Managing Director of KGL Investment Company<br>(2) Dr. Mahdy Al Jazzaf  – Board member of KGL Investment Company<br>(3) Mark Williams – Investment Director- Private Equity of The Port Fund<br>(4) Manish Rathi – Finance Director of KGL Investment Company |
| **Investments to Date** | (1) Damietta International Port Company-<br>  – BOT concession with Damietta Ports Authority<br>  – Amount committed USD 20 million<br>  – Target equity IRR 15% +/-<br>(2) MPC Global Maritime Opportunities<br>  – A Fund that owns and operates shipping vessels<br>  – Amount committed USD 25 million<br>(3) Global Gateway Logistics City<br>  – Mixed use development in Philippines<br>  – Amount committed is up to USD 30 million<br>  – Target equity IRR 25%+<br>(4) Negros Navigation "NEGROS"<br>  – Transportation, shipping and port management company<br>  – Amount committed and settled is USD 27.5 million<br>  – Target equity IRR 40% |
| **The Pricing For Additional Limited Partners** | **Option 1:** Either on the revaluation of the partnership and its assets instance, there shall be no penalty charged to the Additional Limited Partner, whose proportionate share of the future gains/losses of the Fund after December 31st 2008 will be determined by dividing its Capital Contribution by the total Net Asset Value of the Fund (and the Capital Contributions of all additional Limited Partners, including itself on December 31st 2008); or<br>**Option 2:** Additional Limited Partners will be required to contribute (in addition to their Capital Commitment) and amount equal to 8% per annum levied against their Capital commitment, calculated from the Initial Closing Date of the Fund until the date of the Additional Limited Partners' subscription (the **"Late Payment Fee"**). Promptly following the admission of additional Limited Partners, the Late Payment Fee shall be added ratably to each of the Existing Limited Partners Capital Accounts after taking into account consideration any additional Capital Contributions of the Participating Limited Partners under the Agreement. In this instance, the Additional Limited Partner Shall be considered and treated as an Existing Limited Partner of the Fund from the Initial Closing Date (except for the allocation of the Late Payment Fee). |

*THE PORT FUND* 5



*Al Shall Consulting Company*

## IV.  **Management Expertise**

### A.  **Management Qualifications**

The CVs of members of the Investment Committee and Board of Directors are detailed in both old and new PPMs. We have reviewed these and we understand that the management has a notable cumulative experience in logistics and port management, corporate restructuring and private equity.

### B.  **Deal Sourcing**

Since inception, the Port Fund has experienced a steady inflow of proposed deals. It has reviewed 58 deals, conducted due diligence on 13 and approved 7 deals for final negotiations or closing; of these, the Port Fund currently has 4 investments and 3 pending investment opportunities.

Much of the deals are internally or group sourced through Fund, KGLI or KGL[1] offices in Kuwait, Rotterdam, and Philippines. For example, Damietta was sourced by KGL ; MPC GMO was presented through a personal relationship at Morgan Stanley in New York, Negros Navigation was sourced by the Port Fund team while on a due diligence trip in the Philippines; further, deals are externally sourced through third-party advisors, industry operators, financiers and bankers, and ministries and government agencies.

## V.  **Investment Strategy and Process**

### A.  **Investment Parameters**

The original PPM identified the target market to be mainly Asia, Africa and Middle East, such that the Fund sought:
  - o  Brownfield projects with quality management will facilitate the Fund in attaining its targets ;
  - o  High-growth green and brown field projects

The Fund Manager has adhered to the parameters identified in the PPM, emphasizing familiar markets where either an office or any other kind of presence exists (Middle East- Kuwait, Egypt, Jordan and KSA; Asia- Manila, Philippines; Europe- Rotterdam, Netherlands).

### B.  **Investment Process**

The investment process is typical of a specialized private equity fund. The investment manager is responsible for the sourcing, analysis, structuring, management and defining the exit strategy.

AlShall has reviewed a sample of documents related to approved and rejected opportunities of the Fund and observed a general adherence to the process documented in the original PPM, Further and upon acquisition, the Fund takes a hands-on, operationally focused approach and requires significant ownership and control.

---

[1] KGL-is Kuwait and Gulf Link Transport Company KSC.  KGLI and KGL are separate legal entities.

*THE PORT FUND*   6



*Al Shall Consulting Company*

  i. Damietta – The Fund has 2 board seats out of 10 while KGL-PI has another 2 so the KGL consortium has a total 4 seats with blocking interest

  ii. GGDC – 3 (all board seats) & 100% investor

  iii. MPC – Investment Committee Observer position to sit in on the meetings

  iv. Negros – 2 board seats and the power to nominate a 3rd out of board of five so the Fund has majority control

### VI. <u>Performance to Date</u>

#### A. <u>Financial Performance of Main Investments</u>

During 2008, Port Fund invested in 4 investment opportunities which are detailed below:

#### 1. <u>Negros Navigation Company</u>

In March 2008, the Port Fund acquired an 80% economic stake in Negros Navigation Co. Inc, ("Negros") - a Philippines shipping and port management company with mainly domestic operations. The Fund has 2 seats on the Board of Directors with the mandate to nominate the third (a Filipino national) thus having 3 out of 5 board seats; through KGL-NM which in turn has a 99.04% stake in Negros (i.e. the Fund owns 79.23%).

The Port Fund committed to invest up to USD 30 million in KGLI-NM structured as redeemable cumulative preferred A shares carrying 30% rate of return per year, for the first 4 years, of which Port Fund's initial contribution into Negros by the end of 2008 was USD 18.89 million. The expected equity IRR on this investment is around 40%.

As of 31st December 2008 Negros was valued by Punongbayan & Araullo[2] at USD 52.3 million, i.e. value of the Fund's stake was USD 33.96 million (after adjustments). This value was adopted into the Fund's audited financials for 2008, thus recording an unrealized gain of USD 15.06 million, giving the Fund a gain of 79.75% on this investment.

In 2009, Port Fund funded USD 28.6 million (including capitalized expenses), which represents the total funds it intends to invest in Negros, and a large part of this investment was used to pay off outstanding Negros debts, leaving Negros in a net debt free position. During 2008, Negros earned an EBITDA of USD 8 million, due to its restructuring efforts in 2006-07, and the subsequent optimization of its fleet.

During the first half of 2009, Negros earned revenue of USD 26.3[3] million and EBITDA of USD 7.9 million, recording increases of 6.5% in revenue and 47% in EBITDA compared to the results of the first half of 2008. Negros is expected to earn an EBITDA of USD 11.5 million in 2009.

The Fund management indicated that the exit for Negros is anticipated to be through an IPO in the Philippine Market by 2012.

---

[2] The Grant Thornton member firm in the Philippines
[3] Applied Exchange rate is 1 USD = 48 Philippine Peso



*Al Shall Consulting Company*

### 2. Global Gateway Logistics City

Global Gateway Logistics City (GGLC) is a high profile mixed-use but mostly logistics development project in Philippines, spread across 177 hectares adjacent to the international airport. This project is owned by Global Gateway Development Corporation (GGDC) that obtained the land through a 50 year, with a conditional renewal option of 25 years, concession/lease agreement with the Clark International Airport Corporation (CIAC). [4]

During the third quarter of 2008, the Port Fund acquired a 100% stake in GGDC thus occupying all 3 seats on the Board of Directors. As at the investment date, the expected equity IRR was 25%, however based on current developments, the Fund now expects to earn and equity return in excess of 25%.

The Port Fund approved a planned investment of up to USD 30 million in equity over the coming 3 years.

- By the end of 2008, Port Fund had contributed USD 10 million into GGDC, and the project (GGLC) was valued by internationally recognized commercial real estate firm CB Richards Ellis (CBRE) at USD 35.56 million. This value was adopted into the Fund's audited financials for 2008, thus recording an unrealized gain of USD 25.5 million, i.e. an increase of 255.55%.

- By Oct. 2009 the Fund had invested a further USD 6 million making the cumulative funds invested USD 16 million of which USD 6 million has been spent on initial design, engineering and site work expenses. The remaining USD 14 million, of the originally allocated USD 30 million, is a planned but non-binding cash infusion.

In 2009, CIAC approved GGLC's master plan, subsequent to which the Fund valued GGLC at USD 59 million. Construction is expected to commence by fourth quarter of 2009.

Currently a Private Placement Memorandum has been finalized and circulated among limited interested parties to raise further capital for development.

The Fund management indicated that the exit for this investment is anticipated to be through an IPO through REIT by 2012.

### 3. Damietta International Ports Company ("DIPCO")

Damietta International Ports Company ("DIPCO") is a port facility situated west of Suez Canal's Mediterranean entrance, established with a capital of USD 200 million. It is currently under construction and is expected to commence operations in Nov 2010.

The Port Fund has indirectly invested USD 20 million in DIPCO, through a loan to KGL-Ports International (KGL-PI). The loan carries a simple interest rate of 28% per annum and has a holding period of 5 years, during which the Fund has the option of either holding the loan or converting it into a 10% initial equity capital of DIPCO. On the other

---

[4] CIAC is a Philippine government owned and controlled corporation managing the Clark International Airport which is the main airport serving the Clark Special Economic Zone, where GGLC is located.



hand, KGLPI has the option to settle the loan and accumulated interest after the second year of the loan term.

As per the Fund Management, at the end of 2008, DIPCO was facing a number of problems due to a difference in the interpretation of the concession agreement between the Minister of Transportation (MOT) and DIPCO. Both parties appointed new management teams to resolve outstanding issues that came to successful closure but delayed the project for nine months. The delay resulted in extra costs and deferred debt drawdown, causing the project to run short of funds by the first quarter of 2009. DIPCO shareholders showed strong commitment to the company by pledging to fund additional equity to cover extra costs in the amount of USD115 million through cash, LC and bond structures. On July 2009 agreement was reached among MOT, DIPCO and contractors and suppliers to move forward with the project ensuring the port was booked for 2.5 million TEUs[5] when it commences operations in late 2010.

KGLI Port Fund management anticipates the project to regain its full expected value in the last quarter of 2010 at the start of the operations. The key value of DIPCO is committed volume throughputs by some of its shareholders (major international shipping companies) from day one of operations.

There has been an interest from parties to buy-out Port Fund's stake in DIPCO, but currently Port Fund is not in any negotiations as it believes the value of DIPCO will be worth significantly more once operations commence in 2010.

The book value of DIPCO as at September 2009 is USD 20 million plus interest accrued of USD 11.7 million.

The Fund does not anticipate that KGLPI will settle the loan earlier than its due date, and thus it will be converted to equity in DIPCO, which can be later exited through a trade sale.

### 4.   **MPC Global Maritime Opportunities ("MPC GMO")**

MPC Global Maritime Opportunities ("MPC GMO") is a Fund incorporated in Luxembourg on August 7th 2007 with a capital commitment of USD 228.06 million. Its objective is to invest in shipping opportunities.

In October 2007, Port Fund committed USD 25 million in MPC GMO which represents a 10.96% stake, of which it has funded USD 8.8 million till date. Additional capital calls were made in August and September 2009, but Port Fund has refused to make its contributions as MPC GMO, as per Fund Management, has violated its original PPM terms with regards to financing the vessels on a recourse basis instead of a non-recourse basis[6].

MPC GMO incurred net loss of USD 2.7 million for first half of 2008 due to the global economic crisis. As at 31st December 2008, MPC GMO was valued at USD 22.3 million i.e. value of Port Fund's stake was USD 2.4 million, which was adopted into the Fund's

---

[5] Twenty Foot Equivalent Units
[6] A letter was issued by Port Fund and signed by two other shareholders (Montrica Investment and Goldman Sachs) requesting an explanation for the financing of the vessels, the status of each vessel and the steps taken by MPC GMO to maximize shareholder wealth.

financials for 2008, thus, recording a 72.1% decrease in funded capital or 25% of committed capital.

During the first half of 2009, MPC GMO earned revenue of USD 8.1 million and a net loss USD 5.1 million. Given the market conditions, the Board of Directors has made adjustments to strengthen the MPC GMO's position by lowering employment and asset exposure through cancellation of orders for vessels at a loss. However, MPC GMO does not expect a recovery until 2011. The value of MPC GMO as at 30th June 2009 was USD 21.76 million i.e. value of Port Funds stake was USD 2.38 million.

**5.   Other Assets and Debts**

The Port Fund's other assets as at 31st December 2008 comprised of:

- Cash and cash equivalents of USD 21 million and

- Due from related parties of USD 6.98 million

The Fund has no funded debt at the Fund level and has room to borrow up to 30% of its capital when the debt markets improve.

**B.  Overall Financial Performance of The Fund**

During 2008, Port Fund total funded capital was USD 92.8 million of which USD 57.6 million was invested into opportunities detailed above, and USD 21.08 million was held as cash. As of 31st December 2008, three investments, namely, Negros, GGDC and MPC were revalued by independent third parties, and recorded at their respective fair values, leading to a net unrealized gain of USD 34.3 million. The Fund recorded overall gain to the tune of 59.5% from its initial position. The table below depicts original value, fair value, and unrealized gain or loss of each investment of the Fund.

| Investments | Original Investment till Dec 2008 | Fair Values 2008 | Gain/(loss) % | Total Funded till Oct 2009 | Fair Values 2009[E] | Gain/(loss) Over 2009 funded % |
|---|---|---|---|---|---|---|
| Negros | 18,892,659 | 33,958,935 | 79.7% | 27,837,501 | 59,800,000[7] | 114.8% |
| GGDC | 10,000,430 | 35,556,650 | 255.5% | 16,000,430 | 59,000,000[8] | 268.7% |
| MPC | 8,761,842 | 2,443,870 | -72.1% | 8,761,842 | 2,385,764[9] | -72.8% |
| DIPCO | 20,000,000 | 20,000,000 | - | 20,000,000 | 20,000,000 | - |
| **Overall** | **57,654,931** | **91,959,455** | **59.5%** | **72,599,773** | **141,185,764** | **94.5%** |

In addition to the unrealized gain, the Fund earned interest income of USD 8 million, thus earning a total income of USD 42.3 million. Total expenses amounted to USD 6.9 million of which general and administrative expenses are USD 4.2 million, and USD 2.7 million is management fees.

[7] Internally calculated by the management of Port Fund based on EBITDA and fair valuation for 2008 as done by Punongbayan & Araullo
[8] Based on lower end of CBRE valuation of USD 51 million (report dated 30th June 2009) and construction costs incurred in 2009
[9] Based on Net Asset Value as at 30th June 2009

*Al Shall Consulting Company*

In 2008, the Fund earned a net profit of USD 35.38 million. As per the terms of the Fund, USD 7.08 million is attributable to the Investment Manager and USD 28.30 million to limited partners, which is 30.5% of total Fund capital.

As at 31st December 2008, Port Fund's Net Asset Value was USD 121.16 million.

<u>2009 Asset Composition</u>
At the time of this report, the Fund's cash position is USD 4.7 million primarily because of further funding of USD 8.9 million to Negros and USD 6.0 million to GGDC. Accrued interest from Damietta has increased by USD 4 million to reach USD 11.7 million in Sept 2009.

The table below depicts the assets with major changes between 2008 and Sept 2009. The Fund only revalues its assets on an annual basis based on valuations by outside third parties; therefore the values for Negros, GGDC and MPC below reflect the 31st December 2008 audited values plus cash contributed to these investments during 2009 and does not reflect the actual Fair Market Value of the respective investments at the time of this report issuance. For detailed financial statements of the Fund, please refer Appendix C.

| Assets | Dec 2008 | Sept 2009* |
|---|---|---|
| Negros | 33,958,935 | 42,903,777 |
| GGDC | 35,556,650 | 41,556,650 |
| MPC | 2,443,870 | 2,443,870 |
| Damietta (DIPCO) | 20,000,000 | 20,350,000 |
| Accrued Interest from Damietta (DIPCO) | 7,774,896 | 11,774,896 |
| Cash | 21,083,673 | 4,704,855 |
| Due From Related Party | 6,980,812 | 6,893,918 |

**Unaudited Financial Statements for September 2009*

## VII. New Investments

The proposed round of new targeted capital along with the capital commitment not yet funded or around USD 50-USD 100 million, is geared towards funding up to  USD 75 million towards new investment opportunities mentioned below; additional funding of USD 14 million into GGDC; and further USD 15 million as expenses for maintaining the Fund's liquidity.

### 1. Project Vasco –Aboitiz Transport System (ATS)
ATS is listed on the Philippine Stock Exchange and is the largest integrated logistics and transport solutions provider in the Philippines with the 17 operating vessels. ATS is the largest competitor to Negros and acquiring both would be highly beneficial as the combined entity would become the market leader in domestic shipping and logistics; improve overall vessel efficiency and utilization

- Monies allotted to it is envisioned to be up to USD30 million

- Potential exit by relisting or a sale to a financial buyer or strategic investor.

- The Fund management has been in negotiation with ATS and signed an MOU. The later elapsed, but is now under negotiation.

- **September 2009:** The seller indicated a continued interested and a consortium of interested bankers has been identified. The Port Fund is in exploratory discussions regarding raising debt financing for the potential acquisition.

## 2. Project Scuba ("Target")

The Port Fund, through a KGLI led equity consortium, is currently in discussions with the Target Company for the potential acquisition of 98% of Target's equity shares. The Target handles about one third of containers of its country of origin, one of the GCC countries, a region with strong growth potential. Its revenues have grown at 12% CAGR for the last three years, while its management team has proven experience in operating and developing port assets. The government is planning heavy investment in infrastructure after years of under investment, compensating for large population growth, which will contribute to further growth of Target Company.

- Monies allotted to it is envisioned to be up to USD20 million

- Potential exit by a direct sale or IPO.

- Negotiations have been conducted since April of 2008 with potential equity parties changing due to their respective responses to the global financial situation over the last years.

- **August and September 2009:** New parties indicated an interest in partnering with the Port Fund and the Fund intends to finalize negotiations with Project Scuba, which continues to perform well operationally.

## 3. New Port of Aqaba

In August 2009, Aqaba Development Corporation ("ADC") selected KGLI and its partners as the winning bidders for the BOT concession which will relocate the main port to a 130 hectares new site adjacent to the Saudi border. KGLI will design, build, finance and operate a general cargo terminal, RoRo terminal, grain terminal, and ferry terminal, with exclusive rights to operate the existing ferry terminal upon its completion.

The Fund is interested in committing up to USD 30 million as the expected return on equity is above 15%. The expected holding period is 4 years with IPO as an exit strategy.

## 4. Project City (GGDC)

The Port Fund may increase its investment in GGDC by an additional USD 15 million but it is focused on identifying external equity investors to partner with GGDC moving forward.

## VIII.   Risks and Port Fund Opinion Regarding Risk Mitigation

### Operational Risk Mitigation

The Port Fund management team utilizes a hands-on, operationally focused management strategy.  KGLI has offices in every geographical region where investments have been made by the Port Fund (Middle East (Kuwait, Jordan), Europe (the Netherlands), and Asia (the Philippines).  The Fund is managed by experienced investment professionals with operational and industry expertise as well as financial expertise covering deal structuring, monitoring and exiting investments.



*Al Shall Consulting Company*

**Governance and Risk Mitigation**

All investments that have been made involve a level of management and oversight by the Port Fund Team as follows:

1. Damietta – Two board seats and part of a consortium with a blocking interest on the board
2. Global Gateway Development Corporation – 100% ownership and all board seats
3. MPC – Advisory position on Investment Committee
4. Negros Navigation – Majority ownership and majority control of the board

Post-acquisition monitoring is done through representation on the Board of Directors, senior management committees, and other special committees of each portfolio company. This process encompasses quarterly financial and performance reports, annual audited accounts, period company visits, regular meetings and frequent communication with senior management.

**Leverage Risk Mitigation**

The liabilities of the Fund comprised of business regular accrued expenses and none of it derived from loans. The Port Fund has no funded debt at the Fund level ; furthermore, the Port Fund seeks to minimize leverage, where appropriate, at the investment companies' level.

Through enhanced operational scrutiny, stringent investment governance standards and a preference for minimally leveraged investments, the Port Fund has successfully demonstrated its ability to successfully navigate the perilous global financial environment of the past 18+/- months.



*Al Shall Consulting Company*

# APPENDICES

**Appendix A: Comprehensive List of Reports Reviewed**
**Appendix B: List of Current Investors**
**Appendix C: Financial Statements of Port Fund for the**
**years Dec. 2008 and Sep.2009**



*Al Shall Consulting Company*

## **Appendix A: Comprehensive List of Reports Reviewed**

1. The original private placement memorandum dated April 2007, and the new one dated August 2009;
2. Performance update for 1st and 2nd quarters of 2009 as prepared by the Port Fund;
3. Audited financial statement and independent auditors report for the period 21st March 2007 to 31st Dec. 2008 as prepared by Moore Stephens International;
4. The Port Fund's policies, procedures and the investment process prepared by the KGL Investment Cayman, Investment Manager;
5. Port Fund's Investment committee meeting agenda and presentation, October 2009;
6. Curriculum Vitae of Mark Williams, Evan McBride, Henrik Stevens and Manish Rathi;
7. Al-Ahleia Insurance Waiver Letter Agreement;
8. Market study on shipping industry prepared by Punongbayan and Araullo;
9. Port Fund Amended and Restated Limited Partnership Agreement on 2007;
10. KGLI Excom Meeting Presentation August 2009;
11. Investment recommendation update and analysis of due diligence efforts for GGLC prepared by KGL Investment on March 2008;
12. Investment recommendation report for GGLC prepared by KGL Investment dated December 2007;
13. Use of branch office of an entity organized under the laws of the Cayman Islands prepared by Ernst & Young (SGV & Co.);
14. Investment recommendation presentation for GGLC presented by KGL Investment on July 2008;
15. Mixed-use project feasibility study for GGLC prepared by CBRE Global Research and Consulting on 14th March 2008;
16. Land lease valuation model for GGLC prepared by CBRE Global Research and Consultancy on February 2009;
17. Land lease valuation model for GGLC prepared by CBRE Global Research and Consultancy on June 2009;
18. Draft Lease agreement between GGLC and CIAC;
19. Final deal report and funding request for GGLC on June 15th 2008;
20. Business plan for GGLC prepared by KGL Investment on April 2008;
21. GGLC Investment Valuation Model for March 2009 prepared by the Port Fund;
22. Global Gateway Development Corporation ("GGLC") 5 Year Summary prepared by the Port Fund;
23. Master Plan Lease Agreement between "GGLC" and Clark International Airport Corporation ("CIAC") on 11th May 2008;
24. Side Letter Agreement between "CIAC" and "GGLC" on 16th July 2008;
25. Tax incentives available to "KGL Clark" prepared by SGV & Co., on March 12th 2008;
26. Investment recommendation presentation for Negros Navigation Co. presented by KGL Investment on July 2008;
27. Project Negros: material issues report prepared by Quisumbing Torres (member of Baker and McKenzie international law firm) on May 2008;
28. Investment recommendation update and analysis of due diligence efforts for Negros Navigation Co., Inc. prepared by KGL Investments on March 2008.
29. Investment recommendation report on Negros Navigation Co., Inc. prepared by KGL Investment on December 2007;
30. Investment agreement between Negros Navigation Co., Inc. and KGL Investment on May 2008;
31. Final deal report on Negros Navigation Co., Inc. prepared by The Port Fund on May 2008;

*Al Shall Consulting Company*

32. Valuation Model for Negros Navigation Co., prepared by the Port Fund as at 31st December 2008;

33. Negros Navigation Co., Inc information sheet prepared by the Port Fund;

34. Negros Navigation Co., Inc deal origination report on December 2007 prepared by the Port Fund;

35. Presentation about Negros Navigation to KGL Investment prepared by the Port Fund on November 2007;

36. Letter of Interest from KGLI to Negros Navigation on December 2007;

37. Financial valuation of Negros Navigation prepared by the Port Fund in 2007;

38. Comparable company analysis of Negros Navigation prepared by the Port Fund;

39. Vessels profile of Negros Navigation on January 2007;

40. Unaudited financial information as of 30th June 2009 for MPC Global Maritime Opportunities ("MPC GMO");

41. Transaction update report for MPC GMO as of July 2009;

42. MPC GMO investment committee call on 28th August 2009;

43. Memorandum for Investment of Port Fund into MPC GMO prepared by Kremer Associes & Clifford Chance on July 2009;

44. Letter to "MPC GMO" regarding the violations of PPM prepared by "Port Fund" on 15th September 2009;

45. Letter to "MPC GMO" regarding violations of PPM signed by Goldman Sachs and Montrica Investments Management on 23rd September 2009;

46. 2008 financial statements of KGLI;

47. Contract between Kuwait Ports Authority and KGLI for USD 50 million;

48. A Sample of Advisry Board Agreement; and

49. Contract between KGL Port Fund and KGLPI USD 20 million  loan.



*Al Shall Consulting Company*

## Appendix B: List of Current Investors

| Limited Partners | Ownership | Total Commitment |
|---|---|---|
| General Retirement and Pension Authority Qatar | 10.61% | 9,852,000 |
| Gulf Investment Corporation | 10.77% | 10,000,000 |
| Behbehani Investment Company | 1.08% | 1,000,000 |
| The Public Institution for Social Security | 43.08% | 40,000,000 |
| Yaqoub Behbehani | 1.08% | 1,000,000 |
| Al Ahlia Holding Company | 3.23% | 3,000,000 |
| Kuwait Reinsurance Company K.S.C.C | 2.15% | 2,000,000 |
| Al Ahlia Insurance Company | 3.23% | 3,000,000 |
| Mohammed Ali Al-Naki | 3.23% | 3,000,000 |
| KGL Investment K.S.C.C | 21.54% | 20,000,000 |
| | **100.00%** | **92,852,000** |



*Al Shall Consulting Company*

## Appendix C: Financial Statements Of Port Fund for the years Dec. 2008 and Sep.2009

| Balance Sheet | 2008 (in USD) | Sept 2009 (in USD) * |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents | 21,083,673 | 4,704,855 |
| Financial assets at fair value through income statement | 72,559,455 | 87,504,297 |
| Loans and receivables | 20,000,000 | 20,350,000 |
| Accrued interest | 7,774,896 | 11,774,896 |
| Due from related party | 6,980,812 | 6,893,918 |
| **Total assets** | **128,398,836** | **131,427,966** |
| **Liabilities and Equity** | | |
| Accrued expenses | 165,009 | - |
| Due to investment manager | 7,076,366 | 7,076,366 |
| **Total liabilities** | **7,241,375** | **7,076,366** |
| Fund capital | 92,852,000 | 92,852,000 |
| Retained earnings | 28,305,461 | 31,499,600 |
| **Total equity** | **121,157,461** | **124,351,600** |
| **Total liabilities and equity** | **128,398,836** | **131,427,966** |

**\* Unaudited Balance Sheet as at Sept 2009**

| Income Statement | 2008 (in USD) |
|---|---|
| **Income** | |
| Unrealized gain on investments at fair value through income statement | 34,304,524 |
| Interest income | 8,007,777 |
| Foreign exchange gain | 19,719 |
| **Total income** | **42,332,020** |
| **Expenses** | |
| Management fees | -2,721,963 |
| General and administrative expenses | -4,228,230 |
| **Total expenses** | **(6,950,193)** |
| **Net profit for the period** | **35,381,827** |
| Attributable to investment manager | 7,076,366 |
| Attributable to limited partners | 28,305,461 |



**Update of**
**Original Report Prepared and Released in**
**October 2009**

**Prepared for**
**The Port Fund**

**Prepared by**
**AlShall Consulting Company**

**October 2011**

40

*AlShall Consulting Company*



<h1 align="center"><u>Table of Contents</u></h1>

| | |
|---|---:|
| **I – Introduction** | **3** |
| **II – Key Facts about the Fund** | **4** |
| **III – Term Sheet** | **5** |
| **IV – Management Expertise** | **7** |
| A – Management Qualifications | 7 |
| B – Deal Sourcing | 7 |
| **V – Investment Strategy and Process** | **7** |
| A – Investment Parameters | 7 |
| B – Investment Process | 8 |
| **VI – Performance to Date** | **9** |
| A – Financial Performance of Main Investments | 9 |
| 1. Negros Navigation Company | 9 |
| 2. Global Gateways Logistics City | 11 |
| 3. Damietta International Ports Company | 13 |
| 4. MPC Global Maritime Opportunities | 15 |
| 5. Other Assets and Debts | 16 |
| B – Overall Financial Performance of the Fund | 17 |
| **VII – Investments Targeted for Additional Capital Raise** | **18** |
| 1. GGDC | 18 |
| 2. Project Scuba ("Target") | 19 |
| **VIII – Risks and The Port Fund Opinion Regarding Risk Mitigation** | **20** |

**Appendix A** - Comprehensive List of Reports Reviewed
**Appendix B** - List of Current Investors
**Appendix C** - Audited Financial Statements of The Port Fund
**Appendix D** - GGLC – Industry and Market Dynamics



# The Port Fund ("Fund")

## I.   Introduction

KGL Investment Company KSCC ("KGLI") is a Kuwaiti alternative investment and development company with a capital of KD 17 million and is regulated by the Central Bank of Kuwait. KGLI established The Port Fund ("Fund") on March 21, 2007 as an exempted limited partnership in the Cayman Islands.  As of December 31, 2010, the Fund had committed and funded capital of USD 142.85 million.

Currently the Fund is seeking to increase its capital by USD 35 million through a private placement. Potential investors have requested that KGLI provide a brief report about the Fund, prepared by an independent third party. Accordingly, KGLI has engaged AlShall Consulting Company ("AlShall") to summarize the performance of the Fund since inception, its current status and the key facts of the offering. AlShall has read and reviewed extensive documents related to the Fund including, but not limited to, the PPMs, the Fund's audited financial statements and the performance updates since inception as prepared by the Fund's management through the fiscal year ended December 31, 2010 and through September 30, 2011.

Accordingly, this brief investment summary, as prepared by AlShall, incorporates facts, terms, current and potential investments as well as KGLI Fund Management's opinion regarding risk mitigation. This report is based solely on the information and representations provided to AlShall by KGLI which is listed in Appendix A. AlShall expresses no opinion regarding its findings but rather presents them as they are. Furthermore, AlShall did not carry out any independent due diligence to verify the information submitted about this investment opportunity.

The reader should understand that any investor(s) should not rely solely on this document in making its investment decision and should conduct its own due diligence and investment assessment. This report may not be reproduced or used in whole or in part for any purpose other than the purpose for which it was prepared. The user of this report should treat it as highly confidential and thus it may not be disclosed to any third party without the prior written consent of KGLI, The Port Fund and AlShall.



## II.   <u>Key Facts About The Fund</u>

The Port Fund was first presented by KGLI, in April 2007, to afford both institutional and private investors the opportunity to invest in port management, operations and related businesses as well as in other sectors compatible with the Fund's investment objectives including, but not limited to, the logistics, technology and shipping sectors. The Fund is managed by KGLI through a wholly owned Cayman Island Subsidiary called KGL Investment Cayman Ltd. KGLI has a 14.0% ownership in The Port Fund. A comprehensive investors list is presented in Appendix B.

Through fiscal year 2010, The Port Fund experienced an annual compounded return of 22% based on its Net Asset Value (NAV). According to the 2011 report provided by Preqin, Ltd., the internationally recognized authority on private equity funds and related statistics, for buyout funds established in 2007 (The Fund's inception or vintage year), the median annual return for all of 2007 funds is a negative 0.1%. It should be noted that the top 25% percent (1st quartile) of 2007 funds had an average annual return of 7.4%, according to the same report. On a multi-year vintage fund comparison, The Port Fund's annual compounded return of 22% ranks higher than that of the top quartile (top 25%) of all buyout funds established between 2005 and 2010 thus validating The Port Fund and KGL Investment Company's investment thesis and proven execution strategies.

The Fund is currently seeking to raise additional capital of USD 35 million from existing and/or new investors. The new funds are intended to be directed to meet the funding requirements of existing investments (e.g. GGLC) and the funding requirements of a limited number of new investments presented at discounted values due to crisis.

 In 2009, and upon last capital increase, the Fund obtained a waiver from all existing limited partners, allowing the Fund to extend its closing date for the purpose of soliciting new funds, waiving restrictions regarding the maximum geographic concentration of 30% and maximum asset concentration, as well as to detail the pricing at which the additional limited partners are to be admitted to the Fund. Although the waiver is in full affect, the Fund is in the process of obtaining a new waiver from all existing limited partners that allows the Fund to extend its closing date and comply with its bylaws for the purpose of soliciting new funds.

Due to recent acquisitions by The Fund, and to allow its green field investments to mature and capture value, the management of The Fund may extend the Fund life an additional two years through 2014.

*AlShall Consulting Company*



Walkers LLP ("Walkers"), the legal advisors of the Fund, prepared an updated legal opinion report dated September 30, 2011, wherein they stated that the Fund is in good standing with no legal actions pending for or against it. A similar legal opinion was issued by Walkers in October 13, 2009.

## III.   Term Sheet

| | |
|---|---|
| **Sponsor** | KGL Investment Company |
| **Administrator** | Equity Trust (Mauritius) Limited |
| **Legal Counsel** | Walkers (Dubai) LLP for Cayman Island Laws<br>Al Othman & Khalaf (local) |
| **Main Assets Class** | Port management, operations and related businesses such as logistics, technology and shipping sectors. |
| **Current Fund Size** | USD 142.85 million equity |
| **Funds To Be Raised** | USD 35 million in equity |
| **Sponsor Commitment** | 14.0% of equity, up to USD 20 million |
| **Fund Closing Date** | December 31, 2011 with possible extension for 3 months |
| **Fund Life** | 5 years + two one year extension periods |
| **Target Return** | 15%+ IRR (net of fees and Fund level expenses) |
| **Legal Structure** | Exempted limited partnership organized and registered in Cayman Islands |
| **Placement Fees** | No placement fee |
| **Asset Management fees** | 2% annual asset management fees on committed capital. If term is extended for any one year option period, this fee will be reduced to 1.5% for such period. |
| **Profit Sharing** | As each investment is exited, proceeds will be distributed to the Limited Partners (LP) up to the capital employed in that investment, then the remaining proceeds will be distributed to the LP up to a 8% preferred return on capital; then the Investment Manager will receive a 'Performance Fee' comprised of a catch-up payment of 20% and finally 80% of the remainder will go to LP and 20% of the remainder to the Investment Manager.<br>The 20% paid to the Investment Manager is adjusted upwards and downwards each year depending on performance of the Fund. The Investment Manager only realizes a payout when an investment is exited and cash is distributed to the LPs and the payout is limited to the investment exited; furthermore, on each investment that is exited, 10% of the Investment Manager's payout is held back against future exits to assure that in the event of the write down of remaining investments, a reserve account remains to "claw back" monies paid to the Investment Manager. |
| **Advisory Board** | (1) Saeed Dashti – Board Chairman, Chairman of the KGL Group of Companies |

*AlShall Consulting Company*



| | |
|---|---|
| | (2) Abdulaziz Al Osaimi – Board Member; Member of KPA Board of Directors<br>(3) Faisal Al Mussalam – Board Member; Deputy Manager, Direct Investment Department of PIFSS<br>(4) Robert Borghese PhD, Esq. – Board Member; Professor, Wharton School of the University of Pennsylvania, USA |
| **Investment Committee** | (1) Marsha Lazareva – Chairman of The Port Fund Investment Committee, Vice Chairman & Managing Director of KGL Investment Company<br>(2)  Faisal Al Mussalam – see above<br>(3) Mark Williams – Investment Director of KGL Investment Company<br>(4) Manish Rathi – Chief Financial Officer of KGL Investment Company |
| **Investments to Date** | (1) Damietta International Port Company<br>— BOT concession with Damietta Ports Authority<br>— Amount committed USD 20.6 million<br>— Fully funded<br>— Current equity IRR: 15% +/-<br>— Expected IRR at exit: 10% ( Conservatively estimated )<br>(2) MPC Global Maritime Opportunities<br>— A Fund that owns and operates shipping vessels<br>— Amount committed USD 24 million<br>— Amount funded up to September 30, 2011: USD 13.25 million<br>— Current equity IRR: capturing invested equity<br>— Expected equity IRR at exit: 2%+<br>(3) Global Gateway Logistics City<br>— Mixed use development in Philippines<br>— Amount committed is up to USD 45 million<br>— Amount funded up to September 30, 2011: USD 35 million<br>— Current equity IRR: 25%+<br>— Expected equity IRR at exit: 30%+<br>(4) Negros Navigation "NEGROS"<br>— Transportation, shipping and port management company<br>— Amount committed USD 28.6 million<br>— Fully funded<br>— Current equity IRR: 25%<br>— Expected equity IRR at exit: 25%+<br>Note : the current equity IRR for each investment is calculated based on its associated cash flow and assuming an exit at its carrying value as of Dec 2010 |
| **The Pricing For Additional** | On the revaluation of the Fund, there shall be no penalty |

6

*The Port Fund*



| Limited Partners | charged to the Additional Limited Partner, whose proportionate share of the Fund after December 31, 2010 will be determined by dividing its Capital Contribution by the total Net Asset Value of the Fund and the Capital Contributions of all additional Limited Partners, including itself on December 31st 2010; in addition, the Additional Limited Partner shall pay the lesser of 8% per annum or the appreciation in the Fund for the ratable period of FY 2011 for which it has not made its capital contribution. |
| --- | --- |

## IV.  **Management Expertise**

### A.  **Management Qualifications**

The CVs of members of the Investment Committee and Board of Directors are detailed in the Fund's PPMs. We have reviewed these and we understand that the management team has a notable cumulative experience in logistics and port management, corporate restructuring and private equity.

### B.  **Deal Sourcing**

Since inception, The Port Fund has experienced a steady inflow of proposed deals. It has reviewed 75 deals, conducted due diligence on 13 and approved 7 deals for final negotiations or closing; of these, The Port Fund currently has 4 investments and 2 pending investment opportunities.

Much of the deals are internally or group sourced through Fund, KGLI or KGL[1] offices in Kuwait, Rotterdam and the Philippines. For example, Damietta was sourced by KGL, MPC GMO was presented through a personal relationship at Morgan Stanley in New York while Negros Navigation was sourced by The Port Fund team during a due diligence trip in the Philippines. Furthermore, deals are externally sourced through third-party advisors, industry operators, financiers, bankers, ministries and government agencies.

Currently, the focus of the fund is on maintaining value for its existing investment with limited focus on new opportunities such as Scuba.

---

[1] KGL-is Kuwait and Gulf Link Transport Company KSC. KGLI and KGL are separate legal entities.

7

*The Port Fund*



## V.   Investment Strategy and Process

### A.   Investment Parameters

The original PPM identified the target market to be mainly Asia, Africa and Middle East, such that the Fund sought:
- o Brownfield projects with quality management will facilitate the Fund in achieving its targets;
- o High-growth greenfield and brownfield projects

The Fund Manager has adhered to the parameters identified in the PPM, emphasizing familiar markets where either an office or any other kind of presence exists (Middle East-Kuwait, Egypt, Jordan and KSA; Asia-Manila, Philippines; Europe-Rotterdam, Netherlands).

### B.   Investment Process

The investment process is typical of a specialized private equity fund. The investment manager is responsible for deal sourcing, analysis, structuring, management and defining the exit strategy.

AlShall has reviewed a sample of documents related to both approved and rejected opportunities of the Fund and has observed a general adherence to the process documented in the original PPM. Furthermore, upon acquisition, the Fund takes a hands-on, operationally focused approach and requires significant ownership and control.

  i.  Damietta – The Fund has 2 board seats out of 10 while KGL-PI has another 2 so the KGL consortium has a total 4 seats with blocking interest

  ii.  GGDC – 3 (all Board seats) & 100% investor

  iii.  MPC – Investment Committee Observer position to sit in on the meetings

  iv.  Negros – 4 board seats at the NM-ATS corporate level out of 11, noting that no other single investor has more

*AlShall Consulting Company*



## VI.   Performance to Date

### A.   Financial Performance of Main Investments

The Port Fund invested in 4 opportunities which are detailed below:

#### 1.   Negros Navigation Company

In May of 2008, The Port Fund established KGLI-NM Company which acquired 99.04% stake in Negros Navigation Co. Inc, ("Negros"), a Philippines shipping and Port Management Company with mainly domestic operations. The Fund retained 79.23% economic ownership in KGLI-NM while giving 19.81% of the ownership to Negros management team. The Fund had 2 seats on the Board of Directors with the mandate to nominate the third (a Filipino national) thus having 3 out of 5 board seats.

The Port Fund committed to invest up to USD 30 million in KGLI-NM structured as redeemable cumulative preferred A shares carrying 30% rate of return per year, for the first 4 years, of which The Port Fund's initial investment into Negros, by the end of 2008, was USD 18.89 million. The expected equity IRR on this investment is around 25%+/-.

By 2009, the Fund had funded USD 28.6 million (including capitalized expenses) representing the total funds it intends to invest in Negros. A large part of this investment was used to pay off outstanding Negros debts, leaving Negros in a net debt free position.

In 2010, The Port Fund partnered with a newly established private equity partnership based in Hong Kong, China-ASEAN Investment Cooperation Fund ("CAF"). CAF completed its initial capital raise for USD 1.0 billion in 2010 and is targeted to reach USD 10.0 billion through future rounds of capital infusions from its investment partners. CAF's cornerstone investment partners include the largest investment institutions in China, such as The Export-Import Bank of China, China Investment Corporation and Bank of China Group Investment Limited.

In December 2010, CAF completed its first investment when it partnered with The Port Fund to invest equity capital into Negros Navigation

for the strategic acquisition of the market leader in the Philippine Shipping Industry, Aboitiz Transport System Corporation ("ATS"); CAF came into Negros capital increase and simultaneously Negros bought ATS.



The Port Fund invested $ 28.6 MM in Negros in 2008. In 2009 The Port Fund equity portion in Negros was revalued at $58.6 MM. It should be noted that the USD 100 million invested by CAF for its equity interest in the business resulted in a December 31, 2010 revaluation of The Port Fund's equity stake at $83.94MM (a multiple of 2.94 times from initial investment).

Upon acquisition of ATS on December 29, 2010, NN-ATS economic ownership became the following: KGLI-NM 40% (out of which Fund's ownership is 32%), CAF 60%.

The NN-ATS Board of Directors consists of 11 members where KGLI-NM has 4 seats, CAF has 4 seats, and independent directors have 3 seats.

ATS is listed on the Philippine Stock Exchange and is the largest logistics and transport solutions provider in the Philippines with 18 operating vessels. ATS was the largest competitor to Negros and the combined NN-ATS company is the dominant market leader in domestic shipping and logistics. This business combination has enabled the business to improve overall vessel efficiency and utilization while also expanding its total domestic service coverage.

The NN-ATS combined market share is more than twice as large as its next largest competitor with a direct market share in domestic freight of 35% for the year to date period ending June 2011 vs. the next highest market share of 16% for the largest competitor for this period. In long haul passenger transport market, the combined NN-ATS business controls more than 80% of the total industry. In addition, NN-ATS is now the only fully integrated logistics business in the Philippines with the ability to provide customers with end-to-end solutions through an entirely owned and controlled network.

During the first half of 2011, NN-ATS earned revenue of USD 205.6[2] million and EBITDA of USD 20.7 million, recording increases of 9.8% in revenue and 48.1% in EBITDA compared to the results of the first half of 2010. In 2011 NN-ATS projects to incur losses largely due to integration costs, in particular in one time settlement payments for downsized personnel. In 2012 NN-ATS forecasts profits that will be realized from the positive side of integration and synergy between operations of NN and ATS of 2011.  Historical performance of NN and forecast of NN-ATS is provided below.

---

[2]Applied Exchange rate is 1 USD = 42 Philippine Peso



*AlShall Consulting Company*

| Company Performance | 2008 | 2009 | 2010 | 2011F | 2012F | 2013F |
|---|---|---|---|---|---|---|
| Revenue | 59.7 | 54.6 | 45.0 | 384 | 384 | 391 |
| NET Profit | 3.2 | 8.3 | (2.5) | (16.0) | 13.8 | 21.6 |
| Integration cost | 0 | 0 | 7.9 | 6.5 | 3.2 | 0 |
| Net Profit Upon Neutralizing Integration Cost | 3.2 | 8.3 | 5.4 | (9.6) | 17.0 | 21.6 |
| EBITDA | 8.0 | 5.0 | 7.6 | 32.7 | 65.2 | 73.1 |

As at December 31, 2010, The Port Fund's share of Negros was valued by Grant Thornton member firm, Punongbayan & Araullo[3] at USD 114.36 million. The Port Fund's management applied an internal conservative discount and booked it at USD 83.94 million. This value was adopted into the Fund's audited financials as at December 31, 2010, thus recording an unrealized gain of USD 25.34 million, giving the Fund a gain of 43.24% on this investment, over the previous fiscal year 2009.

The Fund management has indicated that the exit for Negros is anticipated to be through an IPO in the Philippine Market by 2014.

### 2.  Global Gateway Logistics City

Global Gateway Logistics City (GGLC) is a high profile mixed-use development project in Philippines, consisting of 177 hectares strategically located at the intersection of the North Luzon and Subic-Clark-Tarlac Expressways and adjacent to the DMIA international airport. This project is owned by Global Gateway Development Corporation, Caymans (GGDC), a wholly owned subsidiary of The Port Fund, which obtained the greenfield site through a 50 year concession/lease agreement with the Clark International Airport Corporation (CIAC)[4], with a conditional renewal option of 25 years.

During the third quarter of 2008, The Port Fund incorporated GGDC as the sole incorporator and thus occupying all 3 seats on the Board of Directors. By end of 2008, The Port Fund had contributed USD 10 million into GGDC, and the project (GGLC) was valued by internationally recognized commercial real estate firm CB Richards Ellis (CBRE) at USD 35.56 million. This value was adopted into the Fund's audited financials for 2008, thus recording an unrealized gain of USD 25.56 million, i.e. an increase of 255.55%.

---

[3] The Grant Thornton member firm in the Philippines
[4] CIAC is a Philippine government owned and controlled corporation managing the Clark International Airport which is the main airport serving the Clark Special Economic Zone, where GGLC is located.



*AlShall Consulting Company*

In 2009, CIAC approved GGLC's master plan; informal settlers were removed from the site; GGDC on-site office premises were completed; and site work for preparation and improvement was in full speed. GGDC has received a compliance acknowledgment with its concession terms from CIAC on October 5, 2009.

Subsequent to the above, CBRE confirmed an increase in value of the project to an average of USD 126 million, which was reflected conservatively (discounted to USD 65.8 million) in GGLC's December 31, 2009 audited financial statements.

In 2010 the site construction work was continued. By December 2010, the Fund had further invested USD 15 million which has been used for the construction of underground utilities infrastructure (storm drains, water, sanitary sewer and conduit for electrical, telecommunications and fiber optic cabling, etc.) and for the construction of other related horizontal infrastructure such as roads, streets, curbing, sidewalks, pavers, landscaping and signage.

On December 7, 2010, GGDC formally executed an agreement with its catalyst anchor locator, The Medical City (TMC). The high profile groundbreaking ceremony was led by His Excellency, Benigno Aquino III, President of the Republic of the Philippines and attended by several business and political leaders from the Philippines, the United States, and Kuwait, among others. The sub-lease agreement is for an initial period of 25 years and preliminary space of 18,000 +/- square meters.

CBRE performed a third valuation of the GGLC development as at December 31, 2010. As contained in the report, the present value of the leasehold valuation at the end of 2010, before considering discounted lease payments, ranged between USD 177 million and USD 212 million (or USD 137 million to USD 172 million, after accounting for the present value of lease payments payable to the CIAC). Even in light of the Fund's management's decision to conservatively discount the investment to USD 79.95 million, the book value of the investment reflected a 21% increase over the previous year's amount. It should be noted that the unprecedented growth and development being experienced in the Philippines and more specifically, in the North Luzon region in which GGLC is situated, had a significant positive effect on the prevailing market/capital value comparisons for commercial lots similar to GGLC. Such favorable market conditions, the consistent in-migration of locators to the Clark-Subic area and the use of additional capital for the accelerated development of horizontal infrastructure within GGLC greatly contributed to the land value appreciation enjoyed by GGLC as reflected in the corresponding CBRE valuation report for 2010.



By mid 2011, CBRE has issued a number of independent reports that clearly indicate that the Real Estate Market maintains its values and continues to express strong growth.

As at the investment date, the expected equity IRR was 25%, however based on current developments, the Fund now expects to earn an equity return in excess of 25%.

In total, The Port Fund approved a planned investment of up to USD 45 million in equity for the initial development of GGLC out of which USD 35 million has been already funded by September 30, 2011.

The Fund management indicated that the exit for this investment is anticipated to be through an IPO through a REIT by 2014.

### 3. <u>Damietta International Ports Company ("DIPCO")</u>

Damietta International Ports Company ("DIPCO") was established with capital of USD 200 million to invest in the Damietta port facility situated west of Suez Canal's Mediterranean entrance.  DIPCO has a strong shareholders base which consists of China Shipping Co, CMA-CGM, UASC (the largest and well-known shipping companies and volume providers to the terminal), General Electric and KGLPI (operator of the terminal).  The facility is currently under construction and is expected to commence operations in 2013. The below paragraphs summarize the developments of the project since inception and its current status, according to the management of the Port Fund.

In 2007, upon the establishment of DIPCO, USD 200 million was contributed by shareholders. During next 14 months DIPCO was expeditiously constructing the terminal with nearly all of the company's capital disbursed prior to monies from a USD 480 million signed loan for the Phase I of the project being made available for disbursement. At the end of 2008, DIPCO started facing a number of problems due to a difference in the interpretation of the concession agreement between the Minister of Transportation (MOT) and DIPCO. Both parties appointed new management teams to resolve outstanding issues. Although a successful resolution was achieved, the issues and corresponding discussions had delayed the project for nine months. The delay resulted in extra costs and deferred debt drawdowns, causing the project to run short of funds by the first quarter of 2009. DIPCO shareholders demonstrated their strong commitment to the company by pledging to fund additional equity to cover extra costs in the amount of USD 115 million through cash, LC and bond structures. In July of 2009, an agreement was reached among MOT, DIPCO, contractors and suppliers

13

*The Port Fund*



to move forward with the project to ensure the port was booked for 2.5 million TEUs5 when it commenced operations in 2010 as originally planned.

In the end of 2009, the construction preparation restarted. Arcadis, a world renowned port design and engineering company, finished the planning and design for the second phase of the terminal construction necessary to provide the additional capacity for an increase from 2.5 million TEU to 4 million TEU. In preparation, the equipment providers began ramping up the orders for Damietta and a new dredging contract was finalized.

Also, during 2010, a new Term Sheet for a senior credit facility in the amount of USD 620 million was finalized with a Consortium of local and international banks led by the National Bank of Egypt.

During the 1st quarter of 2011, the project was put on hold as DIPCO's management invoked Force Majeure due to the events affecting the socioeconomic and political environment of Egypt. The DIPCO management proactively engaged every level of management to assertively respond to the situation. Meetings were conducted with various representatives of the provisional Egyptian government in an effort to safeguard the success of the project. Planned construction phases and related budgets, along with parallel revisions to financing requirements, were revised to accommodate known changes resulting from the situation in Egypt and with the intent to resume construction by the end of 2011. At the end of Q1 2011, a Shareholders' meeting was held in Dubai wherein an exhaustive briefing was given on management's continued progress regarding contracting, financing, engineering and construction initiatives. Shareholders unanimously expressed their continued commitment to the project and to ensuring all obligations of DIPCO are met. The administrative aspects of the project continue to move forward with a strong commitment from the mandated Consortium, comprised of key Egyptian and international banks, to stand by DIPCO with the previously agreed upon Term Sheet for the senior credit facility, in the amount of USD 620 million, for the project.  The Prime Minister of Egypt gave a commitment to DIPCO shareholders during a personal meeting, in August 2011, to fully support the DIPCO project describing it as strategically important to Egypt and a special committee under MOT was established to expedite the restart of construction.

As for The Port Fund, its Management's outlook remains unchanged that the project will represent one of the leading and most strategic major ports in the MENA region.

---

5 Twenty Foot Equivalent Units



The key value of DIPCO is the committed volume throughputs by some of its shareholders (major international shipping companies) from day one of operations.

The Port Fund has indirectly invested USD 20 million in DIPCO, through a loan to KGL-Ports International (KGL-PI). The loan carries a simple interest rate of 28% per annum and has a holding period of 5 years, during which the Fund has the option of either holding the loan or converting it into a 10% initial equity interest in DIPCO. Additionally, KGL-PI has the option to settle the loan and accumulated interest after the second year of the loan term.

There have been indications of interest from parties interested in buying out The Port Fund's stake in DIPCO, but currently The Port Fund is not in any negotiations as it believes the value of DIPCO will be worth significantly more upon commencement of operations. The book value of DIPCO as at December 31, 2010 was USD 20 million (original loan amount) plus accrued interest of USD 7.56 million.

At the appropriate time, The Fund will determine whether to convert the Convertible Note for DIPCO into equity or redeem it based on the best investment alternative.

### 4.  MPC Global Maritime Opportunities ("MPC GMO")

MPC Global Maritime Opportunities ("MPC GMO") is a Fund incorporated in Luxembourg on August 7, 2007, with a capital commitment of USD 228.1 million. MPC GMO was formed with the primary objective of capitalizing on the development of the shipping markets. The strategy of the GMO is to acquire shipping assets (by ordering and building vessels) and, then, charter these vessels (at a rate much higher than the depreciation of the respective vessels) to third parties and utilize the charters to pay down debt on the vessels, thus creating economic value for the members of the GMO at each vessel level.

In October 2007, The Port Fund committed USD 25 million to MPC GMO representing a 10.96% stake, of which it had funded USD 8.75 million through December 31, 2010 (or about 35% of committed capital). Although additional capital calls in the amount of USD 15.25 million were made in 2009 and 2010, The Port Fund's management declined to make its contributions until such time as a determination could be made whether or not MPC GMO was in full compliance with

*AlShall Consulting Company*



its original PPM terms with respect to financing the constructed vessels on a recourse basis vs. a non-recourse basis[6].

Given the prevailing market conditions, the MPC GMO Board of Directors has made adjustments to strengthen the MPC GMO's position by lowering employment and asset exposure through cancellation of orders for vessels.

Although the markets have improved over the past two years following the crisis of 2008, MPC GMO does not expect a recovery until 2012 or beyond. As at December 31, 2010, the Fund's management made a conservative decision to take a full provision for its investment of USD 8.75 million while making a relentless effort to assist in facilitating the recovery of its investment in the MPC GMO fund.

In 2011, MPC GMO has shown clear signs of recovery and The Port Fund took a decision to continue funding its capital obligation to MPC GMO. The Port Fund commitment of USD 25 million was renegotiated to USD 24 million.  Hence, in September 2011, MPC GMO and The Port Fund entered into an agreement whereby The Port Fund paid USD 4.5 million portion of its unfunded capital commitment to MPC GMO (plus $0.9 million in accrued interest) with the remaining (USD 10.75 million) to be paid out on or after November 30, 2012 based on certain milestones set in the agreement with MPC GMO. This agreement recognized the steps that the MPC GMO had taken to stabilize the business and maximize value and preserve capital for all shareholders of the GMO including The Port Fund.

The value of the Port Fund's investment in MPC GMO after funding the $4.5 million capital commitment (based on the GMO's June 30, 2011 NAV) is $4.8MM, which represents approximately 64% discount to The Port Fund's total contributed capital of USD 13.25 million.

### 5.  <u>Other Assets and Debts</u>

The Port Fund's other assets as of 31st December 2010 comprised of:

- Cash and cash equivalents of USD 35.72 million and

- Due from related parties and other receivables of USD 7.69 million. This amount is due from to KGL Investments and it accrued an interest rate of 8% per annum.

---

[6] A letter was issued by Port Fund and signed by two other shareholders (Montrica Investment and Goldman Sachs) requesting an explanation for the financing of the vessels, the status of each vessel and the steps taken by MPC GMO to maximize shareholder wealth.

*The Port Fund*



The Fund has no funded debt at the Fund level and has room to borrow up to 30% of its capital.

## B. Overall Financial Performance of The Fund

As of December 31, 2010, The Port Fund had secured total capital of USD 142.85 million of which USD 83.09 million was invested into the opportunities detailed below. As of December 31, 2010, the portfolio investments of The Port Fund were revalued by independent third parties and recorded at conservatively discounted fair values. The table below depicts total funded amount, recorded fair value and the unrealized gain or loss of each investment of the Fund.

*in USD millions*

| Investments | Original Investment till Dec 2008 | Fair Values 2008 | Gain/(loss) % | Total Funded till December 2009 | Fair Values 2009 | Gain/(loss) % | Total Funded till December 2010 | Fair Values 2010 | Gain/(loss) % |
|---|---|---|---|---|---|---|---|---|---|
| Negros | 18.89 | 33.96 | 79.78% | 28.60 | 58.60 | 104.90% | 28.60 | 83.94 | 193.50% |
| GGDC | 10.00 | 35.56 | 255.56% | 16.00 | 65.80 | 311.25% | 25.08 | 79.95 | 218.78% |
| MPC | 8.76 | 2.44 | (72.15%) | 8.76 | 2.08 | (76.26%) | 8.76 | - | (100.00%) |
| DIPCO | 20.60 | 28.16 | 36.70% | 20.65 | 27.56 | 33.46% | 20.65 | 27.56 | 33.46% |
| Overall | 58.25 | 100.12 | 71.88% | 74.01 | 154.04 | 108.13% | 83.09 | 191.45 | 130.41% |

### 2010 Asset Composition

As at December 2010, the Fund's cash position totaled USD 35.72 million primarily due to an achieved capital infusion amounting to USD 50 million and in consideration of the funding requirements of the Fund's portfolio investments.

The table below depicts significant fund assets as of December 2010. The fund revalues its assets on an annual basis in coordination with independent third party consultants. For detailed financial statements of the Fund, please refer Appendix C.

*in USD millions*

| Assets | Dec 2008* | Dec 2009* | Dec 2010* | Sep 2011** |
|---|---|---|---|---|
| Negros | 33,958,935 | 58,602,018 | 83,939,405 | 83,939,405 |
| GGDC | 35,556,650 | 65,798,045 | 79,948,455 | 89,873,425 |
| MPC | 2,443,870 | 2,081,562 | - | 4,800,000 |
| Damietta (DIPCO) | 20,600,000 | 20,000,000 | 20,000,000 | 20,000,000 |
| Accrued interest from Damietta (DIPCO) | 7,563,836 | 7,563,836 | 7,563,836 | 7,563,836 |
| Other accrued interest | 211,060 | 617,302 | - | |
| Cash | 21,083,673 | 2,701,297 | 35,722,823 | 19,754,512 |
| Prepayments and other receivables | - | 50,913,691 | 7,554 | |
| Due from related party | 6,980,812 | 7,186,491 | 7,687,184 | 7,687,184 |
| **Total** | **128,398,836** | **215,464,242** | **234,869,257** | **233,618,362** |

*\* Audited Financial Statements for December 2008, 2009 and 2010,*
*\*\* 2011 investment values reflect December 31, 2010 values and up to September 30, 2011 cash disbursements.*

17

*The Port Fund*

*AlShall Consulting Company*



## VII.    New Investments Targeted for Additional Capital Raise

The Port Fund management team sees the potential for unique investment opportunities in today's financial environment. Due to the global financial turmoil of the past three years; there has been a significant decrease in monies available to invest in projects similar to those that the Port Fund is investing in.  Accordingly, it is the opinion of the management team that access to additional capital will allow it to fund the growth of the existing investments (e.g. USD 15+ million for GGDC's accelerated development of horizontal infrastructure and corresponding vertical construction), and maintain liquidity to position the Fund for potential investment opportunities such as Project Scuba listed below (e.g. USD 20 million).

**1.GGDC**

Since The Port Fund made its investment in Global Gateway Logistics City (GGLC) through its Cayman investment vehicle GGDC, the Philippines has experienced very strong growth in its real estate sector.  According to CBRE 2011 report " Metro Manila Market Update", this growth can be attributed to several factors, including a strong GDP, a favorable investment climate for foreign investors, inward remittances of over \$20 Billion per year from Filipinos working outside the Philippines ( according to Philippine Government statistics) and from the expansion of the Philippines BPO industry from its infancy in the year 2000 to over 650,000 workers today.

The confluence of these events has resulted in a lack of available real estate in the commercial, logistics and residential areas within the Philippines; furthermore, the country's international airport in Manila is at full capacity and as such the international airport adjacent to GGLC has been designated as the Philippines' next premier airport which has resulted in a significant increase in demand for real estate assets in the GGLC area.

The world recognized organization "Southeast Asia Strategic Infrastructure Leadership Forum" has identified 2000 key infrastructure projects representing over USD 234 billion in value in the Asia Pacific region in 2011. Global Gateway Logistics City has been recognized and ranked # 44 out of the top 100 most important infrastructure projects that will drive economic growth, increase connectivity and reduce poverty in the whole Asia Pacific.

In its December 31, 2010 valuation of GGDC, CBRE stated that GGLC has a conservative current market value of at least \$711 million once GGLC completes the sites horizontal infrastructure and completes the implementation of an interim



development plan to jump start the commercial activity inside GGLC for the first five years. The interim development plan is based on a "cluster concept" whereby GGLC invests in selected vertical infrastructure such as the 18,000 sqm Medical City complex, a 13,000 sqm retail complex, selected logistics warehouses and office buildings. By making further incremental investments in GGLC (USD 15 mm + with an expected return of 25% +), The Port Fund's management believes that it can significantly increase the $80 million valuation reflected for GGDC in the Fund's books on December 31, 2010 and thereby maximize the Fund's returns to its limited partners.

**2.** **Project Scuba ("Target")**

- The Port Fund, through a KGLI led equity consortium, has held discussions with the Target Company for the potential acquisition of 98% of Target's equity shares. The Target handles about one third of the containers of its country of origin, one of the GCC countries, within a region having strong growth potential. Its revenues have grown at 12% CAGR for the last three years while its management team has proven experience in operating and developing port assets. The government, in response to a population surge within its geographic area, is planning for its heavy investment in infrastructure following years of under-capitalizing such projects. The Target Company's positioning within the industries affected by the government's decision to fund such projects, is expected to benefit greatly from the increased spending.

- Negotiations have been conducted since April of 2008 with potential equity parties changing due to their respective responses to the global financial situation over the last years. It should be noted that the Fund was successful, on two separate occasions, in soliciting an equity partner for the project and structuring an agreement whereby the deal could be closed. However, the uncertainties of the economy resulted in dissolution of the structured deal in each of the aforementioned instances. Presently, the Fund is working in tandem with Morgan Stanley to conduct due diligence relative to the project with the potential for an investment of up to USD 20 million with a target return of 18+%. Although this transaction has been going on for three years, it still has the interest of Morgan Stanley. The Port Fund continues to believe that there is high possibility to successfully complete this transaction.

*AlShall Consulting Company*



## VIII.   <u>Risks and The Port Fund Opinion Regarding Risk Mitigation</u>

The PPM has clearly mentioned all risks related to such investment. Below Section addresses how TPF mitigates some of key risks:

**Operational Risk Mitigation**

The Port Fund management team utilizes a hands-on, operationally focused management strategy. KGLI has offices in every geographical region where investments have been made by The Port Fund: Middle East (Kuwait); Europe (the Netherlands); and Asia (the Philippines). The Fund's portfolio investments are managed by experienced investment professionals with operational and industry expertise as well as financial expertise covering deal structuring, monitoring and exiting investments. Clearly defined board responsibilities that are linked with management performance and company operations ensure the proper application of corporate governance.

**Governance and Risk Mitigation**

Post-acquisition monitoring is done through representation on the Board of Directors, senior management committees and other special committees of each portfolio company. This process encompasses quarterly financial and performance reports, annual audited financial statements, periodic company visits, regular meetings and frequent communication with senior management.

**Leverage Risk Mitigation**

The liabilities of the Fund at December 31, 2010 consisted of those expenses accrued during the normal course of business. Furthermore, The Port Fund has no funded debt at the Company level. The Port Fund seeks to minimize leverage, where appropriate, at the investment portfolio level.

Through enhanced operational scrutiny, stringent portfolio governance standards and a preference for minimally leveraged investments, The Port Fund has successfully demonstrated its ability to successfully navigate the perilous global financial environment of the past 5+ years.

*AlShall Consulting Company*



# <u>Appendices</u>

<u>**Appendix A:**</u> Comprehensive List of Reports Reviewed

<u>**Appendix B:**</u> List of Current Investors

<u>**Appendix C:**</u> Audited Financial Statements of The Port Fund

<u>**Appendix D:**</u> GGLC – Industry and Market Dynamics



## **Appendix A: Comprehensive List of Reports Reviewed**

**Original List of Reports Reviewed per October 2011 Report**

1. 2010 Annual Report prepared by The Port Fund
2. Performance update for 3rd and 4th quarters of 2009 as prepared by The Port Fund
3. Performance update for four quarters of 2010 as prepared by The Port Fund
4. Performance update for 1st and 2nd quarters of 2011 as prepared by The Port Fund
5. Audited financial statement and independent auditors report for the period 1 January 2009 to 31st Dec. 2009 as prepared by Moore Stephens International
6. Audited financial statement and independent auditors report for the period 1 January 2010 to 31st Dec. 2010 as prepared by Moore Stephens International
7. Valuation of Negros Navigation Co. Inc. and Aboitiz Transport System Corporation as prepared by Grant Thornton International Ltd. Member firm Punongbayan & Araullo for the period ending 31st December 2010
8. Audited Financial Statements and Independent Auditors Report for the period 1 January 2010 to 31st December 2010 for Negros Navigation Co., Inc. (Parent Company only) as audited by Ernst & Young member firm Sycip Gorres Velayo & Co.
9. 2009.11.24 Letter from Clark International Airport Corporation approving GGLC's Final Land Survey and Road Area Summary
10. 2009.11.19 Letter requesting Clark International Airport Corporation's approval of GGLC's Final Land Survey and Road Area Summary
11. 2009.12.14 GGDC Letter to Clark International Airport Corporation regarding the Commencement of Relevant Time Periods under the 2008 Lease Agreement vis-à-vis the Removal of Informal Settlers on the Leased Property
12. 2010.04.12 GGDC Letter to Clark International Airport Corporation regarding the Commencement of Relevant Time Periods under the 2008 Lease Agreement
13. 2011.09.23 Settlement Agreement between MPC Global Maritime Opportunities S.A., SICAF, and The Port Fund LP
14. Audited Financial Statements and Independent Auditors Report for the period 1 January 2009 to 31st December 2009 for GGDC Cayman as audited by Ernst & Young member firm Sycip Gorres Velayo & Co.
15. Audited Financial Statements and Independent Auditors Report for the period 1 January 2009 to 31st December 2009 for GGDC Philippine Branch as audited by Ernst & Young member firm Sycip Gorres Velayo & Co.
16. Audited Financial Statements and Independent Auditors Report for the period 1 January 2010 to 31st December 2010 for GGDC Cayman as audited by Ernst & Young member firm Sycip Gorres Velayo & Co.
17. Audited Financial Statements and Independent Auditors Report for the period 1 January 2010 to 31st December 2010 for GGDC Philippine Branch as audited by Ernst & Young member firm Sycip Gorres Velayo & Co.
18. Audited financial statement and independent auditors report for Demiata International Ports Company for the period 1 January 2009 to 31st Dec. 2009 as prepared by Ernst and Young by Allied for Accounting and Auditing Ragheb, Hamouda, Istanbouli, Tageldeen and El-Kilany
19. Audited financial statement and independent auditors report Demiata International Ports Company for the period 1 January 2010 to 31st Dec. 2010 as prepared by Ernst and



*AlShall Consulting Company*

Young by Allied for Accounting and Auditing Ragheb, Hamouda, Istanbouli, Tageldeen and El-Kilany
20. CB Richard Ellis Valuation as of 31st December 2010
21. Bank Mandate Letter for USD 620MM Facility
22. NN-ATS Consolidated Financials 6 months ended June 2011
23. Audited Financial Statements and Independent Auditors Report for the period 1 January 2010 to 31st December 2010 for Negros Navigation Co., Inc. (Consolidated) as audited by Ernst & Young member firm Sycip Gorres Velayo & Co.
24. Audited Financial Statements and Independent Auditors Report for the period 1 January 2010 to 31st December 2010 for Aboitiz Transport System (ATSC) Corporation as audited by Ernst & Young member firm Sycip Gorres Velayo & Co.
25. NN-ATS Board of Directors as of June 30, 2011
26. GGLC Development Highlights
27. 2009.10.05 CIAC Letter to GGDC – Lease Compliance Verification
28. 2011.10.11 Walkers LP Updated Legal Opinion
29. Preqin 2011 Private Equity Industry Returns Report
30. Preliminary Top 100 Strategic Infrastructure Projects in the Asia-Pacific

**Original List of Reports Reviewed per the October 2009 Report**

31. The original private placement memorandum dated April 2007, and the new one dated August 2009;
32. Performance update for 1st and 2nd quarters of 2009 as prepared by The Port Fund;
33. Audited financial statement and independent auditors report for the period 21st March 2007 to 31st Dec. 2008 as prepared by Moore Stephens International;
34. The Port Fund's policies, procedures and the investment process prepared by the KGL Investment Cayman, Investment Manager;
35. The Port Fund's Investment committee meeting agenda and presentation, October 2009;
36. Curriculum Vitae of Mark Williams, Evan McBride, Henrik Stevens and Manish Rathi;
37. Al-Ahleia Insurance Waiver Letter Agreement;
38. Market study on shipping industry prepared by Punongbayan and Araullo;
39. The Port Fund Amended and Restated Limited Partnership Agreement on 2007;
40. KGLI Excom Meeting Presentation August 2009;
41. Investment recommendation update and analysis of due diligence efforts for GGLC prepared by KGL Investment on March 2008;
42. Investment recommendation report for GGLC prepared by KGL Investment dated December 2007;
43. Use of branch office of an entity organized under the laws of the Cayman Islands prepared by Ernst & Young (SGV & Co.);
44. Investment recommendation presentation for GGLC presented by KGL Investment on July 2008;
45. Mixed-use project feasibility study for GGLC prepared by CBRE Global Research and Consulting on 14th March 2008;
46. Land lease valuation model for GGLC prepared by CBRE Global Research and Consultancy on February 2009;
47. Land lease valuation model for GGLC prepared by CBRE Global Research and Consultancy on June 2009;

23

*The Port Fund*



48. Draft Lease agreement between GGLC and CIAC;
49. Final deal report and funding request for GGLC on June 15th 2008;
50. Business plan for GGLC prepared by KGL Investment on April 2008;
51. GGLC Investment Valuation Model for March 2009;
52. Global Gateway Development Corporation ("GGLC") 5 Year Summary;
53. Master Plan Lease Agreement between "GGLC" and Clark International Airport Corporation ("CIAC") on 11th May 2008;
54. Side Letter Agreement between "CIAC" and "GGLC" on 16th July 2008;
55. Tax incentives available to "KGL Clark" prepared by SGV & Co., on March 12th 2008;
56. Investment recommendation presentation for Negros Navigation Co. presented by KGL Investment on July 2008;
57. Project Negros: material issues report prepared by Quisumbing Torres (member of Baker and McKenzie international law firm) on May 2008;
58. Investment recommendation update and analysis of due diligence efforts for Negros Navigation Co., Inc. prepared by KGL Investments on March 2008.
59. Investment recommendation report on Negros Navigation Co., Inc. prepared by KGL Investment on December 2007;
60. Investment agreement between Negros Navigation Co., Inc. and KGL Investment on May 2008;
61. Final deal report on Negros Navigation Co., Inc. on May 2008;
62. Valuation Model for Negros Navigation Co., as at 31st December 2008;
63. Negros Navigation Co., Inc information sheet;
64. Negros Navigation Co., Inc deal origination report on December 2007;
65. Presentation about Negros Navigation to KGL Investment on November 2007;
66. Letter of Indication of Interest to KGL-I from Negros Navigation on December 2007;
67. Financial valuation of Negros Navigation in 2007;
68. Comparable company analysis of Negros Navigation;
69. Vessels profile of Negros Navigation on January 2007;
70. Unaudited financial information as of 30th June 2009 for MPC Global Maritime Opportunities ("MPC GMO");
71. Transaction update report for MPC GMO as of July 2009;
72. MPC GMO investment committee call on 28th August 2009;
73. Memorandum for Investment of The Port Fund into MPC GMO prepared by Kremer Associates & Clifford Chance on July 2009;
74. Letter to "MPC GMO" regarding the violations of PPM prepared by "The Port Fund" on 15th September 2009;
75. Letter to "MPC GMO" regarding violations of PPM signed by Goldman Sachs and Montrica Investments Management on 23rd September 2009
76. The 2008 financial statements of KGLI
77. The contract between Kuwait Ports Authority and KGLI for USD 50 million
78. A Sample of Advisry Board Agreement
79. The contract benwtten KGL The Port Fund and KGLPI for the USD 20,000 loan

24

*The Port Fund*

63

*AlShall Consulting Company*



### Appendix B: List of Current Investors

*In USD*

| Limited Partners | Ownership | Total Commitment |
|---|---|---|
| General Retirement and Social Insurance Authority, Qatar | 6.90% | 9,852,000 |
| Gulf Investment Corporation | 7.00% | 10,000,000 |
| Behbehani Investment Company | 0.70% | 1,000,000 |
| The Public Institution for Social Security | 28.00% | 40,000,000 |
| Yaqoub Behbehani | 0.70% | 1,000,000 |
| Al Ahlia Holding Company | 2.10% | 3,000,000 |
| Kuwait reinsurance Company K.S.C.C | 1.40% | 2,000,000 |
| Al Ahlia Insurance Company | 2.10% | 3,000,000 |
| Mohammed Ali Al-Naki | 2.10% | 3,000,000 |
| KGL Investment K.S.C.C | 14.00% | 20,000,000 |
| Kuwait Ports Authority | 35.00% | 50,000,000 |
| | **100.00%** | **142,852,000** |

*AlShall Consulting Company*



## Appendix C: Audited Financial Statements of The Port Fund

**Audited Balance Sheet as at December 31, 2010 and 2009**

| Balance Sheet | 2010 (in USD) | 2009 (in USD) |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents | 35,722,823 | 2,701,297 |
| Financial assets at fair value through statement of Income | 163,887,860 | 126,481,625 |
| Loans and receivables | 20,000,000 | 20,900,000 |
| Accrued interest | 7,563,836 | 8,181,138 |
| Prepayments and other receivables | 7,554 | 50,013,691 |
| Balances due from related party | 7,687,184 | 7,186,491 |
| **Total assets** | **234,869,257** | **215,464,242** |
| **Liabilities and Equity** | | |
| Accrued expenses | 195,537 | 5,297,502 |
| Due to investment manager | 18,364,345 | 13,462,949 |
| **Total liabilities** | **18,559,882** | **18,760,451** |
| Fund capital | 142,852,000 | 142,852,000 |
| Retained earnings | 73,457,375 | 53,851,791 |
| **Total equity** | **216,309,375** | **196,703,791** |
| **Total liabilities and equity** | **234,869,257** | **215,464,242** |

**Audited Income Statement for the years ended December 31, 2010 and 2009**

| Income Statement | 2010 (in USD) | 2009 (in USD) |
|---|---|---|
| **Income** | | |
| Unrealized gain on investments at fair value through income statement | 30,019,727 | 38,977,328 |
| Interest income | 430,016 | 806,009 |
| **Total income** | **30,449,743** | **39,783,337** |
| **Expenses** | | |
| Management fees | (2,857,040) | (4,281,697) |
| Impairment loss on financial assets at fair value through statement of income | (1,688,492) | - |
| General and administrative expenses | (1,395,497) | (3,568,337) |
| Foreign exchange loss | (1,734) | (390) |
| **Total expenses** | **(5,942,763)** | **(7,850,424)** |
| **Net profit for the period** | **24,506,980** | **31,932,913** |
| Attributable to investment manager | 4,901,396 | 6,386,583 |
| Attributable to limited partners | 19,605,584 | 25,546,330 |

26

*The Port Fund*



## Appendix D: GGLC – Industry and Market Dynamics

GGLC is strategically located at the intersection of the Asia-Pacific shipping lanes and the east-west shipping lanes transiting the straits of Malacca in route from Asia to the western ports of the United States and the Panama Canal. Situated less than an hour north of Metro Manila and facing the entire eastern seaboard of China, GGLC is located less than 2 hours by air from Taiwan, Hong Kong, Macau and just three hours by plane to Japan, Bangkok or Singapore.

Given its central location, the Philippines has emerged as the best location for industrialized nations to locate their off-shore manufacturing, logistics, distribution centers and warehousing in addition to other back-room management and business activities such as accounting, record keeping, engineering, animation, IT, programming and other administrative functions; this is due largely to the higher labor and land costs in their own respective countries. The Philippines has assumed leadership in these areas over Thailand, Malaysia, Vietnam and Indonesia because of its reputation for providing a reliable English speaking workforce that is highly educated. The Philippines also enjoys a favorable reputation with the international community due to its 9 million Filipinos working overseas.

The global economic downturn that limited growth in Western markets actually stimulated growth in the Philippines. This was the result of Western companies and financial institutions opting to reduce the cost of their operations through offshore job outsourcing by hiring less expensive Filipino overseas workers to do the job of more expensive Western labor. Today, Western companies have outsourced 526,000 jobs to the Philippines, within the exploding Filipino BPO industry alone, allowing the Philippines to surpass India, in 2010, as the global leader in offshoring and outsourcing activities. This industry is forecasted to continue its unprecedented growth with the projected expansion to 900,000 seats by the year 2016.

Metro Manila, with its population of 14 million people, is congested and plagued with the same metropolitan issues that other major world population centers face including long commute times, pollution, high cost of living, scarcity of land and office space and rising office rents. The Metro Manila area has far outpaced its original design and construction specifications for its major transportation systems; accordingly, traversing Metro Manila is fraught with long and often impossible traffic delays. Further, the Metro Manila airport is not only land locked and unable to expand, but also has only a single operational runway for international traffic, rendering it unsatisfactory for future growth. In addition, the Manila airport is not large enough to accommodate the new Airbus 380 and is already operating at capacity. The best alternative to Metro Manila's congestion and deficient transportation system, including its aging airport, is the DMIA. Notably, the Airbus 380 utilized the DMIA, in October 2007, as one of 18 airports around the world which served as waypoints during its maiden test flight. GGLC is one of the first major developments parallel to the development of the DMIA, which is one of the government's key initiatives in alleviating the air and land traffic congestion in Metro Manila.

The development of Global Gateway Logistics City comes at a time when unprecedented expansion is being experienced by the Philippine economy. With strong GDP growth reported at 7.3% for 2010 and forecasted economic expansion estimated at 5-6% for 2011 and 2012, the Project is strategically positioned to take advantage of the timing of the market and accommodate the development needs which accompany such growth. With the focused marketing of the Clark-Subic area by local, regional and national governing authorities, the Project will continue to

27

*AlShall Consulting Company*



benefit from the heavy in-migration of locators to the area. Japan, Korea, Taiwan and more recently, China, have all claimed major tracts of land in the surrounding provinces for business operations, including the new Korean USD 1.4 billion shipyard that was completed in early 2009 by Hanjin, at Subic Bay, just 35 minutes away from the Project Site. Recent announcements in Clark include Singapore Airlines' opening of the first of six planned Airbus 320 and Airbus 330 maintenance hangars at the DMIA. In addition, Metrojet has recently announced its construction of a USD 40 million maintenance facility within the Clark airport complex. The newly constructed Texas Instruments manufacturing plant was recently completed at a total investment of USD 1 billion along with a second electronic manufacturing facility constructed in the area by a Samsung facility at a cost of USD 135 million. With the success of its operations and the promised future of the surrounding area, Yokohama Tire, located adjacent to the GGLC Aeropark, has announced an initial plant expansion totaling USD 244 million by 2014 with a planned second phase expansion bringing the aggregated investment to USD 600 million by 2017.

Considering the strategic location of Global Gateway Logistics City in light of the DMIA expansion, the Philippines' strong GDP forecasts, an exploding BPO and off shoring industry and the increasing stream of locators to the Clark-Subic area, the Development is positioned to reap the benefit of its location and offered amenities as the destination of choice for businesses looking to invest in the Philippines.



# تقرير صندوق الموانئ

### متابعة للتقرير الأصلي الصادر في أكتوبر 2009

مقدم إلى

## صنـدوق المـوانـئ

إعداد

## شركة الشال للاستشارات

### أكتوبر 2011

# تقرير صندوق الموانئ

## فهرس المحتويات

| البند | الصفحة |
|---|---|
| أولاً: مقدمة .................................................................................................................... 2 | |
| ثانياً: الحقائق الأساسية حول الصندوق .............................................................................. 2 | |
| ثالثاً: بيان الشروط ......................................................................................................... 3 | |
| رابعاً: خبرة الإدارة ......................................................................................................... 5 | |
| أ- مؤهلات الإدارة ................................................................................................... 5 | |
| ب- تدفق الفرص الاستثمارية .................................................................................... 5 | |
| خامساً: إستراتيجية وعملية الاستثمار ................................................................................ 6 | |
| أ- معايير الاستثمار ................................................................................................... 6 | |
| ب- عملية الاستثمار ................................................................................................. 6 | |
| سادساً: أداء الصندوق حتى تاريخه .................................................................................... 6 | |
| أ- الأداء المالي للاستثمارات الرئيسية ......................................................................... 6 | |
| *1.* شركة نيجروس للملاحة ..................................................................................... 7 | |
| *2.* مدينة جلويل جيتواي للخدمات اللوجستية .......................................................... 9 | |
| *3.* شركة دمياط الدولية للموانئ (ديبكو) ................................................................ 10 | |
| *4.* صندوق ام بي سي جلويل للفرص البحرية ........................................................... 12 | |
| *5.* أصول والتزامات أخرى ..................................................................................... 13 | |
| ب- الأداء المالي العام للصندوق ................................................................................ 13 | |
| سابعاً: الاستثمارات الجديدة المستهدفة لتجميع رأس المال الإضافي ......................................... 14 | |
| *1.* مدينة جلويل جيتواي للخدمات اللوجستية ......................................................... 14 | |
| *2.* مشروع سكوبا ("الهدف") ................................................................................ 15 | |
| ثامناً: رأي إدارة صندوق الموانئ بخصوص تخفيف المخاطر ................................................... 15 | |

### الملاحق
**الملحق (أ):** قائمة شاملة من التقارير التي تم استعراضها
**الملحق (ب):** قائمة بالمستثمرين الحاليين
**الملحق (ج):** البيانات المالية المدققة لصندوق الموانئ
**الملحق (د):** جلويل جيتواي للخدمات اللوجستية ـ ديناميكيات الصناعة والسوق

1

69

# <u>صندوق الموانئ "الصندوق"</u>

### <u>أولاً: مقدمة</u>

شركة كي أل للاستثمار (ويشار إليها فيما بعد باسم "الشركة")، هي شركة استثمار وتطوير كويتية متخصصة في مجال الاستثمارات البديلة، يبلغ رأسمالها 17 مليون دينار كويتي، وتخضع لرقابة بنك الكويت المركزي. وقامت "الشركة" بإنشاء صندوق الموانئ ("الصندوق") بتاريخ 21 مارس 2007 كشركة محدودة معفاة في جزر كايمان. وفي 31 ديسمبر 2010، بلغ رأسمال الصندوق المدفوع 142.85 مليون دولار أمريكي.

ويسعى الصندوق حالياً إلى زيادة رأسماله بمقدار 35 مليون دولار أمريكي من خلال اكتتاب خاص. وقد طلب بعض المستثمرين المحتملين من كي جي أل للاستثمار تقريراً موجزاً حول الصندوق، على أن يكون معداً من قبل طرف مستقل. وعليه، قامت كي جي أل للاستثمار بتكليف شركة الشال للاستشارات (ويشار إليها فيما بعد باسم "الشال") بتلخيص أداء الصندوق منذ إنشائه ووضعه الحالي وأهم الوقائع عن الاكتتاب الخاص. وحتى يتسنى لها ذلك، قامت الشال بمراجعة مستندات عديدة متعلقة بالصندوق، مثل نشرة الاكتتاب الخاص الأصلية والجديدة، والبيانات المالية المدققة للصندوق وتقارير الأداء منذ إنشاء الصندوق والتي أعدتها إدارة الصندوق خلال السنة المالية الحالية المنتهية في31 ديسمبر 2010 وبعض البيانات المالية المتوفرة حتى 30 سبتمبر 2011.

وبناءً على ذلك، يتضمن هذا التقرير والمعد من قبل الشال ملخص للاستثمار والوقائع الأساسية للصندوق، وشروطه، واستثماراته الحالية والمستقبلية، ورأي إدارة الصندوق بشأن تخفيف المخاطر. ويستند هذا التقرير حصراً على التقارير والمعلومات الشفهية التي وفرتها كي جي أل للاستثمار للشال والمبينة في الملحق (أ)، ولا تقدم الشال أي رأي بخصوص ما راجعته أو تقدمه كما هو، كما لم تقم الشال بإجراء أية مراجعة تحقق نافية للجهالة مستقلة للتأكد من صحة أو دقة أو اكتمال المعلومات المقدمة حول الفرصة الاستثمارية.

ولا بد من التنويه إلى أن أي مستثمر أو مستثمرين يجب ألا يعتمدوا فقط على هذه الوثيقة في اتخاذ قرارهم الاستثماري، وأن يقوموا بإجراء مراجعة تحقق نافية للجهالة خاص بهم وتقييم الاستثمار من جانبهم. ولا يجوز إعادة نسخ هذا التقرير أو استخدامه، كلياً أو جزئياً، لأي غرض آخر غير الغرض الذي أعد من أجله، وأي متلقي لهذا التقرير يجب أن يتعامل معه كوثيقة بالغة السرية وألا يفصح عنه لأي طرف آخر دون موافقة كتابية مسبقة من كي جي أل للاستثمار والصندوق والشال.

### <u>ثانياً: الحقائق الأساسية حول الصندوق</u>

تم عرض هذا الصندوق أول مرة من قبل "شركة كي أل للاستثمار" في إبريل 2007 لغرض الاستثمار في إدارة وعمليات الموانئ، والأعمال المرتبطة بها، وكذلك في القطاعات الأخرى المتوافقة مع الهدف الاستثماري للصندوق، ويشمل ذلك -على سبيل المثال لا الحصر- الخدمات اللوجستية، وقطاعات التقنية والشحن. ويدار الصندوق من قبل كي جي أل للاستثمار من خلال شركة مملوكة لها بالكامل تسمى "شركة كي جي أل للاستثمار-جزر كايمان المحدودة" والتي تمتلك حصة بنسبة 14% في صندوق الموانئ. علماً أن الملحق (ب) يحتوي على لائحة كاملة بأسماء المستثمرين.

2

70

حقق الصندوق عائدات سنوية مركبة بلغت 22% بناءً على القيمة الصافية لأصوله حتى السنة
المالية 2010. علما ان تقرير عام 2011 الصادر عن السادة بريكين المحدودة- الشركة المعروفة
دولياً في مجال صناديق الاستثمار في حقوق الملكية الخاصة والإحصاءات ذات الصلة- بين  ان
متوسط العائد السنوي لجميع صناديق الاستثمار في حقوق الملكية الخاصة والمؤسسة في عام
2007 (عام تأسيس الصندوق) بلغ 0.1% سلباً، إضافة إلى أن الربع الأعلى أداء من الصناديق
المؤسسة في عام 2007 حقق عائداً بلغ متوسطه 7.4%. وفي مقارنة متعددة السنوات للصناديق،
بلغ العائد السنوي المركب لصندوق الموانئ 22% حيث جاء أعلى من عائد الربع الأفضل لجميع
صناديق الشراء المؤسسة بين العامين 2005 و2010 مما أكد صحة إستراتيجية الاستثمار بكل من
صندوق الموانئ وشركة كي أل للاستثمار وآليات التنفيذ المعتمدة من قبلها.

ويسعى الصندوق حالياً إلى حشد رأسمال إضافي بواقع 35 مليون دولار أمريكي من المستثمرين
الحاليين أو الجدد. والغرض هو توجيه الأموال الجديدة لتلبية متطلبات تمويل الاستثمارات الحالية
(مثل جلوبل جيتواي للخدمات اللوجستية) والإفادة من الفرص الاستثمارية الجديدة ذات القيم
المنخفضة والتي أتاحتها الأزمة الحالية.

في عام 2009 وعند الزيادة الأخيرة لرأس المال حصل الصندوق على تنازل من جميع الشركاء
المحددين يسمح له بتمديد تاريخ الإقفال بغرض حشد أموال جديدة، والتنازل عن القيود المتعلقة
بالحد الأقصى للتركز الجغرافي البالغة نسبته 30%، والحد الأقصى لتركز الأصول، وكذلك
لوضع تفاصيل التسعير التي سيتم بموجبها إدخال شركاء محددين إضافيين إلى الصندوق.
وبالرغم من صحة إستمرارية التنازل، إلا أن الصندوق يسعى إلى الحصول على تنازل جديد من
جميع الشركاء المحددين لغرض تحديد فترة  الصندوق مع الإلتزام بقوانين الصندوق المنظمة
لحشد الأموال الجديدة.

وإدارة الصندوق تفكر في تمديد مدة الصندوق حتى عام 2014 لدعم استثمارات جديدة قام بها
الصندوق مؤخراً ولإعطائها وغيرها من الأصول وقت كافي للنمو ولتحصيل قيم جيدة.

وقد قام المستشارون القانونيون للصندوق "والكرز" بإعداد تقرير يخص رأيهم القانوني بالصندوق
بتاريخ 30 سبتمبر 2011، ذكروا فيه أن الصندوق يتمتع بوضع جيد وليست هناك أية إجراءات
قانونية قائمة لصالحه أو ضده. وفي عام 2009 بين السادة /والكرز نفس الوضع القانوني السليم
للصندوق.

## ثالثاً: بيان الشروط

| | |
|---|---|
| راعي الصندوق | شركة كي جي أل للاستثمار |
| المنسق الإداري | إكويتي تراست (موريشيوس) المحدودة |
| المستشار القانوني | مكتب وروكر (دبي) إل إل بي إلى لقوانين كايمان آيلاند ومكتب العثمان والخلف (محلياً) |
| الأصول المستهدفة | إدارة و عمليات الموانئ، والأعمال المرتبطة بها مثل الخدمات اللوجستية، وقطاعي التقنية والشحن |
| الحجم الحالي للصندوق | رأسمال بقيمة 142.85 مليون دولار أمريكي |
| الأموال المطلوب حشدها | رأسمال إضافي بمبلغ 35 مليون دولار أمريكي |
| التزام راعي الصندوق حتى تاريخه | 14% من رأس المال وحتى 20 مليون دولار أمريكي |
| أجل الصندوق | 5 سنوات + خيار تمديد سنة واحدة مرتين. |
| تاريخ الإقفال | 30 ديسمبر 2011 + احتمال إضافة 3 أشهر. |

3

| | |
|---|---|
| العائد المستهدف | معدل عائد داخلي بنسبة 15%+ (بعد استقطاع الرسوم والمصروفات على مستوى الصندوق). |
| الهيكل القانوني | شركة محدودة معفاة تأسست وتم تسجيلها في جزر الكايمان. |
| رسوم الاكتتاب | لا توجد رسوم اكتتاب. |
| أتعاب إدارة الأصول | تبلغ أتعاب إدارة الأصول 2% سنوياً على رأس المال الملتزم به. وفي حالة تمديد أجل الصندوق لأية فترة أخرى اختيارية تبلغ سنة، يتم خفض هذه الرسوم إلى 1.5% عن تلك الفترة. |
| تقاسم الأرباح | عندما يتم التخارج من أي استثمار، ستوزع حصيلة البيع أولاً إلى الشركاء المحدودين لغاية استرجاع الشركاء المحدودين لرأسمالهم في ذلك الاستثمار حتى 8% عائد على رأس المال، ثم إلى مدير الاستثمار كأتعاب تشجيعية لغاية حصوله على 20% من الأموال المحصلة من الشركاء المحدودين وبعد ذلك 80% من المتبقي ستذهب إلى الشركاء المحدودين و20% إلى مدير الاستثمار.<br><br>والـ 20% التي يتقاضاها مدير الاستثمار ستعدل صعوداً وهبوطاً سنوياً بناءً على أداء الصندوق، بحيث يتقاضى مدير الاستثمار نصيبه من الأرباح فقط عندما يتم التخارج من استثمار ما وتوزع النقد على الشركاء المحدودين. إضافة عند التخارج من استثمار ما نحو 10% من الأتعاب التشجيعية لمدير الاستثمار سوف تحتجز لضمان إمكانية استرداد جزء من الأتعاب التشجيعية في حال انخفاض أداء الاستثمارات المتبقية في الصندوق. |
| المجلس الاستشاري | 1. سعيد دشتي – رئيس مجلس إدارة الصندوق ورئيس مجلس إدارة مجموعات شركات كي جي أل.<br>2. عبد العزيز العصيمي عضو مجلس إدارة الصندوق، عضو مجلس إدارة مؤسسة الموانئ الكويتية.<br>3. فيصل المسلم – عضو مجلس إدارة، نائب المدير لإدارة الاستشارات المباشرة بالمؤسسة العامة للتأمينات الاجتماعية.<br>4. د. روبرت بورجيز، عضو مجلس إدارة الصندوق وأستاذ بمدرسة وارتون بجامعة بنسلفانيا، الولايات المتحدة الأمريكية. |
| لجنة الاستثمار | 1. مارشا لازاريفا – رئيس لجنة للاستثمار لصندوق الموانئ، ونائب رئيس مجلس إدارة الصندوق والعضو المنتدب لشركة كي جي أل للاستثمار.<br>2. فيصل المسلم كما هو مبين أعلاه.<br>3. مارك ويليامز – مدير الاستثمار بشركة كي جي أل للاستثمار.<br>4. ماثيش راثي – الرئيس التنفيذي للشؤون المالية لشركة كي جي أل للاستثمار. |
| الاستثمارات حتى تاريخه | (1) شركة دمياط الدولية للموانئ:<br>- امتياز على أساس البناء والتشغيل وتحويل الملكية مع هيئة موانئ دمياط.<br>- المبلغ الملتزم به والمدفوع 20.60 مليون دولار أمريكي.<br>- معدل العائد الداخلي الحالي على حقوق الملكية 15%+/-.<br>- معدل العائد الداخلي المستهدف على حقوق الملكية 10% (محتسب بطريقة متحفظة).<br>(2) إم بي سي جلوبل للفرص البحرية:<br>- صندوق يملك ويقوم بتشغيل بواخر شحن.<br>- المبلغ الملتزم به 24 مليون دولار أمريكي.<br>- المبلغ المدفوع حتى 30 سبتمبر 2011 يصل إلى 13.25 مليون دولار أمريكي.<br>- الهدف استعادة حقوق الملكية المستثمرة.<br>- معدل العائد الداخلي المستهدف على حقوق الملكية 2%+.<br>(3) جلوبل جيتوي للخدمات اللوجستية:<br>- عقار متعدد الاستخدامات في الفلبين. |

<div align="center">4</div>

| | |
|---|---|
| | - المبلغ الملتزم به حتى الآن 45 مليون دولار أمريكي. |
| | - المبلغ المدفوع حتى 30 سبتمبر 2011 : 35 مليون دولار أمريكي. |
| | - المعدل الداخلي الحالي لحقوق الملكية 25%+. |
| | - المعدل الداخلي المستهدف لحقوق الكلية حين التخارج 30%/+-. |
| | (4) نيجروس للملاحة (نيجروس) |
| | - شركة نقل وشحن وإدارة الموانئ. |
| | - المبلغ الملتزم به والمدفوع به 28.6 مليون دولار أمريكي. |
| | - معدل العائد الداخلي الحالي على حقوق الملكية 25%. |
| | - معدل العائد الداخلي المستهدف على حقوق الملكية 25% أو أعلى. |
| | *"تنويه: معدل العائد الداخلي الحالي على حقوق الملكية محتسب اخذاً بالاعتبار التدفق النقدي للأصول وقيمة الأصول في ديسمبر 2010 كقيمة تخارج.* |
| التسعير للشركاء المحدودين الإضافيين | بناءً على أساس إعادة تقييم الصندوق. وفي هذه الحالة، لن يتم تقاضي أية رسوم جزائية على الشريك المحدود الإضافي، الذي يتم تحديد حصته النسبية من الصندوق بعد 31 ديسمبر 2010 بتقسيم مساهمته في رأس المال على إجمالي صافي قيمة الأصول للصندوق (والمساهمات الرأسمالية لجميع الشركاء المحدودين الإضافيين، بمن فيهم الشريك نفسه بتاريخ 31 ديسمبر 2010). بالإضافة إلى ذلك، يلتزم الشريك المحدود الجديد بدفع 8% سنوياً أو قيمة الصندوق عن السنة المالية 2011 الذي لم يساهم خلالها في رأس المال، أيهما أقل. |

## رابعاً: خبرة الإدارة

### أ- مؤهلات الإدارة

وردت تفاصيل السير الذاتية لأعضاء لجنة الاستثمار وأعضاء مجلس الإدارة في كل من نشرات الاكتتاب الخاص. وقد قمنا بمراجعتها و علمنا أن الإدارة تتمتع بخبرة تراكمية ملحوظة في مجال الخدمات اللوجستية وإدارة الموانئ، وإعادة هيكلة الشركات، وشركات الملكية الخاصة.

### ب- تدفق الفرص الاستثمارية

شهد الصندوق منذ إنشائه، تدفقاً مستمراً للفرص الاستثمارية. وقد قام الصندوق بمراجعة 75 صفقةً، وأجرى 13 مراجعة تحقق نافية للجهالة، واعتمد 7 صفقات للدخول في مفاوضات نهائية أو الانتهاء منها، ومن تلك الصفقات، أجرى صندوق الموانئ 4 استثمارات ولديه فرصتان استثماريتان ما تزالا سانحتين.

تتولد الكثير من الفرص داخلياً من خلال الصندوق أو مجموعة الرابطة¹، أو من مكاتب شركة كي جي آل للاستثمار في كل من الكويت، وروتردام، والفلبين. فعلى سبيل المثال، قامت شركة رابطة الكويت والخليج القابضة بالحصول على مشروع دمياط، وتم تقديم صندوق إم بي سي جلوبل للفرص البحرية من خلال علاقة شخصية في مورجان ستانلي في نيويورك، أما مشروع نيجروز فتم الترتيب له بواسطة فريق صندوق الموانئ خلال رحلة في الفلبين. كذلك يتم الحصول على الفرص من أطراف خارجية مثل مؤسسات استشارية وجهات تشغيل في القطاع، وممولين ومصرفيين ووزارات ومؤسسات حكومية.

وجاري التركيز حالياً على دعم وتنمية الاستثمارات الحالية مع بذل بعض الجهد لخلق استثمارات جديدة مثل مشروع سكوبا.

---

¹ شركة رابطة الكويت والخليج للنقل وشركة كي جي آل للاستثمار هما شركتان منفصلتان ولكل منها كيانه القانوني.

5

73

262

## خامساً: إستراتيجية وعملية الاستثمار

### أ- معايير الاستثمار

حددت نشرة الاكتتاب الخاصة أن السوق المستهدف بشكل أساسي هو آسيا وأفريقيا والشرق الأوسط، بحيث سعى الصندوق إلى الاستثمار في:

- o مشاريع أو شركات قائمة لديها إدارة عالية الكفاءة تستطيع تحقيق أهداف الصندوق.
- o مشروعات وليدة أو قائمة تتمتع بفرص نمو عالية.

وقد التزم مدير الصندوق بالمعايير المحددة في نشرة الاكتتاب الخاص مع التركيز على التواجد في أسواق يعرفها إما من خلال تواجد مكتب أو أي شكل آخر من أشكال التمثيل (الشروق الأوسط – الكويت ومصر، الأردن والسعودية، آسيا – مانيلا، الفليبين، أوروبا – روتردام، هولندا).

### ب- عملية الاستثمار

تستخدم إدارة الصندوق الأسلوب التقليدي والمتعارف عليه لصندوق متخصص في أسهم شركات الملكية الخاصة. ويتولى مدير الاستثمار مسؤولية تواجد تدفق جيد للفرص الاستثمارية، وتحليل، وهيكلة، وإدارة الاستثمار وتحديد إستراتيجية التخارج.

وقد قامت الشال بمراجعة عينة من المستندات المتعلقة بالفرص المعتمدة والمرفوضة للصندوق، ولاحظت الالتزام بشكل عام بالعملية الموثقة في نشرة الاكتتاب الخاص الأصلية. كما اتخذ الصندوق، عند حيازة فرصة استثمارية، أسلوباً إدارياً فعالاً يركز فيه على العمليات ويتطلب حصة مؤثرة ومتابعة ورقابة مستمرة.

1. شركة دمياط الدولية للموانئ – للصندوق عضوان في مجلس الإدارة من أصل 10 أعضاء، بينما تمتلك شركة كي جي أل للموانئ مقعدين آخرين، بحيث يكون لمجموعة الرابطة ما مجموعه 4 أعضاء مع حق الاعتراض على قرارات مجلس الإدارة وإيقافها.

2. جلوبل جيتواي للخدمات اللوجستية (جي جي دي سي) – يملك صندوق الموانئ الشركة كاملة ولديه تمثيل كامل لمقاعد أعضاء مجلس الإدارة والبالغة ثلاثة.

3. صندوق إم بي سي جلوبل للفرص البحرية – لصندوق الموانئ وضع المراقب في لجنة الاستثمار ويحضر اجتماعاتها بهذه الصفة.

4. نيجروس للملاحة – لدى الصندوق 4 أعضاء في مجلس الإدارة من 11 عضو ولا يملك مستثمر آخر أكثر من 4 أعضاء.

## سادساً: أداء الصندوق حتى تاريخه

### أ- الأداء المالي للاستثمارات الرئيسية

استثمر صندوق الموانئ في أربع فرص استثمارية نذكر فيما يلي تفاصيل كل منها:

6

### 1 . شركة نيجروس للملاحة

في شهر مايو من العام 2008، أسس صندوق الموانئ "شركة كي جي أل أي – إن إم"، والتي استحوذت على 99.09% من شركة نيجروس للملاحة (نيجروس) وهي شركة شحن وإدارة موانئ فلبينية تمارس أنشطتها على نطاق محلي، وحينها أبقى الصندوق على نسبة ملكية بنحو 79.23% وأعطى الباقي والبالغ 19.81% إلى الفريق الإداري القائم على شركة نيجروس. وحينها كان للصندوق عضوين في مجلس الإدارة مع إمكانية تعيين عضو ثالث (فلبيني الجنسية) ليكون عدد أعضائه 3 أعضاء من إجمالي 5 أعضاء.

التزم صندوق الموانئ بالاستثمار في "شركة كي جي أل أي – إن إم" حتى 30 مليون دولار أمريكي في صورة أسهم تفضيلية (ممتازة) تراكمية قابلة للاسترداد من الفئة "أ" بمعدل عائد يبلغ 30% سنويا للسنوات الأربع الأولى. وفي نهاية 2008، بلغت المساهمة الممولة لصندوق الموانئ في نيجروس ما قيمته 18.89 مليون دولار أمريكي، علماً أن معدل العائد الداخلي لحقوق الملكية المتوقع لهذا الاستثمار يبلغ نحو +25%.

وفي عام 2009، قام صندوق الموانئ بتمويل الاستثمار بإجمالي بلغ نحو 28.6 مليون دولار أمريكي شاملاً المصاريف الرأسمالية، وهذا المبلغ يمثل الالتزام الكلي للصندوق، وتم استخدام جزء كبير من هذا الاستثمار في سداد قائمة ديون شركة نيجروس مما جعل شركة نيجروس حرة من الدين.

في العام 2010، شارك صندوق الموانئ في شراكة ملكية خاصة مؤسسة حديثاً في هونج كونج باسم (الصين – آسيان صندوق التعاون الاستثماري "سي إيه أف") ويشار إليه فيما بعد الصندوق الصيني "سي إيه أف". وقد حشد الصندوق الصيني "سي إيه أف" لرأسمال بنحو 1.0 مليار دولار في عام 2010، ومن المستهدف أن يصل إلى 10.0 مليار دولار خلال جولات أخرى لحشد رأس المال من شركاء الاستثمار. ومن بين كبار شركاء الاستثمار في الصندوق الصيني "سي إيه أف" أكبر المؤسسات الاستثمارية في الصين مثل بنك الصين للتصدير والاستيراد ، ومؤسسة الصين للاستثمار ومجموعة بنك الصين الاستثمارية المحدودة.

وفي ديسمبر 2010، أتم الصندوق الصيني "سي إيه أف" استثماره الأول عندما شارك صندوق الموانئ في زيادة رأسمال في نيجروس للملاحة و ذهبت زيادة رأس المال المذكورة لحيازة مؤسسة أبويتز لأنظمة النقل "إيه تي إس"، الرائدة في صناعة الملاحة في الفلبين.

استثمر الصندوق 28.6 مليون دولار أمريكي في نيجروس عام 2008 وتم تقييم هذه الحصة في عام 2009 بنحو 58.6 مليون دولار أمريكي ويجب التنويه إلى أن قيمة استثمار الصندوق الصيني "سي إيه أف" والبالغ 100 مليون دولار أمريكي تسببت في إعادة تقييم جديد في ديسمبر 2010 بحيث بلغت حصة صندوق الموانئ نحو 83.94 مليون دولار أمريكي (أو ما يعادل 2.94 ضعف الاستثمار الأولى).

بلغت حصص الملكية عند الإستحواذ على " إيه تي إس" 40% ل كي جي أل أي- ن م (ومن خلالها تملك صندوق الموانئ 32%) والصندوق الصيني "سي إيه أف" 60%.

ويتكون مجلس إدارة نيجروس – "إيه تي إس" من 11 عضو تشارك كي جي أل- ن م بأربعة أعضاء والصندوق الصيني "سي إيه أف" بأربعة أعضاء و 3 أعضاء مستقلين.

7

"إيه تي إس" هي شركة مدرجة في سوق الأوراق المالية الفلبينية وهي أكبر مزود للحلول اللوجستية والنقل في الفلبين من خلال 18 باخرة عاملة. وإيه تي إس كانت أكبر منافس لنيجروس. وقد خلق إتحاد نيجروس مع إيه تي إس كيان مسيطر على السوق في مجال الشحن المحلي. وقد مكّن هذا الاتحاد من تحسين الكفاءة العامة للبواخر واستغلالها مع توسعة تغطية الخدمة المحلية اللوجستية.

وتبلغ الحصة السوقية لإتحاد نيجروس للملاحة – إيه تي إس أكثر من ضعفي أقرب منافس لهما من خلال حصة سوقية مباشرة في الشحن المحلي تبلغ 35% حتى الفترة المنتهية في يونيو 2011 مقابل أقرب المنافسين الذي تبلغ حصته 16% لنفس الفترة. وفي سوق نقل الركاب بالبواخر الكبيرة، تسيطر نيجروس للملاحة – إيه تي إس معاً على أكثر من 80% من إجمالي القطاع. بالإضافة إلى ذلك، تعتبر نيجروس– إيه تي إس الشركة الوحيدة ذات النشاط المتكامل تماماً في المجال اللوجستي في الفلبين حيث تتمتع بالقدرة على تزويد عملائها بحلول شبكة متكاملة من الخدمات المملوكة بالكامل للشركة.

حققت نيجروس – إيه تي إس خلال النصف الأول من عام 2011 إيرادات بلغت 205.6 مليون دولار أمريكي2 وأرباح قبل الفوائد والضرائب والإهلاك والإطفاء بلغت 20.7 مليون دولار أمريكي أي ما يمثل زيادة بنسبة 9.8% و 48.1% على التوالي مقارنة بنتائج النصف الأول من العام 2010. ومن المتوقع أن تحقق الشركة خسارة بسبب مصاريف الاستحواذ المتعلقة بمستحقات نهاية الخدمة والمتأتية من تخفيض عدد العمالة، أما في عام 2012 فالمتوقع أن تحقق الشركة أرباح تشغيلية سببها تفعيل استخدام الوفر من الاستحواذ كما يبين الجدول أدناه.

<div dir="rtl">

بالمليون دولار أمريكي

| أداء الشركة | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|
| الإيرادات | 59.7 | 54.6 | 45.0 | 384 | 384 | 391 |
| الأرباح | 3.2 | 8.3 | (2.5) | (16.0) | 13.8 | 21.6 |
| مصاريف الاستحواذ | 0 | 0 | 7.9 | 6.5 | 3.2 | 0 |
| الأرباح بعد تحديد مصاريف الاستحواذ | 3.2 | 8.3 | 5.4 | (9.6) | 17.0 | 21.6 |
| الربحية قبل الفوائد والإهلاكات والضرائب | 8.0 | 5.0 | 7.6 | 32.7 | 65.2 | 73.1 |

</div>

ملاحظات:
1- تستند أرقام الأعوام 2008، 2009 و2010 على أساس البيانات المالية المدققة لنيجروس للملاحة.
2- تستند أرقام العام 2011 على أحدث تقدير للإدارة للبيانات المجمعة للشركة في نهاية يونيو 2011.

في 31 ديسمبر 2010، قدّرت مؤسسة بونونجيبان وأراولو التابعة لجرانت ثورونتون قيمة حصة الصندوق في شركة نيجروس بمبلغ 114.36 مليون دولار ولكن إدارة الصندوق طبقت خصم تخفيضي حيث بلغت القيمة 83.94 مليون دولار أمريكي. وقد تم تبني هذه القيمة في البيانات المالية المدققة للصندوق في 31 ديسمبر 2010، وبالتالي سجل أرباح غير محققة بمبلغ 25.34 مليون دولار أمريكي مما زود الصندوق بأرباح بنسبة 43.24% على هذا الاستثمار.

تتوقع إدارة الصندوق أن يكون أسلوب التخارج من هذا الاستثمار من خلال اكتتاب عام في سوق الفلبين في العام 2014.

---

2 سعر الصرف المستخدم 1 دولار أمريكي = 42 بيزو فلبيني

8

*2. مدينة جلوبل جيتواي للخدمات اللوجستية*

مدينة جلوبل جيتواي للخدمات اللوجستية عبارة عن مشروع عقاري عالي المستوى ومتعدد الاستخدامات ويركز على الخدمات اللوجستية في الفلبين يغطي مساحة 177 هكتار تقع في موقع استراتيجي عند تقاطع طريق نورث لوزون مع طريق سوبيك ـكلارك ـ تارلاك ومتاخمة لمطار مانيلا الدولي. وهذا المشروع ملك شركة جلوبل جيتواي للتطوير المملوكة بالكامل لصندوق الموانئ والتي حصلت على الأرض من خلال امتياز/عقد إيجار لمدة 50 سنة مع شرط خيار التجديد لمدة 25 سنة من شركة كلارك للمطار الدولي.3

- منذ الربع الثالث من عام 2008 سنة التأسيس- استحوذ صندوق الموانئ على حصة 100% في شركة جلوبل جيتواي للتطوير، وبذلك تمكن من شغل المقاعد الثلاثة في مجلس الإدارة. و مع نهاية 2008 كان صندوق الموانئ قد ساهم بمبلغ 10 مليون دولار أمريكي في جلوبل جيتواي للتطوير، حيث تم تقييم المشروع (مدينة جلوبل جيتواي للخدمات اللوجستية) من قبل شركة سي بي ريتشاردز إليز - المؤسسة للعقارات التجارية ذائعة الصيت دولياً- بقيمة 35.56 مليون دولار أمريكي. وقد اعتماد هذه القيمة في البيانات المالية المدققة للصندوق لسنة 2008 ليسجل الصندوق بذلك أرباحاً غير محققة بلغت 25.56 مليون دولار أمريكي أي بزيادة قدرها 255.55%.

- في عام 2009 وافقت شركة كلارك للمطار الدولي على المخطط الهيكلي لمشروع مدينة جلوبل جيتواي للخدمات اللوجستية، وتم إزالة المنتفعين غير القانونيين من الأرض وتم إتمام مكاتب إدارة المشروع وتأهيل الأرض. وحصل المشروع على كتاب بتاريخ 5 أكتوبر 2009 من شركة كلارك للمطار الدولي يبين التزامه وتوافقه مع شروط العقد الصادر عن شركة كلارك للمطار الدولي.

- وتبعا لما سبق، قيمت شركة سي بي ريتشاردز إليز المشروع بارتفاع ملحوظ لنحو 126 مليون دولار أمريكي، وبعد تطبيق إدارة صندوق الموانئ لخصم تحفظي، بلغت قيمة المشروع 65.8 مليون دولار حسب البيانات المالية المدققة لجلوبل جيتواي للخدمات اللوجستية بتاريخ 31 ديسمبر 2009.

- في 2010 استمرت أعمال الإنشاء، وبحلول ديسمبر 2010 قام الصندوق باستثمار مبلغ 15 مليون دولار أمريكي تم استخدامها لإنشاء مرافق بنية تحتية تحت الأرض (مثل الصرف الصحي والمياه وتوصيل الكهرباء والاتصالات والكابلات المصنوعة من الألياف البصرية، الخ) ولإنشاء بنية تحتية أفقية ذات صلة مثل الطرق والشوارع والأرصفة وتنسيق الطرق والعلامات الإرشادية.

- في 7 ديسمبر 2010، أبرمت جلوبل جيتواي للتطوير رسمياً اتفاقية مع المدينة الطبية كمستأجر رئيسي. وقد أقيمت مراسم تدشين الاتفاقية في حفل حضره فخامة الرئيس بينيجنو أكوينو الثالث، رئيس جمهورية الفلبين، ولفيف من رجال الأعمال والقادة السياسيين من الفلبين والولايات المتحدة الأمريكية والكويت وغيرهم. تبلغ فترة اتفاقية التأجير من الباطن 25 عاماً وتغطي مساحة أولية تبلغ ± 18,000 متر مربع.

- وقد أجرت شركة سي بي ريتشاردز إليز تقييماً ثالثاً في تاريخ 31 ديسمبر 2010. تبين فيه أن قيمة العقارات المؤجرة في نهاية 2010 قبل احتساب مصاريف الإيجار تراوحت ما

---

3 شركة مطار كلارك الدولي شركة تملكها وتسيطر عليها حكومة الفلبين تتولى إدارة مطار كلارك الدولي وهو المطار الرئيسي الذي يخدم منطقة كلارك الاقتصادية حيث يقع مقر الشركة.

9

بين 177 و212 مليون دولار أو ما بين 137 و172 مليون دولار أمريكي بعد احتساب القيمة الحالية لمبالغ الإيجار المستحقة (لشركة مطار كلارك الدولي) وقررت إدارة الصندوق تخفيض قيمة الاستثمار إلى 79.95 مليون دولار أمريكي، لتشكل زيادة مقدارها 21% عن قيمة المشروع في العام السابق. والجدير بالذكر أن النمو والتطور غير المتوقع الذي تشهده الفلبين، لاسيما في منطقة شمال لوزون التي يقع فيها المشروع، كان له أثر إيجابي ملحوظ على القيمة السوقية للمشروعات التجارية المماثلة لمشروع جلوبل جيتوي للخدمات اللوجستية. وقد أسهمت ظروف السوق الإيجابية المتمثلة في التوافد على المنطقة والإسراع في تطوير البنية التحتية الأفقية داخل جلوبل جيتوي للخدمات اللوجستية في زيادة قيمة الأرض لصالح جلوبل جيتوي للخدمات اللوجستية كما هو واضح في تقرير التقييم للعام 2010 والذي أعدته شركة سي بي ريتشاردز إليز. علما أن شركة سي بي آر ايه أصدرت في منتصف 2011 عدة تقارير تشير إلى تماسك ونمو سوق العقار في الفلبين ومانيلا تحديدا.

- وفي تاريخ الاستثمار بلغ العائد الداخلي المتوقع للمشروع 25%، إلا أنه بناءً على التطورات الحالية، يتوقع الصندوق الآن تحقيق عائد على حقوق الملكية يتجاوز 25%.

- وافق صندوق الموانئ على زيادة الاستثمار في المشروع ليصل إلى 45 مليون دولار أمريكي متمثل في حقوق ملكية مستخدم للتطوير المبدئي لجلوبل جيتوي للخدمات اللوجستية، وتم تمويل 35 مليون دولار أمريكي منها حتى 30 سبتمبر 2011.

- تتوقع إدارة الصندوق أن أسلوب التخارج لهذا الاستثمار سيكون عام من خلال محفظة استثمارية عقارية في عام 2014.

### 3. شركة دمياط الدولية للموانئ (ديبكو)
شركة دمياط الدولية للموانئ (ديبكو) عبارة عن كيان متخصص لتطوير وبناء وتشغيل ميناء يقع غرب مدخل قناة السويس إلى البحر المتوسط تم تأسيسها برأسمال قدره 200 مليون دولار أمريكي. ولدى (ديبكو) قاعدة مساهمين قوية تتكون من ثلاث أكبر شركات للشحن، شركة الصين للشحن، والشركة العربية المتحدة للشحن، والشركة الفرنسية س.م.إيه – سي جي إم – بالإضافة إلى شركة جنرال إلكتريك وشركة كي جي أل الدولية للموانئ والتي ستعمل أيضا كمشغل للميناء، والميناء حاليا قيد الإنشاء ومن المتوقع أن يباشر أعماله في بداية العام 2013. ويبين السرد التالي تطورات المشروع منذ بداياته كما تبينها إدارة الصندوق.

عند تأسيس مشروع دمياط الدولية للموانئ في عام 2007 من خلال استثمار بنحو 200 مليون دولار أمريكي، وخلال 14 شهر، بدأت شركة دمياط الدولية للموانئ في بناء الميناء بحيث تم استخدام الجزء الأكبر من حقوق الملكية. وكان هناك قرض بنحو 480 مليون دولار أمريكي كان من المفترض أن يصرف للمشروع، ولكن واجهت شركة دمياط الدولية للموانئ في نهاية عام 2008 العديد من المشكلات بسبب اختلاف في تفسير اتفاقية الامتياز ما بين وزير المواصلات وشركة دمياط الدولية للموانئ. وقد عين الطرفان فرق إدارة جديدة لحل القضايا القائمة. وعلى الرغم من التوصل لحل ناجح، فقد أخرت هذه القضايا والمناقشات المرتبطة بها المشروع لمدة تسعة أشهر، مما تسبب في زيادة المصاريف وأعاق عملية سحب دفعات الدين مما أدى إلى نفاذ أموال المشروع بحلول الربع الأول من عام 2009. وقد التزم مساهمي شركة دمياط الدولية للموانئ بزيادة إضافية في رأس المال تبلغ 115 مليون دولار أمريكي في صورة نقد وخطابات إعتماد وسندات. وفي شهر يوليو 2009، تم التوصل إلى اتفاق بين وزارة المواصلات وشركة دمياط

10

للموانئ والمقاولين والموردين للسير قدماً بالمشروع لضمان حجز 2.5 مليون وحدة مكافئة لعشرين قدم4وعندما يبدأ الميناء بالعمل خلال عام 2010 كما كان مخططاً له في الأصل.

وخلال العام 2009 أتمت شركة أركاديس، وهي شركة معروفة عالمياً في مجال تصميم وهندسة الموانئ، تخطيط وتصميم المرحلة الثانية من إنشاء الرصيف لتوفير سعة إضافية لزيادة السعة الحالية من 2.5 مليون وحدة مكافئة لعشرين قدم إلى 4 مليون وحدة مكافئة لعشرين قدم. واستعداداً لذلك، بدأ مزودو المعدات بالإستعداد لتسليم أوامر التوريد وتم الإنتهاء من عقد التجريف.

وخلال العام 2010، تم التوصل إلى ورقة شروط جديدة لتسهيل ائتماني كبير بمبلغ 620 مليون دولار مع اتحاد من البنوك المحلية والدولية يقوده البنك الأهلي المصري.

وخلال الربع الأول من العام 2011، تم تعليق العمل بالمشروع نظراً لتعرض إدارة شركة دمياط الدولية للموانئ لظروف قهرية بسبب الأحداث التي أثرت على البيئة الاجتماعية والاقتصادية والسياسية في مصر. وقد دعت إدارة الصندوق جميع مستويات الإدارة للاستجابة للموقف. وتم عقد اجتماعات مع العديد من ممثلي الحكومة المصرية المؤقتة سعياً للمحافظة على نجاح المشروع. وتمت مراجعة مراحل الإنشاء المخطط لها والميزانيات الخاصة بها مع إجراء مراجعات موازية لمتطلبات التمويل للتعامل مع التغيرات المعلومة التي نتجت عن الموقف في مصر وذلك بهدف استئناف الإنشاء بنهاية العام 2011. وفي نهاية الربع الأول من العام 2011، تم عقد اجتماع لحاملي الأسهم في دبي حيث تم عرض تقرير مسهب عن التقدم المستمر للإدارة من حيث مبادرات التعاقد والتمويل والهندسة والإنشاء. وقد أجمع حاملو الأسهم على التزامهم المستمر تجاه المشروع للتأكد من الوفاء بجميع التزامات شركة دمياط الدولية للموانئ. وتواصل الشئون الإدارية للمشروع المضي قدماً بالتزام راسخ من الاتحاد المفوض المكون من كبرى البنوك المصرية والدولية التي تقف خلف شركة دمياط الدولية للموانئ من خلال ورقة الشروط المتفق عليها سلفاً للتسهيل الائتماني بمبلغ 620 مليون دولار أمريكي لمشروع شركة دمياط الدولية للموانئ. وخلال اجتماع خاص أقيم في أغسطس 2011، وعد رئيس الوزراء المصري، معالي الدكتور عصام شرف، مساهمي شركة دمياط الدولية للموانئ بأن يدعم مشروع الشركة دعماً كاملاً واصفاً إياه بالمشروع الهام لمصر من الناحية الإستراتيجية.

وتبقى توقعات إدارة الصندوق ثابتة بأن المشروع سيمثل أحد الموانئ الرائدة وأكثرها إستراتيجية في منطقة الشرق الأوسط وشمال أفريقيا وستبلور القيمة الحقيقية لمشروع شركة دمياط الدولية للموانئ من خلال التزام بعض مؤسسي شركة دمياط الدولية للموانئ وهم -شركات شحن عالمية- بتحويل جزء من عملياتهم إلى الميناء مع بداية عملياته.

وقد استثمر صندوق الموانئ مبلغ 20 مليون دولار أمريكي بطريقة غير مباشرة في شركة دمياط الدولية للموانئ من خلال قرض مقدم إلى شركة كي اي الدولية للموانئ. والقرض محمل بفائدة بسيطة قدرها 28% سنوياً ويسري لمدة 5 سنوات يكون للصندوق خلالها الخيار بالاحتفاظ بالقرض أو تحويله إلى حصة ملكية بنسبة 10% في رأس المال الأولى لشركة دمياط الدولية للموانئ. ومن الناحية الأخرى لدى شركة كي اي الدولية للموانئ الخيار في سداد الدين مع الفوائد بعد السنة الثانية من مدة القرض.

---

4 وحدة قياس للحاويات (Twenty Foot Equivalent Unit)

وقد أبدت بعض الجهات رغبة في شراء حصة صندوق دمياط الدولية للموانئ، غير أن صندوق الموانئ ليس بصدد المفاوضات في الوقت الحالي لأنه يعتقد بأن قيمة شركة دمياط الدولية للموانئ سوف تكون أعلى بكثير عندما تبدأ العمليات. وقد بلغت القيمة الدفترية لشركة دمياط الدولية للموانئ 20 مليون دولار أمريكي في 31 ديسمبر 2010 بالإضافة إلى الفوائد المتراكمة والبالغة نحو 7.56 مليون دولار.

في الوقت المناسب سيقرر الصندوق إذا ما وجب تحويل القرض إلى حقوق ملكية أو استيفائه بناءً على أفضل الخيارات الاستثمارية.

### *4. صندوق إم بي سي جلوبل للفرص البحرية*

تم تأسيس صندوق إم بي سي جلوبل للفرص البحرية في لوكسمبورغ بتاريخ 7 أغسطس 2007 بالتزام رأسمالي قدره 228.1 مليون دولار أمريكي، والغرض الأساسي من الصندوق هو الإفادة من أسواق الشحن من خلال شراء أو بناء بواخر الشحن التجارية وتأجيرها. وتكمن استراتيجية صندوق إم بي سي جلوبل في بناء واستخدام الإيرادات في تخفيض الدين الممول لبنائها أو شرائها بحيث تكون فترة سداد القرض أقصر من عمر الباخرة، وبهذا يتم خلق قيمة اقتصادية للصندوق من خلال كل باخرة.

في أكتوبر 2007، التزم صندوق الموانئ بمبلغ 25 مليون دولار أمريكي في صندوق إم بي سي جلوبل للفرص البحرية ويمثل ذلك حصة 10.96% تم سداد منها حتى تاريخه 8.8 مليون دولار أمريكي (أو ما قيمته 35%). وتم إجراء استدعاءات إضافية لرأس المال البالغ 15.25 مليون دولار أمريكي في 2009 و2010 إلا أن صندوق الموانئ رفض سداد الأقساط المطلوبة منه لأن صندوق إم بي سي جلوبل للفرص البحرية أخل بشروط نشرة الاكتتاب الخاص الأصلية بشأن تمويل البواخر حيث تم تمويلها فعلياً على أساس حق الرجوع بدل من عدم حق الرجوع[5] حسب شروط نشرة الاكتتاب.

وفي ظل الظروف السائدة بالسوق، قام مجلس الإدارة بإجراءات لتعزيز موقف صندوق إم بي سي جلوبل للفرص البحرية من خلال تخفيض العمالة وتقليل المخاطر من خلال إلغاء أوامر بناء البواخر.

وعلى الرغم من التحسن الذي شهده السوق على مدار السنتين الأخيرتين في أعقاب أزمة 2008، لا يتوقع صندوق إم بي سي جلوبل للفرص البحرية أي انتعاش حتى الربع الأخير من العام 2012 أو ربما أبعد من ذلك. وفي 31 ديسمبر 2010، اتخذت إدارة الصندوق قراراً بأخذ مخصص كامل للاستثمار البالغ 8.75 مليون دولار أمريكي مع بذل جهود حثيثة لتسهيل وزيادة استرداد استثمارات الصندوق في صندوق إم بي سي جلوبل للفرص البحرية.

في عام 2011 أبدى صندوق إم بي سي جلوبل للفرص البحرية بعض إشارات التعافي، وعليه قام صندوق الموانئ بإعادة التفاوض وخفض التزامه الرأسمالي من 25 مليون دولار أمريكي إلى 24 مليون دولار، وفي سبتمبر 2011 وافق صندوق الموانئ على اتفاقية تنص على دفعه لمبلغ 4.5 مليون دولار أمريكي كجزء من الالتزام الرأسمالي مع إبقاء المبلغ المتبقي والبالغ 10.75 مليون

---

[5] مصدر كتاب عن صندوق الموانئ وموقع من مساهمين اثنين آخرين (مونتريكا للاستثمار وجولدمان ساكس) يتضمن توضيحاً لعملية تمويل البواخر ووضع كل باخرة والخطوات التي تم اتخاذها من قبل صندوق إم بي سي جلوبل للفرص البحرية من أجل تعظيم قيمة استثمارات المساهمين.

دولار أمريكي لتدفع في أو بعد 30 نوفمبر 2012 بناء على إنجازات محددة تم ذكرها في الاتفاقية. وتعرف الاتفاقية المبرمة ما بين الصندوقين الخطوات التي قام بها صندوق إم بي سي جلوبل للفرص البحرية لاستقرار العمليات ورفع القيمة والحفاظ على أموال المستثمرين بما فيهم صندوق الموانئ.

تبلغ قيمة استثمار صندوق الموانئ في صندوق إم بي سي جلوبل للفرص البحرية (بعد ضخ نحو 4.5 مليون دولار أمريكي حسب تقييم أصول صندوق إم بي سي جلوبل للفرص البحرية) تبلغ 4.8 مليون دولار أمريكي كما في 30 يونيو 2011 وهو يمثل خصم بنحو 64% من الالتزام المدفوع لصندوق الموانئ والبالغ 13.25 مليون دولار أمريكي.

5. *أصول والتزامات أخرى*

تضمنت الأصول الأخرى لصندوق الموانئ كما في 31 ديسمبر 2010 ما يلي:

- النقد وأشباه النقد بما يعادل 35.72 مليون دولار أمريكي.
- مستحقات من أطراف ذات صلة ومستحقات أخرى بقيمة 7.69 مليون دولار أمريكي. وهذا المبلغ مستحق من شركة كي اي ال للاستثمار ويستوفي فائد 8% سنوياً.

ولا توجد على الصندوق أي قروض، وتبلغ قدرته على الاقتراض نحو 30% من رأس المال، وقد يتم استخدامها عند تحسن أوضاع أسواق التمويل.

**ب- الأداء المالي العام للصندوق**

بلغ رأس المال الذي وفره صندوق الموانئ في 31 ديسمبر 2010 نحو 142.85 مليون دولار أمريكي، تم استثمار 83.09 مليون دولار أمريكي منه.

وفي 31 ديسمبر 2010، جرت إعادة تقييم لاستثمارات محفظة صندوق الموانئ بواسطة أطراف مستقلة وتم تسجيلها بقيمتها العادلة. ويوضح الجدول التالي إجمالي مبلغ التمويل والقيمة الأصلية والقيمة العادلة والربح أو الخسارة غير المحققة لكل استثمار من استثمارات الصندوق:

بالمليون دولار أمريكي

| نسبة الربح (الخسارة) % | القيمة العادلة حتى ديسمبر 2010 | القيمة الممولة حتى ديسمبر 2010 | نسبة الربح (الخسارة) % | القيمة العادلة 2009 | القيمة الممولة حتى ديسمبر 2009 | نسبة الربح (الخسارة) % | القيمة العادلة 2008 | الاستثمارات الأصلية حتى ديسمبر 2008 | الاستثمارات |
|---|---|---|---|---|---|---|---|---|---|
| 193.50% | 83.94 | 28.60 | 104.90% | 58.60 | 28.60 | 79.78% | 33.96 | 18.89 | نيجروس للملاحة |
| 218.78% | 79.95 | 25.08 | 311.25% | 65.80 | 16.00 | 255.56% | 35.56 | 10.00 | مدينة جول جبنواي للخدمات اللوجستية |
| (100.00%) | -- | 8.76 | (76.26%) | 2.08 | 8.76 | (72.15%) | 2.44 | 8.76 | صندوق إم بي سي |
| 33.46% | 27.56 | 20.65 | 33.46% | 27.56 | 20.65 | 36.70% | 28.16 | 20.60 | شركة نميقط للموانئ الدولية |
| **130.41%** | **191.45** | **83.09** | **108.13%** | **154.04** | **74.01** | **71.88%** | **100.12** | **58.25** | **الإجمالي** |

**تكوين أصول 2010**

في ديسمبر 2010، بلغ إجمالي النقد بالصندوق نحو 35.72 مليون دولار أمريكي، ويرجع ذلك بصفة أولية إلى رفع رأس المال بمبلغ 50 مليون دولار أمريكي مع أخذ متطلبات تمويل استثمارات محفظة الصندوق في الاعتبار.

13

81

270

ويوضح الجدول أدناه أهم أصول الصندوق في ديسمبر 2010. ويعيد الصندوق تقييم لأصوله بصفة سنوية بالتنسيق مع مستشارين مستقلين وللاطلاع على البيانات المالية التفصيلية للصندوق، يرجى الرجوع للملحق (ج).

| الأصول | ديسمبر 2008* | ديسمبر 2009* | ديسمبر 2010* | 2011** |
|---|---|---|---|---|
| نيجيروس للملاحة | 33,958,935 | 58,602,018 | 83,939,405 | 83,939,405 |
| مدينة جلوبل جيتواي للخدمات اللوجستية | 35,556,650 | 65,798,045 | 79,948,455 | 89,873,425 |
| صندوق إم بي سي | 2,443,870 | 2,081,562 | -- | 4,800,000 |
| شركة دمياط للموانئ الدولية | 20,600,000 | 20,000,000 | 20,000,000 | 20,000,000 |
| الفوائد المتراكمة من شركة دمياط للموانئ الدولية | 7,563,836 | 7,563,836 | 7,563,836 | 7,563,836 |
| فوائد متراكمة أخرى | 211,060 | 617,302 | -- | -- |
| نقد | 21,083,673 | 2,701,297 | 35,722,823 | 19,754,512 |
| مدفوعات مسبقة ومستحقات أخرى. | -- | 50,913,691 | 7,554 | -- |
| مستحقات من الأطراف ذات الصلة. | 6,980,812 | 7,186,491 | 7,687,184 | 7,687,184 |
| **المجموع** | **128,398,836** | **215,464,242** | **234,869,257** | **233,618,362** |

* البيانات المالية المدققة لديسمبر 2008 و2009 و2010.

**قيم 2011 محتسبة من قيم 31 ديسمبر 2011 إضافة إلى الأموال الجديدة المستمرة حتى 30 سبتمبر 2011.

**سابعاً: الاستثمارات الجديدة المستهدفة لتجميع رأس المال الإضافي**

إن الغرض من التجميع المقترح لرأس المال بواقع 35 مليون دولار أمريكي هو تمويل الاستثمارات الحالية (10 مليون دولار) للإسراع بتطوير مشروعات البنية التحتية الأفقية وما يتبعها من مشروعات إنشاء رأسية بمدينة جلوبل جيتواي للخدمات اللوجستية) وللحفاظ على السيولة ولإعداد الصندوق للفرص الاستثمارية المحتملة مثل تلك الواردة أدناه:

*1. مدينة جلوبل جيتواي للخدمات اللوجستية*

شهدت الفلبين نمو قوي جدا في القطاع العقاري منذ بدء صندوق الموانئ بالاستثمار في مدينة جلوبال جيتواي اللوجستية (GGLC) من خلال وحدتها الاستثمارية (GGDC) والمتواجدة في كايمان. ووفقا لتقرير شركة سي بي آر إي إيه للعام 2011 " تحديث الدراسة السوقية لمترو مانيلا"، يعزى هذا النمو القوي بالقطاع العقاري إلى النمو للناتج المحلي الإجمالي والمناخ الاستثماري الملائم للمستثمرين الأجانب وتحويلات العملة الصعبة إلى داخل الفلبين والتي تقدر بأكثر من 20 مليار دولار أمريكي سنويا من خلال العمالة العاملة في الخارج (وذلك وفقا لإحصاءات الحكومة الفلبينية) ومن خلال التوسع في عمليات الاستعانة بالمصادر الخارجية منذ بدايتها في العام 2000 إلى أكثر من 650,000 عامل اليوم.

أدى تضافر هذه الأحداث في الفلبين الى توفر العقارات بمختلف أنواعها التجارية والسكنية والخدمات اللوجستية؛ علاوة على ذلك فقد أصبح مطار مانيلا الدولي يعمل بكامل طاقته، وعليه تم تصميم المطار الدولي الجديد والقريب من مدينة جلوبال جيتواي ليصبح ثاني مطار رئيسي في الفلبين، والذي بدوره أدى الى زيادة على الطلب العقاري في منطقة مدينة جلوبال جيتواي اللوجستية.

في عام 2011 قامت المنظمة العالمية "منتدى جنوب شرق آسيا للبني التحتية الاستراتيجية" بتحديد عدد 2000 مشروع من مشاريع البنى التحتية الكبرى والتي تمثل قيمتها أكثر من 234 مليار دولار أمريكي في منطقة آسيا والمحيط الهادي.

14

82

271

احتلت مدينة جلوبال جيتواي اللوجستية المركز رقم 44 من أصل 100 أكبر مشاريع البنى التحتية التي من شأنها أن تقود النمو الاقتصادي وتعمل على زيادة الاتصال والحد من الفقر في كامل منطقة آسيا والمحيط الهادي.

صرحت شركة سي بي أر إي في في تقرير التقيم لمدينة جلوبال جيتواي اللوجستية كما في 31 ديسمبر 2010 بأن القيمة السوقية التقديرية وبشكل متحفظ لمدينة جلوبال جيتواي اللوجستية تقدر 771 مليون دولار أمريكي وذلك حين قيام مدينة جلوبال جيتواي اللوجستية بإكمال أعمال البنية التحتية الأفقية للمواقع واكمال خطة التنمية للمرحلة الانتقالية لبدء النشاط التجاري داخل مدينة جلوبال جيتواي اللوجستية للسنوات الخمس الأولى. كما تستند خطة التنمية على "مفهوم الكتلة" حيث أن مدينة جلوبال جيتواي اللوجستية تستثمر في البنية التحتيه العامودية مثل مجمع المدينة الطبية وهو عبارة عن 18,000 مترمربع ومجمع بيع بالتجزئة وهو عبارة عن 13,000 متر مربع، ومخازن لوجستيه مختاره ومكاتب ومباني. إن القيام بمزيد من الاستثمارات الإضافية في مدينة جلوبال جيتواي اللوجستية (15 مليون دولار أمريكي بعائد متوقع 25%+)، يظل باعتقاد إدارة صندوق الموانئ أنه يحقق زيادة أعلى للتقييم البالغ 80 مليون دولار ل جي جي دي سي (GGDC) كما هو في التقرير المالي لصندوق الموانئ بتاريخ 31 ديسمبر 2010، وبالتالي زيادة عوائد الصندوق للشركاء المحدودين.

2. *مشروع سكوبيا (*"*الهدف*")*

- عقد صندوق الموانئ، ومن خلال مجموعة تقودها شركة كي جي أل للاستثمار، مناقشات مع الشركة المستهدفة من أجل الاستحواذ على نسبة 98% من أسهمها والتي تتولى مناولة حوالي ثلث الحاويات في بلد الشركة المستهدفة في دول الخليج العربي وهي منطقة تتمتع بنمو قوي. وقد نمت إيراداتها بمعدل نمو سنوي مركب بلغت نسبته 12% للسنوات الثلاث الماضية، في حين أثبت فريق الشركة الإداري خبرة في مجال تشغيل وتطوير أصول الموانئ. وتخطط الحكومة المعنية لتوظيف استثمارات كبيرة في البنية التحتية بعد سنوات من شح الاستثمار. ومن المتوقع أن تستفيد الشركة المستهدفة، والتي تقع ضمن الصناعات المتأثرة بقرارات الحكومة الخاصة بتمويل تلك المشروعات، من الزيادة المتوقعة في الإنفاق.

- عقدت المفاوضات منذ أبريل 2008 مع بعض الجهات التي أبدت رغبة من حيث المبدأ في المساهمة في زيادة رأس مال الصندوق والتي انسحبت بسبب سوء الأحوال المالية على مدار السنوات الماضية. والجدير بالذكر أن الصندوق قد نجح في مناسبتين منفصلتين في طلب شريك ممول لرأس المال للمشروع وفي هيكلة اتفاقية يتم من خلالها إقفال الصفقة. مع ذلك، أدت الشكوك التي حامت حول الاقتصاد إلى وقف الصفقة التي تمت هيكلتها في كل من الأمثلة سابقة الذكر. وحالياً، يعمل الصندوق عن قرب مع شركة مورجان ستانلي لإجراء تحقق ناف للجهالة يتعلق بالمشروع مع احتمال استثمار يصل إلى 20 مليون دولار أمريكي بعائد مستهدف 18%+. وما زال صندوق الموانئ يؤمن بإمكانية تحقيق هذه الصفقة.

**ثامناً: رأي إدارة صندوق الموانئ بخصوص تخفيف المخاطر**
ذكرت نشرة الاكتتاب الخاص بوضوح جميع المخاطر المرتبطة بذلك الاستثمار. ويصف القسم الآتي كيف يخفف صندوق الموانئ بعض المخاطر الرئيسية:

15

83

272

**تخفيف المخاطر التشغيلية**

يتبع فريق إدارة صندوق الموانئ إستراتيجية إدارة تركز على الإدارة المباشرة والتشغيل والعمليات. إذ تمتلك شركة كي جي أل للاستثمار مكاتب في كل من المناطق الجغرافية التي استثمر فيها صندوق الموانئ (الشرق الأوسط (الكويت والأردن)، أوروبا (هولندا)، آسيا (الفلبين). والصندوق يديره فريق من المتخصصين المتمرسين الذين يتمتعون بخبرة في القطاع والعمليات فضلاً عن الخبرات المالية والتي تشمل هيكلة الصفقات ومراقبة الاستثمارات والتخارج منها. وتضمن مسئوليات مجلس الإدارة المحددة بوضوح والمرتبطة بأداء الإدارة وعمليات الشركة التطبيق السليم لحوكمة الشركات.

**الحوكمة وتخفيف المخاطر**

تتم عملية الرقابة بعد الاستحواذ من خلال التمثيل في مجلس الإدارة ولجان الإدارة العليا واللجان الخاصة الأخرى في كل شركة. وهذه العملية تشمل التقارير المالية الفصلية وتقارير الأداء والحسابات المدققة السنوية والزيارات الدورية للشركات والاجتماعات المنتظمة والاتصالات المتكررة مع الإدارة العليا.

**تخفيف مخاطر الائتمان**

تمثلت مطلوبات الصندوق في 31 ديسمبر 2010 في المصاريف المتراكمة خلال سير العمل فقط. ولا يوجد قروض قائمة على الصندوق. كما ويسعى صندوق الموانئ إلى تخفيض الدين على مستوى الشركات التي يستثمر فيها.

ومن خلال التدقيق التشغيلي وتطبيق ممارسات متحفظة في الاستثمار واختيار استثمارات منخفضة الدين، استطاع الصندوق أن يجتاز بنجاح فترة عصيبة على مدى أكثر من 4 سنوات.

16

84

273

# الملاحـــق

**الملحق (أ):** قائمة شاملة من التقارير التي تم استعراضها
**الملحق (ب):** قائمة بالمستثمرين الحاليين
**الملحق (ج):** البيانات المالية المدققة لصندوق المواني
**الملحق (د):** جلوبل جيتواي للخدمات اللوجستية ـ ديناميكيات الصناعة والسوق

17

85

274

**الملحق (أ): قائمة شاملة من التقارير التي تم استعراضها**

**القائمة الأصلية للمصادر المعلومات وفقاً لتقرير أكتوبر 2011**

1. التقرير السنوي لعام 2010 والمعد من قبل صندوق الموانئ.
2. أداء الربع الثالث والربع الرابع من عام 2009 والمعد من قبل صندوق الموانئ.
3. أداء الربع الأول وحتى الرابع من عام 2010 والمعد من قبل صندوق الموانئ.
4. أداء الربع الأول والربع الثاني من عام 2011 والمعد من قبل صندوق الموانئ.
5. البيانات المالية المدققة وتقرير مراقبي الحسابات للفترة ما بين 1 يناير 2009 و31 ديسمبر 2009 والمعد من قبل شركة مور ستيفانز الدولية.
6. البيانات المالية المدققة وتقرير مراقبي الحسابات للفترة ما بين 1 يناير 2010 و31 ديسمبر 2010 والمعد من قبل شركة مور ستيفانز الدولية.
7. تقييم شركة نيجروز للملاحة ومجموعة أبويتيز لأنظمة النقل والمعد من قبل جرانت ثورنتون الدولية المتحدة وعضو مكتب بناغيبان وأراولو للفترة المنتهية في 31 ديسمبر 2010.
8. البيانات المالية المدققة وتقرير مراقبي الحسابات للفترة ما بين 1 يناير 2010 و31 ديسمبر 2010 لشركة نيجروز للملاحة (الشركة الأم فقط) والمعد من قبل شركة إرنست آند يونغ - سيكيب جوريز فاليو وشركاه.
9. الاعتماد النهائي لمساحة الأرض من شركة كلارك للمطار الدولي بتاريخ 2009/11/24.
10. خطاب موجه لشركة كلارك للمطار الدولي بتاريخ 2009/11/19 للموافقة على الاعتماد النهائي لمساحة الأرض.
11. خطاب موجه لشركة كلارك للمطار الدولي بتاريخ 2009/12/14 عن تعديلات العقد.
12. خطاب موجه لشركة كلارك للمطار الدولي بتاريخ 2010/04/12 عن بدء الفترات الزمنية ذات الصلة.
13. اتفاقية تسوية بين كل من صندوق إم بي سي للفرص البحرية واس أي أيه أف وصندوق الموانيء بتاريخ 2011/9/23.
14. البيانات المالية المدققة وتقرير مراقبي الحسابات للفترة ما بين 1 يناير 2009 و31 ديسمبر 2009 لشركة جلوبل جيتوي للتطوير (جزر الكايمان) والمعد من قبل شركة إرنست آند يونغ - سيكيب جوريز فاليو وشركاه.
15. البيانات المالية المدققة وتقرير مراقبي الحسابات للفترة ما بين 1 يناير 2009 و31 ديسمبر 2009 لشركة جلوبل جيتوي للتطوير (الفلبين) والمعد من قبل شركة إرنست آند يونغ - سيكيب جوريز فاليو وشركاه.
16. البيانات المالية المدققة وتقرير مراقبي الحسابات للفترة ما بين 1 يناير 2010 و31 ديسمبر 2010 لشركة جلوبل جيتوي للتطوير (جزر الكايمان) والمعد من قبل شركة إرنست آند يونغ - سيكيب جوريز فاليو وشركاه.
17. البيانات المالية المدققة وتقرير مراقبي الحسابات للفترة ما بين 1 يناير 2010 و31 ديسمبر 2010 لشركة جلوبل جيتوي للتطوير (الفلبين) والمعد من قبل شركة إرنست آند يونغ - سيكيب جوريز فاليو وشركاه.
18. البيانات المالية المدققة وتقرير مراقبي الحسابات للفترة ما بين 1 يناير 2009 و31 ديسمبر 2009 والمعد من قبل شركة إرنست آند يونغ - المتضامنون للمحاسبة والمراجعه راغب، حمودة، اسطنبولي، تاج الدين والكيلاني.
19. البيانات المالية المدققة وتقرير مراقبي الحسابات للفترة ما بين 1 يناير 2010 و31 ديسمبر 2010 والمعد من قبل شركة إرنست آند يونغ - المتضامنون للمحاسبة والمراجعه راغب، حمودة، اسطنبولي، تاج الدين والكيلاني.

18

86

275

20. تقييم سي بي ريتشاردز إليز: 31ديسمبر 2010.
21. خطاب تفويض البنك بمنح تسهيل بقيمة 620 مليون دولار.
22. البيانات المالية المجمعة النصف سنوية كما في يونيو 2011 لشركة إن إن – أيه تي اس.
23. البيانات المالية المدققة وتقرير مراقبي الحسابات للفترة ما بين 1 يناير 2010 و31 ديسمبر 2010 لشركة نيجروز (المجمعة) والمعد من قبل شركة إرنست آند يونغ - سيكيب جوريز فاليو وشركاه.
24. البيانات المالية المدققة وتقرير مراقبي الحسابات للفترة ما بين 1 يناير 2010 و31 ديسمبر 2010 لمجموعة أبويتيز لأنظمة النقل (إيه تي إس) والمعد من قبل شركة إرنست آند يونغ - سيكيب جوريز فاليو وشركاه.
25. مجلس إدارة شركة إن إن- إيه تي اس كما في 30 يونيو 2011.
26. تقرير يسلط الضوء على عملية تطوير وتنمية شركة جلوبل جيتواي للتطوير.
27. خطاب شركة كلارك للمطار الدولي لشركة جلوبل جيتواي للتطوير بالتصديق على اتفاق الإيجار بتاريخ 2009/10/5.
28. رأي قانوني محدث من مكتب والكرز بتاريخ 2011/9/15.
29. تقرير بريكين1 2011 عن العوائد في مجال الاستثمارات الخاصة.
30. تقرير أولي عن أهم 100 مشروع استراتيجي في مجال البنية التحتية في منطقة آسيا والمحيط الهادي والمعد من قبل "منظمة منتدى جنوب شرق آسيا للبنى التحتية الإستراتيجية"

### القائمة الأصلية للمصادر المعلومات وفقاً لتقرير أكتوبر 2009

31. نشرة الاكتتاب الخاص الأساسية المؤرخة في أبريل 2007، ونشرة الاكتتاب الخاص الجديدة والمؤرخة - أغسطس 2009.
32. أداء الربع الأول والربع الثاني من عام 2009 والمعد من قبل صندوق الموانئ.
33. البيانات المالية المدققة وتقرير مراقبي الحسابات للفترة ما بين 21 مارس 2007 و31 ديسمبر 2008 والمعد من قبل شركة مور ستيفانز الدولية.
34. سياسات وإجراءات وطريقة الاستثمار لصندوق الموانئ والتي أعدها مدير الاستثمار في شركة "كي جي أل للاستثمار"، جزر الكايمان.
35. جدول أعمال اجتماعات لجنة الاستثمار في صندوق الموانئ-أكتوبر 2009.
36. السيرة الذاتية للسادة مارك وليليامز، ايفان ماكبرايد، هنريك ستيفانز، ومانيش راتهي.
37. رسالة اتفاق التنازل لشركة الأهلية للتأمين
38. دراسة عن سوق النقل البحري التي أعدها بناغييان وأراولو.
39. اتفاق الشراكة المحدودة المعدل لصندوق الموانئ لعام 2007.
40. عرض اجتماع اللجنة التنفيذية لشركة "كي جي أل للاستثمار"- أغسطس 2009.
41. تحديث توصية الاستثمار وتحليل جهود التحقق النافية للجهالة أعدتها شركة "كي جي أل للاستثمار"، لشركة جلوبل جيتواي للخدمات اللوجستية - مارس 2008.
42. تقرير توصية الاستثمار لشركة جلوبل جيتواي للخدمات اللوجستية التي أعدتها الشركة "كي جي أل للاستثمار"- ديسمبر 2007.
43. استخدام لفرع من هيئة منشأة بموجب قوانين جزر كايمان التي أعدتها إرنست آند يونغ.
44. عرض توصية الاستثمار لشركة جلوبل جيتواي للخدمات اللوجستية المقدم من شركة "كي جي أل للاستثمار"- يوليو 2008.
45. دراسة الجدوى لمشروع متعدد الاستخدامات لشركة جلوبل جيتواي للخدمات اللوجستية التي أعدتها سي بي ريتشاردز إليز العالمية للأبحاث والاستشارات – في 14 مارس 2008.

19

46. نموذج التقييم لتأجير أراضي شركة جلوبل جيتواي للخدمات اللوجستية والذي أعدته سي بي ريتشاردز إليز العالمية للأبحاث والاستشارات - فبراير 2009.

47. نموذج التقييم لتأجير أراضي شركة جلوبل جيتواي للخدمات اللوجستية والذي أعدته سي بي ريتشاردز إليز العالمية للأبحاث والاستشارات - يونيو 2009.

48. مسودة مشروع اتفاق الإيجار بين شركة جلوبل جيتواي للخدمات اللوجستية وشركة كلارك للمطار الدولي.

49. تقرير الصفقة النهائي وطلب التمويل لشركة جلوبل جيتواي للخدمات اللوجستية - 15 يونيو 2008.

50. خطة عمل شركة جلوبل جيتواي للخدمات اللوجستية التي أعدتها "كي جي أل للاستثمار" - أبريل 2008.

51. نموذج تقييم استثمار شركة جلوبل جيتواي للخدمات اللوجستية - مارس 2009.

52. تلخيص الخطة الخمسية عن شركة جلوبل جيتواي للخدمات اللوجستية.

53. اتفاقية الخطة الرئيسية للتأجير بين شركة جلوبل جيتواي للخدمات اللوجستية وشركة مطار كلارك الدولية بتاريخ 11 مايو من عام 2008.

54. الاتفاق المبدئي بين "شركة كلارك للمطار الدولي" و شركة جلوبل جيتواي للخدمات اللوجستية - 16 يوليو 2008.

55. الحوافز الضريبية المتاحة لـ"كي جي أل كلارك" الذي أعده SGV وشركاه - 12 مارس 2008.

56. عرض التوصية للاستثمار في شركة نيجروس للملاحة التي قدمتها شركة "كي جي أل للاستثمار" - شهر يوليو 2008.

57. مشروع نيجروس- تقرير المسائل المادية الذي أعدته شركة كويسومبينغ توريس (عضو مكتب لجنة بيكر وماكنزي الدولية للمحاماة) - مايو 2008.

58. توصية الاستثمار الخاصة بشركة نيجروس للملاحة وتحديد وتحليل مراجعة التحقق النافية للجهالة المعدة من قبل شركة "كي جي أل للاستثمار" - مارس 2008.

59. تقرير توصية الاستثمار في شركة نيجروس للملاحة والتي أعدتها شركة "كي جي أل للاستثمار" - ديسمبر 2007.

60. اتفاقية الاستثمار بين شركة نيجروس للملاحة وشركة "كي جي أل للاستثمار" - مايو 2008.

61. التقرير النهائي حول صفقة شركة نيجروس للملاحة المعد من قبل صندوق الموانئ- مايو 2008.

62. نموذج تقييم شركة نيجروس للملاحة، المعد من قبل صندوق الموانئ- 31 ديسمبر 2008.

63. ورقة المعلومات المتعلقة بشركة نيجروس للملاحة.

64. تقرير صفقة نشأة شركة نيجروس للملاحة - ديسمبر 2007.

65. عرض عن شركة نيجروس للملاحة مقدم لشركة "كي جي أل للاستثمار" - نوفمبر 2007.

66. خطاب إبداء نوايا من شركة "كي جي أل للاستثمار" إلى شركة نسجروز للملاحة - ديسمبر 2007.

67. تقييم مالي لشركة نيجروس للملاحة في 2007.

68. تحليل مقارنة الشركات لشركة نيجروس للملاحة.

69. لمحة عن سفن الملاحة المملوكة لشركة نيجروس للملاحة - يناير 2007.

70. البيانات المالية غير المدققة كما في 30 يونيو 2009 لصندوق إم بي سي جلوبل للفرص البحرية.

71. تقرير تحديث الصفقة الخاصة بصندوق إم بي سي جلوبل للفرص البحرية - يوليو 2009.

20

72. قرار لجنة استثمار صندوق إم بي سي جلوبل للفرص البحرية - 28 أغسطس 2009.

73. مذكرة استثمار صندوق الموانىء في إم بي سي جلوبل للفرص البحرية التي أعدها السادة / كريمر وكليفورد تشانس - يوليو 2009.

74. رسالة إلى صندوق "إم بي سي جلوبل للفرص البحرية" بشأن مخالفات حدثت وغايرت شروط نشرة الإكتتاب الخاص أعدها صندوق الموانئ - 15 سبتمبر 2009.

75. رسالة إلى صندوق "إم بي سي جلوبل للفرص البحرية" بشأن مخالفات حدثت وغايرت شروط نشرة الإكتتاب الخاص موقع من السادة / غولدمان ساكس ومونتريكا – 23 سبتمبر 2009.

76. البيانات المالية المدققة لعام 2008 لشركة "كي جي أل للاستثمار".

77. عقد ما بين مؤسسة الموانئ الكويتية وشركة "كي جي أل للاستثمار" عن الالتزام الخاص بالهيئة والبالغ 50 مليون دولار أمريكي.

78. مثال عن عقد تعيين عضو في المجلس الاستشاري للصندوق.

79. العقد ما بين صندوق الموانئ وشركة كي جي أل الدولية للموانئ لقرض بقيمة 20 مليون دولار أمريكي.

21

**الملحق (ب): قائمة بالمستثمرين الحاليين**

| مجموع الالتزامات | نسب الملكية | الشركاء |
|---|---|---|
| 9,852,000 | 6.90% | الهيئة العامة للتقاعد والمعاشات – قطر |
| 10,000,000 | 7.00% | مؤسسة الخليج للاستثمار |
| 1,000,000 | 0.70% | شركة بهبهاني للاستثمار |
| 40,000,000 | 28.00% | المؤسسة العامة للتأمينات الاجتماعية |
| 1,000,000 | 0.70% | السيد يعقوب بهبهاني |
| 3,000,000 | 2.10% | شركة الأهلية القابضة |
| 2,000,000 | 1.40% | شركة إعادة التأمين الكويتية |
| 3,000,000 | 2.10% | الشركة الأهلية للتأمين |
| 3,000,000 | 2.10% | السيد محمد علي النقي |
| 20,000,000 | 14.00% | شركة كي أل جي أل للاستثمار |
| 50,000,000 | 35.00% | مؤسسة الموانئ الكويتية |
| **142,852,000** | **100.00%** | |

22

90

279

**الملحق (ج): البيانات المالية المدققة لصندوق الموانئ**

**الميزانية العمومية المدققة كما في 31 ديسمبر 2010 و2009**

| 2009<br>(بالدولار الأمريكي) | 2010<br>(بالدولار الأمريكي) | الميزانية العمومية |
|---|---|---|
| | | **الموجودات** |
| 2,701,297 | 35,722,823 | النقد وشبه النقد |
| 126,481,625 | 163,887,860 | الأصول المالية بالقيمة العادلة من خلال بيان الدخل |
| 20,900,000 | 20,000,000 | القروض والمستحقات |
| 8,181,138 | 7,563,836 | الفائدة المتراكمة |
| 50,013,691 | 7,554 | مدفوعات مسبقة ومستحقات أخرى |
| 7,186,491 | 7,687,184 | الأرصدة المستحقة من أطراف ذات صلة. |
| **215,464,242** | **234,869,257** | **إجمالي الموجودات** |
| | | **المطلوبات وحقوق المساهمين** |
| 5,297,502 | 195,537 | المصروفات المتراكمة |
| 13,462,949 | 18,364,345 | مستحق لمدير الاستثمار |
| **18,760,451** | **18,559,882** | **إجمالي المطلوبات** |
| 142,852,000 | 142,852,000 | رأسمال الصندوق |
| 53,851,791 | 73,457,375 | أرباح محتجزة |
| **196,703,791** | **216,309,375** | إجمالي حقوق المساهمين |
| **215,464,242** | **234,869,257** | **إجمالي المطلوبات وحقوق المساهمين** |

23

91

280

بيان الدخل المدقق للسنوات المنتهية في 31 ديسمبر 2010 و2009

| 2009<br>(بالدولار الأمريكي) | 2010<br>(بالدولار الأمريكي) | بيان الدخل |
|---|---|---|
| | | الإيرادات |
| 38,977,328 | 30,019,727 | أرباح غير محققة من استثمارات بالقيمة العادلة من خلال بيان الدخل |
| 806,009 | 430,016 | إيرادات الفوائد |
| **39,783,337** | **30,449,743** | **إجمالي الإيرادات** |
| | | **المصروفات** |
| (4,281,697) | (2,857,040) | رسوم الإدارة |
| -- | (1,688,492) | خسائر انخفاض قيمة الأصول المالية بالقيمة العادلة من خلال بيان الدخل. |
| (3,568,337) | (1,395,497) | المصروفات العمومية والإدارية |
| (390) | (1,734) | خسائر النقد الأجنبي |
| **(7,850,424)** | **(5,942,763)** | **إجمالي المصروفات** |
| **31,932,913** | **24,506,980** | **صافي أرباح الفترة** |
| 6,386,583 | 4,901,396 | نسبته إلى مدير الاستثمار |
| 25,546,330 | 19,605,584 | نسبته إلى الشركاء |

24

**الملحق (د): جلوبل جيتواي للخدمات اللوجستية ـ ديناميكيات الصناعة والسوق**

تحتل مدينة جلوبل جيتواي للخدمات اللوجستية موقعاً استراتيجياً عند تقاطع خطوط طرق شحن آسيا ـ المحيط الهادئ وخطوط شحن الشرق ـ الغرب العابرة لمضيق ملكا والطرق المتجهة من آسيا إلى الموانئ الغربية للولايات المتحدة وقناة بنما. تقع جلوبل جيتواي للخدمات اللوجستية على بعد أقل من ساعة شمال مدينة مانيلا في مواجهة ساحل البحر الشرقي للصين تماماً، كما تقع المدينة على بعد ساعتين جواً من تايوان وهونج كونج وماكاو وعلى بعد ثلاث ساعات فقط بالطائرة من اليابان أو بانكوك أو سنغافورة.

ونظراً لموقعها المركزي، أضحت الفلبين أفضل موقع للدول الصناعية تقيم فيه مراكز ومخازن الصناعة واللوجستيات والتوزيع البحرية بالإضافة إلى أنشطة الإدارة والأعمال الأخرى مثل الحسابات وحفظ السجلات والهندسة والرسوم المتحركة وتقنية المعلومات والبرمجة وغيرها من الوظائف الإدارية. يرجع ذلك بدرجة كبيرة إلى ارتفاع تكلفة العمالة والأراضي في دولهم. وقد تولت الفلبين دور الريادة في هذه المناطق متفوقةً على كل من تايلاند وماليزيا وفيتنام وإندونيسيا نظراً لسمعتها الجيدة في توفير قوة عاملة متمرسة تتحدث اللغة الإنجليزية بطلاقة وتتمتع بالتعليم العالي. كما تتمتع الفلبين بسمعة جيدة في المجتمع الدولي نظراً لوجود 9 مليون عامل فلبيني حول العالم.

وقد أدى تراجع الاقتصاد في الأسواق الغربية إلى تحفيز النمو في الفلبين، نتيجة لاختيار الشركات والمؤسسات المالية الغربية لتقليل تكلفة عملياتها من خلال تعيين العمالة الفلبينية الرخيصة نسبياً للقيام بنفس وظائف العمالة الغربية الأعلى سعراً. واليوم، أسندت الشركات الغربية 526,000 وظيفة للفلبينيين في قطاع إدارة إجراءات المشاريع مما سمح للفلبين بتخطي الهند في 2010 كرائد عالمي في صناعة استخدام العمالة الخارجية للدعم الفني. ومن المتوقع أن يواصل هذا القطاع نموه غير المسبوق ليبلغ التوسع المستهدف وهو 900,000 مقعداً بحلول العام 2016.

نظراً لتعداد سكانها البالغ 14 مليون نسمة، تعاني مدينة مانيلا من نفس مشاكل المراكز السكانية الكبرى في العالم بما في ذلك الازدحام وأوقات انتظار طويلة والتلوث وارتفاع تكاليف المعيشة وندرة الأراضي والمساحات المكتبية وارتفاع قيمة الإيجارات. كما تعدت مدينة مانيلا مواصفاتها المعمارية والإنشائية الأصلية الخاصة بأنظمة النقل، لذلك تتسم الحركة في مانيلا بالتأخير المروري الطويل والمعتاد. فضلاً عن ذلك، فإن مطار مانيلا يتسم بمساحته المحدودة وصعوبة توسعته ويعاني من وجود طريق تشغيل فردي للرحلات الدولية مما يجعله غير كافٍ لأي نمو مستقبلي. بالإضافة إلى ذلك، فإن مطار مانيلا ليس كبيراً بما يكفي كي يسع طائرات الإيرباص 380 الجديدة ويعمل حالياً بطاقته القصوى. والبديل الأمثل لازدحام مدينة مانيلا وعجز نظامها المروري ومطارها القديم هو مطار ديسودادو ماكاباجال الدولي. وقد استخدمت طائرة الإيرباص 380 مطار ديسودادو ماكاباجال الدولي في أكتوبر من العام 2007 كأحد 18 مطاراً حول العالم في بداية رحلاتها. وتعتبر مدينة جلوبل جيتواي للخدمات اللوجستية واحدة من أول المشروعات التطويرية التي واكبت تطوير مطار ديسودادو ماكاباجال الدولي والذي يعتبر أحد المبادرات الحكومية الرئيسية لتخفيف الازدحام المروري البري والجوي في مدينة مانيلا.

أتى تطوير مدينة جلوبل جيتواي للخدمات اللوجستية في وقت شهد فيه الاقتصاد الفلبيني توسعاً غير مسبوق. فمن خلال نمو قوي في الناتج المحلي الخام بلغ 7.3% خلال العام 2010 ومع توقع بالتوسع الاقتصادي يتراوح ما بين 5 و6% خلال العامين 2011 و2012، يحتل المشروع موقعاً استراتيجياً يستفيد من توقيت السوق ويلبي احتياجات التطوير التي تصاحب ذلك النمو. ومع التركيز

25

93

282

على تسويق منطقة كلارك – سوبيك من جانب السلطات الحكومية المحلية والإقليمية والقومية، سيواصل المشروع الاستفادة من الهجرة الكثيفة للمستثمرين إلى داخل المنطقة. وقد طالبت كل من اليابان وكوريا وتايوان ومؤخراً الصين بقطع أراضي كبيرة في المقاطعات المحيطة للقيام بعمليات ومشروعات بما في ذلك حوض بناء السفن الكوري والبالغة قيمته نحو 1.4 مليار دولار وقد اكتمل هذا المشروع في أوائل 2009 بواسطة هانجين في خليج سوبيك ويبعد 35 دقيقة فقط من موقع المشروع. وتتضمن الإعلانات الجديدة في كلارك افتتاح الخطوط الجوية السنغافورية لأول محطة صيانة من ستة محطات مخطط لها لصيانة طائرات إيرباص 320 و330 في مطار ديسودادو ماكاباجال الدولي. بالإضافة إلى ذلك، أعلنت مترويجيت مؤخراً عن إنشاءها لمحطة صيانة بتكلفة بلغت 40 مليون دولار أمريكي داخل مجمع مطار كلارك. كما اكتملت مؤخراً المحطة الصناعية الجديدة بقيمة 1 مليار دولار أمريكي تعود لشركة تكساس إنسترومنتي باستثمار إجمالي بلغ 1 مليار دولار أمريكي بالإضافة إلى محطة صناعية إلكترونية ثانية في المنطقة تعود لشركة سامسونج وبتكلفة 135 مليون دولار أمريكي. ومع نجاح عملياتها في المنطقة المحيطة التي ينتظر ها مستقبل واعد، أعلنت يوكوهاما للإطارات، المتاخمة لساحة انتظار طائرات مدينة جلوبل جيتواي للخدمات اللوجستية، عن توسع مبدئي في المحطة بتكلفة قدر ها 224 مليون دولار أمريكي بحلول العام 2014 ومع التخطيط لمرحلة ثانية من التوسع ليصل إجمالي المبلغ المستثمر إلى 600 مليون دولار بحلول العام 2017.

ومن المتوقع لمدينة جلوبل جيتواي للخدمات اللوجستية توسع مطار ديسودادو ماكاباجال الدولي، ونحو القوي للناتج المحلي أن تفيد بقوة للفلبين، والتوسع في القطاعات البحرية وزيادة عدد المستثمرين في منطقة كلارك – سوبيك.

26

الكويت في 15 يونيو 2015

السادة/ شركة بترولينك القابضة    المحترمين

تحية طيبة وبعد ،،،

أتقدم لكم بأستقالتي من عضوية مجلس الإدارة وذلك أعتباراً من 15 يونيو 2015 متمنيةً لكم التوفيق والنجاح.

وتفضلوا بقبول فائق الاحترام والتقدير ،،،

مقدمة لسيادتكم

**لازاريفــا ماريــا**



1

284

  

Kuwait, June 15, 2015

**To the Kind Attention of Petro Link Holding Company,**

Greetings,

I submit to you my resignation from the Board of Directors effective as of 15 June 2015. Wishing you success.

Yours sincerely,

Submitted to you by:

(Signature)

Lazareva Maria



Tel. : 2222722 / 2221557, Fax : 2283878, P.O.Box : 7794, Dubai - U.A.E. ‫أ.ع.م، دبي، ص.ب: ٧٧٩٤، فاكس : ٢٢٨٣٦٧، ٢٢٢٢٧٢٢ / ٢٢٢١٥٥٧ : هاتف‬
Mob.: 050-6204563     Email : mahmoudsubhin@hotmail.com / diyar-translation@hotmail.com     ‫٠٥٠-٦٢٨٤٥٦٣ : متحرك‬