590 Madison Avenue, 20th Floor, New York, NY  10022-2524 ▪ p212 223-4000 ▪ f212 223-4134



Kathy H. Chin
(212) 895-4304
KHChin@crowell.com

May 15, 2020

**ELECTRONICALLY FILED**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

> Re:   *Ex Parte Application of Gulf Investment Corp.*
>       Case No. 1:19-mc-00593

Dear Judge Broderick:

On behalf of The Port Fund LP and Port Link GP Ltd. (the "Port Fund Entities"), we are filing our consolidated motion to intervene and opposition to the Section 1782 application of Gulf Investment Corporation ("GIC") today in accordance with the schedule approved by the Court on April 20, 2020 (ECF 22). As permitted by this Court's Individual Rules & Practices in Civil Cases (Rule 4(J)), by this letter we respectfully request oral argument. We would appreciate the opportunity to answer any questions the Court may have and, if the Court permits, provide an update on the proceedings in the Cayman Islands described in our papers. Of course, if GIC and the Port Fund Entities are able to resolve their differences with respect to the proposed subpoenas, we will promptly advise the Court by email. Rule 1(B).

We thank the Court for its consideration of these matters.

Respectfully submitted,

Kathy Hirata Chin

cc:  Kristin N. Tahler, Esq.
     Gabriel F. Soledad, Esq.
     Quinn Emanuel Urquhart & Sullivan, LLP
     (via ECF)