# Exhibit A



3 November 2019

Our Ref: BG/LP/K0527-D08984

Gulf Investment Corporation
P.O. Box 3402
Safat 13035
Kuwait

Attention: Mr. Talal Zaid Al-Tawari

Dear Sirs

**THE PORT FUND L.P. (THE "FUND")**

We refer to our letter dated 3 October 2019.

We write to provide investors with an update with respect to the Fund's efforts to finalise and complete the Fund's audited financial statements for the financial years ending 2017 and 2018.

As you are aware, the Fund is committed to the provision of clear, transparent and independently verified information to its investors. In this respect, the Fund has now formally engaged a professional financial firm who has commenced a review of all of the Fund's relevant financial transactions for the financial years ending 2017 and 2018 (the "**Review**") with a view to ensuring that the 2017 and 2018 audited financial statements are finalised and completed by 31 December 2019. The Review will be provided to the relevant auditor and will form the basis of the required audits. To the extent that it is not possible for the audited financial statements to be finalised by such date, the Fund intends to release internally compiled statements by 31 December 2019 with the audited financial statements to follow thereafter.

The Fund will be in touch with all investors later this year to provide a further progress update with respect to the status of the Review and the audited financial statements.

Yours faithfully

*Walkers (Dubai) LLP*

**WALKERS (DUBAI) LLP**

9182216.1T5138.D08984

Walkers (Dubai) LLP
Level 14, Burj Daman, Dubai International Financial Centre, Dubai, UAE, PO Box 506513
T +971 4 363 7999  F +971 4 363 7033  www.walkersglobal.com

Bermuda* | British Virgin Islands | Cayman Islands | Dubai | Dublin | Guernsey | Hong Kong | Jersey | London | Singapore

*Walkers works in exclusive association with Taylors in Bermuda, a full service commercial law firm providing advice on all aspects of Bermuda law.