# Exhibit B

1001 Pennsylvania Avenue, N.W., Washington, DC  20004-2595 ▪ p202 624-2500 ▪ f202 628-5116



January 5, 2020

Kristin N. Tahler, Esq.
Marc P. Hedrich, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re:  *Ex Parte* Application For Discovery in SDNY

Dear Counsel:

Our firm represents The Port Fund LP, Port Link GP Ltd., and KGL Investment Company.  We have obtained a copy of the 26 December 2019 ex parte application filed in the United States District Court for the Southern District of New York for discovery under 28 U.S.C. § 1782 (the "Application") on behalf of your client Gulf Investment Corporation.

Your firm represents Agility Public Warehouse Company, which is a competitor of Kuwait & Gulf Link Transportation Company, whose former management is a prime target of false allegations contained in the Application.  Tarek Sultan, the CEO of Agility, who has no legal or economic interest in The Port Fund, was caught contacting an investor and encouraging the filing of an action against The Port Fund based on similar false allegations and targets.  A lawyer at Meysan Partners, who is a former in-house lawyer at Agility and who we understand was working at the instructions of Mr. Sultan, then contacted the investor.  That investor flatly rejected the allegations.

The Port Fund, through legal counsel, previously offered multiple times to meet with Gulf Investment Corporation and review and explain each transaction under a confidentiality agreement to protect The Port Fund, the other Limited Partners, and information subject to non-disclosure agreements with third parties.  Your client, a sophisticated and respected investor, rejected the offer and proceeded to file highly inflammatory, false and misleading allegations without conducting reasonable or adequate due diligence.

We again extend the same offer under the same terms to allow your firm the opportunity to conduct reasonable and adequate due diligence before proceeding with the false and misleading allegations in the Application.  Each transaction is documented, legitimate, and within the authority of The Port Fund.  Should your client again rebuff this offer, we will be forced to consider all of our client's options in the proceedings

Sincerely,

*Crowell & Moring, LLP*

Crowell & Moring, LLP